To the US magistrate reviewing this claim, thank you for your service and in advance for your patience with a remarkably complex and serious matter. Please excuse any typos.

Thanks to constituent services from Senator Wyden's office, I have a letter from the EEOC dated 4/22/2025 entitling me to sue under the City of Portland/PPB under the ADA (although I have documentation, I could not access the letter until about a week later) by 90 days of receipt. That is today, 7/21/2025. I have been unable to find an attorney, so please, please excuse the format and tort submission that may require more patience than usual. I do thank you in advance.

I have autism, ADHD, PTSD, OCD. All of these are relevant to my receipt and use of Developmental Disability Services from the State of Oregon/Multnomah County (100 hours a month of support worker assistance when I can find the people for shifts).

I became eligible on 12/26/23 as communicated to my union and employer during my ADA process as an employee.

This means I am considered a vulnerable adult and was as my employer knew when I was being targeted willfully by my employer for discrimination based on these disabilites and using my disability information to guide their retaliation and it has significantly disrupted my life and exacerbated the PTSD. I would argue that I am uniquely vulnerable with my literal processing of language and having to trust what is said by those in a position of authority, assistance (City employees/HR with FMLA/ADA), or accountability (my union/HR/IPR/PPB Chief/Mayor Wheeler). My employer ignored ADA requests during the ADA process (to collaborate using Askjan.org - who is federally funded and assisted me with my accommodations because the City's paperwork did not explain reassignment was an option when emails/conversations from HR said I must use the ADA accommodation to get out of my department impacting me and my therapist who had never completed them before such that I had to use about 7 weeks of my vacation leave to figure them out when on FMLA - in part this was also intentional by the City HR to not respond by email (they did not want to create records) despite requesting over and over to please answer my questions. In fact, because they would verbally abuse my decreased verbal access to language and always try to do so when I was alone so that there we no records (only he said/she said contemporaneous notes - why I created so many emails later) my union rep required HR to always call my union rep first as an ADA accommodation to set up a three-way call. Kristina Porecco intentionally ignored this ADA request on my birthday to reactively abuse me and it caused me such agitation (as my son can attest, we were at a T-mobile store) by calling on 01/26/24 (I recognized the number and let it go to voicemail - this file exists).

My employer, and Kristina in particular was the reason for this accommodation, knew about this as there is an email requiring this accommodation because of her willingness to lie to me and try to reactively abuse me, and yet DC Michael Frome tried to justify ignoring a legitimate ADA request during the ADA process in his unethical letter of Proposed Separation. There is no excuse to ignore an accommodation intentionally and willfully. This was done in full cooperation

with AFSCME since they had fired the only union rep without a conflict and kept forcing me to work with those that were financially abusing me (I paid dues to be represented as a vulnerable adult). In fact, there is an email to Marquis Fudge from me including my union (yes, collusion again) where he gives me the email record he wrote saying he had not read my mental impairment accommodations for my records when I returned to work after saying I will not work with her. It is not the disabled employee's job to do HR's job. My union and HR knew my response because they were working together, pretending otherwise and that my accommodation requests could be ignored was a direct ADA violation and part of a willful pattern to abuse my disabilities for intended outcomes rather than respect them.

As I communicated to the EEOC, my developmental disability can be reactively abused when you lie to me about something I know is untrue. More on this later, but it is relevant to when I requested to revise my ADA accommodations to PPB Chief Day and HR Kristina Porecco during my ADA process to include OCD as outlined in my "Separation Process" email. For instance, I had a coworker, a non-white Internal Affairs investigator named Luis Perez who liked to call me "White Dwarf" and "Lick and Spittle" (because I biked to work and would just pat down my dishevelled hair (from helmet) with water in the bathroom upon arriving to work - I was there to work not date coworkers) who loved to hide the "in/out of office" magnet by his name (for me this was a fire safety thing) because he knew I would get up from my desk to slide it to the appropriate In/Out column to denote who was in office or out as they came in or left.

I communicated this to the EEOC, but since I did not have an interactive ADA process with my employer where my disabilities were taken seriously as an employee of value with ethics that all taxpayers I thought would also wish to have in my position (ones required through backgrounding as a condition for employment or PPB Directives that all PPB employees must attest that require reporting misconduct). Rather than to use my disability information to make sure my disabilities were reasonably accommodated, this was seen as available information to abuse me and to retaliate and cover up coordinated misconduct and fraud.

As such, as my 4/8/25 email to Chief Day and HR Porecco (and the City Attorney's Office and City Auditor and others) demonstrate I was never allowed to communicate my workplace safety concerns about my OCD being abused to my employer or amend my accommodations as one would expect under the ADA to ensure a healthy, safe workplace before being wrongfully terminated by Chief Bob Day on 4/11/24 for refusing to return to IA.

I was not notified until 4/14/24 by Certified Mail which impacts Unemployment Insurance, whereas my employer was coordinating with my union to make sure I was wrongfully terminated and therefore did not have this information in a timely fashion. Like sending me home and cutting me off the computer network for 8.5 months (over 2.5 unpaid) during a non-interactive ADA process and not giving me access to internal PPB job postings, City communications, or City learning materials (I have emails showing HR/AFSCME knew this) I have the emails to demonstrate this.

To me, this single incident above about OCD demonstrating a non-interactive ADA process where parties that had conflicts are involved, where mandatory reporters (all City employees) are colluding to financially abuse a vulnerable adult (working with my union), to willfully disregard my workplace concerns which was not safe based on not just denied accountability mechanisms (like the US DoJ/PPB agreement) and civil rights violations based on multiple protected classes (disabled, white - but particularly a developmentally disabled employee with mental illness) is enough to demonstrate my standing.

For awareness, I explicitly made a disclosure of OCD and a formal request to amend my ADA accommodations in a workplace that was already hostile because of my ethics (ADA request documentation showed this as a comprehensive process - a developmental disability with a strict adherence to the letter and spirit of rules to protect my processing of language) and routinely didn't care about my other allegations of bias violations of other protected classes (religion, sexuality, race, disabilities and even retaliation during hiring practices when I brought them up previously). For instance, I had a PSD Commander Jeff Bell who gave me a Christmas Card saying that PPB Officers were appointed by a Christian God. I have religious trauma from being bullied in a Lutheran Middle School where I chose to not get confirmed. This Commander, who was AC Chief of the Investigations Branch when I called him on FMLA and IPR Director Caldwell in either May/June/July 2023 phone records will show when made aware of a RICO cover up related to Covid Relief fraud cover up fraud between IA supervisors, IA investigators, and an unknown number of cops and their union reps that interview recordings (public records - yes, I had to send out for transcripts and worked with audio) would be able to prove. This created serious liabilities for the City and appeal rights for all related administrative investigations and police work by those that should have been disciplined and in particular terminated. While this was sufficient for reporting, neither did anything about it. Did they contact the US DoJ immediately and bring in an outside law enforcement agency? No. These liabilities exist today for all Portland, Multnomah County, and Oregon citizens. You will notice on the June 2025 PPB Organizational Chart that PPB AC Jeff Bell was demoted back to PSD Commander after I gave testimony to City Council, just like DC Frome was allowed to retired with uninvestigated allegations (I was never interviewed by US DoJ/PPB Agreement - that is how you know), yet IPR Director Ross Caldwell says that I am not credible?

"Portland City Council Meeting PM Session 05/02/24"
https://www.youtube.com/live/KU7elJmT9s4?si=heeChycSTcRKI_a6

Testimony is at 01:02:00:00.

This is so hard to do when you know your past/current Mayor (including Mayor Wilson emailed 4/21/25) and PPB Chief Day are involved in a RICO conspiracy.

This was the context and I was terminated for refusing to return to that Internal Affairs office with those coworkers and sworn supervisors (all but one IA investigator was former law enforcement). I have no self-defense training. In fact, this is also another area of discrimination as it related to being charged by Randy Graves, an individual that according to news attacked

two City of Portland Park Rangers and was arrested. When released by the bail support fund (later involved in allowing a DV abuser to kill his partner) charged me on my way into work after being released by the bail support fund (I thought I was going to die). I reported to my Sergeant. He did nothing but tell me about some guy he had to deal with at a deli at lunch the other day. When my coworker Sr. PASS Tyson Estes was bitten by dogs nowhere close to the entrance to work, they helped him file injury reports and a workers comp claim and get police reports. Of course, he created out of class software with no tech support as an AFSCME member that I brought up repeatedly to PPB command staff, asked to file a grievance (of course AFSCME did not), and nothing was done which is why my coworker Sr. PASS Meredith Watkins transferred to Personnel. There was clear bias and preference in this department for this employee and others to work remotely out of state like Lt. Konczal which I do not think was approved or allowed. I was the last employee to receive remote work abilities.

I do not have a badge and gun. No assistance to file a police report and no footage was ordered. Marquis Fudge in a conversation after AFSCME Bao Nguyen left so there would be no witnesses in a conversation on 6/27/23 said it was bad management training but the City has a completely different version in WC court and for the EEOC with so many other things. What version will they bring to your court? This is why I place myself at the mercy of this court when I have been denied due process repeatedly only to be given whatever version unethical City employees involved in a RICO conspiracy want to present when they refuse to do any investigations and professional standards interviews with me or the sworn/nonsworn PPB members, elected officials, City employees, or lawyers involved.

This Sergeant, lied under oath on 6/10/25 about this incident and his handling of this information (as false testimony to deny my WC claim - but the other things are more easily disprovable - I do not have a metal plate in my head from a previous assault and have a doctor's note to prove it, just as the records will show that all mask violations in IA were properly handled as Lt. Konczal claims - this is the heart of the RICO conspiracy).

I had to go on FMLA from PTSD from this event because I thought I might have died and what that meant for my son who lives with me only and cannot live with his mother. I now scream anytime someone gets too close to me and because of the PPB handling of all things with the City, I will hide from cops or rush to be near another person, or scream if they pull into a parking lot. I was under the door of the Justice Center and the security door is what saved me from suicide by cop. The footage I wanted as I testified, just shows the area outside of the door as everyone including Lt. Konczal know. It would have had no relevance to his fabricated version of events.

This is a rambling mess I am so sorry. I plan to modify. The deadline is in an hour.

I reported an investigator, Mike Smith, and a cop and his union rep not wearing masks and made an IPR investigator use a different room to make sure he would not get sick in November of 2022. I then reported this to IA Sergeant Russell who then asked if I told the IPR investigator. When I said, no she told me some of the investigator didn't like to wear masks.

To me, this was a conspiracy, so I walked down per the same PPB Directive that required me to report the first misconduct and reported it to IA Captain Pashley. I explained the serious liabilities this creates to the City and PPB, especially after a 100 days of protests. As the City states in their position statement, all he did was send two emails and post a sign.

I have long Covid from an inadequately investigated workplace exposure. When I told the contact-tracing Sergeant I thought I knew the employee who infected me (who was not wearing a mask), he told me that didn't matter. What is the point of contact tracing if you do not make sure others are not infected, much less how do you ascertain they were actually supposed to be at work? This employee should have been isolating, instead she came to work when her kid just had Covid and was not wearing a mask. This is how I know it's Federal Covid Relief fraud. This should have been covered by Workers Comp. The City is self-insured. Workes Comp is in HR and Mayor Ted Wheeler was PPB and HR Commissioner. I emailed him and BHR Bless on 10/5/23 and told them about my WC Claim. The WC investigator said he'd call me back to conduct an interview from the beginning of employment the next week when I said I needed someone else in the interview. The City denied my claim so that there was never a recorded interview. This is how you know this is a RICO conspiracy and since all of the interviews exist and the sound signatures will indicate whether or not employees were wearing masks (I used to work with audio and communicated that the records existed in my 4/8/2024 email to Chief Day) and what was sick leave others took under Federal Covid Relief that should have been covered by sick leave if not following rules (and disciplined as such if investigated) or else by Worker's Comp as in my case.

Finally, the US DoJ/PPB agreement is about use of force by PPB with people with mental impairments. You tell me if I have AIDS and bite the inside of my cheek and spit in someone's eye if that is a use a force? If your employer and a federal-court ordered US DoJ/PPB agreement require you to wear a mask as a condition for employment, well, when others are infected intentionally by those who know they should not be at work, is this not a use of force? A federal question indeed.

Thank you for your patience with coherency and typos, there is unfortunately so much more. I will revise.

![Gmail]

## PPB Internal Affairs Liabilities and CoP ADA Accommodation Issues

**Zito, Ronald** <Ronald.Zito@portlandoregon.gov>                                  Fri, Oct 6, 2023 at 7:31 AM
To: justin callaway <justincallaway@gmail.com>

Good Morning Justin,

Thank you for your email.

I want to confirm that your message has been received by myself and others on copy.

Regards,

Ron

**From:** justin callaway <justincallaway@gmail.com>
**Sent:** Thursday, October 5, 2023 4:03 PM
**To:** Zito, Ronald <Ronald.Zito@portlandoregon.gov>; Martineau, Rob (External Contact) <martineaupdx@gmail.com>
**Cc:** Bless, Cathy <Cathy.Bless@portlandoregon.gov>; Wheeler, Mayor <MayorWheeler@portlandoregon.gov>
**Subject:** PPB Internal Affairs Liabilities and CoP ADA Accommodation Issues

Hello Ron,

You most likely have heard from DCTU President Rob Martineau at this juncture. I spoke with him on Tuesday and have received no updates. Insofar as I know, I am a member in good standing and so I raised the issue about the unpleasant surprise delivered in your phone call indicating the plan to terminate my employment. All I've done is try to work to the best of my abilities despite raising multiple safety and professional concerns, so I find this quite problematic, especially as a DCTU member whose concerns have been repeatedly discounted by City employees and PPB management.

As you will notice, I have Cc-ed Mayor Wheeler and HR Director Cathy Bless. I think some daylight on my situation and experiences is far from overdue as I am still mystified by the outcome you indicated in your call. Please note, that I have not included the City Auditor's Office in this email, but the content below includes concerns about possible fraud by PPB employees that I have escalated previously to multiple City employees - including HR Business Partners and PPB management. I leave that for others. I have already suffered enough as an employee without being included in that process.

First, I am someone who lives with disabilities, a blend of physical and mental impairments. In fact, it was through the assistance of OVRS (Vocation Rehab) that I eventually was able to apply to become a PASS at PPB and be selected. It was a challenging employment journey, but a culmination of significant effort on my part to try and remain a productive member of society and a victory to be able to provide as a single parent to a child with his own disability. As everyone will know, PPB does require a background process to become hired (by the way, this is not really a super accessible experience for a person with certain impairments and neurodiversity). As difficult as the process was to make eye contact, I endured it and I believe the process accurately reflected the selection of a candidate with the values and ethics one would want in a PPB employee - namely me.

I did not choose to be born with my neurodiversity nor did I choose to have a mental illness. I did choose to apply to PPB, because of my life experiences with abusive relationships the police bureau felt like it could be a safe place to rebuild professionally, provide some much-needed job security and benefits, and perhaps blossom into a great career aligned with my neurodiversity that lends to wanting to follow rules (I studied mathematics for a reason). I did not choose to be randomly placed as a PASS in PPB Internal Affairs (PPB-IA).

I found it intellectually to be an interesting place to learn more about law enforcement as it is a nexus of activity potentially with all PPB departments while also interfacing with other City bureaus. You get a great understanding of how the City chooses to respond when there is a

liability and now this information often arrives through different channels to different departments. As a single parent with disabilities, I have no desire to be in the news or part of a public records request. This is why throughout this process I've indicated a desire to be non-adversarial in any accommodation process or in addressing my experiences to date. Despite significantly mishandled events and issues as they have related to me and my rights as a non-sworn DCTU employee in PPB-IA as outlined below, I have continued to indicate a desire for collaboration. Based on Ron's call, it appears the CoP HR plan is to ignore this offer comprehensively and short-circuit any process that would address the equity issues, harassment, disability accommodations, or unacceptable workplace experiences I have endured. I think this is incredibly important to put on record that as an employer that purports values of inclusion and equity to taxpayers, this offer has been repeatedly ignored.

Upon getting hired in PPB-IA, I signed an NDA and colloquially was told "What's said in IA, stays in IA". I did not see a problem with this. I have taken professional confidentiality seriously in multiple previous positions, whether it be private medical information or entertainment industry project secrecy. That said, I continued to bring up safety and professional concerns that were disregarded or ignored. More and more, as my job was to handle complaints from everyone else, the general public or City employees, and facilitate accountability for them, and my concerns were discounted this became a significant issue for me and my mental impairments. I was following rules, but they did not appear to apply to me - my rights as a non-sworn PPB employee did not matter. Protests aside, I had serious safety concerns after a traumatic experience with a released MCSO inmate, Randy Graves, while under the roof of the Justice Center when entering work that I escalated to my Sergeant on duty. The fact that he attacked other City of Portland employees and was then released to charge me did not seem to merit my own police report, a video footage request, much less a review of my workplace concerns for all employees given this dynamic with MCSO - this response significantly compounded my experience and mental health issues. Forget whether or not he was most likely released by the bail support fund and the City had an opportunity to address workplace safety concerns for yet another City employee with Randy Graves, there was a missed opportunity for CoP to be a civic partner in standing up not just for City of Portland employee safety, but all Portland residents, in pointing out the danger of this fund in releasing agitated, dangerous people that impacts the safety of everyone in the community. Heck, possibly the City of Portland could have avoided the situation where we had to wait a year later and someone who was released by such monies then killed a citizen. Yes, I thought I was going to die and he was going to smash my head against the wall as ran toward me screaming, "It's Unconstitutional!" I'm pretty sure he was hoping for suicide by cop, but unfortunately found a non-sworn employee with no self-defense training that was not available to me a male in my Bureau. Instead as a single parent and PPB-IA employee, I got to have nightmares and heightened anxiety about fears about the risks of coming to work and what it meant for me to be able to care for my son with his disability. Apparently, my workplace safety was not and continued to not be a concern. A review of emails during my recent FMLA leave to HR Business Partners and during my return to work will indicate this to be the case.

