Name: Justin Callaway

Address: PO Box 14011

Portland, OR 97214

Phone: 503 477 7298

FILED 05 FEB '26 15:08 USDC-ORP

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISON

Justin Callaway

Plaintiff(s),

Case No: 3:25-cv-01286-SB

vs.

City of Portland

Defendant(s).

Response to motions to Dismiss,
Etc

Dated: 2/5/26            Signature: _____

**Justin Callaway**
**Pro Se Plaintiff**
**3:25-cv-01286-SB**

Hello,

I am not an attorney, I have no attorney, and it is my understanding that this record is to be a response to certain motions on 11-20-25 and possibly others that includes a motion to dismiss by legal staff at the City of Portland. I was hoping for an appointed pro bono counsel to accept and was waiting for that advice before commencing this response. As the records indicate, that did not occur. I have tried to set up an e-file and appreciate Judge Beckerman's approval but apparently in speaking with PACER staff today (02-04-26) me any my Developmental Disability Support worker missed a key step on Monday so I am not to provide all of the records I had intended to provide through e-File with the response and navigate the system. I ask that the court allow an extension for me to add supporting documents later for allegations where I have the supporting materials but am unable to provide for this deadline.

I am prioritizing the deadline over clarity, formatting, etc, because this effort is so disruptive in my life, it's taken so much to even submit this without being able to proofread, make sure all attachments exist, or correct typos. Thank you so much for your patience.

I place myself at the mercy of this court again and thank you and your staff for grace that has been extended as such a unique pro se litigant with such a complex case of national significance to never allow what has occurred to be happen elsewhere and to set a precedent that a federal court-ordered US DoJ consent decree police accountability system should matter just as a federal court can provide relief when no one else would.

I have cut and pasted the motions from the pdf that City Attorney staff was kind enough to provide through e-mail. Thank you.

**MOTIONS**
A. Pursuant to FRCP 12E, the Court Should Order Plaintiff to Amend His Complaint to be More Definite and Certain.
1 B. The Court Should Dismiss All Claims Against Defendant Portland Police Bureau Because the Portland Police Bureau Is Not an Independent Legal Entity That Can Be Sued.
C. The Court Should Dismiss Plaintiff's RICO Claim.
3 D. The Court Should Dismiss Plaintiff's "violation of federal court-ordered US DOJ/PPB (2014) Agreement" Claim.
5 E. The Court Should Dismiss Any State-Law Claims as Time-Barred to the Extent Plaintiff Intends to Assert State Law Claims Through this Lawsuit.
F. The Court Should Dismiss Any Workers' Compensation Claims to the Extent Plaintiff Intends to Relitigate Such Claims Through this Lawsuit.
G. The Court Should Dismiss Any Religious Discrimination Claim to the Extent Plaintiff Intends to Assert Such For Failure to State a Claim.
2 H. The Court Should Strike Pages 6-39 of the Statement of Claim as Redundant, Immaterial, or Scandalous.

It is very clear to me that the City has formidable legal knowledge, resources, and mastery of the process at this court.

I thank them for outlining so clearly for me what I am supposed to attempt to address in the response. I will not be researching any legal cases or laws alluded to for this response or that they included in their motions. I share this in candor.

I do respect that would normally be the expectation in a court of law. I posit this is a remarkable exception. I know what my job was as an PPB employee, and specifically  recognize my filing presents challenges in expectations of normal legal protocols, declarations, legal knowledge, procedures, and simple formatting expectations. I did not consult the handbook for pro se filing or any legal resources before filing. I respect that this may have caused more difficulty for all involved. I had my letter entitling me to sue from the EEOC and all of my investigation files, so I assumed any filing I attempted would suffice. I am grateful to be the far along in the process with the limited resources I have and formidable disability related challenges accessing legal redress for what I continue to believe to a valid lawsuit with credible claims regardless of my inability to cite legal precedents or specific laws at this point in my life or with no legal training or counsel. I continue to be grateful to this court, Judge Beckerman and her staff, Giselle and Mr. Weber, in displaying remarkable grace and kindness as I try to maintain my standing in this legal process and further plead my case.

I would kindly ask that Judge Beckerman please consider appointing Pro Bono counsel in subsequent stages. If this must be a separate motion and request again please let me know. I am incredibly grateful for the first two attempts.

On that note, I do respect the materials and submissions that I share and the way I am representing myself with all related accessibility barriers with so many aspects of this process and all of the incidents and experiences with this legal case that very much have relevance to  . my experience as a vulnerable adult resident when my former employer is the law enforcement agency that will respond when I call 911. The fact that top levels of government within the City know everything I have shared repeatedly and that the very emails included in my lawsuit indicate the very Police Chief Bob Day that is still PPB Chief knows my disability information but all of the allegations I shared and what should have occurred with each one, is not insignificant in the least and I believe given my standing as a vulnerable adult with all aspects of how that Separation Process unfolded with AFSCME's contributions ensuring it occurred the way it did, this matters greatly to this court to make sure that I am able to make sure to address all of legal concerns in the most accessible way possible.

