Gmail

---

**ARTICLE: Oregon State Police lieutenant accused of making antisemitic remarks**

**justin callaway** <justincallaway@gmail.com>                                    Tue, Feb 3, 2026 at 11:22 AM
To: Maxine Bernstein <mbernstein@oregonian.com>

Maxine,

Thanks again for your reporting. The following passage at the end shares and clarifies everything I asked for and was denied as well as what should have been done despite my creating all of the emails and records that should have been handled by an outside agency.

I have all of my emails saying the same thing to all levels of government and all branches (often forwarding the original chain that started our first correspondence).

It's just nice to see that antisemitism and/or religious bias might be handled well for one person in Oregon law enforcement. Wish it could have been me and my son who is Jewish and the grandchild of a Holocaust survivor when Assistant Chief Jeff Bell (now PSD Commander again to taint all IA/IPR investigations) oversaw a criminal investigation into my son when he had multiple reasons not to be allowed to do so (it was to send a message to me because i worked in the very department that investigated such conflicts as they knew/know) and the records you have show this).

We still have never been interviewed in any IA or IPR (as required under the directives per US DoJ agreement) or in any DPSST investigation. Interesting, huh?

I am not good at brevity so it's helpful to have a timely article to reference for my lawsuit (3:25-cv-01286-SB) that demonstrates why emails are important (versus intentional unrecorded "conversations" handling) and impartial investigations by outside agencies when it involves people with badges and guns and the liabilities unethical or biased misconduct create when continuing to remain in their positions when not adequately investigated. This is why impartial professional standards investigations that have recorded interviews with complaints are so important.

Thanks again for what you are allowed to report. It has been very helpful. I only wish you'd been allowed to report my story.

The Oregonian/OregonLive obtained the email sent to six state lawmakers and the state Department of Administrative Services.

It was from a state police lieutenant who identified himself as Jewish. He wrote in the email that he was concerned about the "integrity of the investigation process" because he said the lead investigator is a "close friend" of both Hegney and a key witness.

That creates "an appearance of compromised impartiality," the lieutenant wrote in the email. He requested an outside, independent investigation of Hegney.

The lieutenant initially reported Hegney's alleged remarks via a separate email that was forwarded to the state police Office of Professional Standards.

He wrote that a sergeant had come to him about a conversation with Hegney in December when Hegney allegedly shared the offensive remarks.

He also noted that he heard that leadership in the agency didn't like that he originally shared the bias complaint in an email. That disapproval, he wrote, raises "concern that formal reporting and documentation may be being discouraged." The Oregonian/OregonLive is not naming him to protect his identity as a whistleblower.

By Monday night, Kennedy said that the investigation would be handled by an outside agency but did not identify which agency. He said he did not know how long the inquiry would last.

--------- Forwarded message ---------
From: **justin callaway** <justincallaway@gmail.com>
Date: Tue, Feb 3, 2026 at 9:21 AM
Subject: ARTICLE: Oregon State Police lieutenant accused of making antisemitic remarks
To: justin callaway <justincallaway@gmail.com>

https://www.oregonlive.com/crime/2026/02/oregon-state-police-lieutenant-accused-of-making-antisemitic-remarks.html

Now Judge Beckerman please take some time to review this PPB Directive in its entirety (unfortunately it not the version that applies to my employment - we will have to request these records especially as the apply to the FBI Joint Terrorism Task Force Directives that no longer exist or I have been able to find in a very non-transparent police accountability effort as it relates to my aforementioned testimony on January, 6, 2026).

https://www.portland.gov/policies/police-directives/conduct-discipline-0300/033000-internal-affairs-complaint-intake-and

Here are few relevant sections for the purpose of this response to motions:

2.4.    Internal Complaints.

2.4.1.   Members may file a complaint against another Bureau member. When a member is the witness, victim, or target of another member's misconduct, they may report the alleged misconduct to anyone in or out of the chain of command (e.g., the Chief, Bureau of Human Resources [BHR], etc.). Individuals receiving a complaint shall forward the information directly to IA.

2.4.2.   The Bureau shall initiate an investigation, even in the absence of a complaint from an individual, when the Bureau possesses information regarding misconduct that has not been previously addressed and which, if true, could result in discipline.

2.5.    When the IA Captain, the Assistant Chief of Investigations, or a member of the

Police Commissioner's staff receives information that a member has engaged in conduct that may be subject to criminal and/or administrative investigation, they shall notify the IPR Director in a timely manner.

2.6.    IA and BHR shall jointly conduct investigations regarding allegations related to HRAR 2.02.  The IA Captain or designee shall immediately notify the Chief when any investigations involve HRAR 2.02 or Directive 0310.20, Discrimination, Harassment, and Retaliation Prohibited.  If allegations of misconduct involve the IA Captain and/or any other member of IA, the PSD Commander shall notify the Chief, and the Chief shall designate a member of command staff to assume the role of the IA Captain and/or any other member of IA for all purposes related to the investigation

4.    Notifications.

4.1.    When IPR receives a complaint, IPR is responsible for providing each complainant and the involved member with a tracking number and informing each complainant of the allegation classification and assignment.

4.2.    When IA opens a complaint, IA shall notify each complainant and the involved member of the allegation classification and assignment upon designating a case number.  IA shall forward a copy of the notice to IPR.

4.2.1.    IA shall notify the complainant if the case is internal (i.e., against a fellow member).

I think you are getting the idea. Each time I reported an allegation appropriately through channels there was a process to formally acknowledge those complaints (and yes they would be whistleblower complaints when I am reporting the things I reported given the sensitive roles of particularly the sworn individuals in their respective roles or supervisory capacity had or the nature of the complaints, I should have then received what are called complaint Acknowledgment Letters or Declination Letters as the complainant that outline each allegation and respective Directive and/or HR rule violation and which PPB involved member. This goes for complaints to IPR or to IA.

Unlike Senior Deputy Milligan indicates it is my responsibility to share, she knows that when these allegations were shared verbally to sworn supervisorial staff then they should have resulted in the very written records that become the start of an IA or IPR investigation. I used to have to do data entry with this information. This information is then part of the investigative record and often included in the very letters Attorney Milligan knows that I do not have because they either were lazy or worse unethical sworn PPB employees who mishandled serious

allegations. Yes, this is why you hire outside agencies for such investigations that are impartial and they actually are completed and contain liabilities versus compounding them by lawsuits that expose them for what they are or force me to keep testifying or creating more public records in different venues that ensure those liabilities never go away.

While I do not have a copy of it or the investigation IPR case number, I believe I have received only one proper complaint allegation notification and handling for a concern I had after someone kept moving my bike and my bike light had gone missing (this was a bit of an OCD thing I realize now with the bike, which is why ADA processes like mine should be interactive like when I reported to Chief Day in my Separation Process letter I wanted to amend my ADA accommodations to include OCD and you are actually supposed to have an interactive process that allows for such a thing versus being terminated).

I wanted to make sure a PPB employee didn't steal it. So, I reported it to IA Sergeant Scott Konczal. He and IPR set up the investigation and requested the security video footage from Multnomah County to make sure it was missing when I arrived at work and not just when I left work. I guess it fell off on the way to work. This way I knew it wasn't stolen and I was grateful to have this knowledge and never talked about it again unlike all of the other allegations that were not properly handled which I am forced to bring up over and over again and then share even more worse ones that the City does not know that I know about because they never adequately investigated any of the serious allegations.

This is why the system exists. It was what I helped provide to all other City employees and members of the public. There's a reason why you send the complaint acknowledgement and declination letters with the allegations and assign a case number - it's not only how you track it and ensure you complete all stages on time as was required for our US DoJ audits as well.

I believe he mentions this investigation in the Workers Comp testimony where he lied under oath about other things to make me not sound credible. We'll get to that later.

I was interviewed by IPR Investigator Eric Nomura as this was conducted as a Professional Standards Administrative Investigation where the complainant is notified with a letter but also interviewed first in a recorded interview, sometimes in an intake interview for processing at IPR before an actual real investigation interview once more facts and records are able to be gathered.

I only had that one interview that was a very low level concern and the single IPR intake interview I initiated at by walking into IPR on December 14, 2023. *Please see the transcript.*

Recognize that I reported many, many things over the course of my employment that made me a target at PPB and I can and will provide this court with all of the records I have as time permits or later through e-file. Only one allegation was adequately investigated to any Professional Standards Investigation level when I reported many things of serious whistleblower concerns as to liabilities for my employer so that they could contain them for each allegation I reported

through channels, like the two emails in my original complaint and all of the ones I shared in person or on the phone.

Just like in my email to Mayor Wheeler and to Chief Day, I let them know Assistant Chief Jeff Bell and IPR Director Ross Caldwell were aware of my whistleblower allegations and serious liabilities to our police accountability system and the criminal justice work they did in a sworn capacity related to appeal rights for federal and state criminal convictions involving them when it relates to IA interviews.

This is and has never been about a single mask violation incident as Attorney Milligan indicates, or as Lieutenant Konzal lied under oath in the Workers Comp Appeal court to state all mask violations in IA were adequately investigated. The very reason I was never interviewed for anything and those letters were never sent was to make sure I was never interviewed for anything, including even my Workers Comp investigation by a self-insured entity especially since one of my injuries was directly related to the most serious whistleblower claim by their independent investigator Larry Plant on Oct. 10, 2023 who said he would call me back next week to investigate everything from the beginning of my employment when I asked for the disability accommodation to have another person present. I had a Workers Comp claim at Metro the summer after I was terminated and they hired SAIF who interviewed me and allowed a person to be present as a disability accommodation. It can be done when you respect ADA accommodations and care about due process about a Workers Comp claim that is about "Multiple incidents where safety and professional concerns were disregarded by management" as I submitted on 10/02/23 as the City Attorney knows and since they want dates.

Now, understand I worked in person and most investigators worked remotely or in-office just on specific days as hybrid work became more common, interviews were almost always done in person. I didn't realize what was happening until just the other day. Before the pandemic the blinds in the interview room were always open. In fact, I believe the investigators preferred this because anyone in the office could see who was in the hot seat being interviewed and that would just add to the pressure on an involved member being interviewed especially. Now, I would get to work early and open the blinds once they started getting closed. I didn't realize why some IA investigators were glaring at me as they closed them. Well, we all know why now. Because it was never a single incident. I know which ones always closed the blinds, but if you never investigate how would you know?

So, just like I told Mayor Wheeler (Police Commissioner) and PPB Chief Day in the emails I am told are scandalous, they both know, just like the City Attorney's Office, there very much is precedent and a reason why an outside law enforcement agency should have been brought in to investigate when I reported that mask violation by Mike Smith who requested a vaccine exemption and was required to where a kn95 with an officer and his union rep when they were all not wearing masks to Sergeant Alicia Russell who told me that "IA investigators didn't like to wear masks" only because I told her I didn't tell IPR Investigator Eric Nomura who I forced to use a different interview room. When she told me this, this was very much a conspiracy when this would create immediate appeal rights in IA for each and every interview conducted this way

and IA Sergeants knew this was happening. It is why I then went down the hall and reported it to Captain Pashley.

On July 8, 2024 Rosalia Radich told the EEOC that this is exactly all that Captain Pashley did to limit these liabilities which remain today and can be easily verified with sound analysis of all recorded interviews as I indicated in my Separation Process email. Of course, that would require an impartial and genuine effort at police accountability as expected by taxpayers and the US DoJ Settlement as all of those interviews included two sworn members with badges and guns and AFSCME IA investigators who created appeal rights for all of their investigations when this happened and subsequently if they should have been terminated.

Does this sound like robust accountability efforts with an outside law enforcement agency like the kind Maxine Bernstein reported:

In 2021, Callaway reported concerns about the COVID-safety procedures, alleging that some colleagues were not following mask or temperature rules, and contending that Internal Affairs did not respond to his concerns when raised. (Exhibit A p. 4, 8). However, Callaway acknowledged that Captain Greg Pashley ("Pashley") responded to his concerns by sending an email and posting a notice to employees reiterating expectations about COVID protocols. (Exhibit A p. 15).
009 - Position Statement Callaway v City of Portland.pdf

Now, this sounds like a IA Captain that was involved with IA supervisors and IA investigators (all of my coworkers) to create criminal appeal rights. I followed the Directive to report misconduct each time and it led me to Captain Pashley. And then when I received my autism diagnosis and realized what people were doing and understood about how my brain worked, I realized this had been part of a long horrific experience where no allegations I ever reported were intentionally not properly handled with professional standard investigations as I should have expected as a PPB employee, but I was a target for each and every time I reported something new or reported those who didn't properly handle past complaints. Those emails I included in my original filing show this.

Now consider that Rosalia also shared this:

Additionally, Callaway continued to raise his concerns on multiple occasions throughout his employment despite having been informed that the City had either already addressed the concern or that after an initial intake investigation, there was no basis for further investigation. A review of the transcript from Callaway's intake meeting with the Independent Police Review ("IPR") on December 14, 2023, includes many of the concerns that Callaway most commonly referenced. (Exhibit A). Ultimately, IPR determined that Callaway did not raise an articulable complaint against a person that IPR had the authority to investigate. (Exhibit B).

Now this IPR interview was only initiated by me. IPR did not initiate the intake and the reason I went there as I have reported, is no transparent police accountability or professional standards investigations that ever included me existed. And yes, IPR absolutely has investigatory authority over all of the sworn members in those interviews. That is an explicit falsehood just like pretending that my having reported to both AC Jeff Bell and IPR Director Caldwell when on FMLA sometime in June/July 2023 never resulted in any complaint acknowledgment letters.

Unethical PPB, IPR, Risk Management, HR, and City employees all stating that everything was investigated and never letting me know what was being investigated, what allegations and who they included, how long the investigation would last and with no case number. How does anyone get resolution? How does an employee when you have his medical information pointing out doing just this is actually bad for his mental illness not have his disability rights violated? And then lying to him because he has autism and telling him that he's receiving due process or a fair ADA process.

Even IPR intentionally mishandled my complaint as in this transcript by not giving it a case number in direct violation of their DoJ expectations and the Directives I've shared above. This is like putting wet spaghetti in a cardboard box with a hole and calling it monkey brains. How does anyone know anything happened when no one shares a thing, involving the actual complainant in the process with a recorded interview with all of the notices from complaint acknowledgment to stages just like the mail I would send to anyone involved in an IA investigation. No, this how you know that everyone involved in all of the materials I've shared knew just how bad it was because of Captain Pashley's mishandling in November 2021 and all of those liabilities and appeal rights exist because of it and the mishandling when I had FMLA/ADA protections and was a whistleblower.

Just when I almost got to tell some of my story, Eric Berry intentionally interrupted the recorded interview and forced an autistic employee to "look at me" (*IPR Transcript p. 21*) so that he could lie to me. At least he got to verbally confirm that it was sufficient to share my complaints verbally to demonstrate just how many allegations never were handled properly because I was a whistleblower over and over again.

Please read the whole transcript. who very much confirms verbally sharing my allegations with my IA sworn supervisors or via phone with AC Bell was sufficient.

And Rosalia has the audacity to lie to a federal agency:
Callaway's concerns were investigated, and the City reviewed and responded to his concerns.

Knowing that I have no evidence of any of this. Is a non-response with no letters or investigation numbers considered a response? I am not sure how I am supposed to respond to City Attorney motions when this is the context and they know it because I asked them to not include Rosalia in correspondence for this very reason.

She lied to the EEOC, just like HR Kristina Porecco claims they investigated everything and PPB Chief Day says he will refer all of my allegations to IPR for investigation.

The worst lie was pretending that they did not there were allegations into DC Michael Frome who they let "retire" when I called out his unethical lies in his "proposed separation" letter.

**3 D. The Court Should Dismiss Plaintiff's "violation of federal court-ordered US**

**DOJ/PPB (2014) Agreement" Claim.**

I believe we have a better sense now of how this request relates to the City of Portland following the US DoJ consent decree federal court-ordered police accountability protocols and giving me access to impartial professional standards administrative investigations for all of my complaints.

I'll be sharing plenty more, but I encourage Judge Beckerman to request this transcript because apparently Judge Simon's Chambers is not as accessible as yours. Would you please share this transcript with me?

It has direct relevance to this motion to dismiss as a violation of the US Consent Decree over PPB as well as the police accountability expectations like no investigations or case number when I had the audacity to initiate an intake interview without notice so that all those coordinating to deny me due process had to acknowledge that this happened only when I requested the transcript during my separation process, not because the records that I should have had to meet Attorney Milligan's desire for references of specific incidents with allegations and people with dates were were provided as they should have been so that I could that I could include them and the investigation findings in this lawsuit when she knows exactly why I don't have them and wishes to dismiss this claim.

 Gmail                                                            justin callaway <justincallaway@gmail.com>

---

**Transcript request from January 6, 2026 City of Portland/PPB US DoJ consent decree**

justin callaway <justincallaway@gmail.com>                          Sat, Jan 31, 2026 at 7:53 PM
To: Mary Austad <Mary_Austad@ord.uscourts.gov>, simon_crd@ord.uscourts.gov

Hello,

In the event Mary is out or no longer working for Judge Simon, could someone please respond? This is a time-sensitive request.

I am autistic and receive Developmental Disability Services. (I do not have a support worker assisting me with this). I do not know how to request this record and I would like access to it for a related federal case. Ideally it could be emailed on Monday.

Is it available through PACER? I have yet to set up my account, but will if that is considered an appropriate use of it. I have no attorney and am trying to navigate this on my own.

Could you please provide the case number as well?

Thank you,

---------- Forwarded message ----------
From: **justin callaway** <justincallaway@gmail.com>
Date: Wed, Jan 28, 2026 at 11:12 AM
Subject: Transcript request from January 6, 2026 City of Portland/PPB US DoJ consent decree
To: Mary Austad <Mary_Austad@ord.uscourts.gov>

Hello Mary,

It was nice to meet you in person. I gave testimony that day and would like to request the hearing transcript for my records.

Could you please tell me how to request it or could you email it? No idea how this process works other than we talked that day and I thank you for your gentle laugh to my joke about when/how I got my autism diagnosis in light of the many emails I've sent to Judge Simon's chambers this past year.

I don't have Developmental Disability Support worker today, but wanted to get details should it require some additional steps, etc.

Would it be available through PACER?

Thanks again,

Justin

## 4 E. The Court Should Dismiss Any State-Law Claims as Time-Barred to the Extent Plaintiff Intends to Assert State Law Claims Through this Lawsuit.

I am no lawyer and really do not understand the legal aspects of this request. I do understand that there would be jurisdictional considerations between state and federal courts and I trust Magistrate Judge Beckerman's decision on this based on her knowledge of the law and its applicability.

I would like to point out a few things as it relates to the City Attorney's Office and why I am in federal court instead of state court. It does involve ADA violations by OIG Manager Mary Claire Buckley and Central Precinct PPB Supervisor Kehau Searle that refused to let my 82 yo father be able to serve a state tort as my de facto uncompensated family DDS support worker at PPB Central front desk as the City Attorney's Office knows very well I am aware from my work as PASS in IA is an option for all Portland residents with legal complaints about PPB (City of Portland, if I must). This was on October 11, 2024.

When contacted CAO staff Rachel Ruthenberg had us go to City Hall where I would often take thumbdrives of IA cases for PPB employee misconduct (almost always in a public employee union) or even US DoJ quarterly audits like I'd make for Manager Buckley. Yet, despite CAO staff advising a developmentally disabled vulnerable adult to accommodate PPB staff that were violating my rights and creating an ADA hardship for both me and my dad (a City of Portland property taxpayer that pays into FPD&R), the City Attorney's Office thought it would a really great idea to lock the doors so that my dad could not serve that tort there. This is why we are in a federal court more than a year later.



So, before ruling on this motion, Judge Beckerman might wish to have the City Attorney's Office explain why such statutes of limitations may have been breached by PPB employees that clearly were violating this Directive when this is my precinct and OIG Manager Buckley absolutely understand what compliance was required in reporting and investigating for all allegations I made properly through channels to appropriate PPB, IPR, and HR staff yet none were done as should have been transparently conducted with the records that me and the US DoJ should have expected. For the City Attorney's Office to conveniently cite what is their legal right now when their staff deliberately contributed to that dynamic through unethical conduct

violating (yes ADA - CAO knew very well I received DDS and how hard it was for me to go into the Justice Center to see one of my civil rights abusers that led to this moment enter when we were doing this at the Central Front Desk: Lt. Alicia Russell). Why would I trust anything from CAO or Rachel Ruthenberg after this? This is very much related to everything the Attorney Milligan claims is the City's legal right when as I have maintained and communicated in court records they have asked suppressed that an outside law firm should be representing Portland taxpayers when you refuse to let two citizens, one elderly and one developmentally disabled, not even be able to serve a lawsuit and then not send me the very complaint acknowledgments that absolutely should have arrived because I had to contact Rachel when they violated the following Directive.

## 0315.00 Laws, Rules, and Orders

https://www.portland.gov/policies/police-directives/conduct-discipline-0300/031500-laws-rules-and-orders

1.      Members shall acquire and maintain a thorough knowledge of city, state, and federal law, including elements constituting criminal acts and fundamental rules of evidence, through ongoing training and legal updates.

2.      Members shall not commit any act or fail to perform any act constituting a violation of any applicable laws, rules, and orders, whether stated in these directives or elsewhere.

The reality of the federal court-ordered US DoJ agreement police accountability system is all laws (federal and state) and rules must be followed by PPB employees, like say mask mandates, and that was always primary over legal jurisdiction as this Directive indicates and no officer discretion or legal compliance gymnastics makes this otherwise. It's why as an ethical PPB employee that reads the directives he attests actually followed them and was retaliated against over and over again as the very public servant with the ethics my background required and taxpayers expected when they paid my salary.

Not being an attorney, but my understanding of what a federal court order might expect, I'd think that any City employee, PPB or not, like a City attorney would be violating it if they try to carve out some legal exception or justification to cover up PPB employee misconduct whether mask rules, federal ADA and other civil rights, or state law violations (like not reporting to the DPSST the uninvestigated allegations I reported about DC Frome that forced him to recuse himself from my "Proposed Separation" email chain with an unethical letter when he is also a lawyer justifying my termination based on HR Porreco violating a direct ADA request within the ADA process to never call me directly as she did on my birthday in 2024 but only three-way calls set up with a union rep that the only ethical AFSCME representative without conflicts knew I needed and AFSCME fired, Patricia Loving.

And this also goes with any self-insured City Risk Management employees like Rosalia Radich who very much knows like City Attorney Millian what she told the EEOC:

Former Deputy Chief of Police Frome has since retired from employment with the City, and we are unaware to the extent he may have known of any of the Charging Party's complaints prior to Callaway's separation.
003 - Second RFI Response for Callaway v City of Portland.pdf

When a self-insured entity lies to a federal agency to cover up violations of the federal-ordered police accountability system and state laws (and I say this because DPSST never contacted me and I certainly never received the complaint acknowledgment letters I should have received outlined all allegations against DC Frome and never did and certainly was never interviewed in a Professional Standards administrative investigation of such a serious charge of truthfulness during the very ADA process the Attorney Milligan presents as credible and when PPB Chief Day knew he could not answer whether or not he had a conflict during my Proposed Separation without also being held to the same charge and so was legally advised to say he would not answer any questions but terminate me as he coordinated with AFSCME to do to financially abuse a vulnerable adult developmentally disabled autistic, ethic whistleblower anyway). Both are bad, but staying in your position and creating even more appeal rights class liabilities as a financial fraud upon Portland taxpayers to hold the "thin blue line" as garotte to my civil rights seems like the worst one to me.

What I have come to realize is that US DoJ federal court-ordered police accountability system guarantees that when the state's largest municipal police force is compromised and all City elected officials and related employees with oversight cover up this, they don't see that thin blue line for what it really is at moments like this lawsuit: A tempered glass pane that shatters when every lie that was built and sold to every outside agency or employee at my expense and most likely based on lies like Lt Konczal said under oath (see WC transcript) in WC Appeals court that try to impugn my credibility as a protected class with mental impairments revealing the very Henthorn/Giglio and Brady level violations from the PPB Chief down supported by unethical City attorney advice.

I have no desire to be in this court and especially to not have an attorney when dealing with those who are violating laws and professional codes of ethics and their duties as mandatory reporters. It should never have been the case because that disability information from ADA/FMLA/WC all were provided to offer protections or redress for other abuses related to it that were never adequately investigated but intentionally not done so to make sure the DoJ and me did not have those case numbers, acknowledgment letters, or investigation files.

## 5 F. The Court Should Dismiss Any Workers' Compensation Claims to the Extent Plaintiff Intends to Relitigate Such Claims Through this Lawsuit.

I believe I have sufficiently demonstrated credibility issues with Risk Management handling of both my WC claim and Rosalia Radich's conduct with the EEOC.

Mayor Wheeler was PPB Commissioner and HR Commissioner (Risk Management is under HR). So, when HR supposedly has jurisdiction just of IA employees say when I am working in that department, they also had jurisdiction over WC/EEOC investigations when the PPB Commissioner also had conflicts. So, now please explain to me how this dynamic with unethical City attorneys advising to not give me access to the federal court-ordered US DoJ consent decree police accountability and professional standards investigations I was owed involving Covid Relief fraud and other serious allegations of PPB employees with public employee unions covering up public employee misconduct with the union contracts that the same City Attorneys Office negotiated when everyone in the Chiefs Office with Chief in their name is in FPD&R one of the last property tax funded pension systems in the country so that all parties can place people like PPB sworn James Morris as an FMLA coordinator or demote AC Jeff Bell, AC Craig Dobson, Chief Chuck Lovell, and let DC Frome retire without investigating claims that should have placed him on immediate paid administrative leave works with a self-insured entity that is covering up coordinate public employee misconduct, Covid Relief claims by those in investigations violating the Directives outlined above but not using their sick leave and then they do not adequately investigate my workplace exposure as I reported to my PSD Commander Tina Jones (should be in original complaint attachments) who knew that I had an inadequate investigation by a contacting tracing Sergeant Yakots so that I would not have the very records I'd need for my WC claim. Where was my Supervisory Investigation and acknowledgment letter with case number and why was I never interviewed when I properly reported this through channels. This was about a month before her retirement, so that should help Attorney Milligan provide these public records that I never received and should have expected. Because as the records I have shared have shown, I told him I knew who infected me and was not wearing a mask in the gym that day. He told me as I reported to PSD Commander Jones, "that doesn't matter."

Well, as I reported on January 6, 2026 in Judge Simon's courtroom in front of City Attorney Robert Taylor, I know exactly who infected me. She knows she did as well. She admitted to me that when she was out sick right before then because her kid had Covid. There was no contact tracing. It was a sham just as Lt Konczal's testimony in the WC Appeals Court demonstrates as well as his prolific lies under oath. The very records that should exist to show that this was inadequately investigated were not created by the very commander who is supposed to oversee such investigations in Internal Affairs.

So, please tell me how my WC claim was denied again by credible process when all those involved in covering up federal Covid relief fraud which is resulting in public pension fraud by the same self-insured entity with City Attorneys and PPB/IPR/HR and elected leaders to cover up coordinated PPB public employee misconduct creating class action appeal rights now to all self-insured investigations, workplace injuries, disability claims (FPD&R) when it was a coal-mining company store to begin with with PPB Chief Day and Mayor Wheeler and AFSCME President Rob Martineau minding the "due process" till for me.

*Emails to Senator Rob Wagner Exhibits*

I wish that was the totality of it, but as you look at all of the emails I forwarded to Oregon State Senate President Rob Wagner, you'll see two GOP Oregon elected officials did the wrong thing with this because of how bad things have gotten when WC Appeals Court gets compromised with the help of AG Rayfield and US Judge Michael Simon when my union endorsed Rayfield. Well one of the two GOP leaders got a job in the US Labor Department with the information I shared and the other got his position in the Senate and is lead challenger against Governor Kotek who worked with US Senator Wyden's staff to make sure that BOLI never investigated my whistleblower claims with a 5 year statute of limitations at the City of Portland/PPB and by coordinating with my union that endorsed the BOLI Commissioner and Kotek as well as my State Rep Rob Nosse and Senator Kathleen Taylor I believe, all who have had all of the information to launch the very investigations into why state agencies like BOLI and DPSST have failed me by intentionally violating my civil rights and not providing accommodations or contacting me in a timely manner as they knew they should in the very records in my original complaint. Only the EEOC did, which is why I only have those investigation files and no whistleblower investigation files or financial abuse investigations by AG Rayfield and sadly both Multnomah County DAs as the Multnomah County Chair and Commissioners all know just as Mayor Wilson and all of City council have been informed of these liabilities and what records they have available to pursue in their respective oversight as did the City Auditor. All of these public records exist on public servers and private servers thanks to all those at the City who created the very context for this lawsuit.

So, I believe this is a good time to transition to RICO.

**6 C. The Court Should Dismiss Plaintiff's RICO Claim.**

So, I am no attorney and there may be other federal statutes that apply better. But when this involves federal contributions to the national chapter of AFSCME by City of Portland employees involved in Covid Relief fraud and covering up PERS public pension fraud by those employees and those non-represented City staff like City Attorneys, IPR Director Caldwell, HR, Risk Management that are assisting in covering up coordinated PPB employee misconduct that should have been investigated by an impartial outside law enforcement agency to ensure this never happened and all allegations I shared properly through channels received the federal court-ordered police accountability the US DoJ consent decree guaranteed me.

Furthermore, since the City is self insured and also contracts with healthcare providers that have interstate commerce, just as it is consumer fraud to me to not provide union benefits I paid for by AFSCME before I received DDS but became financial abuse afterwards aided and abetted by mandatory reported City employees and related City employees in any public employee role, I do believe the interstate aspect has been met. To understand the threats to a vulnerable adult whistleblower who lives in a City where the PPB Chief knows his disabilities and that AC Chief Bell targeted my son by overseeing a criminal investigation into him during my ADA process by adds a new meaning to "interactive" by adding a RICO threat because yes I was receiving DDS as this was happening as well.

The fact that he was demoted demonstrates "consciousness of guilt" by the City yet neither my son nor I have any of those investigations. Furthermore, that any City attorney or process could result in placing him a PSD Commander again when IA investigates the very types of religious bias and ethical conflicts shows exactly how public pension fraud works, because there will be appeal rights for all investigations he helped oversee or do findings for and that is not doing work in exchange for a salary, benefits, and FPD&R pension vested liabilities, that is creating class actionable liabilities that will most likely bankrupt the City as I have reported at all levels of government..

I will demonstrate exactly when my union began coordinating with my employer and PPB to cover up all allegations I would report to target me in a horrific retaliatory campaign of denied due process including covering up illegal PPB employee behavior and racial bias in the next section. There are public records on City servers that can be requested that show this.

### 7 A. Pursuant to FRCP 12E, the Court Should Order Plaintiff to Amend His Complaint to be More Definite and Certain.

To demonstrate how these civil rights violations continue today and just how much of a criminal conspiracy is involved, US Michael Simon, DoJ Attorney Jonas Geissler, and City Attorney Taylor and many other City Attorney staff and PPB employees (including PSD Commander Jeff Bell and PPA President Aaron Schmautz) all heard my allegations in court testimony on Jan 6, 2026. Yet, I have not received my mandatory 180 complaint acknowledgment letter for my allegations about PPB Deputy Chief Chris Gjovik and any PPB employees who are aware that there was an illegal recording by a PPB AFSCME employee of a union Zoom meeting and that this recording was being watched in PPB Detectives division.

This was reported to him by email by Meredith Watkins (who was an IA Sr. PASS at the time). I reported this to the EEOC. I also shared a text message and that we agreed at work that she would be the one to report this to Lt Gjovik misconduct because the other complaints I had shared had been ignored including ones related to Commissioner Hardesty I brought up in that meeting (this included Rob Martineau showing her the fireboat picture I included on the "Proposed Separation" email included in my original filing and her saying the Proud Boys were driving it (this is when she was Fire Commissioner and her demanding as a City Commissioner an outside investigation into PPB for racial bias (I believe conducted by OIR) - I'd think the Fire Commissioner would start with her bureau first if there are Proud Boys driving fire bureau assets, right?). I haven't read what the City shared with the EEOC but I'm pretty sure we won't find any of this. Just like I never read what the City provided to the WC court, because it's too much for my PTSD and OCD to see lies presented as investigations when they never included a recorded professionals standards investigation complainant interview with me.

The City, PPB, AFSCME and these attorneys ensured that there has never been an investigation into any of this per a US DoJ settlement when I did not consent to being recorded and the US Supreme Court recently attested Oregon's two-party consent rule to recording is constitutional. The great news is the City is also fully aware that Meredith Watkins forwarded

this email to me prior to me taking FMLA and her transferring to become Sr PASS in Personnel (and yes she sent inappropriate mail since filing this lawsuit which I opened hoping that it was finally an IA/IPR complaint acknowledgment letter for some of the Henthorn/Giglio concerns and an email record I had shared recently with Judge Immergut's chambers and the US Appeals Court - District 9 about Assistant Chief Craig Dobson's credibility as a witness in the troops case (I will try and provide this email as well as an exhibit) as he was demoted just like Assistant Chief Bell while neither my son or I have been part of any investigation.

Add email to Immergut

You should know that when you are no longer at PPB as a former employee, that is the kind of mail that I would have to send to Personnel that they would have then have had to send to me with their privileged access to my personal information. Now that would have been appropriate to send me from Personnel. The City Attorneys know this as well and have made sure I have not received the complaint acknowledgement or declination letters I actually should receive an allegation is made against a PPB employee whether as a City employee or a citizen (I should know, I used have to mail these letters and include them in the case files that often provided to the City Attorney, Risk Management, or for US DoJ quarterly compliance audits - it's why I would ask about them) - in particular I still have yet to receive one for my testimony on January 6, 2026 in Justice Simon's court room when City Attorney Robert Taylor exclaimed "unclean hands must stop now!" and Senior Deputy Attorney Heidi Brown (who has been present for other allegations, cover ups in different City Council public testimony on 5/2/2024 and will have witnessed direct civil rights ADA violations in my attempt to provide testimony when I was intentionally denied the right in a public event with the Independent Police Monitor (DoJ Settlement compliance vendor) when he told me by email that I could provide it remotely if I did not attend in person if I could not find a DDS support worker to go with me). Independent Police Monitor Mark P Smith knows he did not let me speak as he promised (I have all the screenshots/emails) on May 28, 2025 when Heidi Brown was present as well as AC Dobson who has since been demoted).

And as the analogy I made in that court still holds, the Unclean Hands applies to a taxpayer funded contract as well if you are aware that those involved in the chain of command are compromised and have ethical/bias related allegations that were not investigated as our related US DoJ mandated police accountability requires. That this is the same thing as garbage in and garbage out if your compliance reports ignore the very real integrity issues with the data that is being provided. It's not very independent at all, in fact I would say it is committing fraud upon the City taxpayers when you help cover up police misconduct (and by intentionally violating a previous ADA request via email). This is just like the City Attorney's Office, IPR Director Caldwell, both HR Director Bless and the current one, the City Auditor, Chief Day and everyone in their respective chains of command, they are making ground beef and selling it to the public when they know there is e-coli and they should have done a recall. The consciousness of guilt with demotions of Chief Lovell, Assistant Chief's Bell and Dobson back to Commander but in positions directly related to my civil rights as a Central Precinct Commander Dobson (where I live) and PSD Commander Bell (In charge of Internal Affairs) so that I know that the very people

who have demoted because of allegations I shared would have oversight of things I might report as a citizen despite the obvious conflicts. It's just the kind of message those with access to my disability information want to send me to reactively abuse my disabilities by an unethical City Attorney's Office involved in a RICO cover up of coordinated misconduct and fraud with PPB employees from the Chief level and below. This the context of my response to their motions

Yet, still no, there are no IA/IPR or Professional Standards Investigations for me or my family even when the City Attorney Robert Taylor said the "unclean hands" was going to stop. Is that because he knows they need an outside law enforcement agency?

To assume my credibility as a reason to order me back to Internal Affairs when my union and employer never investigated anything adequately and then to deny me such accountability based on the protected class mental health information they said I must provide to be reassigned out of Internal Affairs when Workers Comp could have provided it (as HR Kristina Porreco originally lied to me via email during FMLA in May-July 2024 and said only ADA was an option to get out IA) and my whistleblower claims very much called for an entirely different approach. But it is the worst kind of Henthorn/Giglio is bias of a protected class when you received that information through FMLA and ADA processes, and later again through Workers Comp as a self-insured entity and then say I am not credible more than a year and half but someone with a conflict - IPR Director Caldwell when I reported perjury by Lt. Konczal in WC Appeal court.

I believe you will find that all of my allegations have had merit and continue to do so based on the records included, in possession by my employer, provided by the EEOC via their investigations, and those I may seek judicial approval to admit in trial or seek through discovery. As the colloquial expression goes, "crazy is doing the same thing over and over and expecting different results." I would be delighted to be pleasantly surprised to find accessible redress in this court as a result of this part of the legal process when no others would provide this despite their legislative responsibility with the independent power of the purse (Both Senators Wyden and Merkley, US Rep Bonamici, and state legislators Rep Rob Nosse, Senator Drazan, Senate President Wagner, and Senator Kathleen Taylor, all Multnomah County current commissioners, multiple City councils), executive oversight (Mayors Wheeler and Wilson, Multco Chair Vega Pederson, and Governor Kotek and BOLI Commissioner Stephensen), or even with their prosecutorial powers (US DoJ (via EEOC and a separate US DoJ civil rights complaint for PPB, Oregon AG Rayfield, Multnomah County DAs Schmidt and Vasquez or even judicial oversight when overseeing the PPB consent decree as a federal judge (Judge Michael Simon) when he was included to provide guidance on this arcane system when the US DoJ had failed me, those in the state court aware when I was seeking clarity on serving as a juror in state court, or three administrative judges in the State's Workers Comp Appeals Court when I tried to protect the integrity of their court. I will provide these emails and ideally with dates and exhibit numbers as time allows. Apologies in advance should that not be the case. All of these records exist and all of them had either the legal expertise or knowledge to understand the Brady level or Henthorn/Giglio concerns I raised about PPB and the City of Portland's handling and access to

those public records either because I provided them in email or because of the investigative authority based on their positions.

This is about what was mine to do and what was others to do or not to do in their positions, whether as a public employee (elected, appointed, or hired) or as an AFSCME, PPA, or PPCOA union representative or as a City employee acting in a union capacity. What this was not was an opportunity for anyone to use managerial (HR/appointed/hired like IPR), officer discretion, prosecutorial discretion, or judicial discretion to cover up violations of federal court-ordered US DoJ settlement mandated police accountability processes that exist today, when that system exists to ensure it would be followed regardless of politics or political parties, who is attorney general/district attorney and at what level and their prosecutorial priorities, or even who happens to be the federal judge currently overseeing it. It's quite clear, disparate treatment based on a protected class and serious coordinated misconduct was denied the very professional standards investigations into all PPB employees (whether they worked in IA or not, but especially when they did not as the City Attorneys know full well - please read all of the relevant and related PPB Directives in place at time when I was employed and as citizen because they will vary and we do not want ex post facto application interpretation of the wrong directive - like the Joint Terrorism Task Force (JTTF) Directives I attested as an employee that I very conveniently have been unable to find them online and will have to be requested in discovery.

The US DoJ agreement was for all PPB employees and I was one of them. Furthermore, denying it to me as a citizen and to my son when we live in Portland and my employer happens to be my local law enforcement agency is the worst possible civil rights violation possible when PPB Chief Bob Day is directly involved and knows my disability information and that all of my allegations are incredibly inconveniently credible and will only continue to get worse and expand as this process continues because of exactly where I worked and what I know and what has been done to me, to reactively abuse my disabilities (yes that mental impairment disability information is very much a road map to best abuse them in a very torture like way to break me), to silence me, target my family, and abuse the very disability information that was only provided via ADA, FMLA, and Workers Comp for protections or to address workplace injuries, not to compound them when all involved are aware I know very much what me and my family have been denied because I helped provide access to the impartial professional standard level police accountability adminstrative investigations we should have expected in my capacity as an IA PASS to all other citizens or City of Portland employees.

That is a special kind of psychic torture to someone who has the intellect but not the agency with my processing of language and mental illness in that employment setting and to repeat this to me as a citizen is how you make the city a jail by denying me my constitutional protections. It was and continues to be an intentional effort to violate a federal court ordered US DoJ agreement and deny me the protections and expectations all taxpayers have paid and expect the City to provide. Yet unlike the OSB Lieutenant above, my son and I have no impartial professional standards investigation by an outside agency we should have received. This is the context of anything the City presented to me a due process and why I never received a fair ADA process, but intentionally had due process compromised for me and all taxpayers by HR

Marquis Fudge by informing Captain Pashley of my ethics complaint by Cc-ing him intentionally when I was at work to also reactively abuse my PTSD as they knew it would when the knew he should have been allowed to be my supervisor (this never happens to anyone else when there are serious allegations - just me) and should been on paid administrative leave. They gave him access to my medical information and whistleblower information as a subordinate to do what he did when I returned to work which still gives me nightmares today. AFSCME absolutely knew all of this and did nothing because it was coordinated. This was my ADA accommodation process, but there are also other ways to violate the ADA and discriminate against someone with disabilities.

ADA protections are not just employment but the ones I should expect as a citizen but reported as an employee because I knew it was an ADA violation like the locked door that resulted in an injury report my employer made sure to not provide me upon termination. There are so many related ADA issues from my employment and how my whistleblower complaints were handled, I will gladly outline such violations as needed. When I mention the ADA, while I am mentioning a specific law which I admittedly am not familiar with a non-attorney, I am referencing all ADA violations that I experienced that I should never have to experience like IPR Eric Berry demanding me to open my eyes and look him in the eye when I must close my eyes to listen for my autism to shut out other senses and Christian knew I was doing it for my autism. Instead Mr. Berry demanded I look him in the eye so that he could lie to me, "Justin look at me." It's in the IPR transcript and never even gives me a case number as required or the letter I should have received because it was a cover up.

I am pretty sure I referenced Look Me in the Eye as a book about autism in some of the records included to the EEOC but it is so much and all a blur now. This is the worst thing you can do an autistic employee as I shared in the interview - how is that not an ADA violation? Please tell me how this helps me receive police accountability or my son when we both have autism? IPR Director Caldwell certainly wouldn't answer the question or why he was involved with Chief Day and in not sending me any IPR/IA acknowledgment letters for any of my allegations as required by the very US DoJ Settlement that created Independent Police Review and this police chief who knows my disabilities knows I should have expected when he said he'd refer all allegations to IPR - like the ones against DC Michael Frome that he very much knew about as did DC Frome.

Look at this email from IPR Director Caldwell as you know very well by now had a direct conflict with any handling of any allegation involving me or my family because this was not impartial at all but he was very much involved as records in my original complaint demonstrate. This is why I shared the email with Maxine. You will find in my attachments that many other branches of government who should have offered me accountability also have this email.

## Complaint

justin callaway <justincallaway@gmail.com>                                    Mon, Jun 17, 2024 at 3:37 PM
To: IPR Mail <ipr@portlandoregon.gov>

Hello IPR,

The information you alluded to was included in email correspondence that was part of my pre-determination process resulting in my medical separation by Chief Brad Day when no evidence that misconduct by Captain Greg Pashley had been investigated after information he should have never received was shared with him.

Chief Day indicated he would send all of my allegations to IPR for further investigation over two months ago. I have received no letters from IPR acknowledging my complaints or declination letters. This is the first and only contact I have received from contact from IPR since then.

Please confirm that you received that entire email chain from April that included multiple allegations of PPB members, including Chief Office members, such as religious bias by the Assistant Chief of the Investigations Branch, Jeff Bell, which has direct relevance to this email query, my civil rights as a PPB employee at the time, and all Portlanders - including liabilities for all criminal investigative work involving his approval.

Why is this the only allegation that is being investigated?

Are you not investigating all allegations as PPB Chief indicated in his response when medically separating me?

If not, why have I not been notified that IPR is not investigating these complaints?

What is the normal IPR timeframe for a complaint received and a formal letter to the complainant?

Does not IPR's policy require you to formally acknowledge complaints and send acknowledgment and/or declination letters?

Your Investigation Coordinator Eric Berry refused to send me a declination letter for my complaint last year. Is this IPR policy? Or was this a policy violation of the DoJ agreement?

Has IPR staff received additional training on how to interact with neurodivergent complainants?

When I made my complaint, I recall Eric Berry entered the room, interrupted my interview and turned off the recording saying he was listening in on the interview. Is this IPR policy to have IPR staff eavesdrop on complainant interviews with an investigator as they happen at IPR and then interrupt them? I never witnessed this conduct by Internal Affairs supervisors with IA investigations. Is this a unique IPR professional standard?

As a City of Portland PPB employee at the time making a complaint during what I shared to be a traumatic accommodations process with inappropriate PPB sworn conduct, I disclosed my autism and need to close my eyes to talk and listen. This is not uncommon for autistic individuals.

That said, Eric Berry demanded that I look him in the eye. I saw your investigator Christian look in horror at how inappropriate this request was for an autistic individual. This is part of a pattern by City of Portland employees to disregard my disabilities and accommodations.

How does looking Eric Berry in the eye help me file a complaint and my rights as a disabled PPB employee? How is this inclusive to my disabilities with autism and cPTSD to be commanded by IPR staff to look him in the eye to receive police accountability?

I would say this makes the complaint process hostile to someone with autism and presents a serious concern with IPR's ability and workplace culture to appropriately interview my son with autism when this has never been addressed.

This has relevance beyond me and my family. Has this been addressed since my interview, if so when and what training did IPR staff receive?

Please answer my questions. With my autism and slower processing of language, I need written responses to questions to process the language for your police accountability process to be accessible. City of Portland HR staff and PPB staff were aware this was an accommodation I requested in my correspondence for my intellectual disability, including Chief Day, yet he ignored this intentionally as well, including whether he had a conflict of interest like Deputy Chief Frome who inappropriately remained in the process until this was pointed out - is this not disparate treatment by PPB Chief Office's staff during my pre-determination process as an active PPB disabled employee?

Once again it has been over two months and I have received no IPR letters acknowledging any complaints raised, including the one IPR wishes to interview my son about. He is aware of the discrimination I have received at all levels as an employee of the City of Portland, including IPR, so please keep this in mind in your response.

Neither he nor I wish to impede meaningful, transparent, timely police accountability that is inclusive to all City of Portland employees and citizens. By providing these answers, you can help make sure this is the case.

Best regards,

Justin

On Thu, Jun 13, 2024 at 10:37 AM IPR Mail <ipr@portlandoregon.gov> wrote:



# Independent
# Police Review

June 13, 2024

Justin Callaway

justincallaway@gmail.com

Hello Justin,

I understand that you believe a PPB Detective inappropriately interviewed your son. If your son would like to speak to one of our investigators about that please ask him to reach out to us at ipr@portlandoregon.gov and we can set up an interview with him. We will need to interview your son about this incident in order to initiate an administrative investigation.

Thank you,

Ross Caldwell

IPR Director

We received no response as you would expect by a public agency involved in violating ADA rights for both me and my son and involved in a RICO cover up.

What's much worse and very intentional to reactively abuse me in particular, is IPR knows there is a specific protocol for contacting complainants. I pointed out in emails to the EEOC, IPR Director Caldwell violated my son's civil rights by contacting me when he was over 18. I am not

his guardian, and IPR has access to REGIN and can request any records it needs through Detectives. I am the one who receives DDS, not my son. This was not only a violation of my civil rights to inappropriately contact me but to intentionally not answer why I had not received the transparent police accountability and letters I should have received under the US DoJ Settlement that created his department and those protocols and 180 day investigation timelines.

By never responding all City employees involved including City attorneys, knew exactly what message the City was sending to me and my family. Yes, it is that bad. They knew my disabilities, they knew exactly how all complaints were supposed to be handled, and they did this to harass us just like an email from Kristina Porecco. Please read all of the EEOC files when I can provide them through e-file later as I do not have access.

I knew he was not investigating anything he was supposed to because he knows he has a direct conflict just like Assistant Chief Bell did as I reported in the email attachments in my original filing I called both of them when I was on FMLA and neither one of them did the right thing with all of the allegations I shared in 45 minute phone calls. They all know save for a missing bike light I thought might be stolen, I never received any actual impartial professional standards investigation interview other than that by the EEOC. Certainly we can't count the IPR intake that only I initiated and Eric Berry intentionally interrupted (something I never saw happen in IA ever) to make sure I did not share more and directly ignored my autistic employee disability realities (see IPR transcript).

And please look at this letter from Director Ross Caldwell and tell me why it took him more than two years from our call (when all allegations are to be investigated in 180 days - the ones in my email to BHR Bless and Mayor Wheeler sufficed) to send some retroactive acknowledgement letter that says I am not credible after Lt Konczal lied under oath about readily verifiable information.

You will notice he intentionally does not mention our phone call with whistleblower complaints during my FMLA around June 2023. I do appreciate that he mentions when he violated my son's civil rights just as the letter demonstrates the bias and lack of credibility of IPR Director Caldwell to me and my son with autism to provide us accessible, timely police accountability and to cover up all misconduct and potential bias in PPB. The records demonstrate just who is credible. It wasn't Lt. Konczal and it certainly wasn't IPR Director Caldwell.



**Independent
Police Review**

June 23, 2025

Justin Callaway
justincallaway@gmail.com

Hello Justin,

We received an email from you on 6/11/25. This was sent to several people and reiterates some of your past complaints, more allegations about PPB Lieutenant Konczal and many other people regarding a conspiracy against you. I note that our office and I are also listed among the people you believe are conspiring against you.

IPR has received numerous contacts from you in the last few years and you told me about some of your concerns, in person, in July of 2022. On 12/14/23, an IPR investigator interviewed you at our office regarding your allegations of police misconduct and other subjects. On 12/18/23, Eric Berry (from our office) called you to follow up on that interview and spoke to you for an hour. During this call you further expressed your concerns and Eric attempted to explain to you why we did not believe we could investigate these concerns. Later we received correspondence from you expressing additional concerns, including that a PPB Detective had inappropriately interviewed your son. On 7/13/24, I sent you a letter stating that we would interview your son regarding potential misconduct if he wished to contact us. This is not an effort to recap all of your contacts with us or the many concerns you have raised but is an abbreviated overview of IPR's interactions with you.

As we have told you before, we do not believe that there is evidence of police misconduct and will not be opening an investigation based on these concerns. This includes your most recent message. We do not believe these are credible or meritorious complaints. If we receive additional communications from you on this or related subjects, we will document the contact but may not respond to you.

I think I speak for everyone in our office when I say that we truly enjoyed working with you when you were a PPB employee and we are sorry that relationship has deteriorated. We wish you well and encourage you to accept appropriate support.

Sincerely,

Ross Caldwell
Director

City of Portland
1221 SW 4ᵗʰ Avenue, Room 140, Portland, OR 97204
(503) 823-0146
www.portland.gov/ipr

As to other protected class civil rights violations there is Information that I shared with the City and Sr Deputy Attorney Anne Milligan has lied about in her Motion to Dismiss stating like Lt. Konczal under oath that there was only a single mask incident in Internal Affairs. There were multiple reportings, the one mentioned was just the one where an IA Sergeant Alicia Russell

with serious credibility issues and uninvestigated bias complaints that AC Jeff Bell knew about in our call and was required to investigate as Eric Berry states in the interview transcript per PPB Directives at the time (it was enough to share her handling of the pronouns sheet spelling out F A G (Friends Affinity Group) and as I told him why it was offensive to me as protective class that does not apply to her and that although she may identify as LGBTQ, I do not but was hazed with by the name FAG as a male who speaks in a higher register and neurotypical males often do not accept.

One involves Lt Gjovik as we know is not credible and IA investigator Eric Stout and when he said I would have to the complainant on an Supervisory Investigation (not true) especially when he could have just left office as a sworn supervisor to supervise his own employee who was former law enforcement when he knew I was non-sworn and had mental illness.

The other one involves Sgt Russell who is beyond any credibility at this point that Sr PASS Meredith Watkins also witnessed and that I reported to Captain Pashley right before he took me to Personnel to enact their HR, AFSCME, PPB, IPR RICO plan with public employee unions to put me on administrative leave as intended by design and with sharing my whistleblower complaints with him when I was in office (see Marquis email 7-26-23). Right before I told I would never ride in an elevator with him alone after and I would take the stairs up after what he did to me, I took a photo of this fire exit and said to him this was when I went to get Sgt. Russell to report two PPB Officers (female Officer with PPA Rep Brian Walters?) were not wearing masks in the IA lobby. She told them to mask up and did not write Supervisory Investigations as she knew she was supposed to do. Instead she got a disinfectant spray bottle and spritzed it around like it was a magic police accountability that satisfied our US DoJ consent decree federal court-ordered police accountability system. I mentioned in the Proposed Separation email in my original filing to ask him and then interview me.

Apparently, the two key conspirators that the City continues to present as credible, Captain Greg Pashley and Lt. Alicia Russell (both promoted for breaking the law in covering up Covid Relief fraud) and fabricated extemporaneous written documents that I have no way of verifying when they were created but absolutely know are false, IPR/HR/City Attorneys/PPB/Rosalia and Workers Comp all present as if they are infallible documents because they wrote a bunch of fake records together to make it look like something happened or that my concerns that were never handled properly where I was interviewed with case numbers was done properly. Nope, Sergeant Russell was supposed to write two SIs and Captain Pashley needed to report Lt Russell (then at Training for the failure to report). I never received my complaint acknowledgement letter, does Attorney Milligan want to explain to this court how this was about a single incident again and I have no standing?

Please see 3/25/2021 SI handling attachment

And a sample of the kind of emails I had to receive in my inbox from PPB sworn members like the 11/14/2020 email from Officer Stephanie Hudson when I got Long Covid from an inadequately investigated workplace exposure that still impacts me today in the gym and I don't

<mark>state of Oregon weak legal gym waivers are enough to cover those who are even supposed to be at work infecting others, especially with no mask.</mark>

Just like Lt Konczal's fabricated version of events about what I reported about Randy Graves charging me on the way into work and how it was handled in IA. He was very much less than four feet away from me and I was saved by the security door and not at some distant park as the security footage he never ordered and knew how to do would have shown. In fact I noticed the County modified the justice center side entrance now so this cannot happen. Is that called consciousness of guilt when the County DAs know this happened and did nothing with PPB when I reported it? It's better to lie under oath as a Lt then to do your job because you know the Multnomah County DA won't do anything about your Henthorn/Giglio Brady violations when I report his perjury and IPR Director calls me not credible in his magical multiyear retroactive declination letter that documents violating my son's civil rights as well.



Friday · Jul 28, 2023 · 8:36 AM

This is the very picture that demonstrates no professional standards investigations have occurred by the City of Portland and that Lt Konczal lied under oath about all mask investigations. If I recall, because I do not have the time to review it, I believe he indicated in response to my attorney that no one got chronically ill with Long Covid, like me from my

intentionally uninvestigated workplace exposure, or died from Covid. This is your IA Sergeant and credible PPB Lt.

This is also the photo that someone was not in a mental health crisis but a whistleblower that knew PPB, HR, Risk Management and the City Attorneys all knew my disability information and were giving it to people that should have never have had it and working with the ones who created the RICO conspiracy Covid Relief fraud liabilities with public employee unions to create unethical contexts like the sharing of my ethics complaint to compromise any chance for impartial investigations where involved parties knew the allegation in advance. This is how you know they were always working together and the very moment when I realized, oh, I'll never get an investigation and they have been retaliating against me. And yet, even when they reactively abused my mental illness and developmental disabilities, I was not crisis but quite clear as to what Captain Pashley needed to report and Chief Bob Day knew I needed to be interviewed to share so that everyone would know when I took that photo no matter what happened the truth we be clear. Because just as I will always follow the rules with my autism and pure intention, some unethical people, many terrifying ones with guns and badges that work at my local law enforcement agency and will certainly not be happy with this court submission, will intentionally always break the rules even when they are an Internal Affairs Captain, Chiefs of Police or otherwise. That is a scary and sad truth I have had to live with as a vulnerable adult whistleblower.

And, since no professional standards investigations were ever conducted for any of my whistleblower allegations, the City of Portland never found out why I was so upset about the Christmas card Commander Jeff Bell gave me.

I went to a Lutheran middle school where I was relentlessly bullied for choosing to not get confirmed in 8th grade because I did not understand how this Christian god or religious confirmation had to do with so much hate and bigotry by calling me a fag by the people who were getting confirmed. And the same chief instigator, who was the son of a cafeteria employee at the school, later spewed racial epithets at all of my Mexican American teammates when our high school played his high school in soccer.

I was trying to protect all of PPB work that he oversees from such religious bias concerns when someone believes you have a divine authority to use lethal force based on your God's interpretation of who deserves protections. I was targeted because I believe in separation of church and state and wanted to make sure nothing like I experienced or my son's opa experienced as a Holocaust survivor ever happened in Portland. This is how AC Chief Bell violated my civil rights (who was demoted with no investigation that included me or my son) as my Commander by giving me Christian nationalist literature that said all PPB officers were appointed by a Christian God, well, now you know.

I was assaulted by a neo-nazi skinhead when I was 16 and I had deal with people who thought being confirmed in a Lutheran school entitled them to call me fag or my Mexican American teammates (many who I actively recruited and sometimes gave rides) horrible names. So, no I

do not think it is appropriate in the workplace with my history of religious trauma and as a parent of Jewish child to be given Christian nationalist literature by my Commander just as I do not think it is okay that HR, Risk Management, IPR, PPB, or the City Attorney's Office all like to state that everything was adequately investigated when nothing was and always included those with the very credibility issues that created the liabilities such that when he had a conflict of interest and oversaw a criminal investigation into my son during my ADA process I knew about this bias and was well aware of just what mixing religion with lethal force and deciding whose God bestows power leads to in our world history and what it might mean for the appeal rights to the potential religious bias handling of all PPB Detective criminal investigations under his very "unclean hands" chain of command when he knew exactly what message he was sending to me during my ADA process by overseeing this with investigation with a direct conflict in that very RICO public employee unions, PPB Chief Day, IPR, HR, Risk Management, and City Attorneys have done.

So this is why I reported in my Proposed Separation email this card and mentioned it in my complaint because being targeted for calling out such bias with a very inappropriate piece of Christian nationalist literature is what ethical employees in a federal court-ordered US DoJ police accountability system are supposed to do to contain such Henthorn/Giglio/Brady concerns, but it has a particular of horror for me when my religious civil rights as a subordinate were already violated by him as a Commander and then when he was directly involved in retaliation by not making sure an outside law enforcement agency was never hired when I reported the Covid relief fraud to him like IPR Director Caldwell around June 2023 via phone to both when on FMLA. This City council knows all about this and how rife this is for antisemitism and other religious minority bias claims and liabilities at PPB this creates and it is exactly how this City Attorney's Office and Chief Day helped compromise our brand new form of government when the entire City council know Chief Day is involved in this Covid relief fraud RICO conspiracy by voting to unanimously confirm Chief Bob Day to get preferential arson investigations and no ethics investigations by the City Attorney's office when say a Jewish journalist gets kicked out from an event when they've all been sitting on this.

So, at this point I will add a final message that I will send to the City Attorney's Office right now.

from:**justin callaway** <justincallaway@gmail.com>

to:"Kehoe, Katherine" <Katherine.Kehoe@portlandoregon.gov>

cc:"Milligan, Anne" <Anne.Milligan@portlandoregon.gov>

date:Feb 5, 2026, 9:33AMsubject:Re: Callaway v. City of Portland, et al., Case No. 3:25-cv-1286-SB - Joint FRCP 26(f) Discovery Planmailed-by:gmail.com


Hello all,

I have removed Amber Bua and Rosalia Radich as I have formally requested previously to please not include future witnesses on emails that I may call but you continue to do so as you say is your right despite my request to BCC them if you must as a reasonable accommodation for reasons I know that you do understand would have legal merit.

I really wish you would respect this as it is quite consistent with how the City approached issues I raised as an employee and as a citizen with inappropriate contact. I can only issue my preferences and document what you do when ignored.

I am sending you a courtesy email in the event that local rules require such an email. I will be including this email in my filing later today.

I consider the legal motions and records by the City with regards to my Motion for Pro Bono Counsel to be demonstrative how you wish to proceed. Also, as you will be well aware given your chain of command, City Attorney Robert Taylor, Attorney Heidi Brown, and PSD Commander were all present when I made allegations against Deputy Chief Chris Gjovik in court testimony on January 6, 2026, in Judge Michael Simon's hearing.

It has been almost a month and I have not received an IPR/IA complaint acknowledgement letter or declination letter as I should expect with my very credible allegation that all know to be true and with requestable public records and my personal files can demonstrate. I consider this an intentional violation of my rights under the US DoJ consent decree federal court-ordered police accountability guarantees as a Portland resident as Attorney Robert Taylor, Attorney Heidi Brown, and PSD Commander Jeff Bell know I should have received by now.

This is not, has not, and continues to not be the case. I will continue to maintain that City taxpayers should be represented by outside counsel, just as an impartial outside law enforcement agency should have handled all of my complaints while ensuring the transparent police accountability all know I have been denied while knowing that I am quite familiar with how it is supposed to work since that was my job to help facilitate for all other City employees and members of the public. Yes, the same IA PASS position that I was considered credible enough

to be ordered back to provide it again first by DC Michael Frome and then by necessity by Chief Bob Day for reasons that are quite impossible for my autistic, ethical brain to reconcile given the very conspicuous public records that do (like this email) or continue to not (impartial professional standards investigations that involve recorded interviews with me as a complainant) exist today.

Be well,

Justin

On Mon, Dec 22, 2025 at 9:29 AM Kehoe, Katherine <Katherine.Kehoe@portlandoregon.gov> wrote:

Mr. Callaway,

On behalf of Sr. Deputy City Attorney Anne Milligan, attached please find the Joint FRCP 26(f) Discovery Plan, which was filed with the Court today. A hard will be placed in the mail.

Thank you,

**KATHERINE KEHOE | Legal Assistant**

**Portland Office of the City Attorney**

1221 SW Fourth Avenue, Room 430

Portland, OR 97204

Voice: 503-823-4487

katherine.kehoe@portlandoregon.gov

*Legal Assistant for Alan Yoder, Anne Milligan,*

*Carey Caldwell & Ryan Bailey*

**Equal Access Notice:** The City will provide translation, interpretation, and reasonable disability access.  Please ask me, call 311, or email cityattorneysoffice@portlandoregon.gov for assistance.

**From:** justin callaway <justincallaway@gmail.com>
**Sent:** Friday, December 19, 2025 3:40 PM
**To:** Milligan, Anne <Anne.Milligan@portlandoregon.gov>; Kehoe, Katherine <Katherine.Kehoe@portlandoregon.gov>
**Subject:** Re: Callaway v. City of Portland, et al., Case No. 3:25-cv-1286-SB - City of Portland's Offer of Judgment

Hello all,

I continue to try and secure legal counsel, so any aspect of what I am sharing is subject to change pending that development. For awareness, I currently do not plan to submit this record to the court and am trying to have a candid conversation about what I hope the City will want to avoid as this legal process proceeds.

I appreciate your multiple email contacts and evolving sensitivity to outline more appropriate, alternative communication options as it would be entirely inappropriate to speak with you in person or by phone given how my access to verbal is at a disadvantage, regardless of legal expertise disparities - a concern that is well-documented in the EEOC records. So, yes, **consider email as my formal ADA accommodation contact method preference with mailed court records as correspondence as you have graciously continued to provide. Thank you for both and not contacting me by phone. I formally request you never call me without my consent.**

As to discovery and what you propose in your plan I suppose it makes sense. It's mostly noise to me since I really have no idea what you are referencing and I lack your legal expertise as you are well aware. I agree deadlines may need to be extended as needed as you indicated and as approved by Judge Beckerman. If needed, I suspect discovery will be quite extensive. Of course, how the City and each individual employee handles admissions of wrongdoings as it relates to me and my family both as an employee and citizen, could limit my desire and/or need for extensive discovery.

I continue to believe that you and City Attorney Robert Taylor should have neutral outside counsel just as the many records you have that I have written which indicate an outside law enforcement agency was needed to investigate all PPB allegations when IA/IPR staff are involved each and every time I reported it. All I can do is create a written record of the suggestion to demonstrate how it was handled when requested. I have done so again and respect you are comfortable with your adjudication of this request with the existence of this email.

I am very mindful of the liabilities for the City of Portland that additional court records may demonstrate, and those findings made known through discovery, and of course those created with sworn testimony should we go to trial. I try to remind you and your staff of these. If those who are reading this are aware of something illegal that has occurred or is occurring and it is your respective duty to report as a citizen/City employee/or lawyer when applicable, that is your responsibility, not mine. Even without an attorney, I am quite confident in my case and what the final court record will reveal although I have no desire to have to be the one to have to ask for people to do the right thing yet again in a different venue.

The City should plan on retaining all records I previously indicated as necessary to retain. That public record exists on City servers whether or not it is part of the court record. Notice of receipt was acknowledged by email and with your motion to strike.

As has been indicated in City correspondence, your court records, and the extensive files in my filing/EEOC records, and as you are in court to defend, the City maintains that due process was

always given for all concerns I relayed through "channels" and in various venues, all employee misconduct has been properly handled as such and my rights were protected/provided, and that involved or witness City employees still employed or no longer employed, or those in decision-making roles, are to be considered "credible" as it relates to anything I've reported or unethical/illegal/biased employee misconduct they knew about given the lack of investigations/records that have been made available to me by the City - especially those involved in fielding my concerns for me and my family or as supervisors/coworkers/City employees with relevant roles or duties (past/present) as required under police accountability system mandated by a US DoJ consent decree.

My discovery will cover any and all aspects related to demonstrating what standard operating procedures, laws, PPB Directives, city rules, etc. were in place at the time and afterward as City employees were notified that civil rights were violated, and/or any unethical/illegal misconduct occurred, and/or varying employee concerns I reported properly through channels repeatedly. I will demonstrate through records requests, sworn testimony, and existing records that due process was denied which has direct relevance to an 8.5 month ADA process where I was cut off the computer network, multiple medical separation attempts, and civil rights violations that involve now two Mayors, three different City Councils, two Directors of HR, and many, many more appointed, elected, or hired City employees whether they have badges and guns, law licenses, work under a DoJ consent decree, or with professional certifications such as those in Risk Management. I will seek all records to demonstrate when and what they swore or attested to as City employees or in their professions/positions and add this to a linear progression for Judge Beckerman and a jury to evaluate their respective credibility as to what they did not do when they should have done it or did do when they should not have - whether it was something I reported or something they should have reported, as a PPB employee (as there is a direct chain of command - this would include all training records and attested records for all PPB employees when I was an employee or relevant investigations, etc), lawyer, sworn member, mandatory reporter, City employee, elected official, contract employee (COCL, Independent Police Monitor), whether as a subordinate or in a leadership capacity etc.

It is all relevant. I live in this city. The City Attorney's Office is well aware of the context with which I am writing this email, including my disability information and who has it when I am denied due process and my job is terminated, and the well-documented civil rights violations

per City correspondence/records that continue today. If the City cannot provide due process as all taxpayers should have expected and I should have expected as a disabled employee/Portland resident, well, as fellow a Portland resident and vulnerable adult citizen that is now unemployed, I will demonstrate with discovery as needed what is broken and what needs to be fixed because doing it after wrongfully terminating my employment as I allege is reprehensible. On that note, I will argue that should Judge Beckerman determine unethical legal advice was given and followed to cover up illegal City employee activity that all of these records should also be made public.

All taxpayers deserve to know what I reported, how it was handled. Yes, I allege there has been a coordinated effort or within departmental respective chains of command to cover up illegal activity/employee misconduct/liabilities. As you know very well, many of these records already exist on federal (EEOC), state (BOLI via EEOC), and city servers whether as part of this court record or not. These liabilities do not go away with my lawsuit. This is the context of my email and my lawsuit.

That said, sunlight is truly the best disinfectant. I believe in our constitutional democracy and that all taxpayers at any level of government pay for ethical public service and transparent, good governance.

I hope that there is a way to explore a mediated settlement that may satisfy what all Portland taxpayers deserve and to address what happened to me. I am no lawyer, have no lawyer, so only know that it is with my purity of intent and wanting what happened to me acknowledged, addressed equitably, and to ensure that this can never happen again to other ethical, disabled employees and their families . . . and especially as residents after the fact. Monell claims exist for this very reason. Should we proceed to trial, I imagine my case may very well become mentioned in law schools.

I have not stated a non-monetary stipulated request (term unknown) or a prayer amount, because it depends on how the case is being defended. I want to live in a City that respects my constitutional rights and holds people to account both as a former employee and a citizen. I

believe I was wrongfully terminated and I want to be working. Are you able to imagine a way to offer these things to me and all Portland taxpayers without the court dictating that these things must happen plus any damages should I win my case? Well, that changes what I'm willing to consider. You have yet to offer this to me and it's why I am in court. Does this make sense? I believe taxpayers paid for an ethical employee like me to do what I did and to still be working and that what happened to me should have never happened. They do not pay for unethical employees to cover up illegal employee misconduct and to continue to create liabilities as they remain employed and when this involves those with badges and guns, this is incredibly serious. It is why I have been diligent in reporting it over and over again.

I have no desire to be writing this email or to be in court. It has been the actions and inactions of unethical City employees past and present - so, if needed, please plan on discovery that will range from PPB Chiefs/Assistant Chiefs (former, demoted (this week or not), and current) to all others whether sworn, nonsworn PPB coworkers, different bureau employees, elected officials, or entities/individuals with City contracts with knowledge of misconduct that did not report it, especially illegal/unethical/biased City employee misconduct, and participated actively in violating my civil rights as an employee or as a citizen. I am well aware of what appeal rights the City of Portland employees created and continue to create because I worked in the very department that was supposed to limit such liabilities as mandated by a US DoJ consent decree over PPB, not to create them and make them worse with that department. As my court filing demonstrates this involves those with law degrees and/or badges/guns, and that most still remain employed truly terrifies me as a Portland as a vulnerable adult resident when readily available public records demonstrate "consciousness of guilt" time and again while involving public pensions with the same legal department that negotiated the public employee union contracts. Yes, you can figure out the RICO statute of limitations begins with that sentence based on who is still employed, because once they are finally terminated is when that fraud on taxpayers has finally stopped if they were intentionally never adequately investigated and terminated at the appropriate time.

And, if this requires me to place motions of discovery that waive certain privileges for specific information or expected protections, then with Judge Beckerman's judgement we shall explore this together. I'm all for it as I did not create this scenario, and the City Attorney's Office has

many, many records that will prove that I tried to ensure it never happened or that the liabilities could be limited to City taxpayers.

As the City has tried to do and done in your court submissions, you may choose to focus on different smaller legal aspects or timelines to misrepresent the totality of records and the continued progression of records that compound the liabilities that the City has generated (whether available to me or discoverable) that will be made public through this court process.

Each time I must continue to repeat that due process has been denied means it only reinforces my resolve to document what happened with greater clarity and more extensive supporting evidence with the next step in this legal process. Make no mistake, I have no desire to do this. Unethical City employees and their actions/inactions are the only reason I must write this email now and I had to file this complaint.

If there is another way, please by all means let me know. This all makes me incredibly sad as this impacts many people and will impact so many more.

I do believe people can make mistakes and change. If I am correct, the criminal system rewards those who come forward and cooperate first which may or may not be relevant in my case. I believe it's called "state's evidence", no?

I am no lawyer, but at least one Senior Deputy Attorney or above will be reading this. I know what my job was and that I did what the law/employer rules/DoJ consent decree required. I know what public records exist that are relevant to make my case. And yes, I surrendered vulnerable medical information for the very protections I should have received but did not which we can certainly debate in court as needed.

I believe there is a kinder and easier way forward than forcing me to document all of this in court. As a vulnerable adult former employee and citizen that receives Developmental Disability Services, if you wish to propose something that does not involve those who are involved or with

knowledge of any wrongdoing, please let me know. If you wish to present another way forward, please do so. You have access to my email.

I am not a lawyer and not saying this is a legal option available. If you are willing to write a legal document stating there is an option available and wish to present something please do so. At this point, my understanding is that a mediated settlement is the only way I'd be comfortable and this requires me to argue my best case as a public record beforehand. I am responding to how the City has handled this complaint thus far and with its current approach. Perhaps you are aware of options at this juncture. I am open and communicating an openness, that is all.

**1) Am I to expect a list of what records/type of discovery you hope to request and have granted?**

**2) Please let me know if this suffices for my portion of the discovery exchange prior to judicial contact. I may or may not be able to provide a response to your reply to this email prior to the deadline as this correspondence is very disruptive and takes much of my finite energy as it relates to things that have been reported. If needed, I will try.**

**3) Furthermore, as someone who receives Developmental Disability Services and is writing this without a support worker or legal counsel, I ask that you please inform me if I have failed to satisfy some information or procedural requirement that is needed prior to Dec. 22, 2025.**

I wish no one ill will. I am just exhausted and so tired of a world where people choose to be immoral/unethical. Yes, it is a choice. The law is there to guide you. It's only a problem in unethical workplaces or those who act unethically in their private lives. So, this court and process is here as needed.

I am ready to move on with my life and would very much like to find a way to leave Portland so that PPB isn't the law enforcement agency that will respond when I call 911 as a vulnerable

adult with mental illness that will be denied police accountability when the Chief knows all of these things as well as my elected officials and so many other City employees including the City Attorney's Office and have done nothing. My EEOC investigation files supply many of the reasons we all would like me to leave Portland as well as all of the records you are aware I've created and shared when denied due process.

I do not wish anyone ill will. I just hope that you will make the best ethical decision for all Portland taxpayers as they pay you to do. I am confident in who I am and that this court will finally allow me due process when I could not find it anywhere else. And if not, I will certainly create the very court records that will show the world that due process should have been provided.

Either way, I will get to move on with my life, but those public records and any liabilities will remain regardless of outcome. As I have learned very painfully these past few years, sometimes this is the only justice we receive. Please know this is not my preference, but if needed and presented with no other option, as my court filing and the EEOC records show, I will absolutely produce the very written records in my response to motions to make sure I receive this as my only consolation prize even when denied due process.

I truly hope there is an easier way forward for all.

Sincerely,

Justin

Prayer amount: $100 million dollars if I am forced to share more and more and everything I know through requesting motions to waive attorney client privilege and lift my Professional Standards Division NDA. I really don't think this will serve Portland taxpayers well, but I tried to encourage City attorneys to give me a different option than filing this suit and response to motions to dismiss.

I am very open to a court-mediated settlement of a lower amount that saves me what was never something anyone have to deal with, especially a vulnerable adult autistic, ethical public servant whistleblower that tried to protect all taxpayers, follow the law, and limit liabilities for all and has been horrifically retaliated against, including my family. None of this has been or continues to be okay.



justin callaway <justincallaway@gmail.com>

## 3:25-cv-1756-IM and appeal to US Appeals Court District 9: Henthorn/Giglio issues with PPB Assistant Chief Craig Dobson and Commander Brian Hughes testimony and more: Fwd: Assistance needed with IPR RE: PPB Lt Scott Konczal lied in sworn testimony 6/10/25

1 message

**justin callaway** <justincallaway@gmail.com>                    Wed, Nov 19, 2025 at 9:54 PM
To: immergut_crd@ord.uscourts.gov, questions@ca9.uscourts.gov

Hello, This also involves US Judge Michael Simon and Oregon AG Dan Rayfield as you will see in the email below. I tried to report this to the Chief United States District Judge Michael J. McShane's Chambers on Nov. 5:



But I was told she had already issued her ruling. This was not true, it was not issued until Nov. 7. I am a level 2 autistic citizen that receives Developmental Disability Services (this means I am a vulnerable adult). I who worked in Internal Affairs at the Portland Police Bureau. You will see more below. I did know the person in Chambers was not telling the truth or Judge Immergut would have received this information earlier. Similarly, with my autistic processing I have only realized recently that when she said that because Judge Simon recused himself (because his wife is my US Rep and her office has refused to contact me) so that US Judge Immergut heard the case that this meant there was nothing to worry about. I explained that, no, these Henthorn/Giglio concerns exist just as they do for appeal rights for federal and state criminal prosecutions that involved PPB sworn members, their union reps, and their sworn command that were not investigated when these officers were involved in recorded IA interviews with IA investigators (in AFSCME) where disciplinable offenses occurred an unknown number of times as has been covered up by City attorneys, HR, multiple mayors and city councils and police chiefs, the City auditor, IPR and even the US DoJ when it could be easily determined by sound analysis (it is in my court filing and the April 8, 2024 "Separation Process" email below to Chief Bob Day after Deputy Chief Frome had to remove himself because of an ethics issue I reported in the prior emails).

This has direct as it relates to my case against the City of Portland with Judge Beckerman: Callaway v. City of Portland, et al., Case No. 3:25-cv-1286-SB, because AG Rayfield and Judge Simon did nothing about the unethical City of Portland attorneys and liabilities by elected officials, sworn members, and other public employees coordinating with public employee unions to cover up illegal and unethical conduct. This was not the first time my union AFSCME did this when it came to illegal conduct and civil rights violations I reported as an employee that was covered up with PPB/City/AFSCME.

In fact, this is very relevant to your current deliberations, because there was a City Councilor JoAnn Hardesty who came to a union meeting where an AFSCME PPB employee recorded the meeting without consent of all involved, especially me and my exchanges with her where she said to me . (. Yes, as you see below this included US DoJ Attorney Jonas Geissler.

What you are really adjudicating en banc is related to my EEOC complaints against the City of Portland/PPB and my union AFSCME:
Callaway v. City of Portland (PORTLAND POLICE BUREAU) EEOC Charge Number: 551-2024-04257
Callaway v. Local 189 AFSCME EEOC Charge Number: 551-2024-04750

These files have existed since April 22, 2025 when the EEOC inappropriately closed my City investigation one day before my supplemental materials deadline when I questioned the religious bias handling of my religious bias complaint (they were given Good Friday off when I emailed them and received an autoreply) and then fired my investigator when I suggested he become a whistleblower. Fortunately, some courageous EEOC employees continued to upload all of my records as I continued to send

them by the stated deadline. I did work in a US DoJ mandated police accountability system and knew my rights, so I continued to provide them. They exist for you as well.

There are many records I did not share, like those involving HR and AFSCME as they relate to their coordination with Commander Brian Hughes (then Personnel Captain) to include an employee that should not have been present as an effort to reactively abuse me with my disability information provided through FMLA/ADA and complaints about a specific employee, Sr. PASS Angie Nelson. He also commanded me to write any emails after I was placed on paid administrative leave after HR intentionally included my sworn Captain (with a badge and gun) to compromise due process in an email about his ethics and liabilities he introduced when I returned to office on ADA (I believe this was 7/25/23 but I'd have to find it). This is part of about four years horrific coordination between my union and employer to make my life unbearable so that I would quit, including targeting my son who is autistic and has mental illness but happens to be Jewish with a criminal investigation headed by Assistant Chief Jeff Bell who has religious bias that was never investigated for either of us (civil rights violations that were reported again as a citizen for both of us and violated again). They demoted him to Commander (see below) but we never received any investigations or were interviewed.

All City employees are mandatory reporters. I paid for union representation services that I was denied. This is financial abuse. They fired the only union representative without conflicts, Patricia Loving. She saw what was happening and tried to help me. She also happened to be black. Unlike the City of Portland, AFSCME, and especially Commissioner Hardesty, she could say black lives matter and also AFSCME represented white autistic, ethical public servants that work in the Police Bureau also matter.

At our union meeting about public safety, Commissioner Hardesty in the illegally recorded video laughed in my face when I asked her to not to host events outside of my workplace when there was a history of violence the night before (someone had drive a car into our building and set it on fire the day before a rally she wanted to hold at my workplace). Then when I asked her how all of the property destruction from the social justice riots was going to help our economic recovery during the pandemic, she replied this is a racial "reckoning, I don't care if a little bit of vandalism and property damage makes people uncomfortable". Well it said "kill cops" on my building and my union and PPB did nothing when a released inmate from the bail support fund who had just been arrested for attacking two City of Portland park rangers charged me wanting suicide by cop on my way into work and only the door saved me. Nobody ordered the footage or wrote a police report and Lt. Konczal below lied about this as well. When I reported this in another meeting my union President muted me, just like he did with Commissioner Hardesty. Selecting me routinely knowing I had mental illness and never addressing my concerns.

Well, the current Deputy Chief Chris Gjovik covered up this illegal recording because I had my coworker report that we heard in a union meeting that someone in PPB Detectives was watching this video. My supervisors knew I had addressed Commissioner Hardesty multiple times and this was on the video. I talked about it because it involved civil rights violations and use of city resources to make me feel unsafe at work, as well as her saying the proud boys were driving the fire boats (she was fire commissioner) when she asked for an investigation of racial bias into PPB. My union AFSCME, PPB, and the City buried this video and never contacted employees like me about the illegal recording. This was the very same Lt. that lied to me when I reported IA Investigator Eric Stout for not wearing a mask that I would have to be a complainant on an Supervisory Investigation when only HR can investigate IA employees. He could have just gone over and witnessed it himself, but did not. This is also the supervisor who told me to remove my personal information from the intranet so I wouldn't get doxxed but he was okay with an illegal recording of me having my civil rights and workplace safety concerns illegally recorded. This is related to Angie Nelson.

I have reported my financial abuse by AFSCME to many different mandatory reporters, including City employees. AFSCME intentionally put Commissioner Hardesty's former Chief of Staff when I refused to be represented by AFSCME President Rob Martineau because he routinely did nothing throughout my ADA process and refused to require the City to investigate what happened to me when I returned to IA with Captain Pashley.

As to reporting financial abuse, it's probably easiest to just see my City Council testimony on 05/07/25:

https://www.youtube.com/live/1MaSb59esZE?si=9-fxqCWvtSw6iog8&t=11165

Now consider a City of Portland Senior Duty Attorney tried to get me to sign an Offer of Judgement saying that the City did no wrongdoing after I reminded her I have no attorney and am considered a vulnerable adult. I am pretty sure this is an ethical violation when she should be reporting financial abuse, not covering up her role in aiding and abetting it with an AFSCME City of Portland employee (Rob Martineau) and a previous one.

This involves Covid Relief fraud and public pension fraud both in Oregon (PERS) and especially in Portland where many of the sworn members, especially all with Chief in their title in the PPB Chief's Office are involved and are in one of the last property-tax funded pension systems in the country. When public employee unions, unethical lawyers, elected officials, and public employees don't investigate and terminate employees when they were supposed to be but let them create liabilities in police administrative investigations or criminal justice work and appeal rights for all those investigations or related arrests/prosecutions, and the City is self-insured and denies my WC comp claim and won't investigate perjury like Lt. Konczal saying all IA mask violations were investigated (Gjovick's SI counsel and others that were reported were not), I think you now have a good understanding of just how bad things are when I never received due process at the city, county, state, or federal level.

Fortunately, I have most of the documents I have needed or created them as I tried to document what has happened and continues to happen to me.

I no longer live in a representative democracy. I continue to try and participate in a participatory democracy, but when I report a federal judge and state AG not doing anything about the City of Portland, unethical lawyers and sworn member liabilities and Henthorn/Giglio issues to the Chief United States District Judge Michael J. McShane and they tell me not to worry about it, I am forced to write an email to make sure I will receive due process when I have no lawyer, what is at stake is the last element of my constitutional democracy. Because make no mistake, I have documented contacting all branches of government at all levels so that my civil case is the last stop for me.

It saddens me and worries me that Judge Immergut whose ruling absolutely should have received this information beforehand, means I must now contact the related US Appeals Court so that hopefully as a vulnerable adult citizen and former ethical public servant that has dutifully tried to limit the liabilities to all taxpayers that had nothing to do with creating the liabilities, this has done by courageously reporting at great risk to me and my family, that the last thing I should be forced to do is question the integrity of my District Court and the ability of the assigned Magistrate Judge Beckerman to do her job without influence by people with clout or nefarious intentions, just as I have been forced to do with no attorney with unethical City attorneys when they know they should have hired an outside law firm just as they needed to hire an outside agency to immediately investigate all allegations I raised as a PPB employee, but did not.

I have many more records for you. Please excuse typos as I cannot proofread this email or I will not send with my PTSD/OCD. Please advise on how I can ensure I will receive a fair trial in my district court and my judge will have the support to be independent when it does not appear her Chief Judge's chambers is willing to take such grave issues seriously.

It was very important I contact you before I contacted Judge Beckerman about my concerns about the ethics of the Senior Deputy Attorney.

I believe this to be one of the most serious cases possible since the US DoJ refused to investigate PPB/DoJ Jonas Geissler for a separate civil rights complaint from my EEOC investigation I filed on Dec. 4, 2024. Yes, it would go back to liabilities created during the first Trump administration, which is why I know I have been denied due process, just like all of the other liabilities on all other levels of government. It's just the DoJ removed Jonas Geissler from the US DoJ Settlement administered by Judge Simon, but AG Rayfield and him did nothing about what has happened to me and my family and continues today, which is why I filed my suit.

Thanks again for your extraordinary patience with this.

Sincerely,

Justin Callaway


---------- Forwarded message ---------
From: **justin callaway** <justincallaway@gmail.com>
Date: Tue, Jun 17, 2025 at 10:52 AM
Subject: Re: Assistance needed with IPR RE: PPB Lt Scott Konczal lied in sworn testimony 6/10/25
To: Croft, Jennifer <Jennifer.Croft@portlandoregon.gov>, <christopher.lindsey@police.portlandoregon.gov>
Cc: City Ombudsman <Ombudsman@portlandoregon.gov>, AttorneyGeneral@doj.oregon.gov <AttorneyGeneral@doj.oregon.gov>, COMPLAINTS DPSST * DPSST <DPSST.Complaints@dpsst.oregon.gov>, Mult. Co. District Attorney's Office MCDA <damailbox@mcda.us>, Nootenboom, Karen (Wyden) <Karen_Nootenboom@wyden.senate.gov>, christina.stephenson@boli.oregon.gov <christina.stephenson@boli.oregon.gov>, Rep Nosse <rep.robnosse@oregonlegislature.gov>, simon_crd@ord.uscourts.gov <simon_crd@ord.uscourts.gov>, Independent Monitor <info@portlandpolicemonitor.com>, Councilor Kanal <councilor.kanal@portlandoregon.gov>


Hello Jennifer Croft of the Ombudsperson Office and Council Kanal's staff, could you please make sure IA Captain Christopher Lindsey gets this email?

I can only guess at email addresses as they are not made public, so apparently my last email did not make it to him. Unlike other records with many different PPB members that I have to substantiate my allegations, Captain Lindsey was never in my chain of command.

Thank you,

Justin



Mail Delivery Subsystem <mailer-daemon@googlemail.com>
to me ▾                                                          10:12 AM (33 minutes ago)    ☆    ☺    ↩    ⋮



**Address not found**

Your message wasn't delivered to **chris.lindsey@police.
portlandoregon.gov** because the address couldn't be found, or is
unable to receive mail

**LEARN MORE**
⚠ This link will take you to a third-party site

The response from the remote server was:

550 5.4.1 Recipient address rejected: Access denied. For more information see https://aka.ms/EXOSmtpErrors |DS1PEPF00017E07.namprd09.
prod.outlook.com 2025-06-17T17:00:20.571Z 08DDA93CD8EBE3AD]

On Tue, Jun 17, 2025 at 9:59 AM justin callaway <justincallaway@gmail.com> wrote:
Hello all,

I have removed AC Dobson and IPR from this email chain since AC Dobson was unwilling to disclose whether or not he had a conflict and IPR has still not responded.

As all of those on the original email with corresponding documents will notice on the attached Organization Chart AC Jeff Bell (now Professional Standards Division Commander) was demoted after I reported his misconduct to Chief Day in 5/8/24, as was Chief Lovell when I reported to PPB Commissioner Mayor Wheeler 10/5/23. I mention this for Internal Affairs Captain Chris Lindsey (as PSD Commander Jeff Bell is his direct supervisor) who has an opportunity to make sure due process exists for all Portland, Multnomah County, Oregon, and federal taxpayers when the Chiefs office is covering up coordinated misconduct and fraud involving IA sworn management and IA investigators that involves a RICO conspiracy which has extended beyond the original federal fraud (Covid relief), but includes local (FPD&R) and state (PERS) when the very police accountability department has been compromised and is unable to contain liabilities but introduces them into all subsequent administrative and criminal justice work.

Captain Lindsey, congratulations on your promotion. I am sorry to send you this email. I think you will notice that there is a serious opportunity here for you to follow the PPB Directive that requires you to report misconduct, or you are in violation of it. Yes, the same one I attested that all PPB members, sworn and non-sworn, attest.

Please note, I am considered a vulnerable adult by Multnomah County and the State of Oregon since I receive Developmental Disability Services. I have been denied police accountability over and over again when I helped everyone have access to it as a PASS in IA. This predates your arrival in IA, so I hope you have the ethics and willingness to do what Portland taxpayers pay your salary to do: provide police accountability. Do understand, I am quite familiar with the professional and personal risks it takes to actually follow the directive that you attested and to report this misconduct. For me, this included a criminal investigation into my family member overseen by your current commander when he was conflicted out when I was an employee (as I reported the RICO conspiracy to him) and now includes readily disprovable false sworn testimony as evidence to deny my WC claim. I think you will understand that as someone who lives in Portland when the current police chief is denying me police accountability, as well as IPR, how serious it is when I am no longer even able to report truthfulness issues with sworn testimony by PPB Lt. Scott Konczal on 6/10/2025 in WCB court and have it acknowledged per the US DoJ agreement expectations for police accountability (an IA/IPR acknowledgment letter or a declination letter).

I just submitted this to the Chiefs office as well. The ball is in your court. Fortunately, there are many on this email in strategic positions to assist you with providing the police accountability that all taxpayers deserve. It's complicated and so not easy for me to have to keep asking other people to do the right thing in their positions, but I live in Portland and I have no choice.

I wish you well in making the right decision. Only you know what is the right decision for you and your career, but I will tell you this involves the City Attorneys Office, BHR, the City Auditor, two Mayors, and the current City Council. I will not be reporting this to IA admin as it involves Ty Estes' out-of-class software programming as a Sr. PASS with no tech support, which had direct relevance as well as to why I also wanted out of IA (the primary reason IA Sr. PASS Meredith Watkins transferred to Personnel).

If I recall, the IA/IPR meeting used to be on Tuesdays at 10. Since the US DoJ, CAO, and IPR are involved, may I suggest you NOT share this email with them and find an Oregon solution to make sure that Portland, Multnomah County, and Oregon do not suffer, but can share the liabilities with the federal government when a local police bureau and government is so compromised it can no longer investigate truthfulness allegations with sworn testimony by one of the own Lieutenants?

Best regards,

Justin

On Fri, Jun 13, 2025 at 2:20 PM justin callaway <justincallaway@gmail.com> wrote:

Hello Jennifer,

Thank you for your response, it is important and helpful to know that someone who works in the City is willing to assist a disabled vulnerable Portlander with a serious police misconduct concern. Would you please check in with IPR to find out the status of my complaint? It has been almost 48 hours since my first email to them and they have not responded.

For awareness, you are not alone with Portland taxpayers and Lead Monitor Mark Smith of Portland Police Monitor in thinking IPR should be an appropriate resource to handle the time-sensitive nature of the false, sworn testimony by PPB Lt. Scott Konczal by a member of the public:



**I have included Assistant Chief Craig Dobson,** who is the only member of the PPB Chiefs office at a Chief level that does not have a known conflict of interest in as being a prior supervisor with allegations of mishandled complaints or a chief involved in the coordinated misconduct and fraud cover-up included in my original email. Of course, AC Dobson knows, if he has a conflict that now is the time to communicate this and make sure this complaint is properly handled when I submit it through the Chief office Portal.

Please acknowledge receipt of this complaint so that I can know it is being properly handled. Here is a time-stamp of submitting through their portal, I also called and left VM as the complaint will need to consider misconduct by IPR staff with previous IPR interactions and intake.



Best regards,

Justin

On Thu, Jun 12, 2025 at 5:24 PM Croft, Jennifer <Jennifer.Croft@portlandoregon.gov> wrote:

Hi Justin,

You responded to my voicemail saying that you prefer to be in touch by email. It looks like your complaint is complex and it would be helpful to know what kind of resolution you would be looking for from our office specifically. We investigate and informally resolve complaints about City of Portland bureaus. We generally refer complaints about individual officer misconduct to IPR and we do not have the authority to impose discipline. Enforcement of whistleblower protection laws is through BOLI or civil action. Our office does not provide legal assistance.

Since you mention workers' compensation issues, I wanted to make you aware of the Ombuds Office for Oregon Workers which serves as an independent advocate for workers by helping them understand their rights, benefits, protections, and responsibilities within the workers' compensation system:

Department of Consumer and Business Services : Ombuds Office for Oregon Workers : Ombuds Office for Oregon Workers : State of Oregon

Please feel free to share more information about what you are looking for, as there are issues raised in your emails that seem to be beyond our jurisdiction or capacity to investigate.

Thank you,

Jennifer

**Jennifer Croft** (she/her)

City Ombudsman

Я говорю по-русски

503-823-4503

1221 SW 4th Avenue, Rm 310

Portland, Oregon 97204

portland.gov/ombudsman



---

**From:** justin callaway <justincallaway@gmail.com>
**Sent:** Wednesday, June 11, 2025 4:44:16 PM (UTC-08:00) Pacific Time (US & Canada)
**To:** City Ombudsman <Ombudsman@portlandoregon.gov>; AttorneyGeneral@doj.oregon.gov <AttorneyGeneral@doj.oregon.gov>; COMPLAINTS DPSST * DPSST <DPSST.Complaints@dpsst.oregon.gov>; Mult. Co. District Attorney's Office MCDA <damailbox@mcda.us>; Nootenboom, Karen (Wyden) <Karen_Nootenboom@wyden.senate.gov>; christina.stephenson@boli.oregon.gov <christina.stephenson@boli.

oregon.gov>; Rep Nosse <rep.robnosse@oregonlegislature.gov>; simon_crd@ord.uscourts.gov
<simon_crd@ord.uscourts.gov>; Independent Monitor <info@portlandpolicemonitor.com>; Councilor Kanal
<councilor.kanal@portlandoregon.gov>; IPR Mail <ipr@portlandoregon.gov>
**Subject:** Re: PPB Lt Scott Konczal lied in sworn testimony 6/10/25 --> Fwd: Federal whistleblower former PPB IA
employee retaliated against - Chief Day and DoJ Geissler are involved

Some people who received this message don't often get email from justincallaway@gmail.com. Learn why this is
important

Hello IPR,

Please share with all on this email how you will handle this allegation by walling off staff that were involved in violating the
civil rights of me and my son with the intentional mishandling of previous allegations and refusal to respond to questions,
disability concerns (including accessibility and bias), misconduct, and cover-up aspects that all apply today with your
ability to provide the very service taxpayers are paying IPR to provide. Of course, it's been more than 180 days since you
received those allegations, so please also explain to everyone how you complied with the federal court-ordered US
DoJ/PPB agreement's requirements for completed investigations within 180 days, and including the lack of any
acknowledgement or declination letters.

Thank you,

Justin

On Wed, Jun 11, 2025 at 8:42 AM justin callaway <justincallaway@gmail.com> wrote:

Hello,

I was in a WCB hearing yesterday and Lt. Scott Konczal repeatedly lied during sworn testimony as witnessed by City
Attorney Lihn Vu. This included about when he spoke with Risk Analyst Vicki Bigsby (he said 2024, she said Oct 2023 -
perhaps both are lying?), that I have a metal plate in my head from being previously assaulted (what?) (I assume this
was to intimate I had TBI or am unstable, along with other mischaracterizations of my professional contributions as an
ethical employee that has been and continues to be retaliated against which has been part of a larger intentional bias
by the City (including attorneys)/PPB to try and discredit me as an employee with disabilities when they have refused to
send me acknowledgement or declination letters (for instance, if I am not credible then I would have these) from IPR or IA
for allegations I have raised during my FMLA/ADA, separation process and as a citizen), and fabricated testimony
about what I reported to him with regards to my Workers Comp claim as used as basis for its denial as well as reporting
events that never occurred. This is incredibly serious and troubling, given the scale and coordination involved, including
Risk Management as a self-insured entity intentionally to not get recorded statements from me or those they shared as
credible.

His false testimony proves that a RICO conspiracy exists (to cover up coordinated police misconduct and federal Covid
relief fraud) at City of Portland/PPB involving Chief Bob Day, DC Chris Gjovik, AC Chuck Lovell, and AC Amanda
McMillan. Please be advised in your handling of this claim as Lt. Konczal said that all mask violations in IA were
properly handled. The evidence, such as Case Status sheets that were created by software that was programmed as
out-of-class work with no vendor tech support option by AFSCME IA Sr. PASS Tyson Estes proved this was false. Just
as his false testimony that mask violations were only reported by members of the public, versus other city employees,
like me. In fact, he intentionally misled the judge by not explaining the discipline matrix as it related to SIs and why we
were compelled under the federal US DoJ/PPB agreement to follow all state rules and employer expectations, where
the two sworn members would not have been eligible for SIs because they violated the failure to report misconduct of
the IA investigator and the other PPB sworn member like the incident I reported. These would have been ineligible for
SIs if properly handled and as full investigations with disciplinable consequences by IA or IPR. They were not. He knew
this as has everyone involved in this cover-up and retaliation.

Unfortunately, IPR is also involved in the RICO cover-up. This includes IPR Director Caldwell and anyone involved on
the attached transcript or mishandling of the attached email as no allegations were investigated for sworn members
(IPR/IA) or were referred to IA (non-sworn) for me or my son when they should have contacted him directly as he is
over 18 and have his contact information with their REGIN access.

The fact I was never given a case number shows this was mishandled and given "special handling". How does the City handle these claims without continuing to violate my civil rights under the federal US DoJ/PPB agreement without involving people with a conflict of interest such as Mayor Wilson and City Manager Michael Jordan (emailed on 4/21/25) and my three district commissioners (see below) know this is happening?

**I am sending this email to all parties, because the last time I properly reported misconduct through channels to Chief Bob Day, he was involved making sure those allegations were not properly handled and allowing DC Michael Frome and AC Jeff Bell to retire before being investigated rather than placed immediately on paid administrative leave as required so that their testimony could be compelled.** This is well documented and violates state law. In theory emailing the Mayor or my Commissioners should have sufficed last time to address the fact that "through channels" for reporting such a serious truthfulness charge should officially be able to be handled through the PPB Chief's Office, IPR, or Internal Affairs, but as you have the evidence to see none of them can handle this complaint without conflict because they are involved. I did not create this situation; unethical employees and elected officials did so and in doing so are creating serious liabilities for the City of Portland, Multnomah County, and the State of Oregon.

**Please do not let this happen again with Lt. Konczal.** I am considered a vulnerable adult by the State of Oregon, I receive Developmental Disability Services, and I need a dedicated disability accommodations contact to participate fully in any complaint process. Please provide this person in your response. Also, please consider, that I live in Portland with my son and the local law enforcement agency that will respond if we call 911 is involved in this, including the Chief of Police, and as Lt. Konczal demonstrated, are willing to commit perjury to try and cover up this RICO conspiracy. I do not feel safe and this is so unfair and needs to stop.

Thank you,

Justin Callaway

--
Justin Callaway
503.477.7298
justincallaway@gmail.com

--
Justin Callaway
503.477.7298
justincallaway@gmail.com

--
Justin Callaway
503.477.7298
justincallaway@gmail.com

**3 attachments**



**Screen Shot 2025-06-17 at 9.16.03 AM.png**
188K

**Screen Shot 2025-06-17 at 9.16.32 AM.png**
24K

Contact the Police Chief



Thank you for contacting the Portland Police Bureau.

**PPB_orgchart_WORKING_Jun2025.pdf**
569K

 Gmail                                               justin callaway <justincallaway@gmail.com>

## 7/24/23 - check in

**Fudge, Marquis** <Marquis.Fudge@portlandoregon.gov>                    Wed, Jul 26, 2023 at 3:20 PM
To: "Callaway, Justin" <Justin.Callaway@police.portlandoregon.gov>, "Davis, Shane" <Shane.Davis@portlandoregon.gov>
Cc: justin callaway <justincallaway@gmail.com>, "Pashley, Greg" <Greg.Pashley@police.portlandoregon.gov>

I do believe it is appropriate to use Wellness time for the therapy sessions. As I think the Bureau has allowed that in the past! If your manager disagrees we'll want to discuss further. You don't want to code that time as FMLA though, so you will need to choose. You can either use intermittent FMLA and sick leave or use Wellness time. You'll want to work that out with your manager/supervisor either way and myself or my team can assist. One thing to be aware of is Wellness Time is probably a little less flexible in terms the amount of time cannot be increased so if you choose to use that time you'll want to consider any travel time or if the sessions are longer than the allotted wellness time. Im not sure of those details but you'll want to consider them, I think. Thanks


Marquis



**From:** Callaway, Justin <Justin.Callaway@police.portlandoregon.gov>
**Sent:** Wednesday, July 26, 2023 6:44 AM
**To:** Fudge, Marquis <Marquis.Fudge@portlandoregon.gov>; Davis, Shane <Shane.Davis@portlandoregon.gov>
**Cc:** justin callaway <justincallaway@gmail.com>
**Subject:** RE: 7/24/23 - check in


Hello Marquis and Shane,


First a reminder, when you receive them please answer my questions and/or acknowledge them with a quick reply/ETA for a full response. I consider this a formal accommodation request as it creates issues for me to not have all information in a timely manner to lessen my anxiety in trying to process evolving, confusing processes as well as other concerns (like paid leave) as they apply to my work situation. Also, if you do indicate you will contact me or provide information, please follow through. I do not know how to interpret this when you do not.


As I had not heard back from either of you, I returned to work yesterday to preserve what little paid leave I still have left, to ensure I could pay my bills, and retain affordable access to somewhat inaccessible benefits that are very important to me as a single parent with two dependents. Please contact me at work and not on my personal email and personal phone for work stuff.


I have clocked into my work computer to respond because this is very much City business and since Marquis' late email to my personal email with phone notification impacted my ability to sleep and get back to sleep this morning after already struggling to process a difficult work day in a department you have plenty of information by now to know is not really a good fit.


If left alone to just do my work yesterday, I believe it would not have been so traumatic. I like to work and am happy to focus on that. Since I am awake now, processing distressing Complex-PTSD issues it makes more sense to use this time productively. I will let my supervisor know and adjust for this time today.


Captain Pashley pulled me aside yesterday to discuss my current FMLA intermittent leave. He wanted to make sure that I remembered to track and report any FMLA leave. I get it.

Here's a question for you. I will break them out to make it easier for you to respond.

**In PPB we are allowed daily Wellness time and I've been told I can use that hour in my day for therapy should I wish to do so. Because of my intermittent FMLA leave, do you want me to report a related therapy session as FMLA, forcing me to use my paid leave versus getting to use my Wellness hour (paid by PPB) like all other PPB employees for therapy instead? You could see why this might be an equity issue and a bit triggering if you have a Captain of questionable integrity asking me to track my time especially when I have returned to work out of a lack of willingness for anyone to address what I consider the inappropriate use of my paid leave for my recent extended, full-time FMLA leave in large part because of his inactions to hold his staff accountable and the liability it presents to the City.**

Unfortunately, Captain Pashley used his behind closed door meeting for a bit more than just reviewing my FMLA time-reporting requirements as an employee. It was clear he knew more about my situation either from his time as Captain in Personnel prior to returning to IA, or possibly from some of my emails I shared last week. And herein lies the problem, I have no idea who knows what. Just like my conversation with Shane last Friday, or my meeting in person with Marquis, I had no idea how much Marquis might have shared with Shane or what Kristina might have shared with Marquis. It turns out Shane did not know very much about my problematic work situation. If I have to keep restarting with each new person, how is the helping my Complex PTSD?

If Captain Pashley is pretending like he doesn't know much, but then starts bringing up a topic completely unrelated to FMLA like "remember I told you to write all of your job duties down so I could compare with Sr. PASS duties so you could do acting Sr. PASS duties?" Well, this sounds like he bringing up emails I sent to you at the end of last week where I did not get an answer to questions and he's working really hard to set the "record" straight very inappropriately with an employee has issues with his integrity in office about Police accountability – and this probably not appropriate at all in my situation. Yes, I remember quite clearly his response to my traumatic experience of being told "no" on learning Sr. PASS duties prior to his arrival (that impact does not just go away) was to give me homework. As someone with Autism, Complex-PTSD, and ADHD, my issue had to do with a direct report Sr. PASS who does not like it when I interrupt him . . .ever. I am greeted with a look like I just killed his dog. So, instead of going to the two Sr. PASSes and saying, "Hey, I want Justin to start doing some Sr. PASS work, what's one thing you are doing we can train him on that he does not do right now as a PASS?" (a much simpler approach that acknowledges the emotional context of brining up the issue and showing immediate support for me), it's a go-make-an-exhaustive-list-of-all-of-things-you-do approach by assigning me a complex task for something I have been dealing with for a long time that does not address the immediate (or long term) emotional needs or staff responses to my needing clarification from time to time. **Do you see why if I brought up not doing Acting Sr Pass work for the first time at the end of last week in emails to you and he sees this as fair game to corner me to "correct" the record with me, this might be a problem with someone with Complex-PTSD when he refused to hold his staff accountable for breaking City rules?**

And when I brought up I have been express about not wanting to return to IA but I am concerned about my lack of paid leave. His response was, of I checked you still have some paid leave. Could it be I might want some for emergencies? And it's not really appropriate for him to pass any judgement on whether I should be the little I have left when I have no idea even how to check my total so when Marquis sends me a July 3 balance that is not helpful?

You do not need to answer this but certainly can show me how to check my balances, something I told Marquis I only had my weekly pay stubs to do.

So, if I tell him I really did not want to return to IA have been explicit about my issues and that I was told my ADA accommodations would be in place if I considered returning so that I could succeed, it was certainly a surprise to me that he said he did not know about them even though Kristina Porreco was in our office earlier that day. So, if I have to remind him that the lack of mask enforcement and a conspiracy between supervisors/IA investigators/PPA members to not wear masks I felt undermines the credibility of our department and it was on his watch. That I followed rules both in wearing masks as well as reporting it and he responds but "I sent an email and posted a sign." This issue is done. Yeah, but just like the directive I read and had to acknowledge as a PPB employee, we all have an equal responsibility to escalate when rules are not being followed. So, when Sergeant Russell (who thankfully was rewarded by being promoted to Lt. for her actions in IA and is no longer there) was aware of a lack of compliance of any employee her duty was to report it and address it immediately. Each time she did not do so she is complicit in violating that directive (just like Captain Pashley in not addressing how this could have come about (unless he knew as well which is starting to feel like the case) and the liability this creates for the City where any investigation that any member of IA that participated in investigations during this time when they should have been on paid leave after two out of compliance mask violations of city rules for ALL city employees and how any outcome of any investigation from that time could very much be appealed as such by any member with knowledge of this much less what it means in a City where you had 100 days of protests about policing and a perception of PPB that is already tenuous.

**I care about this liability, why does no one in the City seem to not care? Please answer this.**

His response, "I sent an email and posted a sign." PPB leadership at its best. If I was returning to a police accountability department with staff that followed rules and enforced them as they are expected to do by PPB directives, I'd have no issues with Captain Pashley's integrity. He abdicated both professional and moral responsibility to what I brought up.

And when I brought up workplace safety with inmates being released and charging non-sworn employees, he said we are not going to talk about that.

**Has anything been done by the city to address this issue?**

I am still hypervigilant when I arrive to work. And no irony lost on me that when I'm biking yesterday on the Hawthorne bridge between 1610 and 1630 I see the guy Randy Graves stabbed riding a scooter the wrong way on the east bound bike lane (south side of the bridge). Randy Graves is the guy who charged me screaming at me very much wanting suicide by cop. Order the footage from when Randy Graves charged me from MCSO. Order the bridge footage from yesterday and start understanding my Complex-PTSD that has clearly not a concern for any of my managers at PPB or even with our correspondence.

So while Captain Pashley does not want to talk about my very real safety issues I have not been told have ever been addressed or are valid for non-sworn (an equity issue indeed), he can talk about whatever he wants to me and try to set the "record" straight with no idea of what accommodations I need in my job.

I really can't believe this.

Justin Callaway

Police Administrative Support Specialist

Professional Standards Division / Internal Affairs

503-823-0343

*Please note new email:* Justin.Callaway@police.portlandoregon.gov

**From:** justin callaway <justincallaway@gmail.com>
**Sent:** Wednesday, July 26, 2023 4:39 AM
**To:** Callaway, Justin <Justin.Callaway@police.portlandoregon.gov>
**Subject:** Fwd: 7/24/23 - check in

---------- Forwarded message ---------
From: **Fudge, Marquis** <Marquis.Fudge@portlandoregon.gov>
Date: Tue, Jul 25, 2023 at 9:57 PM
Subject: RE: 7/24/23 - check in
To: justin callaway <justincallaway@gmail.com>
CC: Davis, Shane <Shane.Davis@portlandoregon.gov>

Sure Justin! Can you plainly state your question as a response to this email. It can be difficult to get to all your questions when they are buried in very long emails. I have also been out of the office yesterday and today! Sorry to keep you waiting! Thanks

Marquis

---

**From:** justin callaway <justincallaway@gmail.com>
**Sent:** Monday, July 24, 2023 12:44 PM
**To:** Davis, Shane <Shane.Davis@portlandoregon.gov>; Fudge, Marquis <Marquis.Fudge@portlandoregon.gov>
**Subject:** 7/24/23 - check in

Hi all,

Shane we discussed talking again today. Please let me know when so I can block out the time.

Marquis there is a very important unanswered question in past emails. It sounds like Shane is willing to explore solutions, but the question could still be answered.

Not receiving transparent, written directions about all options available to me has been an issue from the start of my FMLA leave. Would you please respond to my questions in writing, especially as they come your way.

Thanks to you both,

Justin

--

Justin Callaway
503.477.7298
justincallaway@gmail.com

--

Justin Callaway
503.477.7298
justincallaway@gmail.com

# Independent Police Review

## Confidential Recorded Interview Transcript

| | |
|---|---|
| **Interview Date:** | **12/14/23** |
| **IPR Case #:** | **Unknown** |
| **IPR File Name:** | **Justin Callaway 12-14-2023** |
| **Complainant:** | **Justin Callaway** |
| | |
| **Investigator:** | **Christian Santos and Eric Berry** |
| **Interviewed:** | **Justin Callaway** |

**SANTOS:** This is Investigator CHRISTIAN SANTOS. It is December 14, 2023. The time is 3:23 p.m. I'm here with JUSTIN CALLAWAY. JUSTIN, is it all right if I call you JUSTIN?

**CALLAWAY:** Sure.

**SANTOS:** Okay. Start to finish, as detailed as you wanna be, what's goin' on?

**CALLAWAY:** I worked as a PASS in Internal Affairs since October of 2019. My PTSD can get the order wrong sometimes.

**SANTOS:** Mm-hmm.

**CALLAWAY:** You know, had to work in person as a essential - non-essential employee, somebody who got a ergonomic chair approved. I asked Captain at the time, but the city's ergonomic assessor got to go home.

**SANTOS:** Mm-hmm.

**CALLAWAY:** So I had to buy my own chair.

**SANTOS:** Hm.

**CALLAWAY:** And so, told that that didn't really matter because it wasn't a disability accommodation, even though it clearly indicated my disabilities in the paperwork.

**SANTOS:** Mm-hmm.

**CALLAWAY:** And I shared that actual medical diagnosis. Dealt with some bias stuff at times as an employee. I was told that bein' a non-sworn employee in the Police Bureau is not a protected class.

**SANTOS:** Mm-hmm.

**CALLAWAY:** Okay, well I was a male employee who wasn't a sworn member who didn't have any self-defense skills, and they offered self-defense for women.

**SANTOS:** Mm-hmm.

**CALLAWAY:** And then, of course, the sworn members get their own kind of self-defense training as part of their jobs. But when an inmate charged me and I thought I was gonna die by suicide by cop - somebody who had been arrested because he attacked to City of Portland employees and most likely was released by the Bail Support Fund, or whatever - screaming, "It's unconstitutional," and I thought I was gonna die and have my head smashed against the wall.

**SANTOS:** Mm-hmm.

**CALLAWAY:** And my son can't live with his mom because she was abusive, and he lives with me full time, and I was worried I couldn't get to go home. Well, I reported it to my sergeant and was told, "Oh, okay. Yeah. Whatever." And no footage was ordered, no police report for me. My job was anybody who doesn't get a

City of Portland
1221 SW 4ᵗʰ Avenue, Room 140, Portland, OR 97204
(503) 823-0146
www.portlandoregon.gov/ipr



CONFIDENTIAL RECORDED INTERVIEW TRANSCRIPT

**IPR Case #: Unknown**                                                          **12/14/23**
**Justin Callaway**                                                              **Page 2 of 21**

police report --

SANTOS: Mm-hmm.

CALLAWAY: - or gets an inadequate investigation about anybody in the Police Bureau, guess who gets to handle that? You guys and me.

SANTOS: Mm-hmm. And the footage that you mentioned, that was about the inmate that charged at you?

CALLAWAY: Yeah, I mean, nobody requested it.

SANTOS: Okay.

CALLAWAY: They could've requested it from the county.

SANTOS: Mm.

CALLAWAY: And so, as a citizen -

SANTOS: Did this happen in the jail?

CALLAWAY: Right underneath the thing -

SANTOS: Okay.

CALLAWAY: - and where they would release inmates.

SANTOS: Mm-hmm.

CALLAWAY: But like, in the door that I had come in. But the front door -

SANTOS: Oh, right, yeah.

CALLAWAY: - had boards on it -

SANTOS: Mm-hmm.

CALLAWAY: - and they locked one of the doors. And I bike.

SANTOS: Mm-hmm.

CALLAWAY: And like you couldn't see if somebody's like - I actually put in an injury log because somebody slammed the door into my arm.

SANTOS: Mm.

CALLAWAY: You know, coming back from a walk one day. You know, and I'm like, had to put in an injury ticket. That's why I don't use that door.

SANTOS: Mm-hmm.

CALLAWAY: You know, so here's the only door I feel safe using, and this guy's tryin' to take it away from me.

SANTOS: I see.

CALLAWAY: And - and when you're autistic, your routine is really important.

SANTOS: Mm.

CALLAWAY: So, the autism diagnosis is new, indicated and assessed, you know, in end of October. But indicated in May, and end of May I ended up taking FMLA leave because it finally made sense, you know, why I was struggling with working in the department, where I was following rules -

SANTOS: Mm-hmm.

CALLAWAY: - and other people, like your supervisors and your coworkers were not.

SANTOS: And you mean May of this year, right?

CALLAWAY: May of this year -

SANTOS: Okay.

CALLAWAY: - yeah. Then, so I also have ADHD, so this can become very nonlinear.

SANTOS: Okay.

CALLAWAY: And that's a pretty common - all of those have a frequent comorbidity, the narrow diversity to have ADHD autism.

SANTOS: Mm-hmm.

CALLAWAY: And to have CPTSD from getting abused.

SANTOS: Okay.

CALLAWAY: Like situations at the Police Bureau, where you're concerns are disregarded. So I have plenty of instances like where I, you know, would bring up to Chief RUSH in the Union meeting, "Hey, you know, I have to

CONFIDENTIAL RECORDED INTERVIEW TRANSCRIPT

IPR Case #: Unknown                                          12/14/23
Justin Callaway                                             Page 3 of 21

show up to work, you know, to be told we shouldn't be in the building."
SANTOS: Mm-hmm.
CALLAWAY: None of us had, like Bureau cell phone numbers. All the sworn members have Bureau cell phone phones -
SANTOS: Mm-hmm.
CALLAWAY: - so they get emails. You know, I didn't even have a computer.
SANTOS: Mm-hmm.
CALLAWAY: So like I had to go to work and check email to see if I was supposed to be in the building.
SANTOS: Right.
CALLAWAY: The system was, sergeants are supposed to call you.
SANTOS: Mm-hmm.
CALLAWAY: And one of my sergeants, who I would say did some questionable things to me, you know, didn't call me, but emailed me, "JUSTIN, what are you doing there? You should go home." So I emailed CATHY BLESS, Director of HR.
SANTOS: Mm-hmm.
CALLAWAY: You know, I didn't throw anybody under the bus.
SANTOS: Mm-hmm.
CALLAWAY: "Hey, I've gotta show up to work."
SANTOS: And you brought up this sort of oversights?
CALLAWAY: No, I did not.
SANTOS: Okay.
CALLAWAY: I just was like, so everybody in the Bureau got a phone call the next day.
SANTOS: Mm-hmm.
CALLAWAY: And then Chief RUSH sends a like email saying, "Hey, go through your supervisors, or you can contact me or your Union."
SANTOS: Mm-hmm.
CALLAWAY: Like, only one person she was talkin' to, to an all-staff email, you know, like -
SANTOS: Mm-hmm.
CALLAWAY: And she knew fully aware that the system wasn't foolproof and didn't care -
SANTOS: Mm-hmm.
CALLAWAY: - that it was impacting people.
SANTOS: So if I'm understanding this correctly, there was a system that it would shoot out emails -
CALLAWAY: No, the system - yeah, so I mean, if you got an email - like because there was too much fire smoke in the building -
SANTOS: Mm-hmm.
CALLAWAY: - to not go to work -
SANTOS: Yeah.
CALLAWAY: - you would maybe get an email.
SANTOS: Yeah.
CALLAWAY: But if you were a non-sworn without a -
SANTOS: Yeah.
CALLAWAY: - Bureau phone, your sergeant's supposed to call you and tell you not to go to work. And maybe they do, maybe they don't.
SANTOS: Mm.
CALLAWAY: Maybe it's officer discretion and they're deciding how they're feeling that day.
SANTOS: I see.
CALLAWAY: I don't know.
SANTOS: So that day there was a -

**CONFIDENTIAL RECORDED INTERVIEW TRANSCRIPT**

IPR Case #: Unknown                                         12/14/23
Justin Callaway                                             Page 4 of 21

CALLAWAY: Yeah, that day, and other, you know, times, you go, you know, like -

SANTOS: Mm-hmm.

CALLAWAY: You know, or I mean - just take, for example, during the pandemic, we have a thermometer sheet, where everybody's supposed to take their meter.

SANTOS: Mm.

CALLAWAY: And I had to create a sheet. And everybody's supposed to sign in that they took their temperature.

SANTOS: Mm-hmm.

CALLAWAY: I was the only person doing it on certain days.

SANTOS: Okay.

CALLAWAY: I mean, this is my Internal Affairs Department. Like, this is the department I'm working in.

SANTOS: Mm-hmm.

CALLAWAY: Like, this is me coming off of a bipolar misdiagnosis, transitioning off of bipolar meds -

SANTOS: Mm-hmm.

CALLAWAY: - to trying to find my brain again and trying to figure out how to keep a job for my kid, you know. And like I'm supposed to reconcile the fact that I work in Internal Affairs and they just pick and choose what they wanna do.

SANTOS: Mm-hmm. And this was like office-wide, you were the only one?

CALLAWAY: Most of the time I was, you know, the other two senior PASSes would show up to work.

SANTOS: Mm-hmm.

CALLAWAY: But most of the time it was generally the sworn members, not like signing that thing. I mean, to me, that was a smaller potato, right? Like whatever. Like, I would take my temperature and it looked like I was a reptile.

SANTOS: Mm-hmm.

CALLAWAY: You know. So like at some point is it accurately doing the whole thing?

SANTOS: Yeah.

CALLAWAY: Okay, this one I can deal with a little bit of cognitive dissidence, right? But it's a paradigm, like -

SANTOS: Yeah.

CALLAWAY: - you are a Police Bureau. You're saying you have to do this.

SANTOS: Mm-hmm.

CALLAWAY: Emails go out that you have to do this. I'm doing it because I'm autistic, and I wanna keep my job -

SANTOS: Mm-hmm.

CALLAWAY: - and I'm following rules. Just like the directives that say -

SANTOS: Yeah.

CALLAWAY: - if you see somebody breaking a rule - and I don't think I really processed that one -

SANTOS: Mm-hmm.

CALLAWAY: - at that point, because I didn't think of that as a rule in the sense of where it's when we did masks. Like, you know, we had investigations into people not wearing a mask.

SANTOS: So there were rules that said, "Hey, you need to sign in."

CALLAWAY: "Here, you're supposed to take your temperature. Just take your temperature."

SANTOS: And you felt like they weren't doin' it?

CALLAWAY: They weren't doin' it. They weren't doin' it. Whatever. I'm just saying, like -

SANTOS: Yeah.

CALLAWAY: I even have photo documentation. I took -

SANTOS: Right.

CALLAWAY: - maybe one. I don't even know if I still have it, but the point is is like -

SANTOS: Yeah.

CALLAWAY: - this is just like, you know, I've been retaliated against at a workplace before 'cause I'm autistic and I don't understand the rules.

**CONFIDENTIAL RECORDED INTERVIEW TRANSCRIPT**

IPR Case #: Unknown                                                    12/14/23
Justin Callaway                                                        Page 5 of 21

SANTOS: Mm-hmm.

CALLAWAY: But here I'm working in a Police Bureau, where I'm okay, okay, there's rules.

SANTOS: Yeah.

CALLAWAY: And everybody's gonna be on the same page.

SANTOS: Is it fair to say that you felt that they were operating off a different set of rules, and -

CALLAWAY: Yeah, they were just bein' discretionary on that one, right?

SANTOS: Okay.

CALLAWAY: But my problem is that like when it came to the mask dots, like I really end up getting long COVID, and like -

SANTOS: Mm-hmm.

CALLAWAY: - struggled, like, you know. But one, my safety issues were never addressed, right?

SANTOS: What was the safety issues?

CALLAWAY: This guy, RANDY GRAVES was his name, who attacked the City of Portland, you know, park rangers, right?

SANTOS: Mm-hmm.

CALLAWAY: And I thought it might've mentioned - the PTSD part of this gets bad.

SANTOS: Mm-hmm.

CALLAWAY: Like, it can get blocky. Did I already mention RANDY GRAVES or being charged by somebody going into the building?

SANTOS: You mentioned that part.

CALLAWAY: So his name was RANDY GRAVES.

SANTOS: Okay.

CALLAWAY: And do you guys have clearance for looking up police reports now?

SANTOS: Mm-hmm.

CALLAWAY: So, like this guy was on Dragnet for having stabbed some 6'5", 200-pound guy, right?

SANTOS: Mm-hmm.

CALLAWAY: And, you know, this guy attacked two park rangers. And clearly police reports happened.

SANTOS: Mm-hmm. Right.

CALLAWAY: You know. The City of Portland took care of those employees.

SANTOS: Okay.

CALLAWAY: But when it came to the Police Bureau having me -

SANTOS: Mm-hmm.

CALLAWAY: - with PTSD - and they were aware that, like, I have PTSD from that because I shared it, you know. Like, nobody cared. And complex PTSD means nobody cares about, you know, the whole system's failing you -

SANTOS: Mm-hmm.

CALLAWAY: - and you feel stuck.

SANTOS: If I'm understanding the situation correctly, it was this RANDY GRAVES fella, he was released from jail.

CALLAWAY: Yep.

SANTOS: You were entering the Justice Center, and he was coming in?

CALLAWAY: Yeah, I'm underneath the building.

SANTOS: Yeah.

CALLAWAY: Literally underneath the roof, tryin' to go to my thing, and he's -

SANTOS: Mm-hmm.

CALLAWAY: - runnin' straight at me. And I thought he was gonna smash my head against the wall. You know, he wanted suicide by cop. I can't oblige.

SANTOS: Mm-hmm.

CALLAWAY: I'm a non-sworn with no self-defense skills.

SANTOS: Mm-hmm. Okay.

**CONFIDENTIAL RECORDED INTERVIEW TRANSCRIPT**

**CALLAWAY:** And there was a women's strength course, you know.

**SANTOS:** Mm-hmm.

**CALLAWAY:** This is a bias thing. And I told HR about it.

**SANTOS:** Mm-hmm.

**CALLAWAY:** They did nothing about the fact that this is a bias thing, like for me as a male.

**SANTOS:** Mm-hmm.

**CALLAWAY:** That there was no self-dense classes for me as a male -

**SANTOS:** Mm-hmm.

**CALLAWAY:** - to deal with my PTSD. But if you're a woman you could.

**SANTOS:** Mm-hmm.

**CALLAWAY:** The bureau did have Women's Strength.

**SANTOS:** And you brought this up after -

**CALLAWAY:** Yeah, just during this like -

**SANTOS:** Yeah.

**CALLAWAY:** - like this summer, you know.

**SANTOS:** Okay.

**CALLAWAY:** So it's like, you know, you're not a protected class. And I'm like, "Well, here you go."

**SANTOS:** When did that situation with RANDY GRAVES happen?

**CALLAWAY:** I think it was sometime in - I never looked up when he was released.

**SANTOS:** Okay.

**CALLAWAY:** But I think it was around May of 2021.

**SANTOS:** Okay. So sometime around May of 2021 this guy -

**CALLAWAY:** I think so.

**SANTOS:** - charges at you.

**CALLAWAY:** It was like around 6:40 in the morning, or somethin'.

**SANTOS:** As a result of that, developed some PTSD.

**CALLAWAY:** Yeah, and then really the complex PTSD -

**SANTOS:** Mm-hmm.

**CALLAWAY:** - that no safety -

**SANTOS:** Yeah.

**CALLAWAY:** Here I work in a department where I take everybody else's complaints.

**SANTOS:** Mm-hmm.

**CALLAWAY:** But when I bring up complaints, nobody cares.

**SANTOS:** You said you brought this up to a sergeant?

**CALLAWAY:** Yep.

**SANTOS:** Which sergeant?

**CALLAWAY:** Sergeant ONVILLE (ph).

**SANTOS:** Okay. And how did you broach the subject to him?

**CALLAWAY:** I said, "Hey, Sarge, this guy just charged me on the way in."

**SANTOS:** Mm-hmm.

**CALLAWAY:** You know, it's like, "Oh, yeah, well, that, you know, kinda happens," or whatever. Like, you know, officer discretion, deciding whether or not it matters.

**SANTOS:** Mm-hmm.

**CALLAWAY:** Not like, "Hey, let's go down to Central Precinct and fill out a" - I'm thinking I escalate to my sergeant and it's done.

**SANTOS:** Mm-hmm.

**CALLAWAY:** That my autistic brain is that is a workplace safety issue.

**SANTOS:** Mm-hmm.

**CONFIDENTIAL RECORDED INTERVIEW TRANSCRIPT**

IPR Case #: Unknown                                                    12/14/23
Justin Callaway                                                        Page 7 of 21

**CALLAWAY:** And guess what? Officers all day long can put out whether or not, like somebody who's suspicious outside the precinct, they can post that to Dragnet, but if I'm worried about somebody and my safety they tell me I'm not a protected class.

**SANTOS:** Mm-hmm.

**CALLAWAY:** But clearly there is a distinction, I understand, between sworn and non-sworn and officer discretion. But my concerns?

**SANTOS:** You feel like there's some disparity?

**CALLAWAY:** Oh, clearly right? Like I don't get a police report even, because I'm a non-sworn member in my Police Bureau with mental illness stuff. There were well aware of my mental illness there.

**SANTOS:** Mm-hmm.

**CALLAWAY:** I'm always struggling. And I got retaliated against by EAP staff for tryin' to get help, ANGIE NELSON. Like a Senior PASS - and who is the EAP Senior PASS there.

**SANTOS:** Mm-hmm.

**CALLAWAY:** Like I'm tryin' to get medical information provider and stuff -

**SANTOS:** Mm-hmm. Yeah.

**CALLAWAY:** - for my son, who was suicidal at the time, and she intentionally did not email me a list I requested.

**SANTOS:** Mm-hmm.

**CALLAWAY:** Like, I mean, this is like, I deal with professionalism.

**SANTOS:** Yeah. I know, so as far as the complaint against - this is sort of -

**CALLAWAY:** Yeah.

**SANTOS:** - unrelated, just -

**CALLAWAY:** Yep.

**SANTOS:** - goin' over the scope of what we can do here at IPR. Of course we can investigate -

**CALLAWAY:** Whatever, but -

**SANTOS:** - sworn, right? But I'm just tryin' to think of, since -

**CALLAWAY:** So here's the point with the PTSD thing, and then the complex PTSD thing.

**SANTOS:** Mm-hmm.

**CALLAWAY:** I put in accommodations, because that position in that department, I was randomly assigned to Internal Affairs -

**SANTOS:** Uh-huh.

**CALLAWAY:** - when I was hired.

**SANTOS:** Okay.

**CALLAWAY:** I wanted to get out of Internal Affairs. So like Captain PASHLEY was like literally, like bringing up professional questions about positions I'm tryin' to, like get to.

**SANTOS:** Mm-hmm.

**CALLAWAY:** And like, you know, legitimate issues. And he doesn't do anything about 'em.

**SANTOS:** Mm-hmm.

**CALLAWAY:** And so it's kinda, ah, get comfortable with disappointment is the general thing, like.

**SANTOS:** Okay.

**CALLAWAY:** And it's like no, you are using officers discretion to decide whether or not, you know, this person acted unprofessionally. This person did act unprofessionally, the training manager -

**SANTOS:** Mm-hmm.

**CALLAWAY:** - who was there. Her name's VALERIE CRUMLEY, or something. And she cancelled my interview before an interview for Senior PASS and told me she wanted to focus on, you know, candidates that were more inter- - I don't remember the actual wording. But it was like -

**SANTOS:** Mm-hmm.

**CALLAWAY:** - and I'm transparent, like -

**SANTOS:** And you brought this up to Captain PASHLEY?

**CONFIDENTIAL RECORDED INTERVIEW TRANSCRIPT**

**IPR Case #: Unknown**                                                  **12/14/23**
**Justin Callaway**                                                      **Page 8 of 21**

CALLAWAY: And Sergeant RUSSELL, who got promoted to lieutenant after coordinating with the co-workers to not wear masks.

SANTOS: Okay. And this was during the in-workplace mask policy?

CALLAWAY: Yeah. Yeah. And so my job is to handle supervisory investigations.

SANTOS: Mm-hmm. Yeah.

CALLAWAY: Right? So, Director CALDWELL knows exactly what happened.

SANTOS: Okay.

CALLAWAY: So, apparently that wasn't something he cared about, you know, to deal with -

SANTOS: Okay.

CALLAWAY: - as a complaint.

SANTOS: Mm-hmm.

CALLAWAY: It would've been nice to feel like, hey, you know, yeah, that did taint any investigation there.

SANTOS: Mm-hmm.

CALLAWAY: 'Cause if every investigation is starting with, you know, an IA investigator are not wearing a mask.

SANTOS: Mm-hmm.

CALLAWAY: And then the PPA member, and the PPA member are not wearing a mask -

SANTOS: Mm.

CALLAWAY: - then all three of them are in violation of the directive -

SANTOS: Mm-hmm.

CALLAWAY: - of not reporting somebody not following a rule.

SANTOS: Okay.

CALLAWAY: And two, not following the rule, the professionalism. So I mean, at some point, like sorry with an SI -

SANTOS: Mm-hmm.

CALLAWAY: - one violation, you're ineligible for a year.

SANTOS: Yeah.

CALLAWAY: Right? So they're starting each investigation with everybody in that room -

SANTOS: Mm-hmm.

CALLAWAY: - with two. I mean, that's my brain.

SANTOS: Right.

CALLAWAY: Like, and how did you not taint any investigation you've done that way?

SANTOS: Mm-hmm.

CALLAWAY: Much less the possible fraud of - we had generous sick leave thing. If you got exposed at work -

SANTOS: Mm-hmm.

CALLAWAY: - they're gonna pay for it, right?

SANTOS: Yeah.

CALLAWAY: Well so is there a fraud? I mean, I'm a taxpayer. I'm not one of these sworn members who lives in Clackamas County.

SANTOS: Right.

CALLAWAY: I live in Portland.

SANTOS: Mm-hmm.

CALLAWAY: And if you live in Portland, do you want people using their officer discretion to decide which rules apply to them and then fraudulently use, you know, sick leave when they didn't follow the, you know, medical guidance and rule expected and required?

SANTOS: Right.

CALLAWAY: Right?

SANTOS: Yeah.

CALLAWAY: I mean, I think that's a potential fraud allegation. I emailed the mayor and Director of HR, CATHY

**CONFIDENTIAL RECORDED INTERVIEW TRANSCRIPT**

**IPR Case #: Unknown**                                    12/14/23
**Justin Callaway**                                        Page 9 of 21

BLESS, about this -

SANTOS: Mm-hmm.

CALLAWAY: - after Captain PASHLEY retaliated.

SANTOS: How did he retaliate?

CALLAWAY: Well, so I got the autism indicated as primary, right?

SANTOS: Mm-hmm.

CALLAWAY: And it just finally made sense with why I am struggling so hard. It's so -

SANTOS: Okay. This is a diagnosis in May?

CALLAWAY: Yeah. It's like the therapist diagnosis.

SANTOS: Mm-hmm.

CALLAWAY: And like it's not like I got to go pick a dream team. I struggled so hard to find a -

SANTOS: Mm-hmm.

CALLAWAY: - therapist. And when you have PTSD and therapists aren't available -

SANTOS: Mm-hmm.

CALLAWAY: - or your EAP staff intentionally retaliates against you -

SANTOS: Mm.

CALLAWAY: - or take the EAP service, the City - and I think CATHY BLESS changed it because of my experience, but literally, like got an appointment for my son, who was feeling suicidal, and then they call and cancel it -

SANTOS: Mm.

CALLAWAY: - you know, after I tell 'em he's got a therapy appointment, but they can't find one for him.

SANTOS: Mm-hmm.

CALLAWAY: Or I wait for a month for like a therapist who has PTSD experience.

SANTOS: Right.

CALLAWAY: And he's like, sorry, I only work with sworn members.

SANTOS: Okay. So the therapist told you that?

CALLAWAY: Yeah.

SANTOS: Okay.

CALLAWAY: So, I mean, and you're telling me I just waited a month using all my vacation leave -

SANTOS: Mm.

CALLAWAY: - because I can't find a therapist.

SANTOS: Mm-hmm.

CALLAWAY: EAP staff members decided, because my lieutenant told me to remove my personal number off the internet -

SANTOS: Mm-hmm.

CALLAWAY: - that she's just gonna send an email to my computer, like that I'm not using. And like, you know, I'm not logging in. I'm on FMLA. And so like she could've called me, asked personnel for my personal number, right? And then -

SANTOS: Real quick -

CALLAWAY: - and when I brought that issue -

SANTOS: Real quick, so you mentioned Captain PASHLEY removed your personal number from the internet.

CALLAWAY: No, this was - Lieutenant GJOVIK was just - he had been docked before. He was like, "JUSTIN, you should take your" - during the riots -

SANTOS: Mm-hmm.

CALLAWAY: - "Take your number off the internet."

SANTOS: Okay.

CALLAWAY: And so I'm like okay. So I took it off. So the point was that the EAP person was like, "You didn't have your number on the internet, so that's why I didn't call you." And it's like, that's like phonin' in your job. You've got somebody who's on FMLA, call personnel and say, "What's his number? I wanna check in with him."

**CONFIDENTIAL RECORDED INTERVIEW TRANSCRIPT**

That's her job, is to give support to employees.

**SANTOS:** Mm-hmm.

**CALLAWAY:** And so as soon as I came back to work, I got a list of providers that could've helped me during that time.

**SANTOS:** So, you said Lieutenant GJOVIK suggested that?

**CALLAWAY:** Yeah.

**SANTOS:** Okay.

**CALLAWAY:** That was a while back.

**SANTOS:** Yeah.

**CALLAWAY:** And I'm autistic, I'm followin' rules. Like I did it.

**SANTOS:** Yeah.

**CALLAWAY:** Like, and so I'm penalized because I followed a rule, or a suggestion. You know, like okay, I look to other people to suggest.

**SANTOS:** Yeah.

**CALLAWAY:** You know.

**SANTOS:** And due to you havin' the number removed -

**CALLAWAY:** Just that ANGIE NELSON didn't call me. And I was pretty upset because I was like, all I did was spend this whole time tryin' to find -

**SANTOS:** Mm-hmm.

**CALLAWAY:** - support for my son and me.

**SANTOS:** Mm-hmm.

**CALLAWAY:** Like, and it's failing. And having my EAP service actually make things worse than better, right?

**SANTOS:** Mm.

**CALLAWAY:** The Service and the Department are two different things.

**SANTOS:** Right.

**CALLAWAY:** And at PPD they have an EAP department.

**SANTOS:** Yeah.

**CALLAWAY:** Right?

**SANTOS:** Yeah.

**CALLAWAY:** So if this a peer support specialist - like later when my son's suicidal -

**SANTOS:** Mm-hmm.

**CALLAWAY:** - I asked her for this list, and she intentionally does not respond. So that's bias. So you know that I've already been dealin' with -

**SANTOS:** Mm-hmm.

**CALLAWAY:** - mental illness stuff.

**SANTOS:** Mm-hmm.

**CALLAWAY:** And already had issues with her professional before. In fact, when they told me to go home on 10/02.

**SANTOS:** Mm-hmm.

**CALLAWAY:** When literally Captain HUGHES is there, and SHON, his name has changed, FOSNOT. He's a PASS at East -

**SANTOS:** Mm-hmm.

**CALLAWAY:** - was my union rep, and he's there. And ANGIE NELSON, and I'm like, "What are you doing here? You're the Senior PASS who was unprofessional to me." And she was like, "Yes."

**SANTOS:** Mm-hmm.

**CALLAWAY:** She did the investigation for you.

**SANTOS:** Mm-hmm.

**CALLAWAY:** She's already told you she was unprofessional to me.

**CONFIDENTIAL RECORDED INTERVIEW TRANSCRIPT**

**IPR Case #: Unknown**
**Justin Callaway**

12/14/23
**Page 11 of 21**

**SANTOS:** Mm.

**CALLAWAY:** She didn't respond to the email, like intentionally.

**SANTOS:** Okay.

**CALLAWAY:** And didn't give me what I was requesting.

**SANTOS:** Mm-hmm.

**CALLAWAY:** And knew I had mental health issues and my son did, and here she was - intentionally did not - that's her job.

**SANTOS:** Mm-hmm.

**CALLAWAY:** Not just professional.

**SANTOS:** Does this tie back into -

**CALLAWAY:** Yeah, man. I brought that up to Captain - I mean, she's Commander, or who knows. They love to keep promoting people.

**SANTOS:** Mm-hmm.

**CALLAWAY:** Commander MCMILLAN.

**SANTOS:** Okay.

**CALLAWAY:** You know, at some point, you know. And she's like, "Oh, I'm a peer," you know. "Have a little grace with people." And, "Your PTSD isn't the same." I was like, why didn't I get to go on paid admin leave?

**SANTOS:** Mm-hmm.

**CALLAWAY:** They put me on it only because I brought up the fact that there was a disparity of treatment by Captain MCMILLAN, saying that my PTSD is somehow not as - you know, I don't wanna be a sworn member. I can't.

**SANTOS:** Mm-hmm. Mm-hmm.

**CALLAWAY:** I don't wanna be near guns. I have a family history of suicide with guns.

**SANTOS:** Mm-hmm.

**CALLAWAY:** No guns, thank you. Right? And so my point is is -

**SANTOS:** Mm-hmm.

**CALLAWAY:** - if she's telling me my PTSD doesn't matter and she's a Peer Support Specialist -

**SANTOS:** Was this Commander MCMILLAN?

**CALLAWAY:** She was a Captain -

**SANTOS:** Or Captain? Yeah.

**CALLAWAY:** - at some point in IA.

**SANTOS:** Okay.

**CALLAWAY:** I mean I was there for almost four years.

**SANTOS:** Right.

**CALLAWAY:** And so like there was a history of just each person, like I don't forget those things.

**SANTOS:** You mentioned that Captain PASHLEY retaliated against you?

**CALLAWAY:** Yeah, he did.

**SANTOS:** How did that happen?

**CALLAWAY:** So, I'm on FMLA leave in May, like 'cause I write an email to the Chief of Police.

**SANTOS:** Mm-hmm.

**CALLAWAY:** I'm like, "Hey, I got an issue. Like, I have been trying to get out of Internal Affairs."

**SANTOS:** Mm-hmm.

**CALLAWAY:** And there's some issues there with what Captain PASHLEY was willing to do and not willing to do for me, right?

**SANTOS:** Mm-hmm.

**CALLAWAY:** You know, using his little bit of officer discretion as to whether or not, hey, you know, this is a past - like I had to appeal - sorry for the ADHD.

**SANTOS:** Mm-hmm.

**CONFIDENTIAL RECORDED INTERVIEW TRANSCRIPT**

**IPR Case #: Unknown**
**Justin Callaway**

**12/14/23**
**Page 12 of 21**

**CALLAWAY:** and non-linear-ness. Like I applied for Senior PASS in Personnel, right?
**SANTOS:** When was that?
**CALLAWAY:** I could look it up.
**SANTOS:** Okay.
**CALLAWAY:** Maybe 2021, 2022. End of 2021, I think.
**SANTOS:** Mm-hmm.
**CALLAWAY:** And, you know, I'm wanting to transfer out of Internal Affairs to the right department for me. And Personnel, I had a lot of crossover with background investigators.
**SANTOS:** Mm-hmm.
**CALLAWAY:** You know, like everybody leaving. Like I would - you know, people wanted to do IA file reviews, that's me doing all the contact tracing and -
**SANTOS:** Right.
**CALLAWAY:** - a lot of the contact -
**SANTOS:** Yeah.
**CALLAWAY:** - with all of these agencies. Like, 'cause I would work in person. That was generally my preference.
**SANTOS:** Mm-hmm.
**CALLAWAY:** And so anyways, I applied for that position. I ended up appealing it because they were like, "Have you trained any junior admin staff?" And I'm like, I wanna keep my job.
**SANTOS:** Mm-hmm.
**CALLAWAY:** If I lie about training a junior admin staff, I lose my job.
**SANTOS:** Mm-hmm.
**CALLAWAY:** So I currently am employed by the Police Bureau.
**SANTOS:** Mm-hmm.
**CALLAWAY:** And if you answer no, then you, you know, are automatically - but they're telling me, like, "Hey JUSTIN, apply for this position." And I applied. And I give them - say, "No" -
**SANTOS:** Mm-hmm.
**CALLAWAY:** - "but here are some instances where I've trained junior staff."
**SANTOS:** Mm-hmm.
**CALLAWAY:** You know? "And here are things that I do that would be the equivalent of maybe training junior admins." And apparently they screwed up and didn't do a second review. And so all the sudden, hey, I'm on the list. It turns out I made it onto the eligibility list.
**SANTOS:** Okay.
**CALLAWAY:** After appealing. I'm like, is this some kind of accommodation or something?
**SANTOS:** Mm-hmm.
**BERRY:** Hello.
**SANTOS:** Hi. Hey ERIC.
**BERRY:** I'm sorry to interrupt. Hey JUSTIN? Nice to see ya, man.
**CALLAWAY:** Good to see you.
**SANTOS:** I heard some shoutin' and figured I'd come in.
**CALLAWAY:** Yeah, it's me. I just - autistic, PTSD, ADHD, put in accommodations.
**SANTOS:** JUSTIN was just goin' on how -
**CALLAWAY:** I've gotta work -
**SANTOS:** - about he felt Captain PASHLEY -
**CALLAWAY:** Yeah, because of the fact -
**SANTOS:** - retaliated.
**CALLAWAY:** If you wanna hear just that one, that's fine.
**SANTOS:** No, no. I'm just 'cause -
**CALLAWAY:** No, you were tryin' to keep me focused.

**CONFIDENTIAL RECORDED INTERVIEW TRANSCRIPT**

**IPR Case #: Unknown**
**Justin Callaway**

**SANTOS:** Yeah, just keepin' it focused.

**CALLAWAY:** And I haven't been easy, all right?

**SANTOS:** Yeah.

**CALLAWAY:** This is all cumulative, right?

**SANTOS:** Mm-hmm.

**CALLAWAY:** And it all matters to me, right?

**SANTOS:** Mm-hmm.

**CALLAWAY:** Not just one piece.

**SANTOS:** Yeah.

**CALLAWAY:** The whole thing.

**SANTOS:** Mm-hmm.

**CALLAWAY:** Like ERIC knows I fuckin' showed up.

**SANTOS:** Mm-hmm.

**BERRY:** Yeah.

**CALLAWAY:** And I cared.

**BERRY:** JUSTIN, I'm gonna have to interrupt you, 'cause we're closin' down the office a little bit early today.

**CALLAWAY:** Okay.

**BERRY:** We're workin' on wrappin' up.

**CALLAWAY:** Yeah.

**BERRY:** But I wanted to - and I'm truly sorry to interrupt what you have goin' on here.

**SANTOS:** You're fine.

**BERRY:** But I hope to get a sense, and I know you've been talkin' to CHRISTIAN for a while, so I'm really sorry to interrupt.

**CALLAWAY:** Oh, okay.

**BERRY:** But I just wanted to get a sense. It sounds like you wanna make a complaint. One of the complaints you have is against Captain PASHLEY.

**SANTOS:** PASHLEY.

**CALLAWAY:** Yeah, for retaliation.

**BERRY:** For retaliation? Okay. Okay.

**CALLAWAY:** And discrimination.

**BERRY:** And discrimination. Okay. So the reason I'm asking you these questions - well, and you know some of this, so stop me if I'm repeatin' stuff that you -

**CALLAWAY:** Yeah, I have to close my eyes right now.

**BERRY:** That's totally cool. No, that's totally cool.

**CALLAWAY:** It's definitely like not being allowed to go to work for six months. I'm masking with autism.

**BERRY:** It sounds like a tough place, man. It really does. But, you know, so we've got our responsibilities here at IPR.

**CALLAWAY:** Yeah.

**BERRY:** We've got the responsibility for sworn members.

**CALLAWAY:** Yeah.

**BERRY:** We don't have the responsibility for non-sworn members.

**CALLAWAY:** Yeah, I understand. And there is some HR staff -

**BERRY:** I wondered if -

**CALLAWAY:** - and I understand. That's a fair point.

**BERRY:** Yeah.

**CALLAWAY:** And I'm forgetting that today. Sorry.

**BERRY:** No, no.

**SANTOS:** It's all right.

**CONFIDENTIAL RECORDED INTERVIEW TRANSCRIPT**

**IPR Case #: Unknown**                                                    **12/14/23**
**Justin Callaway**                                                         **Page 14 of 21**

**BERRY:** No. Yeah, there's a (inaudible - 00:26:04).

**CALLAWAY:** No, but the handling of that by a sworn supervisor -

**BERRY:** Mm-hmm.

**CALLAWAY:** - does matter. Do you know what I'm saying?

**SANTOS:** Yep.

**CALLAWAY:** And my situation's complicated, and involves even emailing the Director of HR, this retaliation claim.

**BERRY:** Yeah.

**CALLAWAY:** Did you guys not receive it? 'Cause I was told if you're a class and you make a complaint to your, you know, HR staff, guess what? That's how you do it.

**BERRY:** Mm-hmm.

**CALLAWAY:** And guess what? You haven't received a complaint? This was back October 2nd.

**BERRY:** Okay.

**CALLAWAY:** And the Mayor. But I'm just saying, I'm unaware that - nobody sent me a letter telling me, acknowledging. So and HR staff has been lyin' about the fact that they hadn't even read my accommodations when I returned to work.

**BERRY:** Mm-hmm.

**CALLAWAY:** And, you know, the HR staff member, MARQUIS FUDGE, like I'm bringing up issues that they're sharing things -

**BERRY:** Mm-hmm.

**CALLAWAY:** - with Captain PASHLEY that I have not included him on.

**SANTOS:** Mm-hmm.

**CALLAWAY:** And he's kinda cornering me, using his - you know, I didn't bring this up, but he did do this. Like, so, you know, Investigator MIKE SMITH, you know - Director CALDWELL knows what happened, so far as supervisors coordinating together to break rules.

**BERRY:** Mm-hmm.

**CALLAWAY:** And how many different instances occurred, and whether or not fraud might have occurred. And how many investigations may have been compromised. He chose not to do anything with it when I talked to him. That wasn't the intake process. He was just, "I'm sorry. I heard they had a hard time with masks." Well, okay. But at the same time, it's like, I have to follow the directive that if this person's not following that rule and we're doing investigation, I'm handling SIs about mask noncompliance, and here's somebody asks for a vaccine exemption, right? And he's sitting in there, and ERIC NOMURA wants to use the room. And I ask, and I see everybody's not wearing a mask when the mask ordinance is in place. And this guy is supposed to be wearing one of these -

**SANTOS:** Mm-hmm.

**CALLAWAY:** - and is not wearing any. And they're all just hanging out havin' a little COVID party, or whatever. You know, and if you, you know, violated the rule, and then, you know, you're ineligible for an SI, well here's two different professional violations at once. Each of those people are not reporting the person not wearing the mask, one. And the other professional's not wearing the mask.

**BERRY:** Mm-hmm.

**CALLAWAY:** So if each investigation is with how many investigators over - and so when I bring this up to Sergeant RUSSELL because ERIC wants to use the room. I take him to PSD so he doesn't have a chance of exposure.

**BERRY:** Mm-hmm.

**CALLAWAY:** And ERIC really wanted to go. And I'm, "No, ERIC, we're gonna go next door."

**BERRY:** Mm-hmm.

**SANTOS:** Mm-hmm.

**CALLAWAY:** And I take ERIC next door. And I'm like, "You know, I'm gonna care about my Bureau and my

**CONFIDENTIAL RECORDED INTERVIEW TRANSCRIPT**

employer first." And the other employees. Like that's to be dealt with separately.

BERRY: Mm-hmm.

CALLAWAY: So I take him over and set him up. And then I tell Sergeant RUSSELL, "Oh, some of the investigators don't like to wear masks." And I'm like, how do I handle that? Like, I don't wanna be part of the conspiracy.

BERRY: Right.

CALLAWAY: Like, you know, there was potential fraud there. If you are sick, and you go on sick leave, and the city pays for your sick leave from a workplace exposure that you didn't protect yourself from by ignoring the rules, there's - I mean, if I'm a taxpayer in Portland, I'm not really thinkin' that's a really cool way to run a business and use my money efficiently. And so I bring that up, you know.

SANTOS: Wrappin' back around -

CALLAWAY: Okay, so PASHLEY.

SANTOS: Yeah.

CALLAWAY: I tell PASHLEY. He sends an email, and he puts a sign on the door, and that's how it goes.

SANTOS: Okay.

CALLAWAY: I've been retaliated against, like with engaging the city's complaint-driven system before with trucking yards and the noise code, like and PAUL VAN ORDEN making pathological lies, and -

SANTOS: So the retaliation with him after you bring it up?

CALLAWAY: No, with the trucking yards. Just like honkin' and bashin' things.

SANTOS: Oh, I was talkin' specifically with PASHLEY.

CALLAWAY: Oh, well so with PASHLEY, so here's the deal. So I'm bringing up these issues, right?

SANTOS: Mm-hmm.

CALLAWAY: You know, bringing issues up with how PASHLEY has handled my professional concerns. Like and why I haven't been able to get out of the department.

SANTOS: Yeah.

CALLAWAY: Like, in Personnel there was a job posting for a PASS where the guy who was the Senior PASS just arbitrarily put in there you have to stay here for two years.

SANTOS: Mm.

CALLAWAY: So I'm autistic. I take things literally.

SANTOS: Mm-hmm.

CALLAWAY: So that directive that's sayin' I needed to report it, I had to report it to keep my job. I did report it.

BERRY: Mm-hmm.

CALLAWAY: Right? Little under the rug thing.

SANTOS: I mean, Captain PASHLEY?

CALLAWAY: Yeah, I mean, yeah, I could've come over here -

SANTOS: Mm-hmm.

CALLAWAY: - but I'm like, I don't wanna deal - like I need to keep my job. I don't understand the sharks.

SANTOS: Okay.

CALLAWAY: Like, I don't get the sharks. And so here's the deal with PASHLEY.

BERRY: Mm-hmm.

CALLAWAY: I go back to work, and one of the issues I'm bringing up is that, you know, here's this language about two years. Like, you know, I'm on the Senior PASS list, so if I took this position and there's a opportunity for Senior PASS somewhere, I wouldn't be able to take that promotion, because it says I have to be there for two years.

SANTOS: Mm-hmm.

CALLAWAY: How is that legal? And he doesn't wanna do anything about it, unless I really wanna transfer.

SANTOS: Okay.

CALLAWAY: And I'm like, that's him playing God.

SANTOS: Mm-hmm.

**CONFIDENTIAL RECORDED INTERVIEW TRANSCRIPT**

IPR Case #: Unknown                                          12/14/23
Justin Callaway                                               Page 16 of 21

CALLAWAY:  Playing control.  Officer discretion.
SANTOS:  Mm-hmm.
CALLAWAY:  It impacted not just me.  KELLY HUDSON (ph) impacted.  He said he didn't apply for that reason too.
BERRY:  So JUSTIN, can I interrupt you for bit?
CALLAWAY:  Yeah.
BERRY:  And I'm sorry to interrupt you.  So hang on though, I need to keep on it, okay?
CALLAWAY:  Yeah.
BERRY:  So, today you've identified a desire to make a complaint against Captain PASHLEY.
CALLAWAY:  Yeah, and -
BERRY:  Hang on.  Stickin' with sworn members.
CALLAWAY:  Yeah.
BERRY:  Are there any other sworn members that you wanna make a complaint about other than PASHLEY?
CALLAWAY:  It might involve Commander MCMILLAN, might involve, you know, maybe - I don't know.  You guys are gonna have to decide when you hear the allegations.
BERRY:  Sure, sure.  But all I'm doin' right now is I'm kind of climbing up to 10,000 feet, and I just -
CALLAWAY:  Yeah.  No, you're doin' a great job.  Thank you.
BERRY:  Well, (inaudible - 00:32:20).
CALLAWAY:  This has been a really hard space.  All I wanted was a lawyer to file a legal claim.
BERRY:  Yeah.
CALLAWAY:  And I have not been able to advocate myself for myself in the Police Bureau, and I haven't been bleeding to advocate for myself outside of the Police Bureau.  I mean, all my stuff is still there.
BERRY:  Yeah.
CALLAWAY:  They took away my ID and locked me off the network.
BERRY:  And so, part of why I'm asking these questions is 'cause I just need to -
CALLAWAY:  Yeah.
BERRY:  - figure out what we can investigate -
CALLAWAY:  Yeah.
BERRY:  - for you and what we would need to refer you to.  So I've heard you express concern about PASHLEY, possibly MCMILLAN.  You've told us that we may need to figure out additional sworn members?
CALLAWAY:  Yeah.  And then there's this other piece of there are a bunch of HR staff who acted inappropriately.
BERRY:  Yeah.
CALLAWAY:  Including the Director of HR.  Including the Mayor, the Police Commissioner -
BERRY:  Mm-hmm.
CALLAWAY:  - who received this allegation.  And if you never received it, it seems to me like he's not doing his diligence for, hey, there was a bias crime, or whatever.
BERRY:  Yeah.
CALLAWAY:  Like, you know.
BERRY:  And you should, like under the City rules, they say that you can make a discrimination, a 2.02 complaint.  You can talk to an HR person.  You can talk to any supervisor.  And there's one other category that I'm blankin' on, but there's another -
CALLAWAY:  So I talked to Captain MCMILLAN about discrimination.  She didn't do anything about it.  You heard it.
BERRY:  Yeah.
SANTOS:  Mm-hmm.
BERRY:  Yeah.
CALLAWAY:  So, I mean, there's different situations where it's occurred.
BERRY:  So you've got complaints about these sworn members.  You've got concerns and complaints about HR staff, including the Director.

**CONFIDENTIAL RECORDED INTERVIEW TRANSCRIPT**

**CALLAWAY:** Yeah. And I'm in this tenuous spot right now, ERIC -

**BERRY:** Mm-hmm.

**CALLAWAY:** - where they keep telling me they're gonna medically separate me.

**BERRY:** Mm-hmm.

**CALLAWAY:** "We can't find a job for your accommodations. We're gonna have to let you go." My union's goin', "Hey JUSTIN, Police Bureau's the only bureau I know that when there's not a good fit, they don't do anything about it."

**BERRY:** Mm-hmm.

**CALLAWAY:** "I'll see what I can do. Maybe I can help find something else."

**BERRY:** Do you have a rep or a steward that you're workin' with?

**CALLAWAY:** I mean, I'm just dealin' with the president. Every time I have a rep, they disappear.

**BERRY:** Is that ROB? Is the union president?

**CALLAWAY:** Yeah.

**BERRY:** Okay.

**CALLAWAY:** And I have been textin' him and haven't heard back in like four weeks.

**BERRY:** Yeah. So here's what I wanna do. I want to investigate the stuff for you that we are allowed to investigate. And I want to refer you appropriately on the stuff that we can't have a first-order hand in investigating. And so it seems like a good thing to do -

**CALLAWAY:** I mean, but how can you refer me to anybody if the Director of HR has been given an email and not done something.

**BERRY:** I mean, that's all the stuff that we gotta explain, you know, all I'm sayin' -

**CALLAWAY:** And then, you know, and I alleged my fraud stuff there.

**BERRY:** Yeah.

**CALLAWAY:** And I told 'em they should bring up to the auditor's office. I'm not doing another complaint.

**BERRY:** And so you've been talkin' to ROB. Yeah, you mentioned an attorney, but it doesn't -

**CALLAWAY:** I do not have one, no.

**BERRY:** - sound like you hired him. Okay, so no attorney. And I'm just askin' that 'cause if you got an attorney, we gotta talk to them first.

**CALLAWAY:** I don't have one.

**BERRY:** Okay. So here's what I'm gonna suggest. I wanna set up a time where - 'cause we gotta get out of here and close up.

**CALLAWAY:** Yeah, talk to Director CALDWELL too. See, like -

**BERRY:** Yeah.

**CALLAWAY:** - I'm not lookin' to conflict him out, but I'm just tryin' to make the point. But like, you know, I wasn't asking for him to make it a complaint.

**BERRY:** Mm-hmm.

**CALLAWAY:** So I'm acknowledging that here on the record, right?

**BERRY:** Yeah.

**CALLAWAY:** But I'm trying to figure this out. And like I even told people, all I wanted to do was be non-adversarial and get to a healthy place to work, right?

**BERRY:** Totally. Totally.

**CALLAWAY:** And like nobody wants that to happen. That's not the outcome. It's, let's cover up the fact that JUSTIN actually returned to work.

**BERRY:** Mm-hmm.

**CALLAWAY:** And we didn't actually read his accommodations. And that HR is willing to lie to my union rep that they did read them, even though I have an email showing that they didn't.

**BERRY:** Mm-hmm.

**CALLAWAY:** And that I have an email where my police, you know, forwards - literally when I'm bringing up

**CONFIDENTIAL RECORDED INTERVIEW TRANSCRIPT**

**IPR Case #: Unknown**
**Justin Callaway**

**12/14/23**
**Page 18 of 21**

issues about Captain PASHLEY and about fraud and integrity, and like why does nobody else care about the liability that's presented of not following rules with every investigation? I mean, heck, you know, what if somebody did something horrible and they got to appeal it and keep their job because all of these investigations are tainted?

**BERRY:** Yeah.

**CALLAWAY:** I mean, send out Giglio and Henthron requests all day long. So it's like, you're telling me it's okay to just officer discretion your way into like tainting all these investigations? You know, like -

**BERRY:** So what I wanna - yeah.

**CALLAWAY:** Yeah, so Captain PASHLEY, just so you know -

**BERRY:** Mm-hmm.

**CALLAWAY:** He just is like, you know, like MARQUIS includes him on that email. And then he just lays into me, knows that I have autism, knows that I have PTSD. And he's like, "You don't get to question my integrity. Respect isn't a given in the workplace, JUSTIN." I was reduced to fuckin' tears. Told he hasn't approved my FMLA form. If I go home now because that's what I'm requesting, if I get overwhelmed to work remotely.

**BERRY:** Mm-hmm.

**CALLAWAY:** "You're gonna have to use vacation leave." That's a problem. I'm almost out of vacation leave. All paid leave has been exhausted.

**BERRY:** (Inaudible - 00:37:27).

**CALLAWAY:** And that's from the EAP side.

**BERRY:** 'Cause you've been out for six -

**CALLAWAY:** Yeah, and because other times with EAP problems. It's just tryin' to access - find a provider, and bein' retaliated against by non-sworn staff that Captain MCMILLAN knew about and did nothing about, and trivialized my PTSD as not being legitimate. And then they went and used the very thing that she said that my PTSD wasn't a legitimate form of PTSD to basically say it's not punitive, and kicked me out of the office, and I've been home since.

**BERRY:** That sounds pretty rough.

**CALLAWAY:** That's it.

**BERRY:** So what I wanna do is set up a time where we can do -

**CALLAWAY:** Yeah, sorry.

**BERRY:** - a long interview. Oh, no problem.

**CALLAWAY:** I'm just giving you a taste of what it is.

**BERRY:** Yeah. So -

**CALLAWAY:** And so like, and PASHLEY discussed my HIPAA stuff with the door open.

**BERRY:** Yeah.

**CALLAWAY:** Like, with all the investigators in the office.

**BERRY:** Well we can talk about all the details related to PASHLEY.

**CALLAWAY:** And CATHY BLESS knows that.

**BERRY:** CATHY BLESS knows it. Okay.

**CALLAWAY:** And she did nothin'.

**BERRY:** Well here's what I wanna do. And let me tell you my idea. And you tell me what you think. What we need to do is a longer interview with you -

**CALLAWAY:** Yeah.

**BERRY:** - where you can talk about everything that's happened. And you can talk about the sworn staff that you have concerns about, and the non-sworn.

**CALLAWAY:** Yeah, yeah, there's stuff I wanna - I will try to compartmentalize this.

**BERRY:** Oh yeah. But what we need to do, we need to make sure that your union is present.

**CALLAWAY:** Oh, yeah. I forgot about that.

**BERRY:** And so what I'm gonna suggest to you, would you be available on Monday or Tuesday to come in here

CONFIDENTIAL RECORDED INTERVIEW TRANSCRIPT

and talk to us for a while?

CALLAWAY:  I can't do Monday.

BERRY:  Okay.  How about Tuesday?

CALLAWAY:  Tuesday.

BERRY:  Okay.  And let me ask you this.  Can I reach out to ROB and see if -

CALLAWAY:  Yeah -

BERRY:  - there's somebody -

CALLAWAY:  - you can tell him.  Yeah, do it.

BERRY:  Okay.

CALLAWAY:  Just say, "JUSTIN's been" -

BERRY:  Well here's what I'm gonna ask ROB.

CALLAWAY:  Yeah, yeah, he's my rep.

BERRY:  I'm gonna ask him or a rep that he trusts -

CALLAWAY:  Yeah, he is good.

BERRY:  - to come in and be a part of that interview.  Are you okay with that?

CALLAWAY:  That's okay.

BERRY:  Okay.  'Cause what that'll do, that'll make sure that your union is in the interview and is aware of the complaints that you're makin', and they may be able to give you ideas or suggestions for your non-sworn complaints, your issues about -

CALLAWAY:  Yeah.

BERRY:  - HR.  I just wanna make sure that they're there.

CALLAWAY:  No, it's just that's what - no.  Yeah, and I mean, this has been the perfect thing.  Like, where, I mean, I'm not getting paid.  I still kinda have benefits.  I have to call to verify it, 'cause I'm just tryin' to be invisible.  And I've tried to be non-adversarial.

BERRY:  Yeah.

CALLAWAY:  And like all I wanted to do was just work in a healthier position, and I couldn't get out of my department.

BERRY:  No, I mean, I'll -

CALLAWAY:  And like all they do is keep promoting people from within.  I brought up issues about Ty's custom software.

BERRY:  Yeah.

CALLAWAY:  And why I don't wanna be there, 'cause you don't have tech support for it.  You know, it's like -

BERRY:  That's the truth.

CALLAWAY:  - this is a liability.

BERRY:  Yeah.

CALLAWAY:  You know, but you keep promoting everybody up the thing so nobody has to deal with it.  They just go to another department.  And then he got Captain PASHLEY who assumed Personnel, and knows very well what these disabilities are and what information he should be using and how he should be using it.

BERRY:  Yeah.

CALLAWAY:  And there he's discussing my HIPAA stuff with the door open.  So, oh, I just got promoted to Captain in Personnel, let's go back down to IA.

BERRY:  Well, so -

CALLAWAY:  Tick.

BERRY:  - what I wanna set up for Tuesday -

CALLAWAY:  Yeah, sorry.  I'm bein' a little bit overly expressive.

BERRY:  - that's fine, Dude.

CALLAWAY:  I've really being strugglin' with this for so long.

BERRY:  No, talkin' to you, JUSTIN', I can tell that you're real upset about it.  I mean, I read you.  I copy that.  So

**CONFIDENTIAL RECORDED INTERVIEW TRANSCRIPT**

what we're gonna do, what IPR can do, we can pull a Intake Case Number related to the PASHLEY complaint. I can have an investigator available.

**CALLAWAY:** You can put Sarge and RUSSELL in there too.

**BERRY:** Okay so -

**CALLAWAY:** You can have Captain MCMILLAN if you want, because I think that that matters.

**BERRY:** Those are the three sworn members.

**CALLAWAY:** And you can even put Captain HUGHES on there because he heard about some of the stuff and did nothing with it on there.

**BERRY:** Well, we're gonna do the interview on Tuesday, and we're gonna -

**CALLAWAY:** Yes, you're gonna get it all, yeah, you'll get it all. I know I'm runnin' over -

**BERRY:** Yeah, yeah, yeah.

**CALLAWAY:** - so I'm gonna be respectful.

**BERRY:** So I'm gonna propose that we break for today.

**CALLAWAY:** Yeah.

**BERRY:** And what time do you wanna come in on Tuesday.

**CALLAWAY:** I don't know. Is 10 okay?

**BERRY:** Ten would be just fine on Tuesday.

**CALLAWAY:** Okay.

**BERRY:** Yeah.

**CALLAWAY:** What if you guys have a meeting?

**BERRY:** Yeah, we got us a way. Well, I know that's funny.

**CALLAWAY:** All right. Okay.

**BERRY:** Yeah.

**CALLAWAY:** I (inaudible - 00:41:48) to anybody, sorry.

**BERRY:** Yeah, totally. Totally. So I will get all that. And I'm gonna reach out - what is your exact union title? I get 'em mixed up.

**CALLAWAY:** It's only just a PASS.

**BERRY:** Is it? No, but I mean, are you Local 189?

**CALLAWAY:** I have no idea, whether it's 75 or 189 now.

**BERRY:** Okay.

**CALLAWAY:** They've been sending weird numbers.

**BERRY:** But it's ROB.

**CALLAWAY:** Yeah, it's ROB.

**BERRY:** Okay. Yeah, I know ROB. So I'm gonna reach out to him.

**CALLAWAY:** Yeah, ROB's fully aware of everything.

**BERRY:** Okay, good.

**CALLAWAY:** But so he's been just trying to help me try to get somewhere else, and, you know, and I'm tryin' to give him the space to do it. But at the same time, I'm vulnerable.

**BERRY:** Yeah.

**CALLAWAY:** And I've been vulnerable for a really long time. And all I did was do my job, or try my best.

**BERRY:** I'm sorry.

**CALLAWAY:** You know, and it's just -

**BERRY:** So, in the meantime, that'll give me enough time to do my part of it -

**CALLAWAY:** Okay. Yeah.

**BERRY:** - and pull a Case Number and everything like that. It's a little trickier when we have a Case Number open regarding a PSD or IA person, but we have rules and procedures for that.

**CALLAWAY:** Well, you may get my case (inaudible - 00:42:52) or whatever.

**BERRY:** Yeah.

**CONFIDENTIAL RECORDED INTERVIEW TRANSCRIPT**

**CALLAWAY:**  Yeah, I don't know.

**BERRY:**  So it's just a matter of makin' sure that we manage it on our end.

**CALLAWAY:**  Yeah.  No, I understand.

**BERRY:**  And not disclose information about that complaint to them.

**CALLAWAY:**  Yeah.

**BERRY:**  So, look at me please.  You have my word, JUSTIN.

**CALLAWAY:**  Sorry.

**BERRY:**    That I'm gonna treat this complaint square, and I'm gonna treat you fairly.  I'm not gonna share information about what you tell us with IA or PASHLEY or MCMILLAN or RUSSELL, or anybody like that.  I'm gonna treat this like a solid complaint comin' in the door.  You have my word, okay?  You good?  You wanna shake on that?  Okay.  So you come back and see us on Tuesday, okay?  And I'll get all those pieces set up.  And I'm sorry to kick you out today, but it's what we gotta do.  It's just the time that we have to do it.

**CALLAWAY:**  It's okay.  I've just been strugglin' for so long.  I just wanna be a single dad who worked.  That's all I frickin' wanted to do.

**BERRY:**  Have you been on the 10-2 for like six months?

**CALLAWAY:**  No, they only put me on it for two months, kicked me off.  And it was only because I asked to be on it.  And then they were like, "Oh, PASHLEY did that.  It looks like JUSTIN's having a mental health crisis."  Why did I have a mental health crisis?  Well, PASHLEY kept barkin' at me, and just, you know, literally uses his police investigation skills and walks by, you know, Mike SMITH, and goes, "I'm gonna ask JUSTIN a question."  Looks at him like this.  I'm frickin' autistic, and he's -

**BERRY:**  Okay, gotcha.

**CALLAWAY:**  He goes, "Hey, Mike, you were the guy not wearin' a mask.  You're in on the club, come on.  I'm gonna ask JUSTIN this question.  Didn't I tell you to write down every single thing you do, which is an impossible task for an autistic brain?"  And I'm like, "Yes, but I couldn't do that," you know.  And it's like literally like the shark and like - I mean, police investig- - where was my union rep if he's gonna conduct an illegal IA investigation.

**SANTOS:**  Oh, I'm gonna end the recording.

**CALLAWAY:**  Yeah.

**BERRY:**  Yeah.

 Gmail                                                         justin callaway <justincallaway@gmail.com>

# Federal whistleblower former PPB IA employee retaliated against - Chief Day and DoJ Geissler are involved

**justin callaway** <justincallaway@gmail.com>                        Wed, Feb 19, 2025 at 10:54 AM
To: councilor.koyamalane@portlandoregon.gov
Cc: Councilor.Novick@portlandoregon.gov, councilor.morillo@portlandoregon.gov, mbernstein@oregonian.com,
zshaikh@oregonian.com

Hello Councilor Koyama Lane,

I thought I included you. Please check in with your fellow District 3 councilors. All Portlanders, including me, need a council that cares and addresses these liabilities now before they become worse.

Thanks for your service and for what all of you do.

Best regards,

Justin


---------- Forwarded message ---------
From: **justin callaway** <justincallaway@gmail.com>
Date: Tue, Feb 18, 2025 at 10:41 PM
Subject: Federal whistleblower former PPB IA employee retaliated against - Chief Day and DoJ Geissler are involved
To: <mbernstein@oregonian.com>, <zshaikh@oregonian.com>
Cc: <Councilor.Novick@portlandoregon.gov>, <councilor.morillo@portlandoregon.gov>
[Quoted text hidden]


--
Justin Callaway
503.477.7298
justincallaway@gmail.com


---------- Forwarded message ----------
From: justin callaway <justincallaway@gmail.com>
To: AttorneyGeneral@doj.oregon.gov
Cc:
Bcc:
Date: Wed, 29 Jan 2025 12:05:10 -0800
Subject: OR AG: Fwd: Judge Simon: Fwd: Query about Portland 911 service by Multco SO instead of PPB - Fwd: Proposed Separation
Hello,

I need help. Many state agencies have not been accessible because of my disabilities. I am autistic and receive Developmental Disability Services. I believe I have been financially abused by my union. Unfortunately, as you read below you will find exactly why I would not be able to report this to my local law enforcement agency.

I have no been able to find a lawyer because my issues are incredibly complex and the City of Portland/Portland Police Bureau are daunting defendants. It does not help that the Oregon State Bar told me there are not attorneys in Portland. With my debilitating cPTSD/OCD I will go back to a resource that has failed me. This has direct relevance to my Workers Comp Appeals Court date on February 19th. It is my belief that the City of Portland did not keep this process independent and should lose their ability to self-insure. As you will see below there are serious conflicts and cover-ups related to my denied WC claim process.

I believe my civil rights have been violated as a protected class on many levels as an employee and continue to be as a vulnerable adult who lives in Portland. I do have an open EEOC complaint, but the legal aspects of my experiences and that of my family are far beyond that scope and include many state agencies with unique, independent roles to play in their piece of accountability.

When I've tried to contact BOLI they did not respond to my email did not return my voicemail from their Civil Rights division. When I called to get information about any state statutes to interpret what it means when an ex-employer sends you a check that

indicates it is not paid leave/wages and says you are on the payroll weeks after they terminated what that means for unemployment, the employee told me to talk to a lawyer I told him I do not have or have not been able to find because of the Oregon State Bar. He hung up on me. None of this okay.

I cannot tell you how difficult this time has been and how scary it continues to be.

I need my State Attorney General to help me. These issues are serious and involve a vulnerable adult and people with badges and guns that have already violated my civil rights.

If people have acted criminally or with bad intentions and abused my civil rights, that matters and I need your assistance holding them to account because it could have implications for other vulnerable adults or bias with future criminal justice work when they are sworn. When it comes to state agencies that need to better, I am open to conversations about how to make those processes more inclusive. Right now they are inaccessible and the very non-profits like Disability Rights Oregon and Legal Aid have serious accessibility issues and have already failed me as well. This is why I am emailing you.

I need help, please.

Thank you,

Justin
---------- Forwarded message ---------
From: **justin callaway** <justincallaway@gmail.com>
Date: Wed, Jan 29, 2025 at 10:59 AM
Subject: Judge Simon: Fwd: Query about Portland 911 service by Multco SO instead of PPB - Fwd: Proposed Separation
To: <simon_crd@ord.uscourts.gov>


Hello,

I just left VM for chambers. I am autistic and receive Developmental Disability Services. I do not have support worker assistance today and am trying to contact you on my own.

I hope it is ok to email this to you, your website was unclear to me as I don't know what a court deputy is or chambers, etc. My situation is incredibly complex and includes information I believe Judge Simon needs to know with regards to people negotiating about the US DoJ Agreement and the future police accountability in Portland. I do apologize if this information is inconveniently timed, I'd hoped to have legal advice before sending, but am unable to find an attorney.

I live in Portland and if I call 911 my ex-employer, PPB, will respond. This means a sworn member under the command of Chief Day will respond. As you will see below, I believe participated in disability discrimination, a cover-up of possible federal fraud and liabilities to our police accountability and criminal justice work I reported during FMLA/ADA accommodations, and my eventual what I believe to be my wrongful termination (with assistance from my union).

I do have an open EEOC investigation but all state agencies so far have not been accessible and provided no way for me to participate in their complaint process and provide the accountability they need to provide. You have the very email requesting this assistance.

This includes the Oregon DPSST, OR State Bar (yes many City lawyers I believe acted unethically including Deputy Chief Frome (see correspondence below) who no longer works for PPB after my allegations), and BOLI. Similarly, this includes DoJ Jonas Geissler as you can see below and even the Mult. Cty DA, as I shared Giglio/Henthorn level concerns about many sworn members. They told me they could not help. This is a problem. Jonas never confirmed receipt and never had anyone contact me. Do you think that is acceptable? I had to receive confirmation from COCL.

I used to work in Internal Affairs as a Police Administrative Support Specialist. I have been in meeting with Jonas and sent weekly emails often. He knows that I should have received letters and as I was part of team that fulfilled COCL/DoJ quarterly audit file requests with coordination with the City Attorney's Office (yes Heidi Brown). All of these people, and the Chief's Office, are all fully aware that my civil rights have been violated because I have received no acknowledgment letters from IA or IPR for a single allegation/complaint. Why? They are my right both as for when I was a PPB employee and also as a citizen for the Youtube City Council testimony I gave after being terminated. Yet, I have received no letters. This means I am developmentally disabled citizen with mental illness that is being disparately treated against whose mental illness is compounded because I know exactly what I am being denied. It's horrible and has direct relevance to the US DoJ agreement, not in use of force, but in police accountability. This is how the City stakeholders and Jonas Geissler think police accountability should look for me?

While I know nothing about criminal law, I believe this is a RICO level of cover-up, and sadly it includes the current Police Chief Bob Day. These conflicts have serious implications to my mental health and my family members.

I live in a City where my former PSD Commander who had full knowledge of many complaints had given me a Christmas card telling me all PPB Officers are appointed by a Christian god then oversaw a criminal investigation of my Jewish son who also has

autism while I was actively being discriminated against in a coordinated effort between PPB Chief's Office, Mayor's Office, HR, IPR, and the City Attorney's Office.

Oddly, Assistant Chief Bell no longer works there yet I received no letter for my allegations. Was the OR DPSST made aware that both DC Frome and AC Jeff Bell had uninvestigated allegations that the CAO and Chief's Office and IPR refused to send me a letter to acknowledge? I had to verify this information for Personnel when any sworn PPB member left the bureau for DPSST. If DPSST does not know these things, it is criminal level cover-up if this was not reported - including people with badges and guns all because it was shared as part of my ADA process. You have the documentation below to verify this and whether people, including Jonas Geissler, contributed to this cover up.

I have many more emails and records. This matters because there are endemic institutional issues that need to be addressed, liabilities for all Portlanders, and many of the very people involved in your work that should possibly be disbarred or under criminal investigation potentially invalidating all of the work you are doing. Worst, they are all directly involved in violating my civil rights. Below you will see that, I know and now you will know that the current Police Chief is aware I've been denied police accountability and also knows about my disabilities as a developmentally disabled vulnerable adult citizen. I have been inappropriately contacted by City staff involved in my EEOC complaint and PPB since being terminated. This is NOT ok and has been hugely disruptive to me.

If I call 911 PPB officers will show up under his command and he has ensured that I know that I will be denied access to police accountability. This is all not ok.

I have never been interviewed for any professional standards investigation when my allegations involve many different current and past sworn members in supervisory roles. An outside agency should have been immediately called in. HR intentionally did not conduct professional standards level investigations into my allegations because not once was I interviewed for the allegations that they had oversight (IA employees only) and they did not have that authority for the ones where IPR and IA had jurisdiction (depending on sworn or nonsworn and IPR's selection). It does not help as you will see below that IPR Director Caldwell also was well aware of the coordinated misconduct and possible federal fraud involving an untold number of sworn members and management.

I have no attorney. As I shared in my voicemail to chambers the Oregon State Bar told me there are no attorneys in Portland. It is incredibly hard for me to keep advocating for myself with my cPTSD/OCD and when a resource like the OR State Bar is not accessible I will not go back because of my mental illness. None of these agencies with direct accountability roles have made their processes accessible to me. This fails not only me, but institutions like your court that needed those investigations to make sure you have had stakeholders without conflicts of interest, or worst yet, possibly involved in a criminal activity or civil rights abuses.

I apologize if this email is rambling, there are typos, or it is unwelcome surprise so far along in your work. I am not able to proofread/edit this. It's a sad reality with the extreme stress and mental illness complications along with my developmental disability challenges.

I do have a WC Appeals Court date on Feb. 19. I believe that the City denied my claim in a coordinated effort with the Mayor's Office, PPB. CAO, and HR (because Risk Management is in HR). That process is supposed to be independent, but involves City employees under people with conflicts of interest. This is and continues to be a problem.

I also believe the City attorney committed perjury in the hearing to give me a final extension to find a lawyer. I mention this because I need the court to understand how complex these issues are and I think your court would be the one to request additional extension since it is all very much related.

As you will see, in the link below, where Deputy Attorney Heidi Brown and Mayor Wheeler were in attendance, I actually care about public service and liabilities to all Portland taxpayers. I followed the very PPB directives I was required to follow to keep my job. The only people who were accommodated in my ADA process were those who broke multiple directives and possibly committed federal fraud or have been trying to cover it up.

My ethics are intrinsically tied to my neurodivergence in trying to navigate a confusing world with my monotropic, literal interpretation of language where most people have a different cognitive flexibility and awareness that hidden cultures and hierarchies with an elastic sense of morals often exist with dire consequences in the very departments or roles when my brain thought they should not as it was not what taxpayers were paying us to do.

https://www.youtube.com/live/KU7elJmT9s4?si=avpdFmH9eWEk-MYw

I thank you for caring about the work you do. I apologize for the long email (and supporting materials). It's a byproduct of the extensive trauma I endured and still endure since Portland is my home and I am fully aware that my civil rights were violated as an employee and now as a citizen.

Sincerely,

Justin