Similarly, I encountered obstacles in my efforts to "self-medicate" by finding a position in a different, healthier department as would be my right via DCTU transfer/eligibility list rules for PASS/Sr. PASS. My department followed one set of rules and PPB management apparently could do whatever they wanted while I remained stuck in an unhealthy environment. This became especially problematic for me when I opened a door to our large interview room while the City's mask mandate was in place to find an IA investigator who had requested a vaccine exemption sitting without his kn95 mask on with two sworn members also not wearing masks. There was an IPR investigator coming to do interviews who really wanted to use that room, but I redirected him to a different office's conference room to avoid any possible exposure. Once he was situated, I escalated as required by PPB Directives to my immediate supervisor, Sergeant Alicia Russell, who told me, "Oh yeah, some of the investigators don't like to wear masks". She then asked me whether or not I told the IPR Investigator. I said I did not. As a survivor of abusive relationships, I cannot tell you how disturbing and inappropriate this was both professionally and personally with my disabilities. She has the same responsibility as a PPB member if she knew rules were not being followed to escalate accordingly (this was not the first mask incident where she did not do so) and was telling me not only had management been aware that some of my co-workers were not following rules, but essentially they were conspiring together to make a context where this was acceptable for other PPB employees as well - all in a department that is supposed to be about police accountability.

How many different instances occurred with how many different members? How many different people got Covid and were sent on paid leave by the City for a preventable situation if only they had been following the rules? Not only was I following the rules, ordering PPE supplies, dealing with long Covid from a gym exposure the one time I chose not wear a mask (lucky me) and when I told the contact tracer I was told "That did not matter" (What?), but most problematically my job includes helping to facilitate investigations into violations for the same thing. The cognitive dissonance of this is bad enough without my mental illness or neurodiversity, it is crippling with it. As stewards of the taxpayers' money, how many instances of avoidable paid leave occurred? Why have I been the only employee who has cared about this, including my HR Business Partners?

Please keep in mind if a PPB member had been found substantiated with a single violation of the mask ordinance on a Supervisory Investigation and then sustained again during a full investigation (as you would then become ineligible for a Supervisory Investigation), you could be disciplined. This would be the same with other allegation types. If employees who should have been disciplined were at work conducting investigations into other employees for misconduct or should not have been available for interviews as such, how could someone who was found sustained of a serious offense not appeal this decision? What would the DoJ think? And what would be the cost to the City of Portland with such a discovery by the DoJ if investigations had to be reinvestigated or even more importantly to our reputation as a City and a Police Bureau? And all this time, I thought all City employees were charged with being stewards of the City's resources. Please note, my neurodiversity makes it so that I take statements literally, something that became an issue when I applied for Sr. PASS through the City website. Please feel free to ask Shelonda Simpson about this.

What about a supervisor who now had twice failed to do her duty based on the same directive of being required to report such violations and was signing off on IA Investigations? Apparently, that earned her a promotion to Lieutenant and me to lose my job - somehow this is what equity and inclusion looks like in the City of Portland.

How many other supervisors knew, how far up the chain of command did this go and who has signed off on what since then? There are really serious implications and liabilities for the City of Portland and PPB. This is why I escalated this immediately to Captain Pashley. I wanted nothing to do with any conspiracy between management to compromise the integrity of my office, create liability for my employer, or potentially defraud taxpayers. I said as much to Captain Pashley. He sent an email reminding IA staff to wear masks. End of story, because like in Vegas, it appears the first corollary to "What's said in IA, stays in IA" is "What happens in IA, stays in IA" (bad attempt at math humor for an unacceptable situation).

My HR Business partners have been fully aware of this situation from my FMLA leave, to submitting ADA accommodations, to encouraging me to return to work with the same supervisor, which led to experiences resulting in my current paid administrative leave. I have not even gotten into the details of how his actions/inactions as a supervisor in multiple departments resulted in my experiences as a DCTU member not being able to get out of my department and feeling stuck there completely unsupported. I don't know if this was retaliation for being an employee who cares about integrity and ethics as they relate to liabilities for my employer, I just know that I was stuck in Internal Affairs while he was promoted. My HR Business partners knew about all of this. More equity.

Many issues I've had with safety concerns at the police bureau are not unique to my experiences. DCTU President Rob Martineau is also aware and witnessed two different Zoom events he hosted for different City employees in leadership positions to hear PPB DCTU non-sworn members' safety concerns and how they inadequately or inappropriately responded to my safety concerns and others. I bring this up because these were never addressed for me one my experiences with the systemic disregard for DCTU member concerns in PPB as a non-sworn City employee and particularly as it impacted me as an employee in PPB-IA. At no point has there been an attempt by the City to address the collective impact these experiences have had on me in PPB/IA. It's my understanding the only possible vehicle to even partly make things right is to explore restitution of past paid leave through Worker's Comp. So, I have initiated a claim to address that small but significant, disenfranchising financial aspect through that process for PPB-IA's least paid employee. More equity.

Ron, I do thank you for reaching out to Viki Bisby. She was incredibly helpful. This was the first City staff member who made the Worker's Comp process not feel inappropriate or inaccessible given my mental illness and neurodiversity.

For awareness, I have shared these disabilities with Rob, because my communication style when I am struggling with pressing issues related to workplace safety or labor issues can be a challenge - like when I am told I will be laid off (for example, the length of this email is a good example).

While I recognize that DCTU union business and ADA accommodations are normally discrete, there is some crossover if upon submitting ADA accommodations about my workplace health/safety and HR Business Partner Marquis Fudge responds to "kindly reconsider" returning to a problematic position, despite full awareness of PPB leadership's past actions/inactions and their impacts upon me. Furthermore, he communicated I will have in place what I need to succeed with my disabilities. As Rob will know, Captain Pashley has oscillated between Personnel and Internal Affairs for some time, and as such has had access to unique departmental information in one capacity or another and should know when it is appropriate to use either.

My issue is that HR Business Partners shared my workplace concerns about Captain Pashley with him and when I returned to work he went out of his way to address them with me personally. I returned to an office with a manager whom I have questions about his integrity with regard to his past actions as they relate to my rights/opportunities as a non-sworn DCTU city employee and him not adequately addressing liabilities of coworkers under his supervision for my employer. While not being included on these emails, he referenced both to me. More importantly, I shared significant personal health information in email exchanges with HR staff in addition to supplying my ADA accommodation requests prior to returning to work and actively trying to resolve issues during the week I returned. He was fully aware of my disabilities and how they were impacting me. This information was provided to him and offered him a roadmap to intentionally abuse that information to cause me intentional distress, which is exactly what he did. Having access to my disability information puts a vulnerable employee in a vulnerable position when placed in the wrong hands - like such a supervisor. He discussed my FMLA and ADA accommodations issues with the **door open** with other employees close by, reducing me to tears over having not approved my FMLA application, which we had discussed the day before as if everything was in order as well as my concern about using any more of my incredibly limited vacation leave. For some reason, the next day with the door open he wishes to revisit my FMLA form stating he has not signed off on it, forcing me to discuss HIPAA-sensitive information with an office full of investigators. Despite having worked a full day in the office the day prior (in office/remote work ratio I had already contributed more in-office time than needed if I did leave), information I shared with him at the time while desperately expressing the best I could how I was feeling overwhelmed and wanted to work remotely given the way he was treating me when this was one of the only things I was requesting as an actual accommodation. Turning what I considered my FMLA request into some unresolved business to lord over me. He drove home repeatedly that if I went home before noon I would have to use vacation leave for the remainder of the day as he very menacingly repeated within earshot of other employees: "What it's gonna be?"

In tears, I returned to my desk to work because I did not want to use more vacation leave as communicated. Now all of my coworkers had to exit/enter the office with me at my centrally located desk. The same ones who overheard this conversation about my disabilities as they related to my concerns about working in an office where management and some of the same coworkers conspired to break rules where he

never addressed this liability to the City/PPB, when I followed the rules and my job is to coordinate investigations into following rules by other PPB members.

I have no problem respecting my professional confidentiality and will revise my accommodations to indicate this as needed with a more appropriate remedy should this be an issue (To date nobody has contacted me about this so I have no idea if this is an issue). I do have a problem where confidentiality can be abused either intentionally or unintentionally to not address real workplace concerns, whether they be safety or professional (both union business), which has been my case repeatedly as a PPB/PPB-IA DCTU employee. I do have a problem when someone is given confidential medical information from HR business partners (not feeling like my partner at all) and abuses it in a targeted way to shame a vulnerable employee to tears while also violating his professional confidentiality obligations and my privacy rights allowing others to hear. Despite having shared this with multiple City employees, PPB and HR, I am unaware of any 2.02 investigations into this. Why? Instead, I was sent involuntarily home on paid administrative leave.

No matter how hard it was, I showed up to work as an essential non-essential worker and tried my hardest in a very difficult workplace for my disabilities. For instance, when I shared my concerns about having to work in person for over a year and a half and not receiving a requested ergonomic assessment after supplying all necessary paperwork and supervisor approval (only addressed after bringing it up to Shelonda Simpson), no one ever apologized for this experience and that I needed to purchase my own personal chair that still remains at work. When brought up to my HR business partner (Kristina Porecco), she discounted this not as an actionable disability request intimating that somehow this experience was okay - although I do very much have a physical disability that I documented within that paperwork.

This is important, there is documentation about my notification of the majority of my disabilities in written form for both mental and physical disabilities prior to officially submitting ADA accommodation paperwork in addition to some conversations for informal accommodations and disability disclosures. HR Business Partners have had this information and I have had to trust them to do the right thing with it regardless of officially placing accommodations. Those disclosures within the workplace are not negligible and without rights. The fact that I did place ADA accommodations and was asked to reconsider returning to work is also very important.

I have been transparent about trying to be non-adversarial as an employee in an ADA process that has not been accessible to my neurodiversity and mental illness. In turn, I have been met with HR Business Partners who are not responsive to my communications, do not clarify inaccessible or confusing processes for my protracted and unique situation during a stressful time of need, sometimes discount my concerns or attempt to invalidate my experiences as an employee, and then suggest I return to work and I will be given the support to succeed after submitting accommodations.

I have shared repeatedly that neither my therapist nor I have experience with the ADA accommodation process. So, to engage in good faith and receive no contact from anyone to collaborate in finding solutions is completely dispiriting. I mentioned to both Marquis Fudge and Shane Davis that askjan.org offered a neutral resource for both employer and employee and possibly there is some way we could explore this as a platform for collaborating. Does this sound like an employee who does not want to work and be a constructive part of the accommodation process? Instead of having the opportunity to succeed at work as I was told after submitting ADA accommodations and what I assumed was supposed to lead to a way to gradually explore modifying them and finding work in another bureau (I could have always worked on the much back-logged scanning/archiving of IA files. Not once was there an opportunity to explore this), my personal health information and professional/workplace safety concerns were shared with a manager that abused them in a way particularly focused on exacerbating my disabilities and depriving me of this opportunity. In short, my HR Business Partners assisted in engineering a horrific work environment that led to another mental health crisis with a manager who abused the disability information they supplied, to such an extent by the end of the week I could not be within six feet of him without being reduced to tears. That was not the case when I showed up to work that week and performed my work diligently as records will indicate. This was the direct result of his actions stating directly to me that "I do not have the right to question his integrity" in a situation I did not engineer but I was asked to consider returning to by my HR Business Partners as we figured out accommodations. How was any of this okay?

I have remained hopeful that even after an incredibly traumatic return to work and being placed on involuntary paid administrative leave. Essentially I have been excommunicated from the workplace and told I cannot visit - in a process called "10-2" which has its own stigma within the police bureau for employees who are being investigated for fireable offenses - which Captain Hughes assured me was NOT my situation - nope, this was NOT punitive. He reiterated this multiple times in front of PASS Shon Fosnot, that this was not punitive at all but he wanted me to go home and destress (I shared my experiences with him about Captain Pashley as well as others). So, I assumed things could only get better in another position elsewhere - my HR department realized what they had done. I would try not to focus on the nightmares from those events, but try and positively reframe this as finally getting the opportunity to work in a healthier environment for my disabilities and explore streamlining ADA accommodations so that my energy is spent contributing even more as the dedicated employee and public servant I have tried to be rather than continue in an incredibly unhealthy work environment for my disabilities forcing me to try and reconcile following rules in a neurotypical workplace that purports to be about Police accountability for those who do not follow rules and a coordinated effort by management and coworkers to not do so. Instead, I have been told the City of Portland is terminating my employment.

I'm confused, I thought this was leave was not punitive. I thought I was supposed to destress after a horrific work situation that was beyond my control and completely disabling when all I did was follow the requests of people with the appropriate information I had provided. Is it supposed to be "destressing" to tell me I am going to be laid off? No, that is distressing.

Please explain how I am to feel any trust and respect for my contributions as a City of Portland DCTU employee who cares deeply about public service after these experiences - especially as one who made repeated attempts to escalate legitimate safety and professional concerns to my employer as a non-sworn PPB employee with or without ADA accommodations. I cannot tell you how stressful it is right now to think I will be laid off when I have engaged in good faith to return to work, suggested ways to collaborate, and have been available this whole time to assist only to be told I am to be medically separated because no position could be found for me.

After I was encouraged to return to work upon submitting both physical and mental impairment accommodations and told that I would have what I needed in place to succeed and subsequently sent on paid administrative leave to "destress" after the worst work week of my professional life, the only contact I've received regarding my ADA accommodations and work placement is the phone call I received from you, Ron, on Monday, Oct. 2nd at 10:49 informing me that you will be terminating my employment because you could not find a position for me.

Ron, I've been on paid administrative leave readily available by phone just like when I answered your call and when I answered Viki's later that day. I call in twice a day to 503-823-0334 (approximately 10 and 2 on all weekdays except holidays) and have taken my part in this process seriously in ensuring I have been in town, my phone is charged and I am available. My FMLA time and this paid administrative time have **not** been a vacation. Despite doing everything possible to find a different position outside of Internal Affairs on my own, I have been stuck in an unhealthy department that follows different promotion rules than other departments (I emailed Chief Lovell about these concerns prior to taking FMLA feeling trapped and confused about the relevancy of being on a Sr. PASS eligibility lists based on my history with Captain Pashley that HR is fully aware of with regards to my concerns I escalated with questionable labor practices). Forget that because of my neurodiversity, I struggle to make sense of a neurotypical world as it is and look for patterns to make sense when things are confusing. How am I to do this when PPB management plays by their own rules, plays kingmaker, and when I am trying to follow the rules that are in place I'm told that matter? So, if I am working in a department charged with enforcing rules for those who enforce laws, and my job is to coordinate investigations into those who are not following rules, it does not help to be an employee who is following rules when sworn management is coordinating with coworkers to not follow rules. I can't be alone in recognizing the liability this poses to City with a police bureau that endured 100 days of social justice protests and that is still under DoJ agreement - related oddly to its treatment of those with mental illness. With my mental illness and neurodiversity, as outlined in my ADA accommodations, when I have escalated repeated concerns about the actions or inactions as they relate to my safety or employment opportunities only to have them ignored by sworn management, and where my job is to handle complaints by anyone and everyone else in the City or bureau about PPB employees, it is really not hard to see how very unhealthy this environment that is that led to me taking FMLA leave multiple times.

And despite wanting to work and asking to please just put me in another department, Kristina Porecco pointed out I could not apply for any other positions outside of IA even though I was out on FMLA because my workplace was unhealthy for me. I needed to submit ADA accommodations. As a result, I ended up using almost all of my vacation time navigating the City of Portland's inaccessible ADA process for my specific situation and disabilities - something shared repeatedly with HR Business Partners. After being told to please reconsider returning to work in PPB-IA, only to be subjected to an even more hostile work environment than before to create a new mental health crisis, and then to be sent home to "destress", what is my reward? I am told I no longer have a job when I've been nothing but available and willing to assist in any ADA process. I have been told I will be medically separated but have been offered no details with such unexpected and unwelcome news brought on after workplace experiences that were very much beyond my control.

I just don't understand this at all. It certainly does not feel right after so many things that have not been right. With my disabilities, advocating for myself is incredibly difficult. I apologize if this email is repetitive and long, this is a dynamic where there is just one disabled person with mental impairments fighting for his livelihood after experiences I should think any employer would find unacceptable. I've tried to do everything I was requested to do by engaging repeatedly with HR Business Partners after significant workplace issues that are very real, to not only feel so utterly disrespected but to be placed in a vulnerable situation made worse by their actions. Regardless of how inaccessible any of this process has been or what I have had to experience despite trying to model what I thought were virtues my employer should want in an employee and public servant in PPB-IA, I am told that I now no longer have a job as a result of an invisible process with an adverse outcome when I've been on stand by, readily available, and communicated a desire to collaborate.

Was it a reasonable accommodation to send me back to work with Captain Pashley and share sensitive information to be abused? Was it a reasonable effort at disability accommodations when I've been on paid leave waiting and available to collaborate in finding a healthier work situation in trying to navigate ADA accommodations as a transparent neophyte to the process after multiple, serious workplace incidents? The reasonable accommodation is to lay off someone who has followed rules and engaged in good faith in this process. Really?

The only thing harder than all of this is what is like to live inside your head with mental illness and my neurodiversity, knowing that you cared and tried your best in a workplace full of significant problems and no one who cared, and when you did all that was asked and brought it to their attention and relayed precisely how it is negatively impacting your health (information that could be abused and was), and are told we now want you to go away and do not value your dedication or what you've had to endure as a result and to not to at least tell other people that supervise these Bureaus about what is being done in their name.

Director Bless, this is not my first email to you. I have raised issues when I feel they are important and relevant to all employees and no one else has addressed them. Please know that this is what equity and disability accommodation looks like for a dedicated employee with mental and physical impairments who works for the City of Portland.

I do apologize for the long email.

I am finally at a loss for words for how this could happen to any employee for any employer, but specifically within PPB Internal Affairs when I've tried my best as an employee and to engage in good faith over and over again to have this be my experience not just as an employee, but especially with how my disabilities and experiences have been handled.

Yours in genuine distress (not "destress") and confusion,

Justin

Mayor Wheeler, as Police Commissioner, you should care about my experiences in PPB-IA and a bureau culture that has a systemic disregard for the legitimate rights of disabled employees.

Case 3:25-cv-01286-SB    Document 1-1    Filed 07/21/25    Page 11 of 39

 Gmail

justin callaway <justincallaway@gmail.com>

---

## Proposed Separation

**Day, Robert** <Robert.Day@police.portlandoregon.gov>                    Wed, Apr 10, 2024 at 2:20 PM
To: justin callaway <justincallaway@gmail.com>, "Porreco, Kristina (Police)" <Kristina.M.Porreco@police.portlandoregon.gov>, "Geissler, Jonas"
<jonas.geissler@usdoj.gov>, "BOLI_help@boli.oregon.gov" <BOLI_help@boli.oregon.gov>, "DPSST.Complaints@dpsst.oregon.gov"
<DPSST.Complaints@dpsst.oregon.gov>, "info@eeoc.gov" <info@eeoc.gov>, "cao@osbar.org" <cao@osbar.org>
Cc: "cityattorneysoffice@portlandoregon.gov" <cityattorneysoffice@portlandoregon.gov>, Geebs Rojas <grojas@oregonafscme.org>,
"auditor.rede@portlandoregon.gov" <auditor.rede@portlandoregon.gov>

Greetings Justin

I have read and considered your response and will make a final determination and notify you of that soon. There is no further
information I will be providing at this time; however we will be forwarding your complaints to IPR for further review.

Sincerely

Bob Day


Robert Day

Chief of Police

Portland Police Bureau

1111 SW 2nd Ave RM 1526

Portland, OR 97204

Cell 971-280-0183


**From:** justin callaway <justincallaway@gmail.com>
**Sent:** Monday, April 8, 2024 4:43 PM
**To:** Porreco, Kristina (Police) <Kristina.M.Porreco@police.portlandoregon.gov>; Day, Robert <Robert.Day@police.
portlandoregon.gov>; Geissler, Jonas <jonas.geissler@usdoj.gov>; BOLI_help@boli.oregon.gov;
DPSST.Complaints@dpsst.oregon.gov; info@eeoc.gov; cao@osbar.org
**Cc:** cityattorneysoffice@portlandoregon.gov; Geebs Rojas <grojas@oregonafscme.org>; auditor.rede@portlandoregon.gov
**Subject:** Re: Proposed Separation


Portland Police Bureau Chief Robert Day,


Although we have never met, my name most likely has been an unpopular subject in your tenure. You probably don't know this, but I
have a strong work ethic, dedication to inclusive public service, a rather inflexible moral code when it comes to transparent good
governance, and when not dealing with oppressive circumstances, I will try and make people's day better by sprinkling in a few dad
jokes while providing exceptional service to the best of my abilities.

The City of Portland/Portland Police Bureau has not valued these qualities. Instead, I have been interpreted as a threat and not as a
disabled employee to be reasonably accommodated with associated rights. This makes me incredibly sad.


I will try to explain in additional detail why the PPB culture and actions/inactions of PPB Command/employees resulted in
discriminatory handling of my concerns and reinforced in coordination with the Mayor/Bureau of Human Resources (BHR)/City
Attorney's Office (CAO)/Independent Police Review (IPR). This has had a profound impact on my life but also creates serious
liabilities for current criminal investigations and other police work beyond IA investigations. I believe that my son and I have had our
civil rights violated with coordinated misconduct also involving PPB sworn members.

This has had a devasting impact on my life and my family. In particular, this has caused such extended distress and impacted my
ability to function and communicate as a developmentally disabled person with mental illness. I apologize in advance for the length
of this correspondence, any incoherence, typos, and my discursive communication style. This is what extended discrimination looks
like for someone who is losing their agency to function as an adult and must advocate for himself. So, please, as annoying as my

writing style may be and as long as the messages are I implore you to have some compassion and patience. Please make a pot of tea and read it all. I am someone who desperately needs help at this critical juncture and losing his ability to continue advocating for himself any longer. I have included you or your agency's intake email because I believe you can assist in some overdue oversight capacity. I thank everyone in advance for what you do.

And now, may I suggest that you and everyone else I've included in this email please read the emails below and return?

Welcome back everyone and happy Autism Acceptance Month! Before I resume an exhausting email that most likely will exhaust everyone as well, I ask you to please keep in mind just how exhausting it is to have my brain and to advocate for myself with everything that has happened and the considerable resources being used against me that should have been used public service/accommodations and not to discriminate against me in a horrific coordinated effort of disparate treatment against a developmentally disabled employee with mental illness. This is not a fair dynamic. This is what it means to be disabled in a world of privilege that protects that privilege.

I would encourage anyone who is not familiar with masking as it relates to autism to please look this up. It will explain how hard it is for me with my developmental disabilities and debilitating mental illness in an unhealthy environment to not only exist but how I must use an inordinate amount of energy trying to fit in with people who can effortlessly navigate a world where they make choices about my access to accountability or break directives with no consideration of how that impacts someone with my brain who wants to perform the job as it is defined, follow the rules expected to keep that job, and perform tasks to the best of his developmentally disabled abilities. When my bias, professional, and safety concerns are ignored by those with the power to do something this creates a brutal cognitive dissonance where I must show up to work and "pretend" to be normal but constantly self-censure myself about the inequities or disparate treatment I am receiving and somehow try to figure how to do my actual job without becoming ensnared in a web of misconduct.

On my first day in IA I was overjoyed that everyone ate lunch together and possibly a chance for me to fit in. During that lunch, swearing abounded with playful "ribbing" of coworkers. I was asked, "Justin, do you have a problem with cussing?" What's a developmentally disabled newly hired employee with mental illness who has struggled to fit in his whole life going to say? I believe I joked something to the extent: "My preference is not to swear, but listening to my kid game online means I probably have heard it all before." Haha, I was "sworn" into IA before I even had a chance to read the PPB directives to find out that I was now violating them by agreeing to allow my coworkers to swear. My autistic brain loves a good pun. That said, my autistic brain and cPTSD/OCD do not love being duped into being initiated into a conspiracy of coordinated directive violations without my consent. I remind everyone when I attended a CAO 2.02 Disparate Treatment Zoom meeting I was told intent and consent do not matter.

Yet that same day Lt. Gjovik told me "What's said in IA, stays in IA" to describe the NDA I signed as a new hire and made sure to collect from other new hires as an IA PASS. This is the same NDA Captain Hughes who did not escalate the directive violation by Captain Pashley that I shared, reminded me as if a threat to not violate my Professional Standards Division NDA.

So, how does that work? I studied mathematics and will often apply a logical math proof approach to resolving cognitive dissonance. That said, my brain is trying to figure this out - "what's said in IA stays in IA" and my coworkers are violating directives with what they are saying. Does this mean it is all ok? Chief Day, as part of this above-board, inclusive pre-determination process where I have been provided all the necessary documents to make my case with ample time to review them with my developmental disability before this new email deadline of 5pm today, please answer this question. I am still unclear on this.

This is my autistic brain not only trying to fit in as a new hire, but trying to navigate a minefield of conflicting information. I do not want to be part of any club, I just want to have a decent paying job with good benefits to care for my kids as a single parent with neurodiversity and mental illness and children with the same. So, when my immediate report, Sr. PASS Tyson Estes sees my brain constantly struggling and wanting clarification to do my job correctly, he says "Your first answer is the correct answer" in a command-driven environment. In other words, what is said in IA stays in IA after being sworn in involuntarily into this conspiracy to break directives (witnessing others breaking directives and not reporting them) in a department I had no choice in being assigned from the beginning and if I raise issues to my supervisors I must accept their decision.

Chief Day, according to the proposed separation letter this is the department where my employer and PPB have met all of my accommodations while never once interviewing me as part of any transparent police accountability process with a single complaint I have raised. As I read it, I am refusing to return to IA based on this carefully crafted discrimination correspondence with CAO/BHR guidance to intentionally omit everything that has happened to me as an employee before placing accommodations and upon placing them. Please answer my question, do feel like this sounds like a healthy department for me as a vulnerable developmentally disabled employee with mental illness who worked very hard to keep that position no matter what my coworkers, supervisors, and PPB command staff did and did not do on my behalf making in making it unhealthy for me? Please answer this question. This is your bureau.

I would encourage everyone to look up the difference between monotropism and polytropism to understand the privilege neurotypical employees have in the workplace and my inability to have the cognitive flexibility to behave as they do in breaking rules. My brain sees each directive as a single directive to be obeyed. All of my IA supervisors loved Sr. PASS Tyson Estes' epic profanity-laced doom-and-gloom responses to being asked how he was doing. My monotropic brain that I was born with is a developmental disability with how I process language and navigate the world with others who have the cognitive flexibility to choose what directives they want to follow and not follow when my brain says you must follow all of them. Yet, placing disability accommodations in PPB to get to a healthy department, say planting some trees for Parks Bureau or scanning documents for City Archives, my interactive, fully legitimate accommodations process as this proposed separation indicates says I must return to IA.

Chief Day, please explain this to all the others on this email why you believe that I have refused your generous accommodations and cannot return to IA and must be separated. I really I hope you have not been involved in the cover up and effort to deny me any police accountability and present this process as legitimate as you have now been included to do.

A question for those City decision-maker representatives of their respective bureaus/offices, does this email thread read as the City of Portland and PPB are inclusive of my autism or my son who has autism? Chief Day, as you've read, answering my questions is important to me as a genuine accommodation for my brain. Please tell me as part of this pre-determination process, does this sound like my intrinsic issues with processing language and following rules have been respected in a Police Bureau where Internal Affairs supervisors with full knowledge of my mental illness decide to repeatedly deny me any accountability of repeated concerns including bias when as is common with autistic individuals, people like me get abused or people subject them to bias? How do you feel my ADA accommodation process has been handled? How about even just this pre-determination process? I still don't know what this process is exactly, what my rights are, or have a union rep available as everyone reading this will now know... much less a lawyer.

I have not been provided any records I'd need to contribute meaningfully to this process and this generous revised deadline provided after my accommodations continue to be ignored. I am starting to believe this was the intent all along.

Dear EEOC, BOLI, Oregon DPSST, USDoJ, please know I require accommodations to participate in any investigations, this includes having an advocate and at some point a lawyer. Given my protracted, unfair employment situation, it's unclear how I will be able to participate in my current state (this correspondence should be a good indicator). That said, I am aware that timelines are important. I will need genuine assistance in filing complaints and ideally staff members familiar with autism.

Dear OR State Bar, I already tried to find a lawyer through your service and was told they could not find anyone in my area on Nov. 28, 2023. You must understand that with a history of cPTSD/OCD and trauma from asking people for assistance and having it not offered, the idea of re-contacting the same resource is not an easy process for me. Because of my mental illness/neurodiversity, I will avoid repeating these bad experiences, especially in my current state despite this being listed as the appropriate resource on my Worker's Comp court documentation. This has impacted my ability to find timely legal counsel so I am forced to represent myself despite being eligible for Developmental Disability Services. At this point, I feel I will need an advocate to assist and that your referral service is woefully inadequate. I have included USDoJ to help you with this. That said, I encourage you to investigate all possible ethics violations by any lawyer involved in my experiences. Please.

When I approached Legal Aid they said I earned too much. Out of desperation, I went to IPR last December to make a complaint since my HR representatives and PPB Command refused to provide any transparent police accountability for my concerns. This was particularly distressing at the time with the hiring process for a position that indicated I might have to list my supervisor IA Captain Greg Pashley who no one had investigated and certainly never interviewed me to get my story. I thought IPR would be able to help, they instead tried to cover up my visit and not send me a declination letter.

I recognize my legal search is outside of City of Portland/PPB concerns. I am sharing this so everyone understands I have been treated not as an adversely impacted disabled employee with rights but as someone who could handle the unbearable stressors, and complicated processes like this pre-determination with no accommodations being respected or clear communication of my rights, and I am supposed function and represent myself as if this is just another jolly day at the office at my oh so inclusive workplace.

The reality is far more brutal. The severity of the impacts of these discriminatory work processes on me has been crippling as a developmentally disabled employee with mental illness recognized by the state as vulnerable. This included losing the ability to speak for a week without extreme exertion - forcing words out in a halting and delayed manner when trying to find a lawyer to help me with my Worker's Comp appeal.

Please contact the WC Court Clerk, Justin, at the number on the letter - ask about when I told him about my inability to find legal assistance, so he requested an extension for me as an accommodation as the only thing he could offer. The WC Ombudsman also had no solutions other than to keep calling lawyers despite having communicated my difficulties or the reason re-contacting the

Oregon State Bar is a problem for me. My unique disabilities and how they impact me in particular in this situation have made the current situation why I do not have legal representation today and the City/PPB have continued to discriminate against me by using overwhelming processes against me and coordinating to discriminate against me.

There is an implicit bias in how I've been treated as an employee beyond the disparate treatment I have been subjected to repeatedly and even within this process. All involved with my medical information understand that my brain shuts down with over-complicated processes or disingenuous/duplicitous actions.

I am attaching the revised WC court date letter I received this Saturday, April 6 (Exhibit #1).

As such I have no lawyer, but I would imagine the WC court "discovery" aspect of the letter should allow me access to all the records for the improper handling of all of my complaints. PPB Command and HR have made a point of providing no formal acknowledgment of any complaints like IA and IPR would with notification of investigations, with listed allegations, and then sharing written findings with me.

I find this so incredibly troubling especially since I was never interviewed once and did not have an opportunity to share additional details I would have shared. The only recorded interview was the one I chose to create by trying to do an IPR intake. I have requested the transcript from my IPR interview and still do not have it. Chief Day, this is why US DoJ, OR DPSST, and COCL have been included, I want you to have support in making sure real police accountability is occurring because as I will detail later there more serious implications for criminal police work liabilities as well as other uninvestigated bias against me and possibly my son's civil rights.

Once again, I am involved in a pre-determination process with no knowledge of my rights or documents despite being self-represented (not by choice) in my WC denial appeal and I believe this entitles me to all these records. I have no idea, but I think it is about time as an active City/PPB employee in this situation it's time people respect my disabilities and what is happening and quit this coordinated and devastating discrimination of me as a disabled employee. Please, these agencies are going to have to investigate all of this, the new police accountability system that replaces IPR will need to figure out how to be inclusive, show them that the City can stop this madness and finally do the right thing and quit abusing tax payer funding to discriminate against an employee who embodies the virtues the espouses to embrace in concert with taxpayer expectations.

CAO, just like DC Frome, know exactly what documents do not exist that should exist and what I have not been provided as due process, They have helped advise Kristina and DC Frome on this pre-determination meeting letter and process. Once again, a developmentally disabled employee with mental illness who placed accommodations because his department was unhealthy and HR told him needed to do so is being discriminated against. When does it stop?

Should I have received these documents already? I'd imagine this would allow for a fair due process. I mention this again because I've never seen any of them, much less have I had questions answered as requested as an accommodation or have my other accommodations followed, like the request to include you, Chief Day, in responses to the earlier emails. Yet, no one provided me my medical record or list of any IPR/IA Case #s to date with the outcomes for all allegations for my pre-determination process for medical lay-off without a union rep. Perhaps other people with knowledge of their respective legal specialties will see a violation of some applicable law or noncompliance with the DoJ/DPSST standard/or Legal Ethic code, hence their inclusion. Chief Day, I want you to have their support. I certainly need it and I believe you will as well. This has to stop and this way of conducting business needs to change.

I'm just a developmentally disabled employee who wanted to work in a healthy department and my HR reps said I had to place accommodations to do so without even telling me how to use the form that did not indicate how to do so. I have submitted three different versions of accommodations and this is the third time I have been threatened with medical separation. Having never done ADA Accommodations, I revised them to assist in finding a position outside of the Police Bureau (yes, Rob, Marquis and Kristina know why I modified my accommodations and that it was NOT to return to IA or PPB when no documentation has been provided to me that it will be safe or that any previous bias and other complaints have been investigated).

So, I am told I must return to IA when I have no idea what police accountability has been done.
All shadow work by my employer who says they have looked into everything per Kristina.

My ADA accommodation process was a sham, HR covered up what happened and refused to provide adequate transparent police oversight of my complaints and investigate what happened when I returned to work, and PPB Command, the Mayor, BHR Director, Risk, IPR, and CAO all know this is the case. There is nowhere in the City at this point I would feel safe working with such coordinated discrimination. How do you accommodate this?

I do know that Marquis never read my accommodations prior to my returning to work as evidenced in his July 25, 2023 email. This was after submitting accommodations requesting reassignment on July 13, 2023 and he replied on July 17:

"Can I kindly ask you to begin to consider coming back to your same position/assignment, while we continue to look at options? We can commit to working with your management team to help foster an environment that provides you an opportunity to be successful in your role."

I had my dad read this as I could not believe this response. He had no idea either what to think. Askjan.org did not either.

I do know that Kristina lied to cover this up on Oct. 27 with her Public Safety HR manager Ron Zito's blessing. They did not correct the record (when he knew she lied from my Oct. 7 email) when they returned after being made to leave by Patricia Loving when Kristina lied. I do have the email Marquis provided from July 26, 2023 at 3:09 PM when he says:

   **"Oh, you have two!!"**

because I told DCTU and Marquis that I needed this as a gesture of good faith to show that I could trust him after the condoned lying with Kristina by her supervisor Ron Zito.

Yet, did he escalate the fact Kristina lied and Ron approved this handling of a developmentally disabled employee and both should have been disciplined. No because Kristina is involved in this process. Marquis knew this was the reason is quite problematic as a justification to ignore a direct accommodation request never to call me directly like she did on Jan. 26, 2024 to tell me I needed to return to IA, when I was actively working with her colleague. For DC Frome to try and sanitize this breach of accommodations in this letter I believe to be unethical behavior as a lawyer and PPB Command staff member, especially one that tacitly endorsed Sergeant Russell creating a public record accusing me of insubordination and possibly untruthfulness. Yet, when I provided this evidence to Captain Pashley no one informed me of the IA/IPR investigation as she is now a Lt. in the Training Division. This is just another example of PPB promoting sworn supervisors who mishandled my bias concerns and providing no records of my my complaints..

While I have no evidence of any real police accountability, PPB Command (via AC Bell and Captain Hughes) and HR were quite aware of my situation. As I imagine I will be entitled to this discovery this will show there was CAO/Mayor/BHR/PPB command support to bring in an outside law enforcement agency and instead share information with "involved" sworn members while intentionally never interviewing me in any professional standards police accountability investigation. It would be disparate treatment to provide me with anything other than what I would have been subjected to as a non-sworn PPB employee when as a disabled employee these complaints were shared only as a result of workplace discrimination concerns and experiences that were fundamental to why I placed accommodations. I find it incredibly disturbing and distressing when I have nothing to review as part of this pre-Determination process when I used to be the one who would help PPB members facing discipline with their union rep/president review their case files. Chief Day, do you see the irony in this discrimination and this being presented as a fair process?

Yet, I believe you are going to lay me off unless I return to IA where you most likely have listened to my IPR interview when I do not have a copy. I must write this email about how Captain Greg Pashley used his criminal justice training on me as a developmentally disabled employee with the very IA Investigator, Mike Smith, that I reported for violating at least two directives with two other PPB sworn members. They decided to conduct their own unofficial IA investigation with no official notice or union rep available to me as he referenced information he was not included on that was only shared to HR staff and as such he was fully aware of my disabilities and abused them in an effort to show I was untruthful. I will never be able to unsee his nodding his head to Mike that this when I'm going to ask Justin that question and you are going to be my witness, and Mike turns around to show how he's all for it.

Do you know how traumatizing this was? Do you know what kind of nightmares I have had since? My HR thinks doing the same kind of police accountability they conducted where there are never any notices and subject me to additional risk. A shadow form of police accountability intended to discriminate against me after I have been discriminated against over and over again and when I finally have the word autism to describe this developmental disability vulnerabilty and the equal ADA accommodation worthy comorbid cPTSD mental illness. Captain Pashley knew this, so did HR, and his idea to use his criminal justice training on me like I'm a criminal to try and create a record to get me fired. This is so freaking disgusting and horrifying. This is what CAO, BHR, PPB, IPR, and Risk Management have intentionally not wanted to investigate on any legitimate level and interview me to find out about despite raising issues to Marquis as it happened and appropriate leadership on Oct. 7.

Chief Day, you want me to return to this Captain and this department where City resources covered up liabilities/fraud and two of the main employees are using their law enforcement training on me trying to conduct a police investigation like I'm a criminal when I'm just a developmentally disabled employee who wants to work in a healthy department. All because I've raised serious liabilities this supervisor should have escalated and an outside law enforcement agency should have been brought in. Forget that he should not have been allowed to be my supervisor again, he was provided access to my confidential medical and complaint information about him.

This is why you conduct real IA Investigations and let me know what is occurring. You don't taint my chance at real due process and enable an abuser who has covered up past coordinated misconduct with sworn members (many under his supervision) and IA investigators (all but one were previously law enforcement). Instead, you not only deny me timely due process you allow this shadow version of disparate treatment accountability to produce the results you received. Then DC Frome is allowed to be involved in my Pre-Determination with Kristina when CAO/BHR and most likely PPB Command know what Kristina and Ron did previously and present this proposed-separation letter as legitimate after Captain Pashley did what he has done before and during my return to work. Just like presenting I had a fair accommodations process when Marquis had been forwarded my concerns about Captain Pashley's integrity and it was clear he had been sharing way too much sensitive information with him.

I was fine that Monday working when he was not in the office. The next day he shows up and says, "We're going to have to work together, I hope that's not going to be a problem" as his first comment to me. No, "Glad to see you back from FMLA, hope things are better." A veiled threat that he has been given access to all of my complaints and medical information and "I hope that's not going to be a problem." Yes, it is and it was a problem!

He should never have been allowed access. This was never investigated properly, nor did Worker's Comp do as they indicated they would, despite being fully aware of what occurred. I am autistic, if you say to place accommodations to get to healthy department, or indicate WC will investigate thoroughly, I am going to believe you and engage in good faith. This is why I am vulnerable, developmentally disabled employee. This fact has been abused over and over again to provided me disparate treatment and pretend I received fair processes.

Not only was it disparate treatment to not investigate adequately, this decision not to do so engineered the exact situation where I was emailing trying to tell my HR staff to please quit sharing information with him that he should not have, that this is triggering my cPTSD. And when I question his very integrity, HR includes him on their reply and he lets loose on me creating the absolute worst work week of my life reducing me to tears when HR said they would work with my management to succeed. Is this what was meant by success by Marquis? Chief Day, please answer this, because the success DC Frome wants to present of what he considers a fair Accommodations process is such a false narrative of all events that he and everyone else involved in this medical separation and my accommodations know exactly what occurred and have tried to cover this up.

I believe anyone involved with this letter and my treatment to date should be investigated for disparate treatment of me as a disabled employee and those with law degrees and badges should be investigated by their corresponding oversight agencies. This is so disgusting and it's just not even the worst of it.

This is the Mayor, PPB, CAO, BHR, Risk management holding the thin blue line against the developmentally disabled employee with mental illness who follows rules because of his brain that he has no control over. This is how Autism Acceptance Month is being celebrated for me as an autistic PPB employee who works for the City of Portland.

Was it okay to not professionally investigate why I could not be within 6 feet of Captain Pashley because I am so terrified of him after he abused my disability and complaint information recruiting another questionable IA coworker when he should have never been given access or allowed to be my supervisor. This is the department I am supposed to return to? Chief Day, please answer this.

No one has provided evidence any complaint that has been investigated adequately to a professional standard, one that would include interviewing me. Instead the City/PPB have shared information with people who should never have had access to it, abused it for reasons it was not shared, and compromised my ability or the City of Portland taxpayers to receive untainted, true police accountability. This has serious consequences not just for me.

This has had an incredibly disabling and traumatic impact on me while I continued to trust HR and engage in good faith. When Ron Zito called me to say I would be medically separated after a supposed interactive ADA accommodations process where not once was I contacted despite being available the whole time and Kristina having contacted my provider with a question where she referred HR back to me, I then escalated in an email on Oct. 7 to the Mayor, BHR Director, and Kristina's boss Ron Zito. The result was Viki Bigsby denying my worker's comp claim.

She was the one who put the May 25, 2023 injury date on my claim knowing I wanted to address all past leave and what occurred when I returned to work. Yet, after being told I had no workplace injuries and then denying my claim using all of my accommodations information against me to say I am damaged goods, why do I still have no answer from my HR/FMLA contacts to all of my unanswered questions when this was requested as a formal accommodation? When you ignore accommodations it is not trivial, it is discriminatory. For instance, when I was told to apply for Paid Leave Oregon I asked via email if I am eligible for Catastrophic Leave Donations? No one answered this question.

Chief Day, please answer this question as part of this pre-determination process. I received no answer at all. I have had no income since Jan. 24 and this is by design. This whole process is designed to engineer provide disparate treatment and present it as fair like in DC Frome's letter. If this is the case, please answer my question about Catastrophic leave. My understanding, the City Attorney's counseled that no workplace injuries have occurred, which when I read Catastrophic Leave means I should have become eligible for this program all other employees have access to but me, no? Chief Day, please answer this question.

It's highly relevant to why my insurance was cut off on Feb. 1 but I did not receive notice until March 2nd. This is coordinated disparate treatment of a disabled employee by PPB and HR staff and not only denying his accommodations to respond to questions but intentionally depriving him of City programs as an employee because the intention has been to discriminate against me and make my life so unbearably uncomfortable and unfair I'd quit and go away. And when I don't and keep trying to work with Marquis to help me find another job in another bureau I am presented IA as a legitimate option when absolutely no investigations were conducted properly in a transparent professional standard way to make believe this occurred.

So, now let's discuss Exhibit #2.

So I believe it was in January 2022, I received the following holiday card from Assistant Chief Bell. I'm sure he can provide more details. That's great he wants to spread some holiday cheer. This card from what I gather is his place of worship: Athey Creek Christian Fellowship. It says:

Dear Police Officer,

Merry Christmas! Thank you for your service! We appreciate your hard work in a failed city. You have been appointed by God it says in Romans 13. Praying for you! Love, Cailie

Now imagine you are developmentally disabled employee with mental illness where his sworn supervisors have used disparate treatment against him as an employee with mental illness and not never investigated bias in being able to access mental health services. And your EAP service provider denies you service because you are NOT an officer. What's it like to get a card addressed to you as an officer? Triggering.

I have a history of religious trauma from your childhood. I was raised by a mother who was raised Catholic but chose to bring her kids up to be allowed to decide whether or not to bring religion into their lives. She believed fervently in the separation of Church and State. In fact, I share this value.

This card does not represent my faith or my values. I find it highly inappropriate content to be shared by a supervisor in my workplace.

My last BOLI and only complaint I realize now was also because of my autism and not laughing with everyone else at OPB when my Manager Becky Chinn decided to say "Giving it over to Jesus is her new management strategy." I lost my job, BOLI inadequately investigated this claim despite statements I made the day I was laid off. It was devastating to me and my family to lose my job and career and this contributed to a bipolar misdiagnosis. I had worked hard to get that job and try to keep it, just like as I did as an IA PASS. This time I placed accommodations to address the underlying issues related to my disabilities.

So, please note, I do not like to file BOLI complaints or even to have to complain at all, but when people like Becky say things like this in the workplace I do not find them appropriate. This is intrinsic to me as an autistic person and my values which are supposedly aligned with my employer's values, but I lost my job from an inability to advocate for myself in an inappropriate work culture. Just like my direct supervisor, despite knowing OPB celebrated Holocaust Remembrance Month, thought it was appropriate to tell me he was not a Nazi manager when he knew my kids were Jewish and attended summer camp at PJA. He got to keep his job, I did not. So, I am finding this to be all too similar given my PPB experiences with another inappropriate work culture that was unhealthy to my disabilities especially when I was not engaged in any of the misconduct.

As such, I remain quite sensitive to the separation of church and state in the public sector and workplace. I believe my religious freedom should be respected in the workplace. When people want to conflate religion as a justification for authority, as my OPB supervisor knew full well, that is the type of Christian Nationalism that promulgates anti-Semitic rhetoric that fueled the Holocaust.

This was so unacceptable to me at OPB and it is even more unacceptable at PPB when the implication is a Christian God authorizes an officer's ability to use lethal force of residents in a failed city. Really.

I am ADHD deadline-driven and PTSD conflict-averse, so I filed a complaint at the end of the one year time frame because BOLI did not tell me that they could only look back one year from the time of the complaint. I now understand this was a genuine accessibility issue denying me of my civil rights when my brain requires clear, direct communication as indicated at times in my accommodations process. I've been aware of this Civil Rights timeline as my employer/Bureau discriminated against me. The good news is I am pretty sure that the US DoJ and our Directives don't have this type of statute of limitation, so whenever a real law-enforcement investigation finally occurs into this document and all of my other improperly handled concerns, that will start a new timeline for all of these complaints for my employer to adequately all of my issues. It would be interesting to participate in actual police accountability that interviewed me for once rather than a coordinated effort to cover up misconduct, discrimination, possible fraud, and serious law enforcement misconduct.

Why am I sharing this now? Well, how were all of my other complaints handled? I'm pretty sure Commander Bell started after PPB promoted Captain Jay Bates to PSD Commander where he retired exactly one week later. I kid you not. Dear Auditor Rede, perhaps you'd like to look into this and what rules are in place for FPDR promotions and ensure that a PPB member be in the position for at least 6 months before you get a higher pay grade. I did not look into it, but I have paid property taxes in Portland and looked at the FPDR pension and this reeked of PPB taking care of their own at the taxpayer's expense, just like commuting on the City dime, and just like covering up for PPB IA employee misconduct. I am an autistic employee with mental illness, it is clear that I am on the wrong side of the thin blue line..

Having escalated numerous bias complaints to supervisors and PPB command staff, and even the Mayor's office, only to have them ignored. Why on earth would an employee with mental illness want to raise religious bias by his commander when all of my other complaints have been uninvestigated? Chief Day, do you see how when PPB staff discriminates against vulnerable non-sworn staff with mental illness and developmental disabilities, a culture that never investigates any bias for that employee doesn't make it likely other more significant bias will be reported? Yet, despite this, I raised concerns when PPB employees coordinated to create liabilities for PPB/CoP and possible fraud because I knew how serious this was. How was it handled? Please tell me.

Now imagine you are developmentally disabled employee with mental illness who has been discriminated against when he returned to work and his confidential health information and professional, bias, and ethical concerns are shared with a manager who truly does abuse this to the point you get sent home involuntarily, when he should have been placed on 10-2, and no one adequately investigates what happens but pretends everything is a fair accommodations process like DC Frome's letter. Then, let's imagine you've been home since the end of July trusting things will be investigated thoroughly and you'll get a fair accommodations process at last only to find out you are to be laid off. So, imagine what it is like when your son with autism watches his father try to fight for his livelihood while HR, PPB, CAO, the Mayor, IPR, and Risk Management intentionally use disparate treatment against him and he has to see the horrible impact that this has on father. So much so, that he has to step up and become a de facto Personal Support Worker and do certain errands with him as he descends from level 1 autism to level 2 with his OCD/cPTSD. To see how crippling and scary it is for his dad all because the police bureau and the City are discriminating against him and his dad can't even find a lawyer. Now imagine PPB launches a criminal investigation and investigates him as a suspect.

Just how does he and his dad feel when this coordinated discrimination allowed his Captain to abuse his disability info in a horrific work week enabled and condoned by PPB/HR staff and then to refuse to provide any police accountability? Do you think this family feels like their Civil Rights are going to be respected in a criminal procedure that very same police bureau?

Now imagine your son is trying to deal with this alone and he has cPTSD/OCD and Autism as well. His dad is struggling do basic things unable to pay bills or go shopping so he's trying to deal with traumatic stuff alone so that his father doesn't get overwhelmed.

So imagine my surprise when my son showed up at home during a school day being interviewed by phone by a PPB Detective. He went to his room and I only heard snippets of him talking to the Detective. Did the Detective ever ask if he had a neurodiversity that might need an accommodation like another non-lawyer person advocate to be present? Like my accommodations as a developmentally disabled employee that Risk Management discounted and Kristina Porecco ignored. I have no idea. Chief Day, please tell me.

If not, I would consider this discrimination against another autistic individual from an inclusive PPB experience when PPB/HR disrespect my autistic accommodations as has been my experience even with this pre-determination process.

Look my son knows I only want one thing from him as a parent, for him to be a good person. That's it. I want to send a good person into the world to provide joy and support. It's the only way I can live as an autistic person and how my mom, most likely autistic, raised me.

Is this the same standard my cohorts in PPB/IA follow? My son and I will try and follow directions with our autism and our cPTSD/OCD will make us try and please you to avoid conflict and get a quick resolution to an uncomfortable situation. This is not consent, it is us avoiding conflict and cooperating while we feel too overwhelmed to advocate "in the moment" with our brains and anxiety. We will remember when people abuse us, replay it over and over in our heads, and have nightmares and intrusive thoughts. Our autistic brains will trust your words intrinsically and we will at cost try to avoid conflict with our lived experiences of domestic abuse.

Did the Detective check to see if neurodiversity or mental illness could have been a factor in his investigation or his agency to participate in this interview? I am pretty sure my son reported details of an assault perpetrated on him by the accuser and her friend. Did the Detective inform him that he had rights as well? As Developmentally Disabled adult recognized by the state, I am vulnerable and the type of person mandatory reporters must report when I am abused. My son has not wanted to explore that state/county evaluation, but it does not mean he would not be eligible or applicable if you are conducting an inclusive criminal investigation. If my son was abused and considered developmentally disabled, that Detective, like all City employees is a mandatory reporter, and he should have reported this. How do you know unless you have an inclusive process that asks or he has an advocate present to assist? Chief Day, please answer this.

I don't think this happened at all. My son did not want this incident to distress me further and tried to insulate me from it. Think about this. This is what happens when you deprive an autistic kid of a functional parent through workplace discrimination, denying him the support of the only parent/adult in his life he trusts to help him. How is this family to feel when it appears that a detective from the same police bureau discriminating against his father because of his neurodiversity/mental illness to the point of deteriorated functionality and exacerbated comorbid symptoms may be doing this to him in a criminal procedure? This is heart-wrenching. Yes, Chief Day, please consider this during Autism Awareness Month.

Now imagine you are his dad and you know his grandfather was a holocaust survivor. You already have serious questions about how PPB Command has handled your disability accommodations, bias complaints about other employees, and has been coordinating with other City Bureaus/Offices to discriminate against you to cover up misconduct and serious liabilities. Now imagine that you have already shared most of your bias complaints with an Assistant Chief who most likely improperly handled your information. Instead using it to facilitate the discrimination you have been enduring. Now imagine this same Assistant Chief is in charge of the Investigations Branch, including the Detectives Division.

You know this A/C thinks it's appropriate to share religious messages in your workplace that violate your civil rights that champion all PPB sworn members receive their authority from a Christian God based on scripture. A Christian God has appointed them. How am I to believe that my child is getting a fair criminal investigation? Did A/C Bell recuse himself immediately when he saw my son was being criminally investigated with knowledge of my past disparate treatment by IA supervisors as a protected class sex/gender and sexual abuse survivor? Chief Day, please answer this. This is a formal accommodation request.

When DCTU President Rob Martineau indicated I would have to probably do a gap background check before returning to work when in PPB when I have not once been unemployed in this process, this sent up such a huge red flag. After he refused to make sure I had access to police accountability when working with Marquis contributed directly to Captain Pashley's disparate treatment and horrific behavior. My stomach completely dropped.

Why? PPB member love to gossip about other member's problems. I do not enjoy this past-time, but I know my situation would spread like wildfire especially since I have been sent home involuntarily and isolated from work. Did Marquis know my son was being investigated? Did he share this with Rob Martineau? How would this not be violating me and my son's civil rights? This is beginning to feel like the very media darling PPB Hardesty fiasco, the one that I had to answer the phone when Tess Riski from the Willamette Week had a copy of her IA letter and tried to pull a gonzo call on me to disclose things I should not. Hmmm, at least Commisioner Hardesty had actual public records she could share like investigation notices, case updates, and findings notifications. What about me? Yet to see a single one. Is this ok, Chief Day? Is this transparent, comprehensive police accountability or disparate treatment to a disabled PPB employee? Please answer this question.

Chief Bell encouraged me to work with Marquis, that was the only thing he did when I shared my concerns. So when my union President tells me Marquis wanted to know if I could return to IA if I didn't have to report to Captain Pashley when they had never investigated anything that occurred, why is this feeling so inappropriate and coordinated from all levels? This was presented as some kind of informal accommodation validation of workplace trauma Marquis helped facilitate yet not investigate. Please, Chief Day, does this sound like I've been getting a fair accommodations process or any police accountability related to my disabilities and workplace contributions that have made IA unhealthy?

Let's see the last time I was alone in the office with Captain Pashley and only IA Investigator Mike Smith on Tuesday, July 25th (check the UDARS and computer log-ins) what happened? Listen to that IPR interview I have not been provided for pre-

determination. My proposed separation letter indicates this as a safe workplace for a developmentally disabled employee with a supervisor who abused that employee's confidential disability information and sworn member misconduct allegations. Chief Day, do you agree I am rejecting reasonable accommodations? Please answer this. This is why I was provided your email address rather than having my actual accommodation respected by Kristina. The very HR rep who lied to me to help cover up an unofficial truthfulness IA investigation by Captain Pashley and IA Inv Mike Smith in the worst kind of workplace disparate treatment possible in a police bureau where criminal justice training was used inappropriately on me as developmentally disabled employee who placed accommodations and had the courage to share liabilities with his employer. This person has been left as my contact for this process after completely ignoring real accommodation requests. This is so grossly inappropriate.

Chief Day, I would like to know who has been involved in my son's criminal investigation. Who has accessed the report? How many times has it been printed to pdf or paper? If physically copied or digitally, how many times and by whom? How many times and who accessed the file in any form. Was the file phyiscally copied or accessed on the network or to a thumbdrive and if accessed from there copied and by whom. Who has been talking about it and how would that impact my professional reputation or my son's civil rights? Chief Day, let's have the US DoJ and OR DPSST help you with this.

Do you see how incredibly troubling the choice to deny me real professional standards investigations impacts the PPB's criminal justice work and the civil rights of even your own employees and Portland residents? Please answer.

Maybe it's because so many PPB employees don't live in Portland and can't imagine the reality, that PPB thinks this is ok. Chief Day, do think this is ok? I don't.

Do you think an A/C who probably mishandled all of my complaint information and violated my Civil Rights with religious propaganda claiming a Christian God gives police the right to do whatever they want to anyone else including me and my Jewish son might just be problematic?

Chief Day, please tell me, is this okay? Is this going to make the CoP Autism Acceptance Month mention in a BHR email to all staff employees that I can't even receive because I have no network access? When I have no files to review for this pre-determination process, just like a compromised ADA accommodation process with a coordinated effort to discriminate against me, where HR staff act untruthfully and deny me police accountability yet remain involved in my employment decisions. It's unbelievable.

Perhaps this information needs to be part of my Worker's Comp discovery process since this abuse has been so well-coordinated with PPB Command and City staff. Please provide this. Thanks!

Chief Day, is there any reason you should recuse yourself at this point? What have you known and when? Please answer this question. Appalling conflicts of interest persist with uninvestigated bias and discrimination pertaining to my experiences, denying me of my civil rights with my continued mistreatment. Please tell me does this same culture of permitting access to sensitive information when there is a conflict by an employee extend to my son's criminal investigation and the Investigations branch? This is all so utterly disturbing.

Let me help you with something. Since the US DoJ and OR DPSST are on this email chain, I think you could easily determine which investigators and PPB sworn members were not wearing masks and just which directives have been violated how many times.

You have access to recordings of all IA interviews. Oddly, this includes interviews with the complainants for actual, real IA investigations when I have yet to be interviewed once for any of my allegations. This is such a glaring and damning demonstration of disparate treatment.
Not once is this something I have not been offered.

So I would handle transcript requests for IA interviews, troubleshoot technical issues, and disseminate transcripts to investigators. I also used to work in the film and broadcast industry, primarily in post-production. So, I do know a thing or two about audio. All you need to do is get your IA investigators and the equipment they used for their interviews and have them record themselves with their standard interview set up. Record them all with the type of mask they'd usually wear - once with it on and once with it off. You might as well start with Mike Johnson as he was supposed to wear a kn95 mask per City Covid rules. I had to sign for them and place them on his desk. There will be a different sound signature for each different set up - one with a mask and one without wearing a mask.

Please compare all of these audio files forensically with all of the interviews. You will know how many investigative interviews were conducted with IA investigators violating two directives and which complainants/involved members have appeal rights for these compromised investigations. You will then know likely which sworn members also participated in this coordinated effort to create liabilities for the City of Portland based on how many interviews they've done. You will then know how many times they violated two directives and perhaps if any should have been disciplined and possibly not supposed to be at work. Furthermore, you can find out who had the City pay for Covid sick leave when this is tantamount to fraud, either Federal (if there were Covid relief funds) or local.

Chief Day, do you see where this is going? When Captain Pashley refused to do the right thing, escalate the issues accordingly, then have the City recruit an outside law enforcement agency he intentionally created even more liabilities for this City by allowing PPB employees to remain employed that should have most likely needed to be terminated. Yes, the Captain who uses menacing sotto voce to me to say "I don't get to question his integrity" abusing my disability and complaint info he should not have had and an employer and bureau that have proven they agree with by protecting his misconduct and disparate treatment of me as developmentally disabled employee by never investigating any of my allegations in LE professional standards manner in the worst type of coordinated disparate treatment possible.

Now any PPB member that should have been disciplined or fired for the number directive violations they committed and should not have been involved in any IA investigations creates a problem. Any of these sworn members involved in doing police, detective work, or approvals, what happens then? Think of all of the victims whose perpetrators now have possible legal grounds to appeal their convictions. Think of anyone with religious trauma who thinks that bias could have been involved in their detective investigations that have been overseen by an A/C who thinks the police obtain their divine authority from a Christian God. You can't make this up. Chief Day, this is your police bureau. I just wanted to work in a department that was healthy for my disabilities. Do you see why they were so devasting to my disabilities in IA? Please answer this.

This is why police accountability matters. This is why I raised concerns and followed directives. This is what happens when PPB decides disparate treatment of a disabled employee with the help of CAO/Mayor/BHR/IPR/and Risk Management is alright. When you have a developmentally disabled employee who embraces the qualities that Portland taxpayers would want in an employee and instead you support those who create liabilities, deny real investigations, and allow discrimination and participate in a cover up, please tell me should this pre-determination sham continue? Chief Day, please tell me. This is all so sickening.

I am happy A/C Gjovik was promoted from Commander. How about asking him what happened when I reported IA Investigator Eric Stout for not wearing a mask and how I did not want to be in his "pod" when I have no choice but to work in person. Did he address this as Eric's supervisor? Or did he ask the employee with ADHD and mental illness to have to make a complaint instead? Yes, make the disabled employee who has no self-defense skills piss off his former Law Enforcement IA coworkers. Sounds like PPB police accountability to me. Because this is what my experience in IA has been as a disabled employee.

Yes, the same employee who because he was male could not receive self-defense training by his bureau. Please ask Marquis if I was interviewed in his bias investigation about this experience. Did they ask me to provide any supporting documentation. This is why you conduct real investigations. Never once was this bias followed up in writing. To quote Sara K. Johnson in her Sep. 30, 2021 email to me, "This class is for women only." When Marquis says the program is no longer in PPB and it doesn't matter only after my union rep left and I say to him to the extent of: "Marquis, how did this help me when I needed it? How did this institutional bias against me impact my mental health?" He gave me his favorite look of horror he reserves when he knows that he has provided disparate treatment. And did he correct this? Nope and there is no public record, so please accept this one for how PPB and the City of Portland handle my disabled employee bias concerns.

I have no choice but to raise things to those available like my HR reps or my supervisors for them to keep placing the burden on me as a disabled employee to police the police. This is the Bureau/department that this pre-determination says I must return to because all of my reasonable accommodations have been met and I'm refusing to return to work.

Chief Day, do you think I might be a little concerned for my safety? I am now scared of all PPB police vehicles thanks to my treatment in IA, with everything that I have raised, and my that a criminal investigation into my son may have included people with religious bias and conflicts of interest. I'll be even more so now. How will the City deal handle my concerns? It appears the plan is to coordinate to continue the pattern of covering up discrimination and cover up PPB misconduct to disenfranchise and abuse me further.

This is disparate treatment of an employee where you have decided my developmental disabilities and mental illness means no employee could hurt or discriminate against me despite the State of Oregon recognizing me as a vulnerable adult and yet it still goes on. This, after none of my bias, professional, and safety concerns were ever investigated thoroughly and transparently to a professional standards level save for a missing bike light SI where it became quite obvious the security footage of Randy Graves charging me should have been ordered and my denial of a police report has continued to today. No one has ever told me there was outreach to MCSO and this dynamic has been addressed. What about the liabilities when my concerns could have stopped the bail

support fund resulting in a citizen being killed if PPB just cared about a single non-sworn employee with mental illness instead of providing him disparate treatment because he works in Internal Affairs.

To show I am not all doom and gloom, please ask the esteemed Captain Pashley of unquestionable integrity what he did when I took the time write up a proposal to address when IA/IPR investigations and provide restorative justice my working with Multco DA to get any missing police reports or expunge records based on investigation findings. What did he do with this? Chief Day, I want to know.

This is from a brain that truly wants this world to be more inclusive and caring. I am someone who cares about true public service and transparent public accountability. I know exactly what it is like to complain and have unresolved trauma continue to haunt your daily existence to the point of debilitating mental illness just like my experiences in IA as an employee and how my disabilities and concerns have been handled (please ask Marquis or Shelonda about my disability experiences with Noise Code Enforcement City employee Paul VanOrden who deleted a public record so I would not have access to a recording of an oversight committee meeting where he lied when Mayor Hales told me to go and report my need for disability accommodations and his supervisor refused to answer my questions about transparent public accountability and public records handling) just like everyone involved in my accommodations, FMLA, HR, or this pre-determination process. I have experienced this abuse before as a disabled citizen, why am I experiencing it as an employee? That time I was on brutal antipsychotic bipolar meds and even less able to advocate for myself. It is such a distressing reality to have to this in such City-wide sponsored culture of disability abuse and cover ups.

I offered an easy constructive way of addressing past traumas in certain situations that allows for complainants to heal and move on. This also provided an opportunity for the City and PPB to create a better learning experience out of bad situation and possibly help plant the seed that we had responsible, inclusive police accountability.

This would have had direct relevance to me if anyone would have professionally investigated even one of my allegations in a transparent accountable way. Nope, this is my pre-determination with no rep, no records, and no lawyer - a repeat ration of discrimination paraded as a legitimate, inclusive process. These are the employees you are protecting with this process that feigns to provide me with due process. At least when you finally lay me off, this will allow me to collect unemployment after over three months of no income.

The City of Portland received taxes to provide public service. Somewhere in the process of discriminating against me a political calculation was made to cover up misconduct that had deveasting impacts on me as a developmentally disabled employee with mental illness. When I engaged in good faith in a federally protected ADA Accommodations process this became an opportunity for a coordinated effort to use my confidential medical information and professional, bias, and liability concerns about PPB misconduct and HR employees to cover up behavior that should have been investigated thoroughly, transparently, and immediately to the professional standard expected at any law enforcement agency. This has been such an egregious disparate treatment of me.

My accommodations should have been restarted with real HR Business Partners without a conflict of interest and who tainted any chance for true police accountability into my bias and whistleblower concerns. These should have been investigated by an outside law enforcement agency to quarantine associated liabilities and provide discipline if needed. This was never done and this taint has grown like a cancer spreading throughout the City. If anyone reading this is as disgusted as I am, now imagine what it's like to be a vulnerable developmentally disabled employee with mental illness who is the target of the City abusing it's formidable resource advantage in a coordinated effort to discriminate against you.

Like a data breach, you notify the appropriate parties and contain this contagion fall-out. What you do NOT do is discriminate on top of discrimination and cover up misconduct as if remaining in compliance with all state and federal Civil Rights/employment laws, USDoJ oversight, or DPSST standards and present the coordinated abuse using taxpayer monies as if transparent public governance and accountability occurred during a legitimate disability accommodation process.

Am I saddened that this web of deceit will likely ruin a few careers and cause a few others to lose their badges and law licenses? Absolutely. The difference is I would quit my job before being involved in such discrimination, my brain does not give me this choice. This was why I placed accommodations.

Look, I know I would never be able to be a police officer with my cPTSD/OCD. I accept this reality. I am glad others are willing to do the job (I hope they are sworn to protect and do not feel a Christian god appointed them instead). I was happy to support their efforts as a PASS in IA until it became too unhealthy. I recognized that the police bureau was not a good fit and tried to work with my employer to get to a healthier work environment. They chose to discriminate against me instead.

Please tell me what happens next because it is clear I cannot return to PPB, IA, and possibly anywhere else in the City. This order has been comprehensively disheartening and destructive to me and my family. Please make it stop and show me the way forward. I

am hoping all of the included institutions can assist with this.

I am attaching four additional images of what I believe are uninvestigated disparate treatment. I have plenty of records and even a timeline. What I don't have is the energy or brain that can advocate any longer in the face of such overwhelming discrimination and imbalance on power.

Best regards,

Justin

On Thu, Apr 4, 2024 at 5:31 PM Porreco, Kristina (Police) <Kristina.M.Porreco@police.portlandoregon.gov> wrote:

Justin,

Chief Day's email is robert.day@police.portlandoregon.gov

To allow you the ability to provide him with information in writing that you would like him to consider as part of the pre-determination process, the bureau will extend their timeframe to make decision through end of the day (5pm) on Monday April 8, 2024.

I will give him a heads up that you may be reaching out.



**Kristina Porreco**

HR Business Partner assigned to Portland Police Bureau (PPB)

City of Portland, OMF Bureau of Human Resources

Ph: 503-250-3253

kristina.m.porreco@police.portlandoregon.gov

Twitter | Facebook | Instagram | Youtube

**City of Portland Core Values:**
**Anti-racism | Communication | Collaboration | Equity | Transparency | Fiscal Responsibility**

**Confidentiality Notification:** Information in and/or accompanying this email is the property of the City of Portland Bureau of Human Resources, intended for the use of the person to whom it is addressed, and may be confidential or privileged in nature. Disclosure, copying, distribution or the taking of any action in reliance on confidential or privileged information without the knowledge and express consent of the original sender is prohibited. If you are not the intended recipient, please notify the original sender that you received this email in error, and then delete the e-mail and any/all related attachments. Thank you for your cooperation

**From:** justin callaway <justincallaway@gmail.com>
**Sent:** Thursday, April 4, 2024 11:14 AM
**To:** Porreco, Kristina (Police) <Kristina.M.Porreco@police.portlandoregon.gov>; cityattorneysoffice@portlandoregon.gov; hrweb@portlandoregon.gov
**Cc:** Geebs Rojas <grojas@oregonafscme.org>; auditor.rede@portlandoregon.gov
**Subject:** Re: Proposed Separation

Apparently, there are character limits for the CHO portal, something to consider when BHR Business Partners find it necessary to disregard accommodations and perhaps an accessibility issue for other disabled people. I find it ironic that a Bureau that has discriminated against a

Like a data breach, you notify the appropriate parties and contain this contagion fall-out. What you do NOT do is discriminate on top of discrimination and cover up misconduct as if remaining in compliance with all state and federal Civil Rights/employment laws, USDoJ oversight, or DPSST standards and present the coordinated abuse using taxpayer monies as if transparent public governance and accountability occurred during a legitimate disability accommodation process.

Am I saddened that this web of deceit will likely ruin a few careers and cause a few others to lose their badges and law licenses? Absolutely. The difference is I would quit my job before being involved in such discrimination, my brain does not give me this choice. This was why I placed accommodations.

Look, I know I would never be able to be a police officer with my cPTSD/OCD. I accept this reality. I am glad others are willing to do the job (I hope they are sworn to protect and do not feel a Christian god appointed them instead). I was happy to support their efforts as a PASS in IA until it became too unhealthy. I recognized that the police bureau was not a good fit and tried to work with my employer to get to a healthier work environment. They chose to discriminate against me instead.

Please tell me what happens next because it is clear I cannot return to PPB, IA, and possibly anywhere else in the City. This order has been comprehensively disheartening and destructive to me and my family. Please make it stop and show me the way forward. I am hoping all of the included institutions can assist with this.

I am attaching four additional images of what I believe are uninvestigated disparate treatment. I have plenty of records and even a timeline. What I don't have is the energy or brain that can advocate any longer in the face of such overwhelming discrimination and imbalance on power.

Best regards,

Justin

On Thu, Apr 4, 2024 at 5:31 PM Porreco, Kristina (Police) <Kristina.M.Porreco@police.portlandoregon.gov> wrote:

Justin,

Chief Day's email is robert.day@police.portlandoregon.gov

To allow you the ability to provide him with information in writing that you would like him to consider as part of the pre-determination process, the bureau will extend their timeframe to make decision through end of the day (5pm) on Monday April 8, 2024.

I will give him a heads up that you may be reaching out.

 **Kristina Porreco**

HR Business Partner assigned to Portland Police Bureau (PPB)

City of Portland, OMF Bureau of Human Resources

Ph: 503-250-3253

kristina.m.porreco@police.portlandoregon.gov

Twitter I Facebook I Instagram I Youtube

**City of Portland Core Values:**
**Anti-racism | Communication | Collaboration | Equity | Transparency | Fiscal Responsibility**

**Confidentiality Notification:** Information in and/or accompanying this email is the property of the City of Portland Bureau of Human Resources, intended for the use of the person to whom it is addressed, and may be confidential or privileged in nature. Disclosure, copying, distribution or the taking of any action in reliance on confidential or privileged information without the knowledge and express consent of the original sender is prohibited. If you are not the intended recipient, please notify the original sender that you received this email in error, and then delete the e-mail and any/all related attachments. Thank you for your cooperation

**From:** justin callaway <justincallaway@gmail.com>
**Sent:** Thursday, April 4, 2024 11:14 AM
**To:** Porreco, Kristina (Police) <Kristina.M.Porreco@police.portlandoregon.gov>; cityattorneysoffice@portlandoregon.gov; hrweb@portlandoregon.gov
**Cc:** Geebs Rojas <grojas@oregonafscme.org>; auditor.rede@portlandoregon.gov
**Subject:** Re: Proposed Separation

Apparently, there are character limits for the CHO portal, something to consider when BHR Business Partners find it necessary to disregard accommodations and perhaps an accessibility issue for other disabled people. I find it ironic that a Bureau that has discriminated against a disabled employee does not even have a way for him to share timely concerns with his Police chief.

I appear to be the only City employee on this email chain who cares about inclusivity and accessibility for disabled people, police accountability, or transparent governance.

When I am not fighting for my livelihood when subjected to horrific and repeated disparate treatment as a developmentally disabled employee with mental illness, I usually am trying to make the world a better place. May I suggest that you please inform the public on this website very clearly that there is a character limit for this communication portal. My autistic brain likes information beforehand in written form and not unpleasant, non-inclusive surprises. Disabled people experience enough of those just trying to navigate a world that does not accommodate them. And sometimes a world where their employer uses their formidable resources to engage in disparate treatment against them.

I am FORMALLY REQUESTING A RESPONSE THAT INCLUDES Chief Bob Day.

On Thu, Apr 4, 2024 at 11:00 AM justin callaway <justincallaway@gmail.com> wrote:



10:59

**‹ General    iPhone Storage**

iPhone                    63.5 GB of 64 GB Used

Calculating category sizes...

Hello Kristina, City Attorney Robert Taylor, PPB Chief Bob Day, HR Director, Auditor Simone Rede, and AFSCME Member Center Coordinator Geebs Rojas,

\*\*\*DO NOT SHARE with PPB DC FROME\*\*\*

(this is because I will have to cut and paste this on the Chief's Office portal since I have no email contact for Chief Day)

I intentionally do not have access to a City networked device by disparate treatment design and the Outlook email address book for City employees. As such, I requested a formal accommodation for BHR Business Partner Kristina Porecco to include key City employees in her reply. She did not. This is not the first time that Kristina has ignored my formal accommodation requests as a developmentally disabled employee within this ADA process.

Why did I request this? Because Kristina believes that being untruthful to an autistic employee who processes language literally during ADA accommodations with proposed medical separation is acceptable BHR Business Partner behavior. Her supervisors/PPB/CAO staff are well aware of this, yet have found it appropriate to let her remain included in my ADA accommodations and employment decisions. This has been documented and yet she is still emailing me as a disabled employee with cPTSD/OCD/Autism/ADHD. So, by not doing what was requested, as a disabled employee I will have to send this email to the City Attorney's generic inbox and the Chief's Office intake portal. This is what City of Portland/PPB disability accommodations look like for me and a process that will result in my medical separation. This has been duly noted.

Do you think it's appropriate that DC Frome is included in a "Due Process" hearing, whatever that is? As someone who worked in Internal Affairs, I do not. This is why I requested City Attorney Taylor to be included in her response. No one has told me what this meeting is and what rights I may have. I have never been medically separated before (sounds like making sushi to me). My brain requires clear, direct communication to make processes inclusive of my disabilities. My employer believes including a BHR Business Partner with a history of lying and ignoring my accommodation requests and does not conduct herself this way is appropriate for the fair ADA process I received resulting in my proposed medical separation.

Furthermore, despite alleging possible conduct that the Oregon State Bar would wish to know about, my BHR Business Partner plans to include this person in this "Due Process" meeting and share this email with him despite his tacit approval of PPB Sworn supervisors creating public records on my personal device that can accuse me of anything they want. I find this problematic with my cPTSD as a disabled employee involved in accommodations. This is at the heart of my accommodations, I have cPTSD/OCD and Autism/ADHD.

The City Attorney's Office has been very gracious and made sure to send most of my medical records as part of their legal justification in my Worker's Comp Denial Appeal to remind me that because of these disabilities, I am an employee that the City thinks was damaged goods and nothing any employee has done to me or during this ADA process has had any bearing on Internal Affairs becoming an unhealthy department for a person with these disabilities. I find this problematic, hence my request also to include City Attorney Taylor and PPB Chief Day so that they would catch this impropriety.

And herein, lies the problem you have access to my medical information because I want to work. I cannot work in an unhealthy department with my disabilities with unethical supervisors who use "Officer discretion" to routinely disregard my professional, safety, and bias concerns. When PPB Command and HR is aware of this, rather than provide oversight for these incidents and open IA investigations of sworn supervisors who also conspired with their subordinates and other PPB employees to create liabilities for our police accountability system and my employer as well as in engaging in possible fraud, they have shared this information with people that would have been considered "involved" members in an IA investigation. This compromises any opportunity for fair "due process" to me as a PPB employee who could be subjected to the same oversight that should have been conducted if there was an allegation I violated a PPB directive. This is called disparate treatment. This is not a disability accommodation process for a PPB employee. Chief's Office staff know this, the Mayor's Office knows this, the BHR Director knows this, the City Auditor knows this, and even IPR Director Caldwell knows this.

Instead, no transparent, legitimate police accountability has been provided for any of my concerns as is my right as a PPB employee, where an outside law enforcement agency would be hired to conduct an impartial investigation to see if sworn and non-sworn PPB members engaged in conduct that could have a bearing on their ability to be credible witnesses in the future for criminal trials. Rather, CAO/HR/PPB command staff have ensured this has not been the case, yet again, inappropriately using their version of "officer discretion" to ignore and not investigate misconduct by PPB employees and HR employees, including sworn members who can use real officer discretion in their authority to arrest or use lethal force against citizens - creating serious liabilities for my employer and Portland taxpayers.

This is not trivial. It has direct and serious relevance to my ADA accommodations process. Despite having knowledge of my disabilities that City Attorneys are using against me in Worker's Comp court, these same decision-makers have included people with uninvestigated disparate treatment against me as my supervisor, as EAP coordinators, and as BHR representative.

Kristina, your stating that all of my allegations thus far have been handled properly has no credibility. My brain requires clear and direct communication and transparent accountability. You have lied to me and ignored my legitimate accommodation requests. You did both again in your response. Please stop. I am a developmentally disabled employee who wants to work in a healthy department. It's been over eight months since placing accommodations and you are still communicating this way pretending I am receiving a fair accommodations process and proposed medical separation. This is more documentation of your disparate treatment of me as a developmentally disabled employee.

I have not received any acknowledgment letter for a single allegation as the DoJ requires. No one has sent me any letters communicating any transparent oversight of a single incident involving any employee. In fact, you know that I have received disparate treatment, and all of my allegations have been met with no formal acknowledgments, investigational updates, or disposition letters. This is disparate treatment of me as a disabled PPB employee involved in the ADA accommodations process. You know it, the Chief's Office knows it, CAO knows it, the Mayor knows it, and HR leadership knows it.

To demonstrate this, I will formally ask Geebs to file a grievance

I have no access to "Teams" on a City device to attend this meeting. In my home, I do happen to have a City computer that I have been paying to keep on and powered for eight months. Despite this, my employer finds it necessary as part of an inclusive accommodations process for a disabled employee in good standing to to deny me access to learning materials or job postings so that I can participate in an interactive ADA accommodations process. I cannot attend my "Due Process" hearing because I do not have enough storage on my personal cellphone to install the Teams app. I do not believe that our union contract requires me to provide equipment and install a third party app on my personal device just to be laid off. Please correct me if I missed this detail and the grievance is not applicable.

Please also include in my public records request documentation that all of my allegations have been received and how they were investigated. I do have quite a few emails where allegations were raised during FMLA/Accommodations and many more things I have not shared. I would also like my complete medical file since it's clear that my employer likes to use this information selectively for their own objectives and not for my rights as a disabled employee as is the reason it was shared.

To answer your question as to whether or not I will be attending this "Due Process" meeting, please tell me if you can provide me documentation of how what actions Sergeant Alicia Russell took when I shared what I considered to be inappropriate City communications that many people included on their signatures. Every time I received an email from a City employee with this document for the next year it was a trigger reminding me how the Police Bureau chooses to handle things I find concerning and that I was stuck in an unhealthy department. Both Assistant Chief Bell and Marquis are fully aware of why this was especially triggering for me as a bias given my lived experience.

I know the answer and so do they.

Apologies for any typos and lack of coherence, I do not have time to proof this email and send before whatever this "Due process" meeting is that is to include DC Frome after having received my email.

Best regards,

Justin

On Wed, Apr 3, 2024 at 5:42 PM Porreco, Kristina (Police) <Kristina.M.Porreco@police.portlandoregon.gov> wrote:

Hello Justin,

I am writing to acknowledge receipt of your email. As with your previous emails, it will be reviewed to determine if you have provided new information that warrants investigation.

You requested a copy of your HR file and discipline records, as well as a copy of the transcript of your IPR interview. I will send your requests to our public records team.

I want to make sure that I am understanding the last few sentences of your email correctly. Will you be attending the virtual due process meeting scheduled for tomorrow at 11am, or are you requesting the Bureau consider the information provided in your email as a written statement in lieu of your attendance? If this email was your response, I will pass on your email to DC Frome and Chief Day to be considered prior to their final decision.

Thank you,



**Kristina Porreco**

HR Business Partner assigned to Portland Police Bureau (PPB)

City of Portland, OMF Bureau of Human Resources

Ph: 503-250-3253

kristina.m.porreco@police.portlandoregon.gov

Twitter | Facebook | Instagram | Youtube

**City of Portland Core Values:**
**Anti-racism | Communication | Collaboration | Equity | Transparency | Fiscal Responsibility**

**Confidentiality Notification:** Information in and/or accompanying this email is the property of the City of Portland Bureau of Human Resources, intended for the use of the person to whom it is addressed, and may be confidential or privileged in nature. Disclosure, copying, distribution or the taking of any action in reliance on confidential or privileged information without the knowledge and express consent of the original sender is prohibited. If you are not the intended recipient, please notify the original sender that you received this email in error, and then delete the e-mail and any/all related attachments. Thank you for your cooperation

**From:** justin callaway <justincallaway@gmail.com>
**Sent:** Wednesday, April 3, 2024 2:43 AM
**To:** Porreco, Kristina (Police) <Kristina.M.Porreco@police.portlandoregon.gov>; Geebs Rojas <grojas@oregonafscme.org>; auditor.rede@portlandoregon.gov
**Subject:** Re: Proposed Separation

Hello Kristina,

I have reached out to AFSCME for an actual union representative with less stated conflicts of interest than DCTU President Rob Martineau. This has delayed my response. With my cPTSD/OCD from this unfair process, this truly hampers my ability to read anything from you without being seriously triggered. There will be more on this below.

I apologize to all in for a long email. I am a developmentally disabled employee with mental illness advocating for himself with no union help and does not have an attorney as PPB/HR/CAO all well know, or I am sure this all would have stopped a long time ago. It's all very complicated when the effort has been to conflate the ADA accommodations process while intentionally not providing police accountability. When people act in bad faith and intentionally deny me requested assistance with accountability while being fully aware of my disabilities, this is a calculated effort at disparate treatment of a disabled employee. When this happens, it's very easy to overload my ADHD/autistic brain with my comorbid mental illnesses and impact my functionality as a disabled person. For this reason, I placed accommodations to get to a healthier department. I did not place them to have it repeated in a coordinated effort on a larger and oppressive scale. I should never have been made to live through what I experienced in IA. Despite this, no accountability issues have been addressed throughout this ADA accommodation. This process has abused information shared for disability accommodation purposes, whether employee misconduct, whistleblower/fraud concerns, and previous bias and bias issues from the actions/inactions of HR employees in charge of this process which has had a direct impact on me as a form of intentional coordinated disparate treatment based on knowledge of my disabilities, over and over again. This has had a profound disruption in my life and a direct impact on my family.

Since I am still employed and a CoP/PPB employee in good standing, I will use this email to report your disparate treatment of me, Kristina. Yes, you have had the direct assistance of many other City employees working often working in the shadows which are only a public records request away. This is so disheartening when I have engaged in good faith and been non-adversarial, only to have my disability information and liability concerns used against me.

For now, I've included the Geebs Rojas who helped connect me with Patricia Loving.

As you are aware the City decided to remove my network access when I was sent involuntarily home on July 27, 2023, when my freshly assigned 10-2 Personel Captain Brian Hughes ordered me to write "No more emails" as I exited the building as witnessed by PASS Shon Fosnot. He reassured me multiple times in front of Shon earlier that this was "non-punitive" paid administrative leave. He also threateningly alluded to my Professional Standards Division NDA, which he knows does not cover the actions/inactions of IA employees to repeatedly engage in disparate treatment when I raised concerns about issues that were impacting me as an employee or creating liability for the City. Yet, I have not had access to open PPB positions available for transfer to assist with the accommodations process or to see and be able to apply for internal City positions as part of what should have been an interactive accommodations process.

On October 17 you shared the email when you asked my therapist a question and she declined to answer saying you should ask me. Yet, you did not call me. I did not have this email at the time but I do vividly remember, as my autistic cPTSD/OCD autistic brain is wont to do, when my therapist told me you had contacted her and asked about this question, so I was waiting to be contacted. You did not contact me, despite my remaining in town, calling every day at 10 and 2, and available and ready to answer any and all questions so that I could get to a healthy department. Marquis also declined in email to not use AskJan.org as a employer/employee resource to make this process interactive. This accommodations process was not interactive at all. A question you felt was important enough to ask my provider was not important enough to ask the employee impacted by the results of a supposedly interactive ADA accommodations process? One where you fellow HR Business Partners, Shane and Marquis, did not support my efforts to be included.

As I write this, despite paying to keep the computer powered and left "on" per BTS remote workstation expectations for updates, I still have had no access to City learning resources and City-wide communications as a valued, disabled employee in good standing who placed accommodations as indicated as necessary by you and Marquis to get to a healthy department for my disabilities. To me, this seems like a rather "punitive" effort to use disparate treatment against a disabled employee and treat him differently than other valued employees engaged in protracted accommodations that were not interactive and eliminated that capability, no? According to the letter you sent, I'm not unemployed. However, I don't have a job or benefits by design. Try to make sense of that with an autistic brain that takes language literally as you know very well.

As directed by Captain Hughes, I wrote no more emails until Ron Zito called to inform me on Oct. 2 that I would be medically separated. Why, did I then write my email Oct. 7 to Mayor Wheeler, BHR Director, and Ron Zito? Because Captain Hughes, like all Public Safety HR Representatives involved in my ADA accommodations never opened an IA Investigation (Law Enforcement level of Administrative Investigation) into any of my allegations about Captain Pashley, or the many others I had about IA staff, as is a right in PPB directives for all PPB employees (those are at least still available to me as valued disabled employee who placed accommodations – only because they are public). He abdicated his duty just like my IA supervisors and just like you, Marquis, Shane, and Ron did in coordination with PPB Command staff, CAO, HR staff, and Risk Management.

This not only deprived me of timely due process of anyone involved in incidents that are highly relevant to why IA was unhealthy for me specifically because of my disabilities and the related FMLA leave, communications, and ADA process where this information was conveyed. Even worse, BHR employees actually shared my concerns with potential "involved" sworn members that should have been investigated after each allegation at the end of a real IA investigation. As you know, after you interview the complainant and witnesses first, only then do you contact the involved members. So not only was justice delayed and consequently justice denied, but because of BHR, PPB, and Risk

handling of these concerns, you have compromised the ability to have my concerns professionally investigated to a standard expected of police bureau employees by sharing information with parties that should only hear about it when questioned when compelled as PPB employees at the end of law enforcement grade administrative investigation.

As you, Ron, and Marquis know as Public Safety BHR Business Partners, I have seen each of you in IA for actual Professional Standards level investigative interviews. You know exactly what proper police oversight looks like. Yes, the ones where the complainant has their allegations formally acknowledged with a letter as well as all required investigation updates per DoJ agreement. I sent these letters out in the mail. I brought this up on Oct. 7 in my email and again to you and Ron on Oct. 27 and you did nothing. Ron intentionally avoided my eye contact (not easy for an autistic) and made a performance of writing down in his notepad when I stated that the DoJ would probably not be too impressed with your 180-day handling of PPB command-level staff allegations. I'm sure they will be even less impressed today. This is called disparate treatment. You both should have recused yourselves then, but this is what your letter indicates is supposed to have been a fair ADA accommodations process for a disabled PPB employee at the City of Portland.

These are the type of investigations where you hire an outside law enforcement agency to conduct an impartial investigation so that if OR DPSST or US DoJ audits what happened and possibly launch their respective investigations, the City has these available to not only discipline necessary employees but to make sure the City complies with all relevant police oversight aspects and laws. This is a standard all law enforcement agencies of a certain size would do. Yes, these are investigations that have an assigned investigator (usually IA or IPR - but if there is a conflict, like in my situation, someone from another agency or a possible independent contractor), recorded interviews, supporting documents, and a union rep as needed for all interviewed when applicable. You know that when complaints involve someone with badge and a gun (and even non-sworn PPB employees), there is a higher standard expected with issues like truthfulness, misconduct, or bias. Why? This will impact that employee's ability to be a reliable witness for criminal trials (yes, I helped with US DoJ Giglio/Henthorn requests and brought this up on Oct. 7). But it also creates liabilities if you do not investigate promptly and professionally as required, because they possibly taint everything they touch.

For instance, if Captain Pashley or any other IA employee that has been involved in approving investigations or investigating complaints when they should have been terminated, or disciplined, then any complainant whose complaint was handled during this time could most likely could sue the City - which sounds like a class-action nightmare. This is such a serious liability. This is why I immediately followed PPB directives and reported that my supervisors were coordinating with coworkers and other PPB employees to violate multiple directives for an unknown number of times and for an unknown number of investigation interviews with possible Federal (Covid Relief funds) or taxpayer fraud consideration. These are direct liabilities for the City and immediate issues that should have been investigated. This is why I escalated to Captain Pashley when Sgt. Russell, fully aware that have PTSD from an abusive marriage, responded when I reported an incident that I witnessed involving three PPB employees violating multiple directives and said "You didn't tell him, did you?" referring to IPR Inv. Eric Nomura. I required Eric to use a different interview room and then she volunteered that "some IA investigators don't like to wear masks." What directive is being violated doesn't matter you undermine the whole accountability system.

My supervisor, Sgt. Russell, who knew I had PTSD from an abusive marriage didn't want me to share that PPB employees were violating multiple directives with a non-PPB employee because she wanted to had been choosing to abdicate her responsibility as an IA Sergeant of reporting directive violations (and suggesting that the right thing to was hide misconduct/abuse knowing I have cPTSD from an abusive relationship, what any street cop knows is an issue for DV suspects - this is so very inappropriate beyond disparate treatment) and then wanted me to become part of this IA supervisor/coworker/PPB employee conspiracy by disclosing that there was IA supervisorial knowledge that this a common practice with my coworkers. This is why I reported it to Captain Pashley. He sent an email and posted a sign. This is bias of the worst kind for a person with my developmental disabilities and mental illnesses. Most likely this was something Captain Pashley knew about as well, but how do you know if you don't investigate as you should have done.

I'm sorry, but Internal Affairs, as PPB directives require, is a place where any allegation that a directive was violated is brought up to a supervisor, we have to have a duty to address this in line with US DoJ agreement expectations. Multiple directives were being violated by multiple PPB employees, including IA staff, tainting everything they touched. Was an outside law enforcement agency hired when this was reported? No. Was it done when I brought this up during my FMLA with PPB and HR employees as I worked on the required accommodations paperwork to get to a healthy department? No. Did Assistant Chief Bell or IPR Director Caldwell let the US DoJ and OR DPSST know about this when I called them while on FMLA? I don't think so, because no one has held a recorded interview with me and my union rep should I choose to have one. That's what professional investigations look like. Everyone involved in my disparate treatment as a developmentally disabled employee with mental illness knows this.

When I would ask for answers to my questions as an accommodation, did my BHR staff internationally not answer many in writing but only try to address them verbally to reduce public records liabilities for conducting this disparate treatment? Yes, absolutely. This is the exact thing that IA command staff does when they want to be "off the record" and call IPR to figure out what the public record should look like before sending an email. That's police accountability? I don't want to see this stuff or be a part of it. It's why I just wanted to work in a different department where there would be accountability for issues that impacted my disabilities - this includes following the spirit and letter of the law as an autistic person to navigate difficult neurotypical demands by people who like to break the rules and abuse employees like me. This never should have been an issue in Internal Affairs, but it has been and HR/PPB Command/IPR/CAO knows exactly why this has happened and why I cannot return to Internal Affairs. You have all chosen to deny me any due process as a calculated form of disparate treatment based on my disabilities. This is so inexcusable.

Only this winter after going to IPR to complain because I had applied for a job with the state of Oregon and their interview notice said I would need to provide my supervisor's name if selected as finalist. did I have a complete autistic melt-down after my interview sharing how Captain Pashley used his criminal investigation on me as a developmentally disabled employee. Why do I have share the name of a supervisor that

discriminated against me based on my disabilities multiple times, who did not handle whistleblower/fraud and other discrimination concerns adequately when HR and PPB Command intentionally refuse to provide oversight covering this up and adding more trauma. This is the kind of thing when you are autistic with cPTSD/OCD destroys your brain like a cancer. This is called disparate treatment and it is the absolute worse kind you could do to vulnerable employee.

Eric Berry called me the next Tuesday to cover up that I came in to complain and to say they would not send me a Declination letter as required (2.02 "intent and consent" do not matter per City attorneys from the Zoom meeting I went to, when Eric knew I was autistic and have cPTSD, this is him providing disparate treatment). Only then did I start realizing that when you wanted me to return to IA yet again, and then disregarded my formal accommodation, on my birthday of all days, that explicitly requested YOU to not call me directly (but always set up a three-way conversation) when I was working with Marquis and Rob, did I start to realize this has all been so intentional and coordinated.

There are lies of commission, like your lie on Oct. 27 that Ron Zito knew was untrue from my Oct. 7 email. He did nothing to correct you and is equally complicit as your supervisor. As I recall, he approved your deft handling of a developmentally disabled employee. Kristina, your lie was witnessed by three people, including your boss.

I am autistic and you know I take language literally. It's been an issue for multiple professional and bias concerns I have raised that have not been investigated. Despite this knowledge of this aspect of my developmental disability, you thought it was acceptable as part of this ADA process to lie about events directly contrary to an email I had Marquis forward to me after that meeting because I could no longer trust you and he knew this. It's quite clear that Marquis did not escalate this or you and Ron I imagine would have been terminated, instead of me receiving this letter pretending that I have received a fair ADA accommodations process when I am the only party that has been engaged in good faith. He and Rob asked if I could return to IA and if I did not report to Captain Pashley. I could not believe this was presented as some ersatz attempt of faux police accountability that everyone knows should have been provided immediately by an outside law enforcement agency and making this sound like some sort of reasonable accommodation effort given Captain Pashley's uninvestigated actions and Marquis' contribution to them. This is the heart of the problem, a coordinated effort of PPB Command staff, HR, CAO, and even involving DCTU President Rob Martineau as my union representative to ignore police accountability oversight obligations and the direct impact this has had on my mental health and the outcome of an intentional disparate treatment accommodations process. This is horrendous disparate treatment of disabled employee. And when Rob tells me he has to work with Captain Pashley and isn't going to do anything about HR's lack of oversight as my union representative, this is sickening and coordinated in the worst way.

Look, it's great that you wanted to cover for Marquis on Oct. 27, I'm sure your loyalty would be commended by IA staff. But all of this has had a devasting and lasting cPTSD/OCD impact on me since I've involuntarily been sent home and no longer have a job for following directives robotically as intrinsic to my disabilities, caring about liabilities, and then placing accommodations. This is truly the worst kind of disparate treatment possible.

Your behavior to me as a disabled employee and your intentional, non-interactive previous accommodation actions are precisely why I did not want to respond to your emails and was working with Rob and Marquis. You, Marquis, and Ron know very well, if a PPB employee is found to be you are untruthful in the Police Bureau you are terminated. Yet my BHR representative can apocryphally make statements directly related to my disabilities/accommodations with full knowledge of how I process language literally, and with the approval of her supervisor. This was a coordinated effort to disenfranchise me from real police accountability because I am a disabled employee who revealed inconvenient inactions/misconduct about other PPB employees that are directly related and relevant to my disabilities/ADA accommodations. And this is what you consider acceptable BHR best practices for communicating with an autistic employee involved in accommodations and possible medical separation? This is why Patricia made you and Ron leave the room so we could both see that we recorded this in our notes and documented what was happening. And, how about that? Because I started getting agitated in pre-autistic meltdown fashion because you were abusing my developmental disability and being untruthful when you have control over my employment with the ADA process when I have followed all rules and only want to work in a healthy department, she has me apologize to you and Ron for the privilege of having my disability abused by the very people who are supposed to be accommodating it. Did you or Ron correct this lie when you came back into the room? No, you both intentionally did not. You have no idea what distress and nightmares this has caused me.

Instead, PPB and City have found it necessary to promote A/Capt Pashley and Sgt Russell for their professional handling of serious liabilities to the City and disparate treatment of an employee with mental illness. These are the same people who mishandled my Sr. PASS Training hiring concerns who was stuck in IA compared to the more advantageous disparate treatment afforded to PASS/Sr. PASS employees in other departments eliminating transfer opportunities for me (Please see my email to Chief Lovell in May, 2023). As I shared with Marquis, I believe what happened to me with having my interview canceled by Valerie Crumb to have been discrimination. I told this to Marquis after he said that this was a non-issue because mediation was declined. Never did he provide an email response to my questions and allegations as requested as an accommodation.

Is it BHR policy to cancel an employee's interview without their consent and make them request it again? Is it HR sanctioned if this same person who puts you on the backfoot in a hiring process and makes a subjective criticism about you in an email as a parent who disclosed his son's struggles with mental illness is one of only two people on a hiring panel that should include three people?

I am expecting an answer to these questions Kristina as an active employee involved in ADA accommodations and being told I will be medically separated if I do not return to a department where supervisors deprived me of any accountability for things many different events and incidents that impacted me as an employee with mental illness stuck in that department.

Marquis would never answer these questions in writing. Please do it now as a formal accommodation of my disability. It is easier for my autistic brain to process written language (this is a common request for autistic individuals), I have delayed cognitive and emotional processing which is why it is a developmental disability for me. I am sorry it is inconvenient for you and your HR coworkers to respond to my queries in writing and create potentially problematic public records about what you are doing and not doing to me. It is an accommodation.

Please tell me just if that "mediation" process was handled correctly and officially conducted? Was it according to PPB directives? This lack of accountability by IA supervisors is seminal to all my disability accommodations but intentionally has not been handled in writing by BHR. I recall Sgt. Russell gave me some fly-by-night contaminated version of accountability where she called the "involved PPB member" and told her everything. She told me she didn't want to do mediation and that "Maybe you shouldn't talk so much" - something very much related to my ADHD/Autism/cPTSD/OCD. I don't forget these statements, my brain replays them over and over again. That is my cPTSD/OCD with autism.

And Captain Pashley's handling of my concerns was to counsel me to get comfortable with disappointment because it's happened to him before, too. What? Was this a well-documented IA handling of a genuine PPB employee concern where you document it and if they don't accept mediation, just like in IPR, you offer the complainant a full investigation? I was never given this option. I just was told prophetically by Sgt. Russell, I shouldn't talk so much which seems be the official handling in IA when supervisors coordinate with PPB employees to break multiple directives for an unknown number of times and provide serious liabilities for my bureau and employer.

This was never offered and Sgt. Russell knows this. There is an official procedure and expectation when conducted that was never offered and Marquis knew this so did not respond to these emailed questions but only discussed them in person after my union rep left when we met and he told me to place accommodations to get to a healthy department. And when I told Marquis about Angie Nelson's 2.02 violation that I shared with Captain McMillan who also did nothing, he looked horrified because he knew he had tainted any chance of a real investigation into anything. Did Sgt. Russell tell Marquis that I requested mediation with Valerie Crumley because of how the hiring experience impacted me as person with mental illness (the PTSD she knew about)? I doubt it. How would you know unless you conduct real professional standards IA investigations into PPB employees, sworn and non-sworn, and record interviews with all parties with reviewable transcripts to answer these questions and find out additional details from the complainant? No one interviewed me. This is what is what it looks like to provide disparate treatment to disabled employees on purpose when they were already subjected to disparate treatment. This is disgusting and has made for the worst year of my life.

This is what you do to that employee when your HR staff intentionally ignores accommodation requests during an ADA accommodation process, like written answers to questions or told not to call them directly but only with three-way calls with a union rep. This is how you make sure to disenfranchise a disabled employee and make a non-interactive ADA accommodations process completely traumatizing and produce intentional outcomes when the reason for the federal protections/process is to make things better for the employee not worse as you all did. I didn't ask for any of this, but this is what you provided in a coordinated effort with many other City employees.

Yet, despite this, HR and PPB thought it was appropriate to have EAP Sr. PASS Angie Nelson present on July 27 present despite my previously raised bias concerns to Marquis and others about how she discriminated against me as a person with mental illness and did not provide me the requested mental health provider resources to support my suicidal son at the time. When you finally start conducting real investigations, please ask Captain Hughes who did nothing about my concerns with Captain Pashley the week I returned to work, just what happened after I asked "Are you Angie Nelson who was unprofessional to me?" and she answered "yes".

Why would BHR and PPB place someone with an uninvestigated bias complaint in the room with me when you are forcing me to go home without any prior notice only because HR staff decided to finally read my July 13 mental impairment accommodations paperwork? Yes, this is completely contrary to what you lied about on Oct. 27 and conveniently do not include in DC Frome's letter. Because you wish to present and email a sanitized historical revisionist version of the accommodation process, makes it no more true than you lying about having read my accommodations before I returned to work.

I did not ask to be in that room. I was ordered there by Captain Pashley. The same Captain I told I could not be within six feet that morning and could not ride in an elevator with him and would need to take the stairs. Why? Please listen to the IPR interview and find out why. Provide me a copy of the transcript as this my right as a PPB employee who requests this document. This was part of my job to provide them to PPB members. If it weren't for the intentional, coordinated disparate treatment of me as a disabled employee by PPB Command, BHR, CAO, and Risk staff, I would find it odd that there no other recorded interviews by an outside law enforcement agency into any allegations I have raised over the years and during this past year.

Perhaps you should ask Captain Pashley about the public record I provided from my personal cellphone that Deputy Chief Frome could care less about. Yes, the one where she accused me of insubordination, or even possibly lying, and then I created a public record using only City resources showing she had lied. I received no correspondence about that incident yet I'm supposed to return there. Please ask Captain Pashley why I took a photo of the fire evacuation map as it relates to Sgt. Russell's prior history of mishandling directive violations by PPB employees when in IA. I'm autistic and I see patterns, are you seeing this one?

I certainly have received no correspondence about that either. Of course, these are "involved" people that HR contacted directly with other allegations and shared information they should not have shared with them instead of hiring an outside law enforcement agency. And I am supposed to return to IA when HR does this? I'm supposed to return to this robust bastion of police accountability where only a nonsworn employee with developmental disabilities and mental illness cares about liabilities for my employer and concerns for taxpayers when we are all supposed to be stewards of City resources? Yet, PPB Command, CAO, and HR all think coordinated disparate treatment of me during my accommodation process is a wise use of City resources.

Let's see, I was told that Internal Affairs always opens up Sr PASS vacancies for transfer to ensure the appearance of impartiality and appear above suspicion. It was indicated to me that this is because we care about the spirit of the law and the letter of the law. Meanwhile, every other department/division promotes internally so I could not transfer out of a department where my coworkers were conspiring to violate multiple directives (aka violate the letter of the law). Somehow, this meant the one employee who cared about the spirit and letter of the law because of his neurodiversity could not transfer out and this causes serious distress along with systematic disregard for any of his concerns/rights in providing accountability. Oddly, all of my IA command staff with fleet vehicles, fueled by the City, who thought that having a Wellness hour financed by taxpayers wasn't generous enough so they wanted to make sure to show their adherence to the spirit of the law by making taxpayers pay for them to commute on the City dime during their shifts to take their wellness hours at home. Only one supervisor lived in Portland, so taxpayers were involuntarily paying for even more than an even longer commute time than a taxpayer who lives and works in Portland. You have access to all of that computer/cellphone/vehicular data. I don't have a bureau phone, but you can see by my computer log and Selectron logs that I always gave the City a full day and waited till the end of my shift to bicycle home to take my wellness then only on very rare occasions. Yes, an actual commute that invovled exercise, one where I would either go for a walk or to my gym once home. Like to my climbing gym that did not give me long Covid like the PPB gym in May 2022 and the contact tracing Sergeant told me it did not matter and made no effort to find out what other employees she infected. I always asked for approval if any of my only sworn supervisors were still in the office before taking wellness on my last hour. Often they were all gone and I was working alone since they already approved themselves to have taxpayers pay for them to commute and take wellness at home. In short, they were too busy not adhering to the spirit of the law they seemed to save for disabled nonsworn IA PASS/Sr PASS employees. Please do not ask me whether they obeyed the spirit and letter of the law by taking their temperatures when arriving at work. And did I bring up my supervisors commuting on the City dime to a supervisor who didn't handle directive violations properly? Of course not. But I did tell Professional Standards Division employees because as Sergeant Russell says, "Maybe I shouldn't talk too much."

This has been coordinated disparate treatment by PPB Command, the City Attorney's Office, City Risk Management, and BHR employees. Yes, you have not investigated anything that occurred prior, answered in writing, or addressed what occurred when Marquis was sharing information with Captain Pashley (who should have been walled off immediately from my confidential medical information as such when in Personnel and certainly not allowed to become my supervisor again). Instead, Marquis includes him in his response to an email where I am explaining how the way Captain Pashley has been handling information I had NOT shared with him very inappropriately for my cPTSD and that only BHR was aware of this information. After sending accommodations on July 13, the first reply I received is Marquis saying that they will work with my management for me to succeed based on my disability concerns.

This is not working with management to help me succeed, this was my Captain being given information he should not have if he had been investigated properly.

I emailed Marquis that sharing this information is making things worse. Captain Pashley has already told me he does not care about my cPTSD issues with never getting a police report after being charged by Randy Graves on my way into work. I explain this makes no sense when I care about liabilities for the City and directly question Captain Pashley's integrity with his handling of an unknown number of directive violations by an unknown number of PPB employees and possible fraud/whistleblower concerns in this email (this is not the first time Marquis, PPB Command or IPR Dir Caldwell has heard of them). So don't you find it coincidental that Captain Pashley tells me "You don't get to question my integrity" and that "Respect is not a given in the workplace" directly referencing things I said in an email that HR should never have shared with him? Please tell me how an unhealthy workplace did not become immediately hostile? The Mayor, Director of HR, and Ron Zito were made aware of this yet denied me any timely accountability and allowed a tainted ADA accommodations process to proceed and clearly directed Risk Management.

You don't even know the worst of it. How could you if you don't investigate things properly and interview me? So with full knowledge of my developmental disability and mental illness, Captain Pashley uses this knowledge to reduce me to tears over not having approved my FMLA accommodations with the door open and an office full of all IA investigators as we discussed my confidential medical information. No IA investigations or any accountability for a disabled employee who brings this up with Captain Hughes, on my Oct. 7 email, and Marquis/Shane received as it was happening. This is continuing the ADA accommodations charade like I'm getting a fair process and none of this happened. When I ask Marquis what accommodations are in place, Marquis acknowledges he didn't even read the accommodations as stated in the email I requested he share with me from that week.

Kristina, this is the one that directly contradicted your lie that you and he had read the accommodations I submitted on July 13 and had questions for my provider before I returned to work. This was a nightmare, a cop abusing disability information in my emails in far more horrible ways which I shared with IPR in a recorded interview. Yes, I am requesting this public record again and transcript as a PPB employee.

And like, IPR, you have tried to cover up missteps by you and Marquis and pretend this has been a fair accommodations process when disparate treatment has been at the heart of this accommodations process and lack of any police accountability. My cPTSD from supervisors never providing me accountability, pretending they have officer discretion over my rights as a City employee or as a PPB employee, and never addressing any of the real concerns all based on actions/inactions of my supervisors/coworkers that made the department unhealthy

for my cPTSD/autism. The City's coordinated PPB/CAO/HR response to my placing accommodations is to treat me as a liability and threat and not a disabled PPB employee with rights. How does doing more of the same during this accommodations process and creating more trauma seem acceptable to anyone involved in this? You have added disparate treatment to disparate treatment and tried to cover it up. Yes, as an autistic I know about language and double negatives. And as you know, two wrongs do not make a right. Apparently though, in IA violating multiple directives is doing business as normal and supported by PPB/CAO/HR, except for the developmentally disabled employee with compounded mental illness from working in this environment.

I will not return to Internal Affairs when my HR has coordinated with PPB Command/CAO and who has a responsibility to me as a disabled employee who placed accommodations in good faith. When you and others abuse my disability information and turn an unhealthy workplace into a hostile workplace, how can I return? And for you to pretend this did not happen when you all are aware you have provided a false, non-interactive ADA process presenting it as legitimate when at the heart has been intentional disparate treatment to me based on my disabilities and abusing information the information I have shared during the accommodations process while denying me any functional police accountability.

So that you know, I need to update my accommodations to include OCD as it was indicated when the State/Multnomah County conducted their independent assessment and determined me eligible for Developmental Disability Services. My other providers missed this. As my Personal Agent communicated to me when we did my intake paperwork, she is a mandatory reporter as it is not uncommon for people with my level of developmental disability to be abused. This is something I told Anne Hogan on Tuesday, March 5 in a phone call telling her I had not received a fair ADA process and as an HR employee/mandatory reporter it is important that she recognize that sending me late benefits termination was the byproduct of an unfair accommodations process and that WC never investigated things that would have addressed my paid leave and these timelines. Since there were her HR colleagues I was appealing to her for help. She hung up on me. This is public service at the City of Portland. I am sure as the dedicated public employee who hangs up on disabled employees she dutifully communicated through channels about my eligibility for Developmentally Disabled Services and shared the contents of the call. Given the disparate treatment I have received during this whole accommodations process, this is why I wrote an email to her that shared that you had lied, what Marquis had done/not done, so that it was clear I had not received a fair ADA process and there would be a public record.

It took three days to get a response from Michelle Taylor that I know had to include HR leadership which was made aware of my unfair accommodations process (meaning it went through important public record channels and sought CAO counsel - please remember I worked in IA and understand that you escalate to your supervisor who contacts higher-ups who get legal advice from CAO on how to respond). Despite this, Kristina you are still working, while I am not.

What this also says is that CAO/PPB command/HR find it acceptable for you to be my contact me, like placing Angie Nelson in Personnel on July 27. With full awareness that you lied, you are the person emailing. Interesting. And then to write a letter that says more about what is not in the letter, this is shared as a legal-counseled historically revisionistic document as if I received a real ADA process with timely, professional police accountability for all my concerns at every step. That not only the accommodations I submitted being honored so dutifully but you also respected the accommodations communicated in an wonderfully inclusive, interactive ADA process. Everyone involved in my ADA process knows this has not been the case and is involved in this coordinated effort of disparate treatment.

There is no irony lost that DC Frome is an attorney. I imagine one day the Oregon State Bar should be interested in what he knew, just like with any lawyer who has counseled you or was involved with Michelle's response. A developmentally disabled employee with mental illness is such a threat to be contained and not be an employee to be accommodated. This is sickening and disheartening. You have no idea how crippling this year has been and how hard I worked to keep a job where everyone tried to undermine my existence and my department's credibility. All I have wanted to do is work in a department where my ethics would not become problematic. As the least paid employee in Internal Affairs, this has been met as unacceptable and unreasonable. This is how you all as stewards of the City's resources make my workplace inclusive and address police accountability concerns and my disability rights.

Just like Michelle's email response which so conveniently was counseled to ignore all allegations raised, no one from HR follow up with me to address what was shared in that email. The message finally became crystal clear that discriminating against me is considered the cost of doing business for all of the employees involved this process as stewards of the City resources and mandatory reporters.

Kristina, there are lies of commission and lies of omission. You and Ron have done both with me. Marquis and Shane usually only participated in the lies of omission contrary to my accommodation request to answer questions within this ADA process. People make mistakes but when they have real-world consequences for a disabled person, please own them and do not cover them up. Discrimination based on confidential medical information and integrity concerns shared with a supervisor in power who has a badge and gun and could shoot someone on the way home only to find you did not investigate his bias against a developmentally disabled employee is a HUGE liability for this city. It's why Internal Affairs departments exist. Forget all of the other liabilities he has created, you refuse to even own this.

I'm pretty as my Captain he was giving me a command when he said "You don't get to question my integrity" in a department where we open an investigation if anyone questions a PPB employee's integrity. At least that's what I thought our directives said. Yet, PPB Command, HR, CAO, Risk management staff all have made it quite clear you agree with his statement after what he did to me when I returned to work. The other way to interpret that statement is as a developmentally disabled employee with mental illness I have no rights and everyone involved so far with any of my allegations and denying me police accountability and true accommodations agrees with this supervisor and what he did to me and wishes to participate in demonstrating this as true. This is coordinated disparate treatment. It involves way more employees than what occurred in IA. All I wanted was to work in a healthy department and placed accommodations as you and Marquis insisted I must do.

And because of all of this, far more City employees are now involved in a disgusting complicated coordinated effort to discriminate against me. Aside from being a tragic and brutal process for me, this makes me incredibly sad that you all would ruin so many people's careers to do this, first and foremost mine.

So I would offer to look the mandatory reporting module on City Learner and provide a link but as you are aware my employer, Bureau, and HR staff do not want me to better myself during this painful, protracted, traumatic ADA process. That said, if I recall correctly ALL City employees are mandatory reporters with an obligation to report when an adult with my level of disability is being abused. Please consider this in the future as a possibility when directed to treat a disabled employee a certain, when you choose to ignore their legitimate accommodations, or when you choose to use their disability information against them and lie to them during a sham ADA accommodations process. The fact that you sent this letter is injury and upon an injury and most everyone involved is fully aware of this. If they didn't tell you that I've already created a public record about what you, Ron, and Marquis have done, perhaps you should create some of your own public records while you still have time and are an active employee like me writing this email.

You have no idea how crippling the barrage of cPTSD/OCD intrusive thoughts and nightmares I have had because of this concerted effort to add more trauma and disenfranchise me as a disabled PPB employee that did the job he was asked until it became so unhealthy he took FMLA and then when his workplace became hostile because of HR employee contributions both as actions/inactions in providing police accountability and the consummate dereliction of duty by PPB command staff. The Chief's Office knew, IPR knew, Risk Management knew, CAO knew, and HR leadership knew. This is so absolutely devasting to a disabled employee who just wants to works and asks for help and accommodations.

I would quit a job before I was included in such a scheme. I've quit jobs that lied to their customers. It's who I am. It's how I was raised. I care about true inclusivity, honest public service, and transparent governmental accountability. This is intrinsic to my disabilities as you are well aware. Despite those being qualities taxpayers would welcome in a City employee, there is a coordinated effort to disregard everything that has had a devasting impact on me. Please note, my state ISP acknowledges the need that I will have a Personal Support Worker to go with me to Doctor's appointments and other environments because I cannot advocate for myself. So, this is the person who placed accommodations after my sworn supervisors routinely and intentionally deprived me of due process or acted in ways that made that department unhealthy for my specific disabilities with full knowledge of my mental illness. And once you received formal accommodations that indicated my developmental disability your response was to not advocate for this employee who cannot advocate for himself but to make him have to fight for his livelihood, throwing discriminatory obstacles at every juncture, and depriving him of the very accountability only you and PPB command could offer and intentionally did not and then claimed your tainted ADA non-interactive process was legitimate.

As a current City employee who has not been terminated, I am requesting access to my HR file and discipline records with a genuine union representative who represents my needs and not his stated conflict of interest and need to work with Captain Pashley, just like my Public Safety BHR Business Partners have demonstrated. You have proven without a doubt I do not get to question his integrity as a disabled employee who followed rules and have chosen to cover up his discriminatory behavior and present returning to IA as a viable option to me. You knew I was vulnerable and you still did this.

I have no lawyer despite Risk Management's investigator Larry Plant recommending I get one. As an autistic individual, he advised this to me. I have never filed accommodations before or a Worker's Comp claim, you need to give me clear, simple and explicit directions as an autistic individual and neither the accommodations or WC process has been anything resembling inclusive on that level. For Viki Bigsby to cite that I mentioned my Autism Professional Group recommended someone else be involved in my interview, possibly a lawyer when I do not have one, in an email as a reason she did not truly investigate and chose to deny my claim before receiving my relevant additional provider info or my MCO election paperwork with its own deadline is so very problematic when everyone she is working with knew exactly what is happening, what my disabilities are, and how my interpretation of language is problematic (hence a PSW or union rep needs to advocate for me). Larry offered to discuss from the start of my employment in Oct., 2019 and that he'd call me back the next week to set up an interview time. Of course, this never happened as Viki knows and ensured with the advice she was given. This is abusing an autistic employee who needed to have someone with him and pretending that is not a valid accommodation just like Kristina calling me on my birthday knowing that she lied on Oct. 27 and I requested this accommodation. Please ask my son what that did to me that day.

Yes, I appealed my WC claim denial because the Mayor as BHR Commissioner and Police Commissioner, BHR Director Cathy Bless (in charge of Risk), and HR employee Ron Zito all knew about my accommodations and WC claim, what had happened to me, and knew they must share that information with Risk management. Instead, of sharing this information and making sure I received the thorough, independent investigation she promised that HR employees are often not happy she was counseled to deny the claim. It's quite obvious how this information was not used to address past paid leave concerns at all or look into how Angie Nelson discriminated against me as it impacted my leave banks as I had been told this process would do. Much less did it look into what my son and I experienced when we were both denied care as people with mental illness by Cascade EAP that Cathy knew about. As my therapist joked at the time, this most likely created the change in EAP providers so that could only now work with sworn members like when my therapist said he doesn't work with employees without a gun and a badge. How did that help me and my son when we needed it? Or address my use of paid leave when resources were being denied? The WC investigation didn't investigate any of this and Viki Bigsby made sure that it didn't despite Larry's explicit statement he'd call me the following week and we'd go over everything after encouraging me to get a lawyer. I am autistic and can be abused. This was an abusive process that I think the state should call into question the City's ability to self-insure when you direct employees and their contractors to deprive me of what was supposed a legitimate process as well. Instead, the City did exactly what I feared and mentioned to you, Kristina, when you brought up Worker's Comp. Risk requested my mental health/accommodations records to use against me when I was the one who followed rules. This exactly what you can do when abuse a disabled autistic employee with mental illness after a coordinated effort to cover up a previous lack of police accountability by supervisors that impacted him in the workplace so that it became so unhealthy and then you intentionally deny him access to any true police accountability for all of the issues he raised or that were created during a disingenuous accommodations process. By never hiring an outside law enforcement agency and providing timely due process, you

have created just the kind of confusion and chaos to abuse me as a vulnerable autistic individual with cPTSD/OCD. This has been intentional and it has been disparate treatment of the most egregious kind.

I am disabled employee who is writing an email I should not have to write. I apologize for the repetition and typos, but this is what happens when you use City resources and staff to enact a coordinated effort at disparate treatment against a developmentally disabled employee with mental illness that did everything you asked and engaged in good faith at all steps in multiple processes only to be denied any level of police accountability, redress for past leave, and anything close to resembling true disability accommodations.

So Kristina, please acknowledge receipt of this email and Cc the following people in your reply.

New PPB Chief Bob Day (there is no public email address available)

Current HR Director (I was told Cathy retired per IPR but the last time I checked she's listed as the director on the website - if she is still the Director she knows what you are doing so you may leave her off)

and

City Attorney Robert Taylor

I've included the City Auditor Simone Rede to help make sure this gets done.

Yes, this is an accommodation request to include them since I intentionally do not have ready access to their email addresses by disparate treatment design to deprive me of network access. Unlike my email to Marquis, this is not a request to NOT share sensitive information with a swom supervisor who would abuse it as Captain Pashley did. But you already know he did this, that nothing has been done about this or even the simplest of professionalism/satisfactory performance SIs about what happened with my ergonomic assessment or Sgt. Konczal's mishandling of my safety concerns and the lack of a police report to this day is still an integral issue for my disabilities when I had to help anyone else in the world if they did not get a police report or adequate investigation. If you don't care about the little stuff, it becomes obvious you don't care about the really important stuff like when vulnerable adults get abused.

When IA supervisors/employees think they can decide what directives matter and which don't, this corrupts the entire police accountability system. Things get rather rotten in a hurry, liabilities get created and compounded, and sadly developmentally disabled employees with mental illness who have their legitimate concerns routinely disregarded get destroyed in the process and lose their livelihood when they follow rules.

I'd say a few adequate investigations by an impartial outside law enforcement agency into disparate treatment seem a little overdue now that I think about it. Actually it's all I get to think about and it's ruined my life.

Yes, this is why because of my disabilities and the intentional, coordinated lack of oversight you and others refusal to provide me accountability in a timely manner, rather than compromising my access to due process with full blessing of PPB Command/HR/and CAO that there is no way I would feel safe returning to IA tomorrow as a developmentally disabled employee that has been abused over and over.

I guess you finally got the results everyone wanted in making sure I don't have a job at the City. I hope someone finds satisfaction in this result because it has been the absolute worst experience I could have ever imagined. But hey, maybe I can get back all of my possessions you've held hostage for eight months in a hostile work environment in this inclusive ADA accommodations experience and I can quit paying to power a computer I can intentionally not access. It looks like the small things do matter after all.

Please have someone who respects disability accommodations and does not have a conflict of interest follow up and answer my questions. Shelonda Simpson was the only BHR representative that really cared. Maybe you someone with heart could see to it that you lend her to this task.

I apologize if this email has become snarky, ridiculously long, and most likely is riddled with typos and doesn't make sense. I am so utterly exhausted with everything that has been done to me and being done to me. In general, it is exhausting to have my brain in a neurotypical world that does not care about my neurodiversity and mental illness. Still, it is much more exhausting when my cPTSD/OCD hammers away at it replaying every intentional action/inaction by my employer over and over. I am so ready to not feel that the City's resources are engaged in disparate treatment and directed at me.

That said, I do expect a response from you with all parties as requested that acknowledges receipt of this email. I will be at a doctor's appointment at 0830 hours. I will not be rescheduling that appointment to report to Internal Affairs for another round of abuse with no

oversight by HR or actual police accountability as a PPB employee. I finally got the message. If there's one thing all of this has taught me, life is far too precious for that.


Be well,


Justin


On Thu, Mar 28, 2024 at 12:00 PM Porreco, Kristina (Police) <Kristina.M.Porreco@police.portlandoregon.gov> wrote:

Good morning,


Please see attached letter, a copy has been mailed to Mr. Callaway's home via certified mail as well.


Thank you,


**Kristina Porreco**

HR Business Partner assigned to Portland Police Bureau (PPB)

City of Portland, OMF Bureau of Human Resources

Ph: 503-250-3253

kristina.m.porreco@police.portlandoregon.gov


Twitter I Facebook I Instagram I Youtube


**City of Portland Core Values:**
**Anti-racism | Communication | Collaboration | Equity | Transparency | Fiscal Responsibility**

**Confidentiality Notification:** Information in and/or accompanying this email is the property of the City of Portland Bureau of Human Resources, intended for the use of the person to whom it is addressed, and may be confidential or privileged in nature. Disclosure, copying, distribution or the taking of any action in reliance on confidential or privileged information without the knowledge and express consent of the original sender is prohibited. If you are not the intended recipient, please notify the original sender that you received this email in error, and then delete the e-mail and any/all related attachments. Thank you for your cooperation


--

Justin Callaway
503.477.7298
justincallaway@gmail.com


--

Justin Callaway
503.477.7298
justincallaway@gmail.com


--

Justin Callaway
503.477.7298

justincallaway@gmail.com

--

Justin Callaway
503.477.7298
justincallaway@gmail.com

---

**3 attachments**



image001.png
13K



image004.jpg
45K

image005.png
1K