Now onto the specific motions. I do have ADHD, so I hope you will respect my nonlinear approach. I dutifully acknowledge that expectations of normal legal filing protocols, legal knowledge, procedures, and simple formatting expectations may have resulted in aspects that need simple fixes.

**1 B. The Court Should Dismiss All Claims Against Defendant Portland Police Bureau Because the Portland Police Bureau Is Not an Independent Legal Entity That Can Be Sued.**

As the City Attorney's Office is well aware, I used to handle scanning all torts in my job in Internal Affairs and I remember seeing PPB frequently being included. I understand that this may not be good optics for PPB's Search Engine Optimization results if the City would like to guarantee that others are unaware that this is about the handling of all allegations by a former, ethical autistic whistleblower PPB employee that worked in Internal Affairs simply based the text that is included in my filing name. I do not contest this request and will do my best to work with Judge Beckerman and court staff on the best way to amend this filing name.

I respect that this is the City's right to request this and I have no interest in expending any energy countering it.

That said, it should be noted for the court record that IA, IPR, Risk Management, and the City Attorney's Office all have these torts that involve PPB. I used to scan them and email them out. In fact, this is why I know I should have received an acknowledgement letter for racial bias complaint against IA Investigator Luis Perez months ago. Senior Deputy Anne Milligan and those involved in all respective bureaus/departments are intentionally denying me due process for allegations against any PPB employees both as an employee and a citizen as part of a very coordinated effort which is why this lawsuit exists.

Judge Beckerman should know the ethics of the counsel representing the City is demonstrated by the handling of my lawsuit which is very much under Sr. Deputy Attorney Milligan and her staff's handling. It is why the email I sent asking for judicial clarity exists and also why the City Attorney's Office very much does not want it part of the court record via their motion to strike. There is an ethical and constitutional legal order of operations for someone admitted to the Oregon State Bar regardless of whether you are a City attorney representing a self-insured public employer.

It is why I go out of my way in my correspondence with the City Attorney's Office to make sure they do the right thing when they do not and that any employee involved in this that does not become a whistleblower has been entered into the federal court record as not doing so.

**2 H. The Court Should Strike Pages 6-39 of the Statement of Claim as Redundant, Immaterial, or Scandalous.**

As to not labelling the exhibits I admit the error and apologize if the formatting makes it confusing to City Attorney staff. It was very difficult for me to file in person without a DDS support worker given the proximity to the Justice Center with my PTSD after what happened to me there that was never adequately investigated (why this lawsuit exists). I did my best to include just two records that would demonstrate my standing, how all of my allegations were handled or not handled, who they involved, and what was not done or done by whom when they

were supposed to have done something differently. Those records are essential not only because it's a miracle I was able to create them as an employee who experiencing what I was as a vulnerable adult developmentally disabled employee as my employer knew, but because they also offer me this window to show the court just how they, too, will know I was denied due process for all serious allegations every time I properly reported allegations.

I do understand these records are quite challenging for the City as part of the public record. They were created as an employee during extraordinary circumstances as public records that could be requested by others to ensure I would receive the protections and investigations I was owed as a PPB employee that I did not receive. The City Attorney's staff is quite aware of the context with why they were created and its application to civil rights concerns for me and my son as Portland residents today.

Denying this context is seminal to the validity of the City's attempt to focus on specific processes with anything they present as plausible handling with anything related to my employment when I shared whistleblower allegations and who all they included, how they were handled, what records I received per PPB Directives, and just who they were about.

A good example would be the City's motion to dismiss Pro Bono counsel to send a message to appointed counsel that I do not have a genuine legal case, when the larger context those emails indicate shows that I very much do have a legal case as new allegations continue to go uninvestigated in a way that notifies me with appropriate letters as required under the US DoJ Agreement police accountability system and then interviews me as a complainant about all of the allegations I raised with each corresponding PPB Directive just as what I reported on January 6, 2026 in testimony in front of Judge Michael Simon.

So, I vehemently deny this request or characterization. I do believe the inclusion of the term scandalous may be one the City will wish to amend in the future.

This would be a good time to help Judge Beckerman and others understand the real context with why the inclusion of those two emails is particularly problematic for the largest municipal police force in Oregon and its local government. Because I had no counsel and how this impacts my mental illness, I did not start my response efforts for this until after I sent this email to Oregonian reporter Maxine Bernstein (Judge Beckerman, I formally request to be able to upload all referenced attachments to PACER via e-file including my email to my District 3 councilors (2/18/25 and 2/18/25) where you can see that all parties have done and not done with this information, including the Oregonian: