---------- Forwarded message ---------
From: **justin callaway** <justincallaway@gmail.com>
Date: Tue, Apr 16, 2024 at 2:03 PM
Subject: Query about Portland 911 service by Multco SO instead of PPB - Fwd: Proposed Separation
To: <DA@mcda.us>


Hello District Attorney Mike Schmidt,

There is quite a bit of correspondence below. As you will see, quite a few other oversight agencies were included. I am forwarding the email I sent to COCL as the most efficient way to share.

As a developmentally disabled adult with mental illness recognized as eligible for Developmental Disability Services by MultCo/State of Oregon, I have been trying my best to advocate for myself with no attorney. I believe there are national implications for the discrimination I have experienced as an autistic, vulnerable citizen/employee and could have some bearing for you in your position as to how we as a community learn from my experiences as different agencies investigate as it applies to criminal justice and workplace concerns for autistic individuals.

Please accept my apology, I am only now realizing that many of the allegations raised might have relevance to the important work your office does for the residents of Multnomah County insofar as bias/credibility of possible sworn members and perhaps the implications regarding PPB's police accountability system that would help investigate such allegations.

I'm reaching out because I feel incredibly vulnerable as a Portland resident. I recognize you and your family may have experienced some of this yourself based on headlines in recent years. So, I think you can appreciate that when all I did was what was asked as a disabled PPB employee with a neurodiversity that lends to an inflexible ethical standard and just wanted to work in a healthy department where this would not be a problem, this seems like a rather high burden to pay when I am the type of adult mandatory reporters would have to report any suspected abuse. Yet, I no longer have a job per yesterday's Certified letter from PPB Chief Day.

When I asked my coworker why PPB was not a culture that supported whistleblowing, he replied "You never heard that snitches get stitches?" So, if you have the time and patience to read the emails below, I ask you how I might feel with that response to my very autistic question.

I am supposed to get my belongings returned to me on Saturday morning. I will request a Civil standby with Multco SO. The reality is I do not trust PPB any longer. It's not that I do not believe there are many fine, professional officers and sworn supervisors. It is because this is a command-driven environment where the discriminatory handling of my employee concerns and ADA process involved the Mayor, the Director of BHR, City Attorney's Office, and PPB Chief's Office. If there is no accountability at any level, much less professional police accountability for whistle-blower concerns about our police accountability and bias allegations as an employee, please tell me how I am to trust I will be safe when those in charge act accordingly and give the orders to those on the ground should I require police assistance.

I hope you do not play Wordle. Spoiler Alert: If you do, my email attachments include today's answer. When I am not stressed out dealing with disparate treatment in the workplace or having my safety, professional, bias concerns ignored by supervisors, my brain thinks about things like, "I wonder what an analysis of Wordle word choices indicates about a person's mental illness or neurodiversity?" Perhaps you will read my answers today and appreciate my brain subconsciously saying, "Justin, I think you should email the DA and ask if it is possible when I call 911 as a Portland resident to have a Multnomah County sheriff respond instead of PPB?"

It's a real question for a rather extraordinary and protracted experience as an employee who happens to be a Portland resident. Please let me know.

Best regards,

Justin

---------- Forwarded message ---------
From: **justin callaway** <justincallaway@gmail.com>
Date: Tue, Apr 9, 2024 at 10:47 AM
Subject: Fwd: Proposed Separation
To: <portlandcocl@cna.org>


Hello COCL (Tom Christoff),

Please confirm that this is the correct USDoJ Jonas Geissler I included and that he received the message in its entirety. If there is someone else overseeing the PPB - DoJ agreement please let me know. The contents of the email have direct relevance to

police accountability, liabilities to IA investigations and related appeal rights, and what I believe to be a coordinated effort to cover up and create more.

The City of Portland and PPB have ensured I do not have access to online City learning resources or my work email account since July, 27, 2023. Otherwise, I would be able to verify. I would consider an email confirmation of this verification as kindness and a disability accommodation request.

Best regards,

Justin


---------- Forwarded message ---------
From: **justin callaway** <justincallaway@gmail.com>
Date: Mon, Apr 8, 2024 at 4:43 PM
Subject: Re: Proposed Separation
To: Porreco, Kristina (Police) <Kristina.M.Porreco@police.portlandoregon.gov>, <robert.day@police.portlandoregon.gov>, <jonas.geissler@usdoj.gov>, <BOLI_help@boli.oregon.gov>, <DPSST.Complaints@dpsst.oregon.gov>, <info@eeoc.gov>, <cao@osbar.org>
Cc: cityattorneysoffice@portlandoregon.gov <cityattorneysoffice@portlandoregon.gov>, Geebs Rojas <grojas@oregonafscme.org>, auditor.rede@portlandoregon.gov <auditor.rede@portlandoregon.gov>


Portland Police Bureau Chief Robert Day,

Although we have never met, my name most likely has been an unpopular subject in your tenure. You probably don't know this, but I have a strong work ethic, dedication to inclusive public service, a rather inflexible moral code when it comes to transparent good governance, and when not dealing with oppressive circumstances, I will try and make people's day better by sprinkling in a few dad jokes while providing exceptional service to the best of my abilities.

The City of Portland/Portland Police Bureau has not valued these qualities. Instead, I have been interpreted as a threat and not as a disabled employee to be reasonably accommodated with associated rights. This makes me incredibly sad.

I will try to explain in additional detail why the PPB culture and actions/inactions of PPB Command/employees resulted in discriminatory handling of my concerns and reinforced in coordination with the Mayor/Bureau of Human Resources (BHR)/City Attorney's Office (CAO)/Independent Police Review (IPR). This has had a profound impact on my life but also creates serious liabilities for current criminal investigations and other police work beyond IA investigations. I believe that my son and I have had our civil rights violated with coordinated misconduct also involving PPB sworn members.

This has had a devasting impact on my life and my family. In particular, this has caused such extended distress and impacted my ability to function and communicate as a developmentally disabled person with mental illness. I apologize in advance for the length of this correspondence, any incoherence, typos, and my discursive communication style. This is what extended discrimination looks like for someone who is losing their agency to function as an adult and must advocate for himself. So, please, as annoying as my writing style may be and as long as the messages are I implore you to have some compassion and patience. Please make a pot of tea and read it all. I am someone who desperately needs help at this critical juncture and losing his ability to continue advocating for himself any longer. I have included you or your agency's intake email because I believe you can assist in some overdue oversight capacity. I thank everyone in advance for what you do.

And now, may I suggest that you and everyone else I've included in this email please read the emails below and return?

Welcome back everyone and happy Autism Acceptance Month! Before I resume an exhausting email that most likely will exhaust everyone as well, I ask you to please keep in mind just how exhausting it is to have my brain and to advocate for myself with everything that has happened and the considerable resources being used against me that should have been used public service/accommodations and not to discriminate against me in a horrific coordinated effort of disparate treatment against a developmentally disabled employee with mental illness. This is not a fair dynamic. This is what it means to be disabled in a world of privilege that protects that privilege.

I would encourage anyone who is not familiar with masking as it relates to autism to please look this up. It will explain how hard it is for me with my developmental disabilities and debilitating mental illness in an unhealthy environment to not only exist but how I must use an inordinate amount of energy trying to fit in with people who can effortlessly navigate a world where they make choices about my access to accountability or break directives with no consideration of how that impacts someone with my brain who wants to perform the job as it is defined, follow the rules expected to keep that job, and perform tasks to the best of his developmentally disabled abilities. When my bias, professional, and safety concerns are ignored by those with the power to do something this creates a brutal cognitive dissonance where I must show up to work and "pretend" to be normal but constantly self-censure myself about the inequities or disparate treatment I am receiving and somehow try to figure how to do my actual job without becoming ensnared in a web of misconduct.

On my first day in IA I was overjoyed that everyone ate lunch together and possibly a chance for me to fit in. During that lunch, swearing abounded with playful "ribbing" of coworkers. I was asked, "Justin, do you have a problem with cussing?" What's a developmentally disabled newly hired employee with mental illness who has struggled to fit in his whole life going to say? I believe I joked something to the extent: "My preference is not to swear, but listening to my kid game online means I probably have heard it all before." Haha, I was "sworn" into IA before I even had a chance to read the PPB directives to find out that I was now violating them by agreeing to allow my coworkers to swear. My autistic brain loves a good pun. That said, my autistic brain and cPTSD/OCD do not love being duped into being initiated into a conspiracy of coordinated directive violations without my consent. I remind everyone when I attended a CAO 2.02 Disparate Treatment Zoom meeting I was told intent and consent do not matter.

Yet that same day Lt. Gjovik told me "What's said in IA, stays in IA" to describe the NDA I signed as a new hire and made sure to collect from other new hires as an IA PASS. This is the same NDA Captain Hughes who did not escalate the directive violation by Captain Pashley that I shared, reminded me as if a threat to not violate my Professional Standards Division NDA.

So, how does that work? I studied mathematics and will often apply a logical math proof approach to resolving cognitive dissonance. That said, my brain is trying to figure this out - "what's said in IA stays in IA" and my coworkers are violating directives with what they are saying. Does this mean it is all ok? Chief Day, as part of this above-board, inclusive pre-determination process where I have been provided all the necessary documents to make my case with ample time to review them with my developmental disability before this new email deadline of 5pm today, please answer this question. I am still unclear on this.

This is my autistic brain not only trying to fit in as a new hire, but trying to navigate a minefield of conflicting information. I do not want to be part of any club, I just want to have a decent paying job with good benefits to care for my kids as a single parent with neurodiversity and mental illness and children with the same. So, when my immediate report, Sr. PASS Tyson Estes sees my brain constantly struggling and wanting clarification to do my job correctly, he says "Your first answer is the correct answer" in a command-driven environment. In other words, what is said in IA stays in IA after being sworn in involuntarily into this conspiracy to break directives (witnessing others breaking directives and not reporting them) in a department I had no choice in being assigned from the beginning and if I raise issues to my supervisors I must accept their decision.

Chief Day, according to the proposed separation letter this is the department where my employer and PPB have met all of my accommodations while never once interviewing me as part of any transparent police accountability

process with a single complaint I have raised. As I read it, I am refusing to return to IA based on this carefully crafted discrimination correspondence with CAO/BHR guidance to intentionally omit everything that has happened to me as an employee before placing accommodations and upon placing them. Please answer my question, do feel like this sounds like a healthy department for me as a vulnerable developmentally disabled employee with mental illness who worked very hard to keep that position no matter what my coworkers, supervisors, and PPB command staff did and did not do on my behalf making in making it unhealthy for me? Please answer this question. This is your bureau.

I would encourage everyone to look up the difference between monotropism and polytropism to understand the privilege neurotypical employees have in the workplace and my inability to have the cognitive flexibility to behave as they do in breaking rules. My brain sees each directive as a single directive to be obeyed. All of my IA supervisors loved Sr. PASS Tyson Estes' epic profanity-laced doom-and-gloom responses to being asked how he was doing. My monotropic brain that I was born with is a developmental disability with how I process language and navigate the world with others who have the cognitive flexibility to choose what directives they want to follow and not follow when my brain says you must follow all of them. Yet, placing disability accommodations in PPB to get to a healthy department, say planting some trees for Parks Bureau or scanning documents for City Archives, my interactive, fully legitimate accommodations process as this proposed separation indicates says I must return to IA.

Chief Day, please explain this to all the others on this email why you believe that I have refused your generous accommodations and cannot return to IA and must be separated. I really I hope you have not been involved in the cover up and effort to deny me any police accountability and present this process as legitimate as you have now been included to do.

A question for those City decision-maker representatives of their respective bureaus/offices, does this email thread read as the City of Portland and PPB are inclusive of my autism or my son who has autism? Chief Day, as you've read, answering my questions is important to me as a genuine accommodation for my brain. Please tell me as part of this pre-determination process, does this sound like my intrinsic issues with processing language and following rules have been respected in a Police Bureau where Internal Affairs supervisors with full knowledge of my mental illness decide to repeatedly deny me any accountability of repeated concerns including bias when as is common with autistic individuals, people like me get abused or people subject them to bias? How do you feel my ADA accommodation process has been handled? How about even just this pre-determination process? I still don't know what this process is exactly, what my rights are, or have a union rep available as everyone reading this will now know… much less a lawyer.

I have not been provided any records I'd need to contribute meaningfully to this process and this generous revised deadline provided after my accommodations continue to be ignored. I am starting to believe this was the intent all along.

Dear EEOC, BOLI, Oregon DPSST, USDoJ, please know I require accommodations to participate in any investigations, this includes having an advocate and at some point a lawyer. Given my protracted, unfair employment situation, it's unclear how I will be able to participate in my current state (this correspondence should be a good indicator). That said, I am aware that timelines are important. I will need genuine assistance in filing complaints and ideally staff members familiar with autism.

Dear OR State Bar, I already tried to find a lawyer through your service and was told they could not find anyone in my area on Nov. 28, 2023. You must understand that with a history of cPTSD/OCD and trauma from asking people for assistance and having it not offered, the idea of re-contacting the same resource is not an easy process for me. Because of my mental illness/neurodiversity, I will avoid repeating these bad experiences, especially in my current state despite this being listed as the appropriate resource on my Worker's Comp court documentation. This has impacted my ability to find timely legal counsel so I am forced to represent myself despite being eligible for Developmental Disability Services. At this point, I feel I will need an advocate to assist and that your referral

service is woefully inadequate. I have included USDoJ to help you with this. That said, I encourage you to investigate all possible ethics violations by any lawyer involved in my experiences. Please.

When I approached Legal Aid they said I earned too much. Out of desperation, I went to IPR last December to make a complaint since my HR representatives and PPB Command refused to provide any transparent police accountability for my concerns. This was particularly distressing at the time with the hiring process for a position that indicated I might have to list my supervisor IA Captain Greg Pashley who no one had investigated and certainly never interviewed me to get my story. I thought IPR would be able to help, they instead tried to cover up my visit and not send me a declination letter.

I recognize my legal search is outside of City of Portland/PPB concerns. I am sharing this so everyone understands I have been treated not as an adversely impacted disabled employee with rights but as someone who could handle the unbearable stressors, and complicated processes like this pre-determination with no accommodations being respected or clear communication of my rights, and I am supposed function and represent myself as if this is just another jolly day at the office at my oh so inclusive workplace.

The reality is far more brutal. The severity of the impacts of these discriminatory work processes on me has been crippling as a developmentally disabled employee with mental illness recognized by the state as vulnerable. This included losing the ability to speak for a week without extreme exertion - forcing words out in a halting and delayed manner when trying to find a lawyer to help me with my Worker's Comp appeal.

Please contact the WC Court Clerk, Justin, at the number on the letter - ask about when I told him about my inability to find legal assistance, so he requested an extension for me as an accommodation as the only thing he could offer. The WC Ombudsman also had no solutions other than to keep calling lawyers despite having communicated my difficulties or the reason re-contacting the Oregon State Bar is a problem for me. My unique disabilities and how they impact me in particular in this situation have made the current situation why I do not have legal representation today and the City/PPB have continued to discriminate against me by using overwhelming processes against me and coordinating to discriminate against me.

There is an implicit bias in how I've been treated as an employee beyond the disparate treatment I have been subjected to repeatedly and even within this process. All involved with my medical information understand that my brain shuts down with over-complicated processes or disingenuous/duplicitous actions.

I am attaching the revised WC court date letter I received this Saturday, April 6 (Exhibit #1).

As such I have no lawyer, but I would imagine the WC court "discovery" aspect of the letter should allow me access to all the records for the improper handling of all of my complaints. PPB Command and HR have made a point of providing no formal acknowledgment of any complaints like IA and IPR would with notification of investigations, with listed allegations, and then sharing written findings with me.

I find this so incredibly troubling especially since I was never interviewed once and did not have an opportunity to share additional details I would have shared. The only recorded interview was the one I chose to create by trying to do an IPR intake. I have requested the transcript from my IPR interview and still do not have it. Chief Day, this is why US DoJ, OR DPSST, and COCL have been included, I want you to have support in making sure real police accountability is occurring because as I will detail later there more serious implications for criminal police work liabilities as well as other uninvestigated bias against me and possibly my son's civil rights.

Once again, I am involved in a pre-determination process with no knowledge of my rights or documents despite being self-represented (not by choice) in my WC denial appeal and I believe this entitles me to all these records. I have no idea, but I think it is about time as an active City/PPB employee in this situation it's time people respect my disabilities and what is happening and quit this coordinated and devastating discrimination of me as a disabled employee. Please, these agencies are going to have to investigate all of this, the new police accountability system that replaces IPR will need to figure out how to be inclusive, show them that the City can stop this madness and

finally do the right thing and quit abusing tax payer funding to discriminate against an employee who embodies the virtues the espouses to embrace in concert with taxpayer expectations.

CAO, just like DC Frome, know exactly what documents do not exist that should exist and what I have not been provided as due process, They have helped advise Kristina and DC Frome on this pre-determination meeting letter and process. Once again, a developmentally disabled employee with mental illness who placed accommodations because his department was unhealthy and HR told him needed to do so is being discriminated against. When does it stop?

Should I have received these documents already? I'd imagine this would allow for a fair due process. I mention this again because I've never seen any of them, much less have I had questions answered as requested as an accommodation or have my other accommodations followed, like the request to include you, Chief Day, in responses to the earlier emails. Yet, no one provided me my medical record or list of any IPR/IA Case #s to date with the outcomes for all allegations for my pre-determination process for medical lay-off without a union rep. Perhaps other people with knowledge of their respective legal specialties will see a violation of some applicable law or noncompliance with the DoJ/DPSST standard/or Legal Ethic code, hence their inclusion. Chief Day, I want you to have their support. I certainly need it and I believe you will as well. This has to stop and this way of conducting business needs to change.

I'm just a developmentally disabled employee who wanted to work in a healthy department and my HR reps said I had to place accommodations to do so without even telling me how to use the form that did not indicate how to do so. I have submitted three different versions of accommodations and this is the third time I have been threatened with medical separation. Having never done ADA Accommodations, I revised them to assist in finding a position outside of the Police Bureau (yes, Rob, Marquis and Kristina know why I modified my accommodations and that it was NOT to return to IA or PPB when no documentation has been provided to me that it will be safe or that any previous bias and other complaints have been investigated).

So, I am told I must return to IA when I have no idea what police accountability has been done.
All shadow work by my employer who says they have looked into everything per Kristina.

My ADA accommodation process was a sham, HR covered up what happened and refused to provide adequate transparent police oversight of my complaints and investigate what happened when I returned to work, and PPB Command, the Mayor, BHR Director, Risk, IPR, and CAO all know this is the case. There is nowhere in the City at this point I would feel safe working with such coordinated discrimination. How do you accommodate this?

I do know that Marquis never read my accommodations prior to my returning to work as evidenced in his July 25, 2023 email. This was after submitting accommodations requesting reassignment on July 13, 2023 and he replied on July 17:
"Can I kindly ask you to begin to consider coming back to your same position/assignment, while we continue to look at options? We can commit to working with your management team to help foster an environment that provides you an opportunity to be successful in your role."

I had my dad read this as I could not believe this response. He had no idea either what to think. Askjan.org did not either.

I do know that Kristina lied to cover this up on Oct. 27 with her Public Safety HR manager Ron Zito's blessing. They did not correct the record (when he knew she lied from my Oct. 7 email) when they returned after being made to leave by Patricia Loving when Kristina lied. I do have the email Marquis provided from July 26, 2023 at 3:09 PM when he says:
"Oh, you have two!!"

because I told DCTU and Marquis that I needed this as a gesture of good faith to show that I could trust him after the condoned lying with Kristina by her supervisor Ron Zito.

Yet, did he escalate the fact Kristina lied and Ron approved this handling of a developmentally disabled employee and both should have been disciplined. No because Kristina is involved in this process. Marquis knew this was the reason is quite problematic as a justification to ignore a direct accommodation request never to call me directly like she did on Jan. 26, 2024 to tell me I needed to return to IA, when I was actively working with her colleague. For DC Frome to try and sanitize this breach of accommodations in this letter I believe to be unethical behavior as a lawyer and PPB Command staff member, especially one that tacitly endorsed Sergeant Russell creating a public record accusing me of insubordination and possibly untruthfulness. Yet, when I provided this evidence to Captain Pashley no one informed me of the IA/IPR investigation as she is now a Lt. in the Training Division. This is just another example of PPB promoting sworn supervisors who mishandled my bias concerns and providing no records of my my complaints..

While I have no evidence of any real police accountability, PPB Command (via AC Bell and Captain Hughes) and HR were quite aware of my situation. As I imagine I will be entitled to this discovery this will show there was CAO/Mayor/BHR/PPB command support to bring in an outside law enforcement agency and instead share information with "involved" sworn members while intentionally never interviewing me in any professional standards police accountability investigation. It would be disparate treatment to provide me with anything other than what I would have been subjected to as a non-sworn PPB employee when as a disabled employee these complaints were shared only as a result of workplace discrimination concerns and experiences that were fundamental to why I placed accommodations. I find it incredibly disturbing and distressing when I have nothing to review as part of this pre-Determination process when I used to be the one who would help PPB members facing discipline with their union rep/president review their case files. Chief Day, do you see the irony in this discrimination and this being presented as a fair process?

Yet, I believe you are going to lay me off unless I return to IA where you most likely have listened to my IPR interview when I do not have a copy. I must write this email about how Captain Greg Pashley used his criminal justice training on me as a developmentally disabled employee with the very IA Investigator, Mike Smith, that I reported for violating at least two directives with two other PPB sworn members. They decided to conduct their own unofficial IA investigation with no official notice or union rep available to me as he referenced information he was not included on that was only shared to HR staff and as such he was fully aware of my disabilities and abused them in an effort to show I was untruthful. I will never be able to unsee his nodding his head to Mike that this when I'm going to ask Justin that question and you are going to be my witness, and Mike turns around to show how he's all for it.

Do you know how traumatizing this was? Do you know what kind of nightmares I have had since? My HR thinks doing the same kind of police accountability they conducted where there are never any notices and subject me to additional risk. A shadow form of police accountability intended to discriminate against me after I have been discriminated against over and over again and when I finally have the word autism to describe this developmental disability vulnerabilty and the equal ADA accommodation worthy comorbid cPTSD mental illness. Captain Pashley knew this, so did HR, and his idea to use his criminal justice training on me like I'm a criminal to try and create a record to get me fired. This is so freaking disgusting and horrifying. This is what CAO, BHR, PPB, IPR, and Risk Management have intentionally not wanted to investigate on any legitimate level and interview me to find out about despite raising issues to Marquis as it happened and appropriate leadership on Oct. 7.

Chief Day, you want me to return to this Captain and this department where City resources covered up liabilities/fraud and two of the main employees are using their law enforcement training on me trying to conduct a police investigation like I'm a criminal when I'm just a developmentally disabled employee who wants to work in a healthy department. All because I've raised serious liabilities this supervisor should have escalated and an outside law enforcement agency should have been brought in. Forget that he should not have been allowed to be my supervisor again, he was provided access to my confidential medical and complaint information about him.

This is why you conduct real IA Investigations and let me know what is occurring. You don't taint my chance at real due process and enable an abuser who has covered up past coordinated misconduct with sworn members (many under his supervision) and IA investigators (all but one were previously law enforcement). Instead, you not only deny me timely due process you allow this shadow version of disparate treatment accountability to produce the results you received. Then DC Frome is allowed to be involved in my Pre-Determination with Kristina when CAO/BHR and most likely PPB Command know what Kristina and Ron did previously and present this proposed-separation letter as legitimate after Captain Pashley did what he has done before and during my return to work. Just like presenting I had a fair accommodations process when Marquis had been forwarded my concerns about Captain Pashley's integrity and it was clear he had been sharing way too much sensitive information with him.

I was fine that Monday working when he was not in the office. The next day he shows up and says, "We're going to have to work together, I hope that's not going to be a problem" as his first comment to me. No, "Glad to see you back from FMLA, hope things are better." A veiled threat that he has been given access to all of my complaints and medical information and "I hope that's not going to be a problem." Yes, it is and it was a problem!

He should never have been allowed access. This was never investigated properly, nor did Worker's Comp do as they indicated they would, despite being fully aware of what occurred. I am autistic, if you say to place accommodations to get to healthy department, or indicate WC will investigate thoroughly, I am going to believe you and engage in good faith. This is why I am vulnerable, developmentally disabled employee. This fact has been abused over and over again to provided me disparate treatment and pretend I received fair processes.

Not only was it disparate treatment to not investigate adequately, this decision not to do so engineered the exact situation where I was emailing trying to tell my HR staff to please quit sharing information with him that he should not have, that this is triggering my cPTSD. And when I question his very integrity, HR includes him on their reply and he lets loose on me creating the absolute worst work week of my life reducing me to tears when HR said they would work with my management to succeed. Is this what was meant by success by Marquis? Chief Day, please answer this, because the success DC Frome wants to present of what he considers a fair Accommodations process is such a false narrative of all events that he and everyone else involved in this medical separation and my accommodations know exactly what occurred and have tried to cover this up.

I believe anyone involved with this letter and my treatment to date should be investigated for disparate treatment of me as a disabled employee and those with law degrees and badges should be investigated by their corresponding oversight agencies. This is so disgusting and it's just not even the worst of it.

This is the Mayor, PPB, CAO, BHR, Risk management holding the thin blue line against the developmentally disabled employee with mental illness who follows rules because of his brain that he has no control over. This is how Autism Acceptance Month is being celebrated for me as an autistic PPB employee who works for the City of Portland.

Was it okay to not professionally investigate why I could not be within 6 feet of Captain Pashley because I am so terrified of him after he abused my disability and complaint information recruiting another questionable IA coworker when he should have never been given access or allowed to be my supervisor. This is the department I am supposed to return to? Chief Day, please answer this.

No one has provided evidence any complaint that has been investigated adequately to a professional standard, one that would include interviewing me. Instead the City/PPB have shared information with people who should never have had access to it, abused it for reasons it was not shared, and compromised my ability or the City of Portland taxpayers to receive untainted, true police accountability. This has serious consequences not just for me.

This has had an incredibly disabling and traumatic impact on me while I continued to trust HR and engage in good faith. When Ron Zito called me to say I would be medically separated after a supposed interactive ADA accommodations process where not once was I contacted despite being available the whole time and Kristina

having contacted my provider with a question where she referred HR back to me, I then escalated in an email on Oct. 7 to the Mayor, BHR Director, and Kristina's boss Ron Zito. The result was Viki Bigsby denying my worker's comp claim.

She was the one who put the May 25, 2023 injury date on my claim knowing I wanted to address all past leave and what occurred when I returned to work. Yet, after being told I had no workplace injuries and then denying my claim using all of my accommodations information against me to say I am damaged goods, why do I still have no answer from my HR/FMLA contacts to all of my unanswered questions when this was requested as a formal accommodation? When you ignore accommodations it is not trivial, it is discriminatory. For instance, when I was told to apply for Paid Leave Oregon I asked via email if I am eligible for Catastrophic Leave Donations? No one answered this question.

Chief Day, please answer this question as part of this pre-determination process. I received no answer at all. I have had no income since Jan. 24 and this is by design. This whole process is designed to engineer provide disparate treatment and present it as fair like in DC Frome's letter. If this is the case, please answer my question about Catastrophic leave. My understanding, the City Attorney's counseled that no workplace injuries have occurred, which when I read Catastrophic Leave means I should have become eligible for this program all other employees have access to but me, no? Chief Day, please answer this question.

It's highly relevant to why my insurance was cut off on Feb. 1 but I did not receive notice until March 2nd. This is coordinated disparate treatment of a disabled employee by PPB and HR staff and not only denying his accommodations to respond to questions but intentionally depriving him of City programs as an employee because the intention has been to discriminate against me and make my life so unbearably uncomfortable and unfair I'd quit and go away. And when I don't and keep trying to work with Marquis to help me find another job in another bureau I am presented IA as a legitimate option when absolutely no investigations were conducted properly in a transparent professional standard way to make believe this occurred.

So, now let's discuss Exhibit #2.

So I believe it was in January 2022, I received the following holiday card from Assistant Chief Bell. I'm sure he can provide more details. That's great he wants to spread some holiday cheer. This card from what I gather is his place of worship: Athey Creek Christian Fellowship. It says:

Dear Police Officer,

Merry Christmas! Thank you for your service! We appreciate your hard work in a failed city. You have been appointed by God it says in Romans 13. Praying for you! Love, Cailie

Now imagine you are developmentally disabled employee with mental illness where his sworn supervisors have used disparate treatment against him as an employee with mental illness and not never investigated bias in being able to access mental health services. And your EAP service provider denies you service because you are NOT an officer. What's it like to get a card addressed to you as an officer? Triggering.

I have a history of religious trauma from your childhood. I was raised by a mother who was raised Catholic but chose to bring her kids up to be allowed to decide whether or not to bring religion into their lives. She believed fervently in the separation of Church and State. In fact, I share this value.

This card does not represent my faith or my values. I find it highly inappropriate content to be shared by a supervisor in my workplace.

My last BOLI and only complaint I realize now was also because of my autism and not laughing with everyone else at OPB when my Manager Becky Chinn decided to say "Giving it over to Jesus is her new management strategy." I lost my job, BOLI inadequately investigated this claim despite statements I made the day I was laid off.

It was devastating to me and my family to lose my job and career and this contributed to a bipolar misdiagnosis. I had worked hard to get that job and try to keep it, just like as I did as an IA PASS. This time I placed accommodations to address the underlying issues related to my disabilities.

So, please note, I do not like to file BOLI complaints or even to have to complain at all, but when people like Becky say things like this in the workplace I do not find them appropriate. This is intrinsic to me as an autistic person and my values which are supposedly aligned with my employer's values, but I lost my job from an inability to advocate for myself in an inappropriate work culture. Just like my direct supervisor, despite knowing OPB celebrated Holocaust Remembrance Month, thought it was appropriate to tell me he was not a Nazi manager when he knew my kids were Jewish and attended summer camp at PJA. He got to keep his job, I did not. So, I am finding this to be all too similar given my PPB experiences with another inappropriate work culture that was unhealthy to my disabilities especially when I was not engaged in any of the misconduct.

As such, I remain quite sensitive to the separation of church and state in the public sector and workplace. I believe my religious freedom should be respected in the workplace. When people want to conflate religion as a justification for authority, as my OPB supervisor knew full well, that is the type of Christian Nationalism that promulgates anti-Semitic rhetoric that fueled the Holocaust. This was so unacceptable to me at OPB and it is even more unacceptable at PPB when the implication is a Christian God authorizes an officer's ability to use lethal force of residents in a failed city. Really.

I am ADHD deadline-driven and PTSD conflict-averse, so I filed a complaint at the end of the one year time frame because BOLI did not tell me that they could only look back one year from the time of the complaint. I now understand this was a genuine accessibility issue denying me of my civil rights when my brain requires clear, direct communication as indicated at times in my accommodations process. I've been aware of this Civil Rights timeline as my employer/Bureau discriminated against me. The good news is I am pretty sure that the US DoJ and our Directives don't have this type of statute of limitation, so whenever a real law-enforcement investigation finally occurs into this document and all of my other improperly handled concerns, that will start a new timeline for all of these complaints for my employer to adequately all of my issues. It would be interesting to participate in actual police accountability that interviewed me for once rather than a coordinated effort to cover up misconduct, discrimination, possible fraud, and serious law enforcement misconduct.

Why am I sharing this now? Well, how were all of my other complaints handled? I'm pretty sure Commander Bell started after PPB promoted Captain Jay Bates to PSD Commander where he retired exactly one week later. I kid you not. Dear Auditor Rede, perhaps you'd like to look into this and what rules are in place for FPDR promotions and ensure that a PPB member be in the position for at least 6 months before you get a higher pay grade. I did not look into it, but I have paid property taxes in Portland and looked at the FPDR pension and this reeked of PPB taking care of their own at the taxpayer's expense, just like commuting on the City dime, and just like covering up for PPB IA employee misconduct. I am an autistic employee with mental illness, it is clear that I am on the wrong side of the thin blue line..

Having escalated numerous bias complaints to supervisors and PPB command staff, and even the Mayor's office, only to have them ignored. Why on earth would an employee with mental illness want to raise religious bias by his commander when all of my other complaints have been uninvestigated? Chief Day, do you see how when PPB staff discriminates against vulnerable non-sworn staff with mental illness and developmental disabilities, a culture that never investigates any bias for that employee doesn't make it likely other more significant bias will be reported? Yet, despite this, I raised concerns when PPB employees coordinated to create liabilities for PPB/CoP and possible fraud because I knew how serious this was. How was it handled? Please tell me.

Now imagine you are developmentally disabled employee with mental illness who has been discriminated against when he returned to work and his confidential health information and professional, bias, and ethical concerns are shared with a manager who truly does abuse this to the point you get sent home involuntarily, when he should have been placed on 10-2, and no one adequately investigates what happens but pretends everything is a fair

accommodations process like DC Frome's letter. Then, let's imagine you've been home since the end of July trusting things will be investigated thoroughly and you'll get a fair accommodations process at last only to find out you are to be laid off. So, imagine what it is like when your son with autism watches his father try to fight for his livelihood while HR, PPB, CAO, the Mayor, IPR, and Risk Management intentionally use disparate treatment against him and he has to see the horrible impact that this has on father. So much so, that he has to step up and become a de facto Personal Support Worker and do certain errands with him as he descends from level 1 autism to level 2 with his OCD/cPTSD. To see how crippling and scary it is for his dad all because the police bureau and the City are discriminating against him and his dad can't even find a lawyer. Now imagine PPB launches a criminal investigation and investigates him as a suspect.

Just how does he and his dad feel when this coordinated discrimination allowed his Captain to abuse his disability info in a horrific work week enabled and condoned by PPB/HR staff and then to refuse to provide any police accountability? Do you think this family feels like their Civil Rights are going to be respected in a criminal procedure that very same police bureau?

Now imagine your son is trying to deal with this alone and he has cPTSD/OCD and Autism as well. His dad is struggling do basic things unable to pay bills or go shopping so he's trying to deal with traumatic stuff alone so that his father doesn't get overwhelmed.

So imagine my surprise when my son showed up at home during a school day being interviewed by phone by a PPB Detective. He went to his room and I only heard snippets of him talking to the Detective. Did the Detective ever ask if he had a neurodiversity that might need an accommodation like another non-lawyer person advocate to be present? Like my accommodations as a developmentally disabled employee that Risk Management discounted and Kristina Porecco ignored. I have no idea. Chief Day, please tell me.

If not, I would consider this discrimination against another autistic individual from an inclusive PPB experience when PPB/HR disrespect my autistic accommodations as has been my experience even with this pre-determination process.

Look my son knows I only want one thing from him as a parent, for him to be a good person. That's it. I want to send a good person into the world to provide joy and support. It's the only way I can live as an autistic person and how my mom, most likely autistic, raised me.

Is this the same standard my cohorts in PPB/IA follow? My son and I will try and follow directions with our autism and our cPTSD/OCD will make us try and please you to avoid conflict and get a quick resolution to an uncomfortable situation. This is not consent, it is us avoiding conflict and cooperating while we feel too overwhelmed to advocate "in the moment" with our brains and anxiety. We will remember when people abuse us, replay it over and over in our heads, and have nightmares and intrusive thoughts. Our autistic brains will trust your words intrinsically and we will at cost try to avoid conflict with our lived experiences of domestic abuse.

Did the Detective check to see if neurodiversity or mental illness could have been a factor in his investigation or his agency to participate in this interview? I am pretty sure my son reported details of an assault perpetrated on him by the accuser and her friend. Did the Detective inform him that he had rights as well? As Developmentally Disabled adult recognized by the state, I am vulnerable and the type of person mandatory reporters must report when I am abused. My son has not wanted to explore that state/county evaluation, but it does not mean he would not be eligible or applicable if you are conducting an inclusive criminal investigation. If my son was abused and considered developmentally disabled, that Detective, like all City employees is a mandatory reporter, and he should have reported this. How do you know unless you have an inclusive process that asks or he has an advocate present to assist? Chief Day, please answer this.

I don't think this happened at all. My son did not want this incident to distress me further and tried to insulate me from it. Think about this. This is what happens when you deprive an autistic kid of a functional parent through workplace discrimination, denying him the support of the only parent/adult in his life he trusts to help him. How is

this family to feel when it appears that a detective from the same police bureau discriminating against his father because of his neurodiversity/mental illness to the point of deteriorated functionality and exacerbated comorbid symptoms may be doing this to him in a criminal procedure? This is heart-wrenching. Yes, Chief Day, please consider this during Autism Awareness Month.

Now imagine you are his dad and you know his grandfather was a holocaust survivor. You already have serious questions about how PPB Command has handled your disability accommodations, bias complaints about other employees, and has been coordinating with other City Bureaus/Offices to discriminate against you to cover up misconduct and serious liabilities. Now imagine that you have already shared most of your bias complaints with an Assistant Chief who most likely improperly handled your information. Instead using it to facilitate the discrimination you have been enduring. Now imagine this same Assistant Chief is in charge of the Investigations Branch, including the Detectives Division.

You know this A/C thinks it's appropriate to share religious messages in your workplace that violate your civil rights that champion all PPB sworn members receive their authority from a Christian God based on scripture. A Christian God has appointed them. How am I to believe that my child is getting a fair criminal investigation? Did A/C Bell recuse himself immediately when he saw my son was being criminally investigated with knowledge of my past disparate treatment by IA supervisors as a protected class sex/gender and sexual abuse survivor? Chief Day, please answer this. This is a formal accommodation request.

When DCTU President Rob Martineau indicated I would have to probably do a gap background check before returning to work when in PPB when I have not once been unemployed in this process, this sent up such a huge red flag. After he refused to make sure I had access to police accountability when working with Marquis contributed directly to Captain Pashley's disparate treatment and horrific behavior. My stomach completely dropped.

Why? PPB member love to gossip about other member's problems. I do not enjoy this past-time, but I know my situation would spread like wildfire especially since I have been sent home involuntarily and isolated from work. Did Marquis know my son was being investigated? Did he share this with Rob Martineau? How would this not be violating me and my son's civil rights? This is beginning to feel like the very media darling PPB Hardesty fiasco, the one that I had to answer the phone when Tess Riski from the Willamette Week had a copy of her IA letter and tried to pull a gonzo call on me to disclose things I should not. Hmmm, at least Commisioner Hardesty had actual public records she could share like investigation notices, case updates, and findings notifications. What about me? Yet to see a single one. Is this ok, Chief Day? Is this transparent, comprehensive police accountability or disparate treatment to a disabled PPB employee? Please answer this question.

Chief Bell encouraged me to work with Marquis, that was the only thing he did when I shared my concerns. So when my union President tells me Marquis wanted to know if I could return to IA if I didn't have to report to Captain Pashley when they had never investigated anything that occurred, why is this feeling so inappropriate and coordinated from all levels? This was presented as some kind of informal accommodation validation of workplace trauma Marquis helped facilitate yet not investigate. Please, Chief Day, does this sound like I've been getting a fair accommodations process or any police accountability related to my disabilities and workplace contributions that have made IA unhealthy?

Let's see the last time I was alone in the office with Captain Pashley and only IA Investigator Mike Smith on Tuesday, July 25th (check the UDARS and computer log-ins) what happened? Listen to that IPR interview I have not been provided for pre-determination. My proposed separation letter indicates this as a safe workplace for a developmentally disabled employee with a supervisor who abused that employee's confidential disability information and sworn member misconduct allegations. Chief Day, do you agree I am rejecting reasonable accommodations? Please answer this. This is why I was provided your email address rather than having my actual accommodation respected by Kristina. The very HR rep who lied to me to help cover up an unofficial truthfulness IA investigation by Captain Pashley and IA Inv Mike Smith in the worst kind of workplace disparate

treatment possible in a police bureau where criminal justice training was used inappropriately on me as developmentally disabled employee who placed accommodations and had the courage to share liabilities with his employer. This person has been left as my contact for this process after completely ignoring real accommodation requests. This is so grossly inappropriate.

Chief Day, I would like to know who has been involved in my son's criminal investigation. Who has accessed the report? How many times has it been printed to pdf or paper? If physically copied or digitally, how many times and by whom? How many times and who accessed the file in any form. Was the file phyiscally copied or accessed on the network or to a thumbdrive and if accessed from there copied and by whom. Who has been talking about it and how would that impact my professional reputation or my son's civil rights? Chief Day, let's have the US DoJ and OR DPSST help you with this.

Do you see how incredibly troubling the choice to deny me real professional standards investigations impacts the PPB's criminal justice work and the civil rights of even your own employees and Portland residents? Please answer.

Maybe it's because so many PPB employees don't live in Portland and can't imagine the reality, that PPB thinks this is ok. Chief Day, do think this is ok? I don't.

Do you think an A/C who probably mishandled all of my complaint information and violated my Civil Rights with religious propaganda claiming a Christian God gives police the right to do whatever they want to anyone else including me and my Jewish son might just be problematic?

Chief Day, please tell me, is this okay? Is this going to make the CoP Autism Acceptance Month mention in a BHR email to all staff employees that I can't even receive because I have no network access? When I have no files to review for this pre-determination process, just like a compromised ADA accommodation process with a coordinated effort to discriminate against me, where HR staff act untruthfully and deny me police accountability yet remain involved in my employment decisions. It's unbelievable.

Perhaps this information needs to be part of my Worker's Comp discovery process since this abuse has been so well-coordinated with PPB Command and City staff. Please provide this. Thanks!

Chief Day, is there any reason you should recuse yourself at this point? What have you known and when? Please answer this question. Appalling conflicts of interest persist with uninvestigated bias and discrimination pertaining to my experiences, denying me of my civil rights with my continued mistreatment. Please tell me does this same culture of permitting access to sensitive information when there is a conflict by an employee extend to my son's criminal investigation and the Investigations branch? This is all so utterly disturbing.

Let me help you with something. Since the US DoJ and OR DPSST are on this email chain, I think you could easily determine which investigators and PPB sworn members were not wearing masks and just which directives have been violated how many times.

You have access to recordings of all IA interviews. Oddly, this includes interviews with the complainants for actual, real IA investigations when I have yet to be inter

...

[Message clipped]  View entire message

---

**13 attachments**

**Exhibit 02 - Chief Bell card - officers appointed by God - January 2022 .jpg**
4098K





**Exhibit 04.jpg**
1440K



**Exhibit 05.jpg**
2377K



**IMG_6232.jpg**
83K

**Gmail - 7_24_23 - check in - confidential complaint info shared with IA captain - OR AG - Judge Simon - WC Court copy.pdf**
151K

**Gmail - PPB Internal Affairs Liabilities and CoP ADA Accommodation Issues.pdf**
151K

**Exhibit 01 - WC APPEAL COURT SECOND DATE.pdf**
396K

**Exhibit 03 - Flier and website.eml**
3203K

**Notice of Proposed Action Justin Callaway.pdf**
150K

**CALLAWAY, Justin - Non-disciplinary Separation Recv 4-15-24.pdf**
1481K

**OR AG_ Fwd_ Judge Simon_ Fwd_ Query about Portland 911 service by Multco SO instead of PPB - Fwd_ Proposed Separation.eml**
17398K

Gmail - Proposed Separation - Chief Day response 04-10-24.pdf
138K

Gmail - Complaint - IPR - 06-17-24 copy.pdf
102K

 **Gmail**

justin callaway <justincallaway@gmail.com>

## FW: FYI - Affinity Group Name Change and Why do I list my pronouns? FAQ edited

**justin callaway** <justincallaway@gmail.com>                                                                 Mon, Apr 21, 2025 at 6:57 PM
To: keith.wilson@portlandoregon.gov, Debbie.Caselton@portlandoregon.gov, mayor@portlandoregon.gov, michael.jordan@portlandoregon.gov
Cc: ANNALIE GREER <ANNALIE.GREER@eeoc.gov>, EDWIN RABADAN <EDWIN.RABADAN@eeoc.gov>, simon_crd@ord.uscourts.gov, AttorneyGeneral@doj.oregon.gov, cao@osbar.org, "Mult. Co. District Attorney's Office MCDA" <damailbox@mcda.us>
Bcc: jenw@wevenet.org, Ryan Petty <rpetty@inclusioninc.org>, Kelsey Koll <kelsey@wevenet.org>

Hello Mayor Wilson, City Administrator Jordan, ,

Below is the last email I received from Debbie Caselton. I've never met her but she is listed as the only non-verbal contact method for dealing with issues, like the one I reported to PBOT on Thursday, April 17, after a not very pleasant verbal exchange a BES employee that refused to provide his name after making it clear he wanted to play interbureau jurisdictional dodgeball with very real issues related to the infrastructure relevance of the project he was on site for and was this flier communicates he would be a resource. He was not. The reality is I did not want to talk to anyone in person, but I especially did not want to contact Debbie Caselton who violated my civil rights over and over with her emails and threw salt on the wound when I reported close to a year prior to this email that the pronouns sheet was problematic to Internal Affairs Sergeant Alicia Russell.

Unfortunately, Sergeant Russell who is neither hetersexual or male, and does not have the lived experience of SA as an autistic male who speaks in a high voice register and is quite submissive in person because of a lifetime of having my autistic processing of language abused. It does not appear the Debbie's name change process below cared about City employees like me. Why? Because Sergeant Russell, who reporting it verbally, showing her it on paper, and had just as many emails with this problematic pdf in her inbox chose to not report this bias - it was sufficient to tell her verbally just look at the IPR transcript with Eric Berry who required me as an autistic employee to "look me in the eye" to receive his version of non-police accountability after interrupting a professional standards investigation that I've never witnessed before.

Was this retaliation by Sergeant Russell for reporting coordinated PPB misconduct that she and IA sworn staff did with IA Investigators and an unknown number of PPB officers and unknown number of times resulting in serious liabilities for all taxpayers to all criminal investigative work and administrative investigations? Or was it discrimination based on multiple protected classes? Well, this is why the City of Portland and PPB are supposed to investigate allegations under the US DoJ agreement.

Yes, she was aware and communicated she was part of such a conspiracy to defraud federal (Covid Relief funds), state (PERS), and local (FPDR) taxpayers when immediate investigations by bringing in an outside law enforcement agency was needed. Instead that fraud continues today and she is very much in FPDR. The City has acknowledged this in their position statement to the EEOC who I have included on this email. Why did I include them? Well, the City has a habit of intentionally intimidating me by contacting at me significant times within the EEOC process. Do I think this was intentional? Who knows anymore, because it has been in the past. That's why you investigate, so that you do not create situations where you violate my civil rights by not investigating a single bias, professionalism, safety and worse criminal behavior in a RICO level cover up of fraud involving Chief Day, City Attorneys, the City Auditor, HR staff, Risk Management, IPR, PPB staff, etc... This is how the City intentionally violates my civil rights as a citizen.

Do you know how horrible it was to receive emails daily with the old pronouns pdf after reporting this to Sergeant Russell who intentionally mishandled all allegations I brought to her over and over? Even City Administrator MIchael Jordan you would include this heinous document that thought it was quite cute to spell out Friends Affinity Group after two acronyms as an inside joke?

**Where can I go if I have more questions?**
- For questions or concerns, please contact your supervisor, HR representative, or Equity & Inclusion team.
- If you'd like to learn more about the City's DEEP LGBTQ & Friends Affinity Group, please visit their webpage!
    - https://www.portlandoregon.gov/50896

Look, when will you stop violating my civil rights both as a citizen and an employee (I never received a single IA/IPR acknowledgement letter for a single allegation during my FMLA/ADA process as required by the federal court ordered US DoJ agreement police accountability system that I helped provide access to for any other City employee or member of the public)? I am sure the two of you are fully aware I contacted my three District 3 Council members who then voted to support Chief Day's

appointment by you Mayor Wilson. They were fully aware he is part of a RICO level cover up to defraud Portland taxpayers and no they are. They were also made aware that he lied in my ADA and separation process. This has huge ramifications for our new City council. I already must report them for ethics violations in the first test for our new system of government and when the legislative branch failed miserably.

Please, it is not hard to believe both of you are fully aware of the severity of my situation and that I am considered a vulnerable adult that receives DDS after the horrific abuse of my disabilities by HR and PPB staff in retaliation for being an autistic whistleblower and as such. PPB Chief Day knew when I refused to return to IA when nothing investigated. PPB Chief Day knew this when he lied about referring all of my complaints to IPR (the emails exist, the EEOC and many other have them) and the fact that any non-sworn allegation for non-IA staff would have to go through IA. This is exactly how you violate the Civil Rights of an autistic employee and compromise all police work he oversees when he has a truthfulness issue with a vulnerable adult on top of covering up a RICO conspiracy. It is also how I know that the current PPB Chief will deny me police accountability no matter what happens if I call 911 in Portland. This how you violate my civil rights as vulnerable adult Portlander.

Could you please stop this charade and tell me when I can be a citizen with constitutional rights with access to City public services, including public safety, without having my Civil Rights violated again by the same people that violated them as an employee?

I've included a few other stakeholders on this email to read your answer. I will consider it a kindness if you just tell the EEOC you are ready to fully participate truthfully with what you have done to me. I do not want to have to report this incident to the US DoJ. I don't think Debbie needs that experience or Portlanders. I certainly don't need to have the experience like no response from PBOT or the fact that the road crew blocked my driveway and I had no nonverbal option to have it addressed. You can ask the asphalt steamroller guy how our exchange went at the end of the day. Please just stop violating the civil rights of me and my family. All of these records exist, my EEOC investigations will become public records as well, the only thing you are doing by not responding you are ready to ensure all City employees start participating truthfully with the EEOC and share what truly is defrauding Portland, State, and Federal taxpayers even longer. And when the City goes bankrupt with all of the liabilities with this RICO level cover up, well, guess which PPB members are going to still get their FPDR extended pensions when City property tax owners are denied public services they paid for well past the time they should have been investigated and terminated? Yes, this is the legacy both of you are overseeing unless you change it now.

These public records exist because I cannot find a lawyer with my disabilities and the fact that City Attorneys are abusing taxpayer funds by advising a RICO level cover up still and just means additional civil rights abuses for me and my family. I am so exhausted. Please do not pretend you care about Portland or the rights of Portlanders when as two City employees, even as an elected official, when I am forced to have my civil rights violated just to receive public services. Please make it stop and do the right thing with this very public record on many servers. Please excuse any typos, I cannot proofread this, because I never should have had to endure any of this when I did exactly what federal, state, and local taxpayers expected of any PPB employee, especially someone who worked in IA in reporting the coordinated misconduct and fraud. And if I am wrong, well you would have investigated it, like all of my bias, safety, and professional claims as an employee and a citizen adequately and all taxpayers would know because I would have the very letters the federal court ordered DoJ agreement requires I would receive. One's I would be able to share with the EEOC if you were not involved in retaliation, disparate treatment, and a RICO cover up of fraud by so many City employees, many with badges and guns and the liabilities that introduces for everyone. By not commencing these investigations at once and acknowledging the intentional withholding of all of these timely investigations, you are sending a message not just to the EEOC, but to all class-action parties exactly what your leadership decision was when you received this email.

Things like this situation with this sinkhole with all of my uninvestigated civil rights violations as an employee and a citizen are hugely disruptive to me especially when I do not have a support worker available like was the case on Thursday. None of this is okay, I just want it to stop. Please participate with the EEOC and other stakeholders on this email to address what will need to be addressed because it was never about me actually doing the job as my employer, City, state, and nation expected me to do, it is about what everyone else did and the cover up and misconduct I had to endure and still must as a resident of Portland.

Sincerely,

Justin Callaway
[Quoted text hidden]
--
Justin Callaway
503.477.7298
justincallaway@gmail.com

---

**4 attachments**

 **Debbie Caselton BES - RE CoP univestigated bias - Pronouns F A G .pdf**
145K

 **Old CoP pronouns.pdf**
258K

 **Gmail - 2313 SE Yamhill St unprofessional previous repair and risk management liabilities.pdf**

407K

IPR Transcript with typos - Justin Callaway 12-14-2023.docx
228K



## Frequently Asked Questions About Pronouns in the Bureau Email Signature July 2018

**What are pronouns?**
- A pronoun is a word that is used instead of a noun or noun phrase. For instance, if you found a wallet on the bus, you might say, "Oh no! They left their wallet!"
- There are many pronouns available. The most common pronouns are "he", "she", and "they". Some people do not use any pronouns, and are addressed only by their name.

**Why do pronouns matter to people?**
- It is a useful, natural part of our language that conveys gender identity[1].
- Regardless of gender, it is disrespectful to use the incorrect pronouns for someone.
- For some transgender and gender non-binary people[2], pronouns are an important part of expressing their identity. Consistently using the wrong pronouns, especially after being corrected, is invalidating.

   [1] *Gender identity: A person's internal, deeply-felt sense of being male, female, both, neither, or other gender(s).*
   [2] *Transgender people: People whose gender does not match their sex assigned at birth. Gender non-binary people: People whose gender is neither male nor female.*

**Why should I put my pronouns in my email signature?**
- As City employees, it shows that we value creating safe, inclusive spaces for people of any gender and that gender cannot be assumed based on appearance, voice, or name.
  - This recognition creates a safer, more inclusive environment for transgender and non-binary folks.
- As a cisgender[1] person (or "cis" for short), sharing your pronouns normalizes the practice and is often more impactful than a transgender person doing so.

   [1] *The word "cisgender" was coined as a more respectful way of saying someone is "not transgender". From Latin, "cis" is a prefix that means "on the same side of" while "trans" is a prefix that means "transcend or across".*

*This FAQ was developed by the City of Portland DEEP LGBTQ & Friends Affinity Group Leadership 2017*

**Why should the bureau make this standard practice?**
- Unity is an essential part of normalization, and a bureau-wide commitment is much more impactful than an individual commitment.
- It makes it easier to avoid misgendering someone.
- It helps combat sexism.
    - It is a common assumption that gender-neutral names belong to men. By not sharing their pronouns, some folks are treated with greater respect because the other party believes they are a man[1].
    - Sharing our pronouns combats this bias by stating openly that one can occupy a position of power without passing as a man.

[1] *A 2012 Yale study confirmed a similar instance of gender bias. Résumés with traditionally male names were disproportionately considered more competent and hirable than the same résumés with traditionally female names.*

**If we ask employees to include their pronouns, wouldn't that "out" trans employees who might not be ready or comfortable sharing that information?**
- This addition is optional.
- Some transgender and non-binary people are decidedly not "out" in any way, and this would not change that.
- Volunteering our pronouns creates a safer space for people who are not "out" but would like to be. It also lowers the chances of someone being misgendered due to their appearance, voice, or name.

**What do I say if someone asks why I have pronouns in my email signature?**
- "It is an optional part of the bureau's signature block that helps create a more inclusive space for people."
- "It supports the City's HR 2.04 admin rule against discrimination."
    - The City's HR 2.04 Gender Identity Non-Discrimination administrative rule prohibits discrimination on the basis of gender identity and gender expression.
        - https://www.portlandoregon.gov/citycode/article/12123

**Where can I go if I have more questions?**
- For questions or concerns, please contact your supervisor, HR representative, or Equity & Inclusion team.
- If you'd like to learn more about the City's DEEP LGBTQ & Friends Affinity Group, please visit their webpage!
    - https://www.portlandoregon.gov/50896

*This FAQ was developed by the City of Portland DEEP LGBTQ & Friends Affinity Group Leadership 2017*

 Gmail

## 2313 SE Yamhill St unprofessional previous repair and risk management liabilities

**justin callaway** <justincallaway@gmail.com>                                    Thu, Apr 17, 2025 at 10:58 AM
To: PDX Roads <pdxroads@portlandoregon.gov>

Hello,

Please do not send the last PBOT employee or junior staff member to do this repair. I consider both eligible for HRAR 2.02 violations as I communicated my disabilities and retaliation by City of Portland/PPB when I reported coordinated misconduct and fraud by PPB employees when i worked in Internal affairs. It's why I did not want to be involved.

The employee refused to leave a card with the Track-It number for the repair my father and property owner called in. Aside from standing at my open door as I conducted a HIPAA related phone call and not leaving, forcing me to end the call early to talk to him (I am autistic and did not want to talk to him because he was unprofessional previously).

Instead I was forced to have him condescendingly reference my last repair request when he educated me on how the city only repairs the asphalt (curb out). So when a new unrelated ticket was placed I had to suffer revisiting his derisive tone which is quite triggering for me to explain this was a repair my dad requested and it was separate and the hole was quite deep.

He performed the most perfunctory repair possible causing water to leak all winter. Yes, this is a downhill property as was communicated with both repair requests so water causes erosion on the taxpayer side when unprofessional PBOT staff do not address the issues. Well now that erosion has continued and as BES does infrastructure upgrades they have little relevance to the liabilities created when subterranean erosion occurs from holes not properly repaired.

You can see the professionalism demonstrated by intentionally leaving debris from the repair in front of the driveway. Is that PBOT standard operating procedure? How about inadequate repairs that cause erosion when the purpose was to address this concern and liability?

Please own it. There was BES staff here today and I did not have a DDS support worker to help navigate this communication. This becomes traumatic for all involved with my PTSD from ongoing civil rights violations by the City and PPB as a disabled whistleblower. The BES staff member seemed to think this had no bearing on the nearby project, but if stormwater doesn't even make it to the drain because of unprofessional PBOT repairs please let me know how that is not relevant.

Please address this issue professionally with professional staff and respect my request to not have these PBOT employees assigned to calls at this residence again.

Sincerely,

Justin Callaway



**2 attachments**

IMG_5349.jpeg
6525K

IMG_5350.jpeg
6777K



 Gmail                                                                    justin callaway <justincallaway@gmail.com>

**WAGNER: Fwd: Application Status for REQ-184870 Judicial Assistant (Paralegal) (Evergreen) (Open)**
1 message

**justin callaway** <justincallaway@gmail.com>                                    Sun, Dec 21, 2025 at 7:07 PM
To: Sen.RobWagner@oregonlegislature.gov

Please do the right thing with this information.

---------- Forwarded message ---------
From: **justin callaway** <justincallaway@gmail.com>
Date: Tue, Aug 26, 2025 at 11:32AM
Subject: Re: Application Status for REQ-184870 Judicial Assistant (Paralegal) (Evergreen) (Open)
To: <Sen.DanielBonham@oregonlegislature.gov>, <Rep.ChristineDrazan@oregonlegislature.gov>

I would appreciate it if you would include the others in your responses:
from:    **justin callaway** <justincallaway@gmail.com>

    to:    DCBS.Recruiting@oregon.gov,
            christina.stephenson@boli.oregon.gov,
            "Nootenboom, Karen (Wyden)" <Karen_Nootenboom@wyden.senate.gov>,
            constituentservices_@wyden.senate.gov,
            Rep.ChristineDrazan@oregonlegislature.gov,
            Sen.DanielBonham@oregonlegislature.gov

I do believe in checks and balances when our government fails us.

You will see this involves the City of Portland, Multnomah County, and State Agencies/officials. I really wished it didn't and I never had to experience any of this.

Like life, it has always been about "What do people do when they receive the information?" The rest is beyond my control, other than documenting it.

I believe if you make a mistake, you own it. The easiest and only way I know how to live is with a purity of intent and to ask people to do the right thing.

May you please help shine the light on what ethical, good governance looks like.

Thank you for your public service.

Sincerely,

Justin


On Tue, Aug 26, 2025 at 11:18AM justin callaway <justincallaway@gmail.com> wrote:
  Be well,

  Justin

On Tue, Aug 26, 2025 at 11:18AM justin callaway <justincallaway@gmail.com> wrote:
  Apparently your server bounced the email with over 20 mb in attachments. I will send this and then a follow up with a missing attachment.

    ---------- Forwarded message ---------
    From: **justin callaway** <justincallaway@gmail.com>
    Date: Tue, Aug 26, 2025 at 11:12AM
    Subject: Fwd: Application Status for REQ-184870 Judicial Assistant (Paralegal) (Evergreen) (Open)
    To: <DCBS.Recruiting@oregon.gov>, <christina.stephenson@boli.oregon.gov>, Nootenboom, Karen (Wyden) <Karen_Nootenboom@wyden.senate.gov>, <constituentservices_@wyden.senate.gov>, <Rep.ChristineDrazan@oregonlegislature.gov>, <Sen.DanielBonham@oregonlegislature.gov>


    Good morning,

    I applied for this position and I imagine when the materials are reviewed you may need some assistance navigating how to ensure my civil rights are not violated in your hiring process. To assist you, I have Cc-ed a few people. Unfortunately, many state agencies and public officials/employees refused to provide accessible due process or intentionally did not respond to written and verbal requests for disability accommodations and assistance. I realize that this has contributed somewhat to the very context of this email.

    That being said, I am looking for work and should you hopefully offer me a position you would need to address the ethical lapses in this WCB court to ensure no retaliation occurs in the workplace, especially as a vulnerable adult receiving Developmental Disability Services (DDS) and working with OVRS. Of course, should my application be denied, how did my raising the ethical dereliction by WCB Portland court staff, including three administrative law judges, play into the handling of my application with the recent handling of my WCB appeal as not only a civil rights violation but most likely introduced class-actionable liabilities for this court? This is why it is best to hire ethical employees who do not create situations like this. This is why I applied for this position: I believe all Oregon taxpayers and all injured Oregon employees deserve an uncompromised WCB court that provides accessible due process by following all professional, moral, and legal expectations as a WCB court public employee in whatever role they serve.

I am not alleging any wrongdoing has occurred with this hiring process at this point, although I did have to try and apply twice. Other State agencies, like OSB, actually pull job postings before posted application deadlines early which presents equity/hardship issues for those like me that receive DDS who now must be hypervigilant with State job applications and perform additional correspondence or repeated steps when it not accessible and straightforward (like applying for a position that disappears mid-application - I don't know the solution, I just know my experiences and that something needs to change).

I have attached that email along to DCBS Recruiting with a few others to help you understand the timelines and records that this court knew about and should have requested/investigated to ensure that there would not be appeal rights for WCB appeals or claims by a self-insured entity when they were aware a colleague's spouse and employer were involved in a criminal conspiracy to cover up Covid Relief fraud that should have covered by Workers Comp and instead cover-up coordinated, disciplinable, misconduct with PPB employees, unions, City attorneys, elected officials (Mayor and Auditor), HR and Risk Management staff (I am pretty sure that RICO applies to this).

So please, review the documents and my 6-10-25 WCB hearing testimony, including perjury by Lt. Konczal, where a self-insured entity that has a Risk Management housed in HR when their WC independent investigator says he will call me back to interview me the following week to go from the start of my employment (yes, he and my employer knew I autistic and would have trust his word on this and that lying to me was abusing my disability) only to deny my claim instead despite promising me full, independent investigation when Mayor Ted Wheeler and the Director of HR Kathy Bless and my AFSCME Union President Rob Martineau all knew when I emailed on 10/05/23 that Mayor Wheeler was PPB Commissioner and HR Commissioner and that on HR could investigate IA employees yet HR sent allegations to Captain Greg Pashley when I was at work to abuse disability information and more importantly to compromise due process and police accountability for all City, County, State, and Federal taxpayers. Yes, that email mentions the WC claim as well and it was very much related as they know. In fact, you can see that Chief Lovell "resigned" on 10/13/23 (demoted without an investigation that included me, huh? and continues to create liabilities as an employee) and Cathy Bless got to "retire" shortly afterwards. Similarly they were made aware that IPR Director Ross Caldwell and Investigations Branch Assistant Chief Jeff Bell (also demoted back to PSD Commander without an investigation that included me or my son when he oversaw a criminal investigation into my Jewish son during my ADA process when he had a conflict, including my knowledge of his religious bias that has never been never investigated by PPB either as required by the US DoJ Agreement - or even BOLI and DPSST for that matter). Both are continuing to create serious liabilities as employees, and IPR Director Caldwell feels it appropriate to violate my civil rights yet again by claiming I am not "credible" when I tried to report Lt. Konczal's perjury outlined in my revised cover letter.

The good news, it's not too late for BOLI to quit coordinating with the Governor's office and disregarding Senator Wyden's outreach to assist me with actually providing disability accommodations this time by initiating a whistleblower investigation into City/PPB/AFSCME with my five year statute of limitations because the EEOC did and does not have this investigative authority. BOLI Commissioner Stephenson is well aware of this along with the civil rights violations by BOLI staff related to my civil rights investigations. This is so exhausting and confusing when the very institutions that are supposed to protect, investigate, and provide due process for bias, abuse, or injuries for vulnerable adults like me choose to not address unethical, criminal, or biased behavior to ensure additional liabilities are not created in other aspects of State business - like having to write this email by applying for this job.

On that note, I apologize that the unethical behavior of other public employees/officials and unions created this situation. It's difficult to be a whistleblower when you never even planned to be one, you just do what your employer, taxpayers, and the law require and because your ethics are intrinsic to your mental illness from a life of having your neurodivergent processing of language abused by those who should be protecting and looking out for you. But, when you do become a whistleblower by accident even with FMLA/ADA protections, it is important that you also get to file whistleblower allegations that are accessible and investigated thoroughly, just as it is important that you **please provide me with appropriate agency or agencies to report unethical behavior at this court and with the State AG and related agencies. Please note, I will need a dedicated nonverbal option like an email address for the person/agency as a formal ADA accommodation.**

As you review the attachments, you will see that it cannot include those who have mishandled my outreach to say the Governor's Office, the State AG, WCB court, BOLI, DPSST, OSB, etc. Good luck, I know how difficult it is. For instance, I cannot receive constituent services to address the manifold, grave issues outlined above because even my two, AFSCME-endorsed Oregon legislators, Rep. Rob Nosse and Senator Kathleen Taylor, have refused to address their legislative responsibilities by informing their colleagues in their respective chambers that the State's largest municipal police force is compromised, creating serious liabilities to the City/County/State and there is RICO conspiracy with elected officials, City of Portland staff, and AFSCME, to cover up coordinated misconduct and fraud. Hard times indeed. This is why I have included the House and Senate Minority leadership emails. Hopefully, they can assist when one political party and elected officials appears to be compromised by the special interests of a union that financially abused a vulnerable adult, ethical autistic public employee and was aided and abetted by mandatory reporter public employees. I have also included Senator Wyden's office as they have provided essential constituent services with helping get my EEOC investigation files and trying to find ethical elected officials to respond to the gravity of this situation that I did not create but only asked for people to do what they were supposed to do.

The public records, like this one, and so, so many more exist. The liabilities don't go away, they just grow and are compounded with new documentation and potential liabilities. I cannot help that I need to find work. Nor can I control that others did not do their jobs or made unethical choices in their respective positions or agencies. All I can do is just document what is happening and keep trying to rebuild my life when I pay taxes and yet no longer live in a representative democracy. Perhaps, this is financial abuse in a participatory democracy by taxation without representation? My recent outreach and non-responses from my state legislators certainly make it appear that way. But I digress, that is beyond the scope of this email but perhaps for the Oregon House and Senate Minority leadership to work with our federal representatives to ensure that any liabilities that the federal government contributed to this situation are addressed by ensuring that Portland, Multnomah County, and the State of Oregon from going bankrupt if this is not done. Please, do check in with Senator Wyden's office.

I'd ask you all to consider that I care about this country and all its residents. It's the type of inclusive, ethical public servant I am and wish to become again. To me, the only appropriate response to trauma is to not create more trauma. And if that means, people were unethical or involved in criminal behavior, you report it and hold them to account. Otherwise, you become an enabler while the liabilities remain. It has been my reality. This is a chance for Oregon leadership to model for the entire country what productive, bi-partisanship based on solutions to pressing issues, accountability, and ethical good-governance looks like. It may mean uncomfortable press or changes in political power dynamics at the State, County, and Municipal level, but if we are truly a constitutional democracy, then we should only be considering the country and its duty to all citizens. If there is a State that could show the way for this country right now, I believe Oregon has been gifted this opportunity with this email. I hope you all agree.

Thanks again for your consideration for this position. I wish well with the rest of the hiring process. At this point, regardless of whether I am selected, I do believe you know I truly hope it yields the selection of an ethical judicial assistant.

To everyone else, I wish you well and remind you to see the humanity in everyone. I believe everyone should be afforded due process, so if I am incorrect about any aspect where this is the case. All I know is that the very absence of leadership, the choice to violate my civil rights than provide that due process or the investigations that all Oregonians deserved has been a repeat experience for me. I believe there is a bright future for all Americans, starting with addressing what is wrong in Oregon. You have the documents to begin those conversations and show the way. I am willing to do my part despite everything that has happened, including living in a City where if I call 911 I know I will be denied the very police accountability I used to help facilitate no matter what happens. That is a pretty scary world, until you believe in something more like asking people to do the right thing and slowly change the tide back to a country based on the shared values that everyone deserves equitable treatment and due process with a constitution that leads that way.

Sincerely,

Justin Callaway

---------- Forwarded message ---------
From: **Workday** <oregon@myworkday.com>
Date: Mon, Aug 25, 2025 at 11:43 PM
Subject: Application Status for REQ-184870 Judicial Assistant (Paralegal) (Evergreen) (Open)
To: <justincallaway@gmail.com>

Thank you for applying with the State of Oregon! Your application has been received and will be reviewed by members of our team soon. If you are selected for further consideration, you will be contacted with information about next steps. Refer to the job posting for details about the open position and to find contact information for the recruitment team. Please note, the use of outside resources such as Artificial Intelligence software during applicant skill assessments, examinations, or interviews is prohibited unless otherwise stated by the hiring agency. Unauthorized use of outside resources during the hiring process will result in disqualification. For applicant help and information, visit https://www.oregon.gov/jobs

Sincerely,
State of Oregon

Business Process: Job Application: Justin Callaway - REQ-184870 Judicial Assistant (Paralegal) (CAND-388731) on 08/25/2025

This email was intended for justincallaway@gmail.com

--
Justin Callaway
503.477.7298
justincallaway@gmail.com

--
Justin Callaway
503.477.7298
justincallaway@gmail.com

--
Justin Callaway
503.477.7298
justincallaway@gmail.com

--
Justin Callaway
503.477.7298
justincallaway@gmail.com

--
Justin Callaway
503.477.7298
justincallaway@gmail.com

 Gmail

justin callaway <justincallaway@gmail.com>

---

## RE Callaway testimony at Fwd: See you tonight! 6pm Town Hall @ PCC Sylvania w/AG Rayfield & Sen. Wagner

2 messages

---

**justin callaway** <justincallaway@gmail.com>                    Sun, Dec 21, 2025 at 7:05 PM
To: Sen.RobWagner@oregonlegislature.gov

Hello Senate President Wagner,

I am sure you remember my testimony. Your family was kind enough to watch my seat when I went to the restroom before the event. As a parent, although a single parent, I appreciated how much love and pride they all had to attend an event with you.

As a result of my testimony and listing the email dates I sent to email AG Rayfield, it is clear that Multnomah County has done some review of the emails I sent to the Chair and all Councilors. It's clear based on that documentation that this is why Assistant Chief Craig Dobson was demoted this past week. The Oregonian has intentionally buried this aspect in their story as they have with other information I shared that AG Rayfield knows they received when I emailed City of Portland Councilors. I imagine this is why Multnomah County Commissioner Chair Vega is not seeking reelection given the liabilities she introduced.

Make no mistake, three of the Peacock Councilors that kicked a Jewish journalist out of a meeting are fully aware of religious bias at PPB that has been covered up and resulted in another Assistant Chief (Bell) being demoted back to Commander when I gave testimony to City Council on 05/02/2024 @ 01:02:00 - https://www.youtube.com/live/KU7elJmT9s4?si=avpdFmH9eWEk-MYw. AG Rayfield has done nothing about any of this.

That said, both my son and I continue to have our civil rights violated by the City of Portland when a City Attorney's Office works with these Councilors, AFSCME, PPB, and many other City employees to cover this up. This is how you compromise a brand new City government and deny constitutional protections to vulnerable communities.

Unfortunately, AG Rayfield has far too much company with Gov. Kotek, BOLI Commissioner Stephensoon, two MultCo DAs (current and past), my elected representatives (Rep Nosse and Senator Taylor) and executives at the County, and City level plus both of our US Senators and US Rep Bonamici. How do Oregonians make out when Republicans like Senator Daniel Bonham use the information I share to trade up rather than resolve the serious liabilities for all state and county taxpayers?

These liabilities do not go away. Very courageous EEOC employees made sure to load all of the files onto federal servers even when the EEOC illegally closed my investigation before my supplemental materials deadline. Senator Wyden's Office has done nothing about this by the way - so much for upholding the Constitution as federal employees.

So, the US DoJ has all of the dirt on the City, Judge Simon and AG Rayfield and did not investigate my separate US DoJ complaint into PPB and the US Attorney Geissler. AG Rayfield and Judge Simon removed DoJ Geissler but did nothing about PPB and the City Attorneys that created this problem. This is not representation and Oregonians will only suffer.

What's at risk is federal Medicaid funding for all Oregonians. I communicated this to Senator Wyden's Director of Constituent Services, Karen Nootenboom, because the City is self-insured and the information Senator Drazan has demonstrates that the State is unable to investigate Medicaid fraud when a self-insured entity breaks the law and compromises that WC court with AG Rayfield and US Judge Michael Simon's assistance (US Rep Bonamici's husband when he is overseeing the federal consent decree over PPB). I will forward those emails as well.

I wish none of this is true. You know that this administration does not care about State/local GOP politicians or their constituents when it has an agenda - just ask how supported the GOP US Reps in California feel.

I am writing you because you know how serious this is and what's at stake as a Senate President. You also know the legislative responsibilities you have when the Gov, AG, Boli Commissioner cover up civil rights violations at BOLI and DPSST. The Constitution is not a trolley problem for politicians, it applies to everyone or you start making exceptions and you get the exact hellscape that is America today.

It doesn't have to be this way. You can do the right thing. In fact, I have a federal lawsuit against the City/PPB and all of this will soon be public even though I don't have an attorney. That said, if you are ethical and have any ethical colleagues, now is the time to hold any elected officials accountable for their contribution.

Oregon needs a different AG. If you get one with no conflicts, I'm no lawyer and have none, but I imagine there's a way to do what BOLI should have done which is sue the City/PPB/AFSCME on my behalf, just as the EEOC should have if they did not want to cover up their liabilities - which is represent me in court.

I could care less about Democrats or Republicans. Any political party that prioritizes their own political interests over upholding the Constitution for everyone has lost their way. Sadly, that applies to both parties in my case. That said, I know that this email is a public record, just like the fact that Drazan and Bonham have sat on this information since 8/26/25 I'm sure to use for fundraising with Phil Knight for a 3 million dollar gift to flip the Legislature Republican. Those emails are a liability when you are running for Governor if you forsook your legislative responsibility and continued to let my civil rights be violated and if you investigate the Democratic politicians that also failed me, my family, and all Oregonians, well you stand to make a strong case in the fall to keep the Governorship, and perhaps even run for it.

Will you forsake your legislative responsibility? Or are you going to protect all Oregonians, speak truth to power that is corrupt, uphold constitutional protections for all - especially for vulnerable communities this AG has abandoned (Jewish (my son) and Developmentally Disabled with mental illness (me and my son), and hold the federal government accountable for its contribution to liabilities? I can guarantee you there is no political future in this current Democratic Party in Oregon when it all comes to light and once a compromised federal judiciary comes to light (AC Dobson did give testimony with Henthorn/Giglio issues in the troop case as I reported to the Appeals Court District 9 in Immergut's case) and US Judge Simon's role (and why he had to recuse himself for Immergut).

AG Rayfield lost with Trump administration when he chose to be unethical at the beginning of this year. This is why departments like Internal Affairs exist, like where I worked at PPB. This administration through use their consent decrees and a partisan DoJ get that information when you are compromised through their own processes and use it as currency just like everyone who has covered up what I've reported for their own political aspirations or conflicts.

Sadly, it's like an exam where AG Rayfield automatically fails if he doesn't initial at the top next to the instructions that you will follow the constitution and your legal oath to all Oregonians. 50 lawsuits by a compromised AG don't really make much of a legacy, huh? He lost the game during the opening gambit.

It's not too late to provide ethical public service and transparent, good governance that protects the very vulnerable communities that others have intentionally failed to do so. When I saw your family looking at you, I got the sense they'd be pretty proud of you if you were the first politician to do so.

Fear is contagious, but so is accountability, love, and showing how a representative/constitutional democracy is supposed to work when you follow the rule of law and do the right thing for everyone, not just for your party, special interests, or career.

Please excuse any typos, if I edit this I won't be able to send with my OCD. I truly hope this an opportunity for you to play your part to turn this country around by protecting all Oregonians and holding anyone accountable that needs to be held accountable. Consider this email channel open. I will try and forward a few emails after sending this.

Thanks for being an ethical public servant, if that is who you are. As a parent of two young adults, I think how I act in the world matters. I got the sense your family believes that about you, too. I'm hoping I read their love and admiration correctly.

Sincerely,

Justin


---------- Forwarded message ---------
From: **Attorney General** <AttorneyGeneral@doj.oregon.gov>
Date: Wed, Dec 17, 2025 at 12:33 PM
Subject: See you tonight! 6pm Town Hall @ PCC Sylvania w/AG Rayfield & Sen. Wagner
To: Attorney General <AttorneyGeneral@doj.oregon.gov>


Thank you for RSVPing to tonight's Oregon Priorities Town Hall with Attorney Dan Rayfield and Senate President Rob Wagner!


**Location:** Portland Community College, Sylvania Campus, Performing Arts Center, 12000 SW 49th Ave, Portland

**Time:** Doors open at 5:30pm; Town hall is 6-7:30pm

**Parking:** Free parking is available in **Lots 8 & 9**, about a 3min walk to the Performing Arts Center.

- See attached for a map.
- Note: The entrance to the Performing Arts Center is on the opposite side of the building from the parking lot.

When you arrive, please pick up a flyer from the check-in table and head to your seat. The event will begin promptly at 6:00 p.m., so we encourage you to arrive early to allow time for parking and seating.

Guests arriving after 6:00 p.m. are still welcome to join us. Your presence is appreciated at any time.

See you tonight,

Office of Attorney General Dan Rayfield



Stay up to date on how the Oregon Department of Justice and the Office of the Attorney General are working to protect Oregonians:

- Subscribe to Media Releases
- Subscribe to the Attorney General's Constituent Newsletter

***** CONFIDENTIALITY NOTICE ***** This e-mail may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If you are not the addressee or it appears from the context or otherwise that you have received this e-mail in error, please advise me immediately by reply e-mail, keep the contents confidential, and immediately delete the message and any attachments from your system. *************************************

--
Justin Callaway
503.477.7298
justincallaway@gmail.com



**PCC Sylvania Campus Map with parking.jpg**
930K

---

**justin callaway** <justincallaway@gmail.com>                                              Tue, Dec 30, 2025 at 3:22 PM
To: Sen.RobWagner@oregonlegislature.gov

Just left vm. Please acknowledge and follow up with how you will handle your legislative responsibility with the information I shared with you.

Thank you,

Justin
[Quoted text hidden]

Justin
[Quoted text hidden]



**Office of Management and Finance**

**Bureau of Revenue and Financial Services - Risk Management**

Patrick Hughes, Risk Manager

July 8, 2024

Annalie Greer
Equal Employment Opportunity Commission
Seattle Field Office
**Uploaded via EEOC's Respondent Portal**

SUBJECT:    Justin Callaway v. City of Portland, EEOC Number: 551-2024-04257

Dear Ms. Greer:

Thank you for your courtesies and patience. As requested, this position statement provides the Respondent's brief response to the specific allegations contained in the copy of the Charge of Discrimination. These documents are submitted to the Equal Employment Opportunity Commission as investigative information relating to the Charge of Discrimination filed by Justin Callaway [hereinafter "Callaway"] against the City of Portland [hereinafter "the City"] and are considered confidential.

1. **I began working for the City of Portland in the Portland Police Bureau, hereafter Respondent, in or around October 2019 and my most recent position was Police Administrative Support Specialist in Internal Affairs.**

Response: The City agrees that Callaway began working for the City in October 2019 as a Police Administrative Support Specialist [hereinafter "PASS"] in Internal Affairs [hereinafter "IA"] within the Portland Police Bureau [hereinafter "PPB"].

2. **Throughout my employment, I submitted several complaints to Respondent and none of them have been investigated, which I believe is a form of disparate treatment.**

Response: The City agrees that Callaway brought up concerns during his employment to various employees of the City but denies the City failed to investigate and denies that the City engaged in any form of disparate treatment. Callaway raised several concerns during his employment with the City. As explained below, Callaway's concerns were investigated, and the City reviewed and responded to his concerns.

Additionally, Callaway continued to raise his concerns on multiple occasions throughout his employment despite having been informed that the City had either already addressed the concern or that after an initial intake investigation, there was no basis for further investigation. A review of the transcript from Callaway's intake meeting with the Independent Police Review ("IPR") on December 14, 2023, includes many of the concerns that Callaway most commonly

The City of Portland is committed to providing meaningful access. To request translation, interpretation, modifications, accommodations, or other auxiliary aids or services contact 311 (503-823-4000), for Relay Service & TTY: 711.

1120 SW 5th Avenue, Suite 1040-Risk
Portland, OR 97204

503-823-5101

liabilityclaims@portlandoregon.gov
rmworkerscompensation@portlandoregon.gov
rmlossprevention@portlandoregon.gov

Portland.gov/omf/brfs/risk



referenced. (Exhibit A). Ultimately, IPR determined that Callaway did not raise an articulable complaint against a person that IPR had the authority to investigate. (Exhibit B).

Although IPR investigator Berry reported difficultly understanding the exact nature of Callaway's complaints, he did identify that Callaway was concerned about an incident in or around May 2021 when someone released from custody at the Multnomah County Jail allegedly rushed toward Callaway[1] outside of his work location at the Justice Center (Exhibit A p. 1, 5-6; Confidential Exhibit C; Confidential Exhibit D). Callaway expressed concern that his Sergeant supervisor did not offer to take him to complete a police report after the incident. Sergeant Alicia Russell reported that she informed Callaway that the conduct he described did not constitute a crime and so she did not complete a report. She subsequently informed Callaway that he could file an online report if he felt the need to do so. As such, this this concern did not warrant a further workplace investigation. Further, the City provided Callaway with access to protected leave and EAP benefits when Callaway reported that the incident caused him mental distress. (Confidential Exhibit E).

In 2021, Callaway reported concerns about the COVID-safety procedures, alleging that some colleagues were not following mask or temperature rules, and contending that Internal Affairs did not respond to his concerns when raised. (Exhibit A p. 4, 8). However, Callaway acknowledged that Captain Greg Pashley ("Pashley") responded to his concerns by sending an email and posting a notice to employees reiterating expectations about COVID protocols. (Exhibit A p. 15).

Callaway also expressed displeasure about the job requirements for a Senior PASS position in Internal Affairs that was posted in the end of 2021. (Exhibit A p. 12; Confidential Exhibit D). He objected to the job requirement that the incumbent remain in the position for two years before transferring. At the time of the posting, Callaway raised these concerns to Pashley. During his intake with IPR, he expressed concern that Pashley did not change the job requirements in response. However, even if true, this concern does not articulate a workplace rule violation or retaliation because Internal Affairs is able to determine the requirements for positions within their department. Further, Callaway did not allege that the two-year requirement was outside of a management right or done for any improper reasons.

Callaway raised another incident, also seemingly from 2021, when shared his feeling that he did not get proper assistance from a provider through the City's Employee Assistance Program ("EAP")[2]. (Exhibit A p. 9-10; Confidential Exhibit C; Exhibit G). Callaway later acknowledged that he believed the concerns that he shared with the Bureau of Human Resources about his EAP service contributed to the City changing the EAP provider. (Exhibit

---

[1] Management of the jail and supervision of inmates is conducted by Multnomah County, not the City of Portland.[2] Access to EAP is a benefit provided by the City, but the providers are contracted with the City and are not City employees.

[2] Access to EAP is a benefit provided by the City, but the providers are contracted with the City and are not City employees.

A p. 9). While this was not an actionable complaint, Callaway appears to believe his input was considered, thus reflecting that the City is responsive.

During a follow up call with IPR Investigator Berry, Callaway also said that he believed former Commissioner Hardesty, who was in command of PF&R during the 2020 protests, signaled her support for anti-police protesters in 2020 because a PF&R fireboat discharged its water cannons on the Willamette River while protesters walked across the Hawthorne Bridge. IPR determined this was not an articulable complaint against an employee that could be investigated. (Exhibit B).

Moreover, the City remains open to receiving and responding to Callaway's concerns. In a recent email, Callaway raised concerns about an interaction between a police officer and his adult son. (Exhibit H). IPR notified Callaway of the next steps necessary to investigate this issue. (Exhibit I). During a recent statement at a City Council meeting, Callaway indicated that he purchased the chair he was using at his workstation, and it was not returned to him upon his separation. In response, PPB researched the purchase history for the chair at Callaway's workstation and located the receipt that indicated it was purchased by the Bureau. (Exhibit J).

Please see the responsive documents to the RFI Request 13, due to EEOC on July 26, for additional supporting information.

### 3. In or around May 2023, I took FMLA leave.

Response: The City agrees that Callaway began FMLA-protected leave starting in May 2023. Callaway communicated with Lisa Dunn, the former FMLA coordinator, about possibly filing for FMLA leave. (Confidential Exhibit K). On May 25, 2023, Callaway began a period of FMLA leave that was initially estimated to last approximately three continuous weeks; it ultimately extended through July 26, 2023. (Confidential Exhibits L and M).

On June 15, 2023, Lisa Dunn and Callaway emailed about his ongoing leave. At that point, Callaway's FMLA leave was approved through July 5, but his documentation said he needed continuous leave until October 27, 2023, which was beyond his available FMLA leave. Callaway said he would let his provider know to revise the FMLA end date and that they were still working on ADA paperwork. Callaway said he also spoke to his union representative and Human Resources Business Partner ("HRBP") Kristina Porreco about workers' compensation. (Confidential Exhibit N). Callaway describes trying to look into options to "best exit an unhealthy work environment" and that "with my specific disabilities, my specific position in my specific department creates additional harm." (Confidential Exhibit N).

On June 15, 2023, Callaway requested to shift his HRBP contact to Marquis Fudge. (Confidential Exhibit N). In mid-July, Callaway communicated with Fudge about ADA paperwork, and the distinctions between FMLA leave, paid administrative leave, and ADA accommodations. (Exhibit O). Marquis Fudge pointed out that Callaway's requested

accommodation, a transfer to a different position within PPB, may not accommodate his needs but that he would explore with the ADA coordinator. (Exhibit O).

On July 19, 2023, Callaway asked whether the Bureau of Human Resources ("BHR") could return some of the accrued paid leave he had used or place him on paid administrative leave. (Exhibit O and Confidential Exhibit D). Fudge explained that paid administrative leave is used in very narrow circumstances.

> **4. In order to return to work, I needed accommodations for my disability, Respondent forced me to return to work without accommodations on or around July 24, 2023 and I was intimidated by Captain Pashley, whom Respondent had shared my confidential complaints and medical information with.**

Response: The City agrees that Callaway returned to work around this time but denies the remainder. Callaway chose to return to work on Tuesday July 25, 2023, after being cleared by his provider, to avoid using additional paid leave. (Exhibit F). Callaway's ADA paperwork had been received; however, the City was still engaging in the interactive process to determine appropriate reasonable accommodations. (Exhibit P).

Both Callaway and Captain Greg Pashley sent emails documenting their July 25th meeting. In a July 26, 2023, email to BHR representatives, Callaway shares that Captain Greg Pashley checked in with him about tracking his FMLA leave. (Exhibit F). As background, Callaway shared that he requested to learn Sr. PASS duties prior to Pashley's arrival as Captain in Internal Affairs and was denied. When he told Pashley about this, Pashley requested that he write down his current job duties so that Pashley could identify Sr. PASS tasks that were appropriate for Callaway to learn. Callaway states that he "brought up not doing Acting Sr. Pass work" with Fudge by email about a week before he returned to work. During their July 25th meeting, Pashley again requested that Callaway write down his job duties so that Callaway could start working on Sr. PASS duties. Because of this, Callaway says it "was clear" that Pashley knew about Callaway's "situation." He viewed this as Pashley trying to "set the 'record' straight very inappropriately." Callaway acknowledges in the email, "I have no idea who knows what," but asserts that Pashley is pretending that he does not know about his previous emails. (Exhibit F).

On July 25, 2023, Pashley sent notes to then-Commander Amanda McMillan with PPB, documenting his conversation with Callaway. (Exhibit Q). Pashley reported asking Callaway to catch up on his emails before beginning new work. Pashley also documented asking Callaway to provide a list of required tasks and indicated that he limited the conversation with Callaway "to the few topics related to his return."

The only facts that Callaway provided to support his allegation that Pashley was inappropriate during this meeting or was privy to inappropriate information is that Pashley asked him to provide a list of his work duties. While it is possible that Callaway might have felt subjectively intimidated or confused about whether Pashley knew that he had recently raised a concern about not getting to learn Sr. PASS duties, it is not objectively intimidating

for a supervisor to speak to an employee about tracking FMLA leave or about his job duties after that employee returns from extensive leave. Further, it does not violate employee confidentiality for BHR to notify a supervisor that an employee would like training in a higher-level position.

**5. On or around July 27, 2023, I was sent home on paid, nonpunitive leave and told not to send any more emails.**

Response: After multiple requests from Callaway to be placed on paid administrative leave, the City placed Callaway on paid administrative leave effective July 28, 2023, through October 17, 2023 (Exhibit R and S) while he and the City engaged in the interactive process. Administrative leave is not punitive or disciplinary. (Exhibit T HRAR 6.01). The City generally directs employees to not perform work while they are on paid administrative leave.

While Callaway was on paid administrative leave, the City processed his ADA accommodation request. On July 13, 2023, Callaway submitted ADA paperwork, along with medical documentation, specifically requesting a reassignment. HRBP Porreco contacted Callaway's medical provider for additional clarification about Callaway's restrictions. Based on the additional information received in late August and September 2023 from Callaway's healthcare provider, Callaway could not perform the essential functions of his PASS position with PPB due to his medical restrictions including that Callaway was not to interact with upset/irate/distraught individuals and that Callaway was unable to perform duties that are high volume with strict deadlines. (Confidential Exhibit U). His provider stated, "I am unsure that an accommodation would allow Mr. Callaway to perform these duties [the duties of his position with PPB]. I believe that the nature of his job requirements, innately prohibit him from meeting the expectations of this specific job, as his symptoms are frequently activated leading to him needing to take leave." (Confidential Exhibit U).

BHR reviewed all vacancies citywide for a potential reassignment for Callaway. BHR reviewed all positions for which Callaway met the minimum qualifications to identify if any could accommodate Callaway's restrictions. The jobs considered were ones within the same salary range as his existing range or lower. BHR also included known vacancies that had not yet been posted for recruitment. There were no vacancies that could accommodate his restrictions. (Exhibit V, W and X).

**6. I did not hear from Respondent again until on or around October 2, 2023 when I was told I would be medically separated.**

Response: Callaway was notified on October 2, 2023, that the City was unable to identify a position suitable for reassignment and he would receive information regarding a medical layoff. (Exhibit V and W). Human Resources Administrative Rule 7.09 covers Medical Layoff (Exhibit Y).

Around this time, Callaway filed a workers' compensation claim related to the same medical issues. This claim was ultimately denied, and Callaway was notified that this claim was

closed on January 4, 2024. (Exhibit Z). Callaway has since appealed, and the workers' compensation claim is going through the appeals process.

On October 17, 2023, Callaway was notified that his paid administrative leave ended effective that day and he would be transitioned to sick leave accruals effective October 18, 2023. (Exhibit W). Additionally, the email notified Callaway that he had 17 days of FMLA leave remaining and, if he chose to use it, then he would be medically laid off effective November 9, 2023. (Exhibit W).

### 7. I submitted additional accommodation requests, which were not approved.

Response: The City agrees that Callaway submitted additional accommodation requests but denies the remainder. The City paused the medical layoff process to engage in the interactive process as a result of the updated requests.

As discussed in the response to Allegations 5 and 6, Callaway initially requested reassignment and his provider indicated he should not work in PPB or with difficult customers. The City notified Callaway that it was unable to identify a suitable reassignment and would be moving to medical layoff. After being notified that there were no suitable positions for reassignment and that Callaway could exhaust his FMLA leave prior to separation, Callaway requested a meeting with BHR representatives. That meeting took place on October 27, 2023, at which time Callaway provided the City with new medical documentation from a new provider indicating different job restrictions. (Confidential Exhibit AA). The new accommodation criteria included among other accommodations, remote work placement/permission. (Confidential Exhibit AA). This new medical documentation did not indicate reassignment as a needed accommodation. On October 27, 2023, Callaway asked if he should submit a new ADA request to accompany the updated medical documentation. HRBP Kristina Porreco responded on October 30, 2023, and informed Callaway that he should submit an updated Request for Accommodation since his previous request was specifically for reassignment. (Exhibit BB). Porreco pointed out that the new medical information suggested that Callaway could work some percentage in-person and it would be helpful for him to specify what percentage he was requesting. Porreco also indicated that permanent 100% telework is not likely to be a reasonable accommodation for a PASS position because all PASS positions have essential functions that must be completed onsite.

On October 20, 2023, Callaway's new union representative responded on his behalf and indicated that he would like 80% telework at a different PASS position. The union representative further indicated that Callaway did not want to return to his position at Internal Affairs or to any position at his current work building. If that was the only option, he was requesting to telework 90-95% of the time. (Exhibit BB).

On November 3, 2025, Porreco responded that given the essential functions of Callaway's Internal Affairs PASS position, primary remote work was not an available reasonable accommodation. The essential functions for all other vacant Police Bureau positions for which Callaway was qualified also required either 100% in person or mostly in person work. Porreco

indicated that she was also again reviewing citywide vacant positions to see if there were other positions that could accommodate his remote work request.

On November 3, 2023, Callaway provided differing percentages of remote vs. in person work that he was willing to work if the position was outside of the PPB (40% remote for 5-day weeks and 50% remote for 4-day weeks). In early November 2023, the City pulled another vacancy list. On November 9, 2023, Porreco responded that the essential functions for the potential reassignment positions required more in person work than Callaway was requesting as an accommodation. Therefore, the City was still unable to find a suitable position for reassignment, even with the new criteria. (Exhibit BB and CC).

Callaway's final period of FMLA leave was approved from November 6 through November 26, 2023. (Confidential Exhibit DD). Callaway was again notified that the City was again looking at medical layoff as the next step. (Exhibit EE).

On December 28, 2023, a letter entitled Notice of Intent-Medical Layoff letter mailed to Callaway. (Exhibit FF). On January 2, 2024, the City was notified that Callaway had applied for Paid Leave Oregon and was approved and backdated for November 2, 2023, through January 24, 2024. (Exhibit GG). The City paused the medical layoff process.

On January 10, 2024, Callaway again submitted a new Employee Accommodation Request Form and supporting medical documentation and the City engaged in the interactive process with this new information. (Confidential Exhibit HH). On his accommodation request paperwork, Callaway continued to list "reassignment for PPB, Internal Affairs" as his first requested accommodation. However, the medical documentation did not indicate reassignment as an accommodation. As to remote work, the updated medical documentation indicated "[c]onsideration of remote work when possible and if feasible based on job demands." This accommodation, as well as the other restrictions indicated by his provider, could be accommodated in his PASS position within PPB. (Confidential Exhibit HH). On January 16, 2024, Porreco notified Callaway that PPB would be able to accommodate most, if not all, of the accommodations indicated by his provider in his current position and that she did not see any restrictions noted by his medical provider that would indicate reassignment was needed. (Exhibit II) Callaway did not respond. Porreco also called Callaway on January 26, 2024, and left a detailed message explaining the above.

Around this time, Callaway asked Porreco, via his union representative, not to contact him directly. Additionally, Callaway's union representative asked Porreco to pause the interactive process so that Callaway could apply, through the competitive process, for a position in the Portland Water Bureau. In February 2024, Porreco reached out to Callaway's union representative seeking an update on the potential Water Bureau position, as well as asking the representative to notify Callaway about his benefits ending and to see how Callaway wanted to proceed with his employment with the City. (Exhibit JJ). The City did not hear from Callaway in response, but Callaway's union representative indicated that Callaway did not intend to return to his position in Internal Affairs.

**8. My benefits were cut off without warning, and I was medically separated on or around April 15, 2024.**

Response: Callaway was separated from the City effective April 12, 2024. (Exhibit KK). This was a non-disciplinary separation, not a medical separation. (Exhibit LL).

Callaway's benefits were terminated effective February 1, 2024. (Exhibit JJ and MM). If someone is not actively working their regularly scheduled shift and is not in a status that protects benefits, then the City is unable continue coverage. Benefit coverage ends at the end of the month which employees were last in a protected leave status. Callaway's Paid Leave Oregon benefits ended in January, and he did not have any remaining protected leave or other leave balances, so, his benefit coverage ended at the end of January 2024. Callaway was provided information about COBRA. (Exhibit MM).

The City had engaged in the interactive process with Callaway from July 13, 2023, to March 2024 and completed two city-wide reassignment checks which did not locate any reassignments. The City offered Callaway all the reasonable accommodations suggested by his medical provider in his final accommodation paperwork, which the provider indicated would enable Callaway to perform the essential functions of his job, yet Callaway did not return to his position. Therefore, on March 27, 2024, the City notified Callaway that it intended to proceed with a non-disciplinary separation if he did not return to work by April 3, 2024. (Exhibit LL). The City did not pursue a medical layoff because it was no longer true that Callaway could not perform the essential functions of his position with reasonable accommodations. The City also offered Callaway a due process meeting on April 4, 2024.

After Callaway received notice of the proposed non-disciplinary separation, he began communicating again with the City but still refused to return to his position to try out the reasonable accommodations indicated by his medical provider. Instead of completing this crucial step in the interactive process, he stated that "it is clear I cannot return to PPB, IA, and possibly anywhere else in the City." (Exhibits H, OO, and see NN). After providing due process to Callaway and considering the information that Callaway provided (via email in Exhibits H, NN, and OO), the City imposed a non-disciplinary separation on April 11, 2024. (Exhibit PP).

The City has not discriminated against Callaway and has not retaliated against him for any protected class or activity. The City provided Callaway with all the protected leave for which he was eligible and provided additional paid leave during a period of paid administrative leave. The City followed its ADA procedures and engaged in a lengthy interactive process with Callaway. Ultimately, Callaway stopped engaging in the interactive process or communicating with the City after providing medical paperwork that that indicated his disability could be reasonably accommodated in his PASS position. Once Callaway stopped engaging in the interactive process by refusing to return to his PASS position and try out the reasonable accommodations suggested by his provider, the City proceeded with a non-disciplinary separation. We ask that the EEOC close its file and conclude its investigation into

this complaint. Please direct any inquiries related to the investigation of the Complaint to my attention. Management witnesses are available to be interviewed. If management witnesses are to be interviewed, please contact me at 503-865-6635 or rosalia.radich@portlandoregon.gov to coordinate the interviews.

Sincerely,

s/ Rosalia Radich

Rosalia Radich
Civil Rights Claims Analyst



June 21, 2024

Annalie Greer
Equal Employment Opportunity Commission
ANNALIE.GREER@eeoc.gov

RE:    **EEOC Charge No.:  551-2024-04750**
       **Respondent Position Statement and Response to Requests 1, 2, 6 and 7**

Dear Ms. Greer:

Please accept this letter as a position statement in the above referenced charge filed on behalf of AFSCME Council 75 and AFSCME Local 189 ("AFSCME").  The address for the responding party is found on this letterhead.

AFSCME denies engaging in the discriminatory behavior alleged by the Charging Party Justin Callaway ("Callaway").

As a preliminary matter, Callaway is not, and never has been, an employee of AFSCME. Callaway was employed by the City of Portland located in Portland, Oregon.  AFSCME represents Callaway under the terms of the provided collective bargaining agreement (RFI Response #8) and the Oregon Public Employee Collective Bargaining Act (ORS 243.650 *et seq.* "PECBA").  AFSCME does not have a hiring hall and is not in a position to, lawfully or otherwise, hire, promote, discipline, discharge or otherwise determine the terms and conditions of Calloway's employment with the City of Portland.

Callaway has not alleged that AFSCME has engaged in any discrimination prohibited by 29 CFR 1630.4.  In light of Calloway's employment status, Callaway could not allege any such unlawful discrimination by AFSCME.

Callaway sought and received representation from AFSCME on several occasions.  Although Callaway may be dissatisfied with the outcome of the matters in which he sought representation from AFSCME, AFSCME nevertheless responded to Calloway's requests and attempted to assist him in accordance with AFSCME's duty under the PECBA.

Callaway's interactions with AFSCME began with his initial contacts to AFSCME Local 189 President Rob Martineau.  Callaway contacted Mr. Martineau to request assistance transferring out of his position with the City of Portland Police Bureau because Callaway believed his disabilities could not be accommodated within the Police Bureau.  Mr. Martineau spent many hours on the phone discussing the situation with Callaway.  Mr. Martineau spent many additional hours meeting with representatives of the City of Portland to find another job opportunity for

EEOC Charge No.: 551-2024-04750, Respondent Position Statement and Response to Requests
June 21, 2024
Page 2

Callaway. Mr. Martineau's communications with Callaway and representatives of the City of Portland occurred by telephone or in-person meetings. Unfortunately, AFSCME does not have the ability to force the City of Portland to reassign Callaway to a new job outside of the Police Bureau. As a result, Mr. Martineau's efforts were unsuccessful, and Callaway remained in his position in the Police Bureau.

Callaway became dissatisfied with his working relationship with Mr. Martineau. As a result, AFSCME assigned staff members including Geebs Rojas, Patricia Loving and, more recently, Karly Edwards to work with Callaway.

Callaway contacted Karly Edwards in April of 2024 when the City of Portland initiated a process to terminate Callaway's employment (See 4.18.24 Accommodation of last resort). Ms. Edwards offered to approach the City of Portland with a final request for accommodation for Callaway. Callaway accepted Ms. Edwards' offer. Unfortunately, Ms. Edwards reported back to Callaway on May 23, 2024, that she was unable to contact the Labor Relations Director for the City of Portland because of conflicting vacation schedules.

During the time that Ms. Edwards was attempting to reach the City of Portland Labor Relations Director on Callaway's behalf, Ms. Edwards suggested that Callaway file an EEOC complaint (See 4.17.24 EEOC Complaint). Ms. Edwards offered to assist Callaway in the drafting of his complaint. Ms. Edwards intended for Callaway to file his EEOC complaint against his employer, the City of Portland. Although AFSCME has no knowledge of whether Callaway filed a charge against the City of Portland, AFSCME hopes that Callaway pursued this option and that the EEOC is able to assist Callaway in his dispute with the City of Portland.

AFSCME's position is that Calloway's charge against AFSCME is without merit because the charge should be filed against the City of Portland. AFSCME is not Calloway's employer and AFSCME is not in a position to commit unlawful employment discrimination against Callaway. Callaway has not alleged any unlawful behavior by AFSCME as defined by 29 CFR 1630.4. AFSCME has expended considerable resources responding to Callaway's requests for assistance and representation including assistance that falls outside of the scope of AFSCME's representation. For these reasons, AFSCME requests a dismissal of the charge Callaway has filed against AFSCME.

Please let me know if I can provide any additional information on behalf of AFSCME.

Sincerely,

Lane Toensmeier, Staff Attorney
AFSCME Council 75

 Gmail

justin callaway <justincallaway@gmail.com>

---

## WAGNER: Fwd: Application Status for REQ-184870 Judicial Assistant (Paralegal) (Evergreen) (Open)

1 message

---

**justin callaway** <justincallaway@gmail.com>                    Sun, Dec 21, 2025 at 7:08 PM
To: Sen.RobWagner@oregonlegislature.gov

Please do the right thing with this.

Be well,

Justin

---------- Forwarded message ---------
From: **justin callaway** <justincallaway@gmail.com>
Date: Tue, Aug 26, 2025 at 11:18 AM
Subject: Fwd: Application Status for REQ-184870 Judicial Assistant (Paralegal) (Evergreen) (Open)
To: <Sen.DanielBonham@oregonlegislature.gov>, <Rep.ChristineDrazan@oregonlegislature.gov>

Apparently your server bounced the email with over 20 mb in attachments. I will send this and then a follow up with a missing attachment.

---------- Forwarded message ---------
From: **justin callaway** <justincallaway@gmail.com>
Date: Tue, Aug 26, 2025 at 11:12 AM
Subject: Fwd: Application Status for REQ-184870 Judicial Assistant (Paralegal) (Evergreen) (Open)
To: <DCBS.Recruiting@oregon.gov>, <christina.stephenson@boli.oregon.gov>, Nootenboom, Karen (Wyden) <Karen_Nootenboom@wyden.senate.gov>, <constituentservices_@wyden.senate.gov>, <Rep.ChristineDrazan@oregonlegislature.gov>, <Sen.DanielBonham@oregonlegislature.gov>


Good morning,

I applied for this position and I imagine when the materials are reviewed you may need some assistance navigating how to ensure my civil rights are not violated in your hiring process. To assist you, I have Cc-ed a few people. Unfortunately, many state agencies and public officials/employees refused to provide accessible due process or intentionally did not respond to written and verbal requests for disability accommodations and assistance. I realize that this has contributed somewhat to the very context of this email.

That being said, I am looking for work and should you hopefully offer me a position you would need to address the ethical lapses in this WCB court to ensure no retaliation occurs in the workplace, especially as a vulnerable adult receiving Developmental Disability Services (DDS) and working with OVRS. Of course, should my application be denied, how did my raising the ethical dereliction by WCB Portland court staff, including three administrative law judges, play into the handling of my application with the recent handling of my WCB appeal as not only a civil rights violation but most likely introduced class-actionable liabilities for this court? This is why it is best to hire ethical employees who do not create situations like this. This is why I applied for this position: I believe all Oregon taxpayers and all injured Oregon employees deserve an uncompromised WCB court that provides accessible due process by following all professional, moral, and legal expectations as a WCB court public employee in whatever role they serve.

I am not alleging any wrongdoing has occurred with this hiring process at this point, although I did have to try and apply twice. Other State agencies, like OSB, actually pull job postings before posted application deadlines early which presents equity/hardship issues for those like me that receive DDS who now must be hypervigilant with State job applications and perform additional correspondence or repeated steps when it not accessible and straightforward (like applying for a position that disappears mid-application - I don't know the solution, I just know my experiences and that something needs to change).

I have attached that email along to DCBS Recruiting with a few others to help you understand the timelines and records that this court knew about and should have requested/investigated to ensure that there would not be appeal rights for WCB appeals or claims by a self-insured entity when they were aware a colleague's spouse and employer were involved in a criminal conspiracy to cover up Covid Relief fraud that should have covered by Workers Comp and instead cover-up coordinated, disciplinable,

misconduct with PPB employees, unions, City attorneys, elected officials (Mayor and Auditor), HR and Risk Management staff (I am pretty sure that RICO applies to this).

So please, review the documents and my 6-10-25 WCB hearing testimony, including perjury by Lt. Konczal, where a self-insured entity that has a Risk Management housed in HR when their WC independent investigator says he will call me back to interview me the following week to go from the start of my employment (yes, he and my employer knew I autistic and would have trust his word on this and that lying to me was abusing this disability) only to deny my claim instead despite promising me full, independent investigation when Mayor Ted Wheeler and the Director of HR Kathy Bless and my AFSCME Union President Rob Martineau all knew when I emailed on 10/05/23 that Mayor Wheeler was PPB Commissioner and HR Commissioner and that on HR could investigate IA employees yet HR sent allegations to Captain Greg Pashley when I was at work to abuse disability information and more importantly to compromise due process and police accountability for all City, County, State, and Federal taxpayers. Yes, that email mentions the WC claim as well and it was very much related as they know. In fact, you can see that Chief Lovell "resigned" on 10/13/23 (demoted without an investigation that included me, huh? and continues to create liabilities as an employee) and Cathy Bless got to "retire" shortly afterwards. Similarly they were made aware that IPR Director Ross Caldwell and Investigations Branch Assistant Chief Jeff Bell (also demoted back to PSD Commander without an investigation that included me or my son when he oversaw a criminal investigation into my Jewish son during my ADA process when he had a conflict, including my knowledge of his religious bias that has never been never investigated by PPB either as required by the US DoJ Agreement - or even BOLI and DPSST for that matter). Both are continuing to create serious liabilities as employees, and IPR Director Caldwell feels it appropriate to violate my civil rights yet again by claiming I am not "credible" when I tried to report Lt. Konczal's perjury outlined in my revised cover letter.

The good news, it's not too late for BOLI to quit coordinating with the Governor's office and disregarding Senator Wyden's outreach to assist me with actually providing disability accommodations this time by initiating a whistleblower investigation into City/PPB/AFSCME with my five year statute of limitations because the EEOC did and does not have this investigative authority. BOLI Commissioner Stephenson is well aware of this along with the civil rights violations by BOLI staff related to my civil rights investigations. This is so exhausting and confusing when the very institutions that are supposed to protect, investigate, and provide due process for bias, abuse, or injuries for vulnerable adults like me choose to not address unethical, criminal, or biased behavior to ensure additional liabilities are not created in other aspects of State business - like having to write this email by applying for this job.

On that note, I apologize that the unethical behavior of other public employees/officials and unions created this situation. It's difficult to be a whistleblower when you never even planned to be one, you just do what your employer, taxpayers, and the law require and because your ethics are intrinsic to your mental illness from a life of having your neurodivergent processing of language abused by those who should be protecting and looking out for you. But, when you do become a whistleblower by accident even with FMLA/ADA protections, it is important that you also get to file whistleblower allegations that are accessible and investigated thoroughly, just as it is important that you **please provide me with appropriate agency or agencies to report unethical behavior at this court and with the State AG and related agencies. Please note, I will need a dedicated nonverbal option like an email address for the person/agency as a formal ADA accommodation.**

As you review the attachments, you will see that it cannot include those who have mishandled my outreach to say the Governor's Office, the State AG, WCB court, BOLI, DPSST, OSB, etc. Good luck, I know how difficult it is. For instance, I cannot receive constituent services to address the manifold, grave issues outlined above because even my two, AFSCME-endorsed Oregon legislators, Rep. Rob Nosse and Senator Kathleen Taylor, have refused to address their legislative responsibilities by informing their colleagues in their respective chambers that the State's largest municipal police force is compromised, creating serious liabilities to the City/County/State and there is RICO conspiracy with elected officials, City of Portland staff, and AFSCME, to cover up coordinated misconduct and fraud. Hard times indeed. This is why I have included the House and Senate Minority leadership emails. Hopefully, they can assist when one political party and elected officials appears to be compromised by the special interests of a union that financially abused a vulnerable adult, ethical autistic public employee and was aided and abetted by mandatory reporter public employees. I have also included Senator Wyden's office as they have provided essential constituent services with helping get my EEOC investigation files and trying to find ethical elected officials to respond to the gravity of this situation that I did not create but only asked for people to do what they were supposed to do.

The public records, like this one, and so, so many more exist. The liabilities don't go away, they just grow and are compounded with new documentation and potential liabilities. I cannot help that I need to find work. Nor can I control that others did not do their jobs or made unethical choices in their respective positions or agencies. All I can do is just document what is happening and keep trying to rebuild my life when I pay taxes and yet no longer live in a representative democracy. Perhaps, this is financial abuse in a participatory democracy by taxation without representation? My recent outreach and non-responses from my state legislators certainly make it appear that way. But I digress, that is beyond the scope of this email but perhaps for the Oregon House and Senate Minority leadership to work with our federal representatives to ensure that any liabilities that the federal government contributed to this situation are addressed by ensuring that Portland, Multnomah County, and the State of Oregon from going bankrupt if this is not done. Please, do check in with Senator Wyden's office.

I'd ask you all to consider that I care about this country and all its residents. It's the type of inclusive, ethical public servant I am and wish to become again. To me, the only appropriate response to trauma is to not create more trauma. And if that means, people were unethical or involved in criminal behavior, you report it and hold them to account. Otherwise, you become an enabler while the liabilities remain. It has been my reality. This is a chance for Oregon leadership to model for the entire country what productive, bi-partisanship based on solutions to pressing issues, accountability, and ethical good-governance looks like. It may mean uncomfortable press or changes in political power dynamics at the State, County, and Municipal level, but if we are

truly a constitutional democracy, then we should only be considering the country and its duty to all citizens. If there is a State that could show the way for this country right now, I believe Oregon has been gifted this opportunity with this email. I hope you all agree.

Thanks again for your consideration for this position. I wish well with the rest of the hiring process. At this point, regardless of whether I am selected, I do believe you know I truly hope it yields the selection of an ethical judicial assistant.

To everyone else, I wish you well and remind you to see the humanity in everyone. I believe everyone should be afforded due process, so if I am incorrect about any aspect where this is the case. All I know is that the very absence of leadership, the choice to violate my civil rights than provide that due process or the investigations that all Oregonians deserved has been a repeat experience for me. I believe there is a bright future for all Americans, starting with addressing what is wrong in Oregon. You have the documents to begin those conversations and show the way. I am willing to do my part despite everything that has happened, including living in a City where if I call 911 I know I will be denied the very police accountability I used to help facilitate no matter what happens. That is a pretty scary world, until you believe in something more like asking people to do the right thing and slowly change the tide back to a country based on the shared values that everyone deserves equitable treatment and due process with a constitution that leads that way.

Sincerely,

Justin Callaway


---------- Forwarded message ---------
From: **Workday** <oregon@myworkday.com>
Date: Mon, Aug 25, 2025 at 11:43 PM
Subject: Application Status for REQ-184870 Judicial Assistant (Paralegal) (Evergreen) (Open)
To: <justincallaway@gmail.com>


Thank you for applying with the State of Oregon! Your application has been received and will be reviewed by members of our team soon. If you are selected for further consideration, you will be contacted with information about next steps. Refer to the job posting for details about the open position and to find contact information for the recruitment team. Please note, the use of outside resources such as Artificial Intelligence software during applicant skill assessments, examinations, or interviews is prohibited unless otherwise stated by the hiring agency. Unauthorized use of outside resources during the hiring process will result in disqualification. For applicant help and information, visit https://www.oregon.gov/jobs

Sincerely,
State of Oregon

Business Process: Job Application: Justin Callaway - REQ-184870 Judicial Assistant (Paralegal) (CAND-388731) on 08/25/2025


This email was intended for justincallaway@gmail.com


--
Justin Callaway
503.477.7298
justincallaway@gmail.com


--
Justin Callaway
503.477.7298
justincallaway@gmail.com


--
Justin Callaway
503.477.7298
justincallaway@gmail.com

---------- Forwarded message ----------
From: justin callaway <justincallaway@gmail.com>
To: mul.juryduty@ojd.state.or.us, AttorneyGeneral@doj.oregon.gov, "Nootenboom, Karen (Wyden)"
<Karen_Nootenboom@wyden.senate.gov>, simon_crd@ord.uscourts.gov, Rep Nosse <rep.robnosse@oregonlegislature.gov>,
gao.info@odhs.oregon.gov, Sen.KathleenTaylor@oregonlegislature.gov, mult.chair@multco.us, district1@multco.us,
district2@multco.us, district3@multco.us, district4@multco.us
Cc:
Bcc: Jodie Phillips polich <jodie@phillipspolich.com>, Lisa Stalder <lisa@phillipspolich.com>, Pele warnock
<pele.m.warnock@gmail.com>, Ryan Petty <rpetty@inclusioninc.org>, ASO - Exec Dir <tobi@autismsocietyoregon.org>
Date: Wed, 9 Jul 2025 11:27:32 -0700
Subject: How does jury duty work with Multco DA and PPB engaged in covering up fraud and misconduct? - Fwd: PPB Lt Scott
Konczal lied in sworn testimony 6/10/25 --> Fwd: Federal whistleblower former PPB IA employee retaliated against - Chief Day
and DoJ Geissler are involved
Hello,

I am hoping you could explain how my civil rights will not be violated as a vulnerable adult resident of Multnomah County who
would like to participate in his civic duty when the last DA and this current DA are aware of criminal conduct at PPB from the
Chief's office as it relates to coordinated misconduct and fraud I reported.

It does not help that IPR Director Ross Caldwell who was a former Multnomah Cty prosecutor is also involved in violating my civil
rights. I have the records to prove perjury, just as he could have ordered, and he denied my credibility when he should not have
even been involved based in the handling of my complaint based on the evidence below (you can check the PPB Organizational
chart from June 2025 to see that Assistant Chief Jeff Bell was demoted to PSD Commander (I guess so he only introduces
religious bias into administrative investigations and not criminal justice work?) after my complaint was received but never
investigated just like Chief Lovell when I emailed Mayor Wheeler on 10/5/23). Yet I have never been interviewed for a single
Internal Affairs or IPR investigation as required under the federal court-ordered DoJ agreement?

This is serious. When a RICO level conspiracy involves your previous and current county DA and your local law enforcement
agency, as well as the coordinated violation of my civil rights as a disabled Portland resident, how does this not impact my ability
to participate without being disqualified from the jury selection without violating my civil rights? Please advise.

As a prospective juror doing due diligence and ensuring due process to any defendant, I would need to know whether any PPB
officers or PPB chain of command that have not been investigated for misconduct and fraud and disciplined/terminated as such
were not involved in the handling of any charges or police work, just as the prosecution of this case does not include any DA
employees of this criminal misconduct and the DA's mishandling of the prosecutorial liabilities the public records below
demonstrate they have known about for over a year. Does this make sense?

These public records and liabilities are well documented across public servers as well as reside on private servers. Please
address this situation so that I may perform my civic duty without having my civil rights violated or any criminal defendants
having obvious appeal rights.

---

**JURY SERVICE INSTRUCTIONS**

**Step 1**
**Respond to Summons**

Using your computer or smartphone, complete
the questionnaire at the Jury Duty website:

www.courts.oregon.gov/multnomahresponse

Juror ID: 0003220973

To use your smartphone, open the camera
app, hold your device so that the QR code
appears on the screen. Click the link.

If you are unable to complete the questionnaire
online, please email or call:

EMAIL: mul.juryduty@ojd.state.or.us
PHONE: (971) 274-0575

Visit the Jury Duty website for information on:

- The time commitment for Regular Jury Duty
- Parking, security, and payment questions
- Reporting instructions and next steps

**Step 2**
**Check Reporting Status**

View the jury schedule on our Jury Duty website
for service updates.

View the jury schedule, or call our recorded
message, the day before your jury service after
5:00PM. Follow the instructions on when to
report to the Central Courthouse downtown.

(971) 274-0575

| | |
|---|---|
| Start Date | 08/13/2025 |
| Term of Service | 2 days or 1 trial |
| Juror N# | 00568 |

**Reporting Location**
Multnomah County Central Courthouse
3rd floor, Jury Room
1200 SW 1st Ave.
Portland, OR 97204

**BRING THIS POSTCARD WHEN YOU APPEAR**

---

As an ethical public servant that is now unemployed for doing what all taxpayers expected of me in my role as a Police
Administrative Support Specialist in PPB/Internal Affairs who has and knows (as you have the records to show) he will be denied
police accountability no matter what happens by IPR/IA if I call 911 when/if my local law enforcement agency responds as a

vulnerable adult Portlander that receives Developmental Disability Services, please resolve this matter. I believe I am the type of juror any Multnomah County resident should want.

You have a DA's office that knows that our state's largest municipal police force, a paramilitary organization that is command-driven believes it okay to send a Lieutenant to lie under oath because a former Multnomah County DA is willing to also cover up this misconduct since he, too, is involved in the same RICO conspiracy.

I would like to live in a City where my constitutional rights are respected and very serious liabilities for all Portlanders, Multnomah County residents, and Oregonians are addressed before the appeal rights for all impacted bankrupt all levels of state and local government.

I thank you for your proper handling of this information. Please excuse any typos, I do not have a DDS support worker assisting me with this email. It has been incredibly disheartening and disruptive in my life to experience this and have to write emails like this just so that I can serve on my jury duty. Apparently, this is what happens when people forget that we serve the public and being a steward of the public resources and providing basic services means we are not hired to abuse our stations to cover up misconduct, but very much must contain liabilities so situations like this do not occur.

Thanks to all of those who are ethical public servants and handle this appropriately.

Sincerely,

Justin Callaway

Justin

---------- Forwarded message ---------
From: **justin callaway** <justincallaway@gmail.com>
Date: Wed, Jun 11, 2025 at 8:42 AM
Subject: PPB Lt Scott Konczal lied in sworn testimony 6/10/25 --> Fwd: Federal whistleblower former PPB IA employee retaliated against - Chief Day and DoJ Geissler are involved
To: <ombudsman@portlandoregon.gov>, <AttorneyGeneral@doj.oregon.gov>, COMPLAINTS DPSST * DPSST <DPSST.Complaints@dpsst.oregon.gov>, Mult. Co. District Attorney's Office MCDA <damailbox@mcda.us>, Nootenboom, Karen (Wyden) <Karen_Nootenboom@wyden.senate.gov>, <christina.stephenson@boli.oregon.gov>, Rep Nosse <rep.robnosse@oregonlegislature.gov>, <simon_crd@ord.uscourts.gov>, Independent Monitor <info@portlandpolicemonitor.com>, <sameer.kanal@portlandoregon.gov>, <councilor.kanal@portlandoregon.gov>

Hello,

I was in a WCB hearing yesterday and Lt. Scott Konczal repeatedly lied during sworn testimony as witnessed by City Attorney Lihn Vu. This included about when he spoke with Risk Analyst Vicki Bigsby (he said 2024, she said Oct 2023 - perhaps both are lying?), that I have a metal plate in my head from being previously assaulted (what?) (I assume this was to intimate I had TBI or am unstable, along with other mischaracterizations of my professional contributions as an ethical employee that has been and continues to be retaliated against which has been part of a larger intentional bias by the City (including attorneys)/PPB to try and discredit me as an employee with disabilities when they have refused to send me acknowledgment or declination letters (for instance, if I am not credible then I would have these) from IPR or IA for allegations I have raised during my FMLA/ADA, separation process and as a citizen), and fabricated testimony about what I reported to him with regards to my Workers Comp claim as used as basis for its denial as well as reporting events that never occurred. This is incredibly serious and troubling, given the scale and coordination involved, including Risk Management as a self-insured entity intentionally to not get recorded statements from me or those they shared as credible.

His false testimony proves that a RICO conspiracy exists (to cover up coordinated police misconduct and federal Covid relief fraud) at City of Portland/PPB involving Chief Bob Day, DC Chris Gjovik, AC Chuck Lovell, and AC Amanda McMillan. Please be advised in your handling of this claim as Lt. Konczal said that all mask violations in IA were properly handled. The evidence, such as Case Status sheets that were created by software that was programmed as out-of-class work with no vendor tech support option by AFSCME IA Sr. PASS Tyson Estes proved this was false. Just as his false testimony that mask violations were only reported by members of the public, versus other city employees, like me. In fact, he intentionally misled the judge by not explaining the discipline matrix as it related to SIs and why we were compelled under the federal US DoJ/PPB agreement to follow all state rules and employer expectations, where the two sworn members would not have been eligible for SIs because they violated the failure to report misconduct of the IA investigator and the other PPB sworn member like the incident I reported. These would have been ineligible for SIs if properly handled and as full investigations with disciplinable consequences by IA or IPR. They were not. He knew this as has everyone involved in this cover-up and retaliation.

Unfortunately, IPR is also involved in the RICO cover-up. This includes IPR Director Caldwell and anyone involved on the attached transcript or mishandling of the attached email as no allegations were investigated for sworn members (IPR/IA) or were referred to IA (non-sworn) for me or my son when they should have contacted him directly as he is over 18 and have his contact information with their REGIN access.

The fact I was never given a case number shows this was mishandled and given "special handling". How does the City handle these claims without continuing to violate my civil rights under the federal US DoJ/PPB agreement without involving people with a conflict of interest such as Mayor Wilson and City Manager Michael Jordan (emailed on 4/21/25) and my three district commissioners (see below) know this is happening?

**I am sending this email to all parties, because the last time I properly reported misconduct through channels to Chief Bob Day, he was involved making sure those allegations were not properly handled and allowing DC Michael Frome and AC Jeff Bell to retire before being investigated rather than placed immediately on paid administrative leave as required so that their testimony could be compelled.** This is well documented and violates state law. In theory emailing the Mayor or my Commissioners should have sufficed last time to address the fact that "through channels" for reporting such a serious truthfulness charge should officially be able to be handled through the PPB Chief's Office, IPR, or Internal Affairs, but as you have the evidence to see none of them can handle this complaint without conflict because they are involved. I did not create this situation; unethical employees and elected officials did so and in doing so are creating serious liabilities for the City of Portland, Multnomah County, and the State of Oregon.

**Please do not let this happen again with Lt. Konczal.** I am considered a vulnerable adult by the State of Oregon, I receive Developmental Disability Services, and I need a dedicated disability accommodations contact to participate fully in any complaint process. Please provide this person in your response. Also, please consider, that I live in Portland with my son and the local law enforcement agency that will respond if we call 911 is involved in this, including the Chief of Police, and as Lt. Konczal demonstrated, are willing to commit perjury to try and cover up this RICO conspiracy. I do not feel safe and this is so unfair and needs to stop.

Thank you,

Justin Callaway

---------- Forwarded message ---------

From: **justin callaway** <justincallaway@gmail.com>
Date: Wed, Feb 19, 2025 at 10:54 AM
Subject: Fwd: Federal whistleblower former PPB IA employee retaliated against - Chief Day and DoJ Geissler are involved
To: <councilor.koyamalane@portlandoregon.gov>
Cc: <Councilor.Novick@portlandoregon.gov>, <councilor.morillo@portlandoregon.gov>, <mbernstein@oregonian.com>, <zshaikh@oregonian.com>

Hello Councilor Koyama Lane,

I thought I included you. Please check in with your fellow District 3 councilors. All Portlanders, including me, need a council that cares and addresses these liabilities now before they become worse.

Thanks for your service and for what all of you do.

Best regards,

Justin

---------- Forwarded message ---------
From: **justin callaway** <justincallaway@gmail.com>
Date: Tue, Feb 18, 2025 at 10:41 PM
Subject: Federal whistleblower former PPB IA employee retaliated against - Chief Day and DoJ Geissler are involved
To: <mbernstein@oregonian.com>, <zshaikh@oregonian.com>
Cc: <Councilor.Novick@portlandoregon.gov>, <councilor.morillo@portlandoregon.gov>

Hello everyone,

If you could please not include my name or contact information I would appreciate it. I receive Developmental Disability Services and am considered a vulnerable adult. Please keep this in consideration. There will be typos, I apologize in advance but I will not be able to edit this and still send it.

I live in Portland and if I call 911 Chief Day has ensured I will be denied police accountability no matter what happens. I know because he did it before and after he terminated my employment as an administrative assistant in IA and refused to grant reassignment as I had requested with my ADA accommodations. He and other City, Federal, and I believe state employees are covering up and compounding liabilities all Portlanders should know.

I've been unable to find an attorney and this has been going on for a long time. I believe this involves state officials (Governor/Attorney General/BOLI Commissioner/agencies (DPPST, BOLI, OSB) in denying me the investigations that all taxpayers need and that PPB Chief Day and others at the City also have done by violating my civil rights as an employee and as a citizen. This is being done in coordination with DoJ Jonas Geissler who oversees the DoJ agreement and City attorney Heidi Brown (in attendance at City Council YouTube link), both involved in crafting the future of police accountability in Portland while actively violating my civil rights and covering up serious liabilities that only grow as such. I believe this to be a national issue with direct relevance to the current Supreme Court case about independent IGs as the issues began in the first Trump administration.

The constitutional crisis has been happening here already with Mayor Wheeler and so many others covering up police misconduct and possible federal fraud because we are under the DoJ agreement. Any exclusions would have needed to be made in court, so all coordination has been extrajudicial (meaning they are ignoring the federal judge's order intentionally together and will most likely bankrupt Portland as I testified to Mayor Wheeler).

This involves Covid. I was infected at work and the contact tracing Sergeant told me it didn't matter when I told him who I thought infected me. I knew who it was and she was not wearing a mask and she had just been home because he kid had Covid and was at work. I still have long Covid symptoms today.

Despite knowing that I am considered a vulnerable adult, PPB Chief Day terminated my employment after refusing to answer any of my questions in an "interactive" ADA process, like whether he had a conflict, which was directly relevant to DC Michael Frome in my separation process (and Assistant Chief Jeff Bell in another issue involving civil rights of my family). Both were terminated after information and allegations I shared, yet I have never received any notification acknowledging my allegations and investigative updates (the letters I used to send to anyone who made a complaint about a PPB member), much less was I interviewed as all Professional Standards investigations into sworn members start with the complainant. DoJ Geissler knows this because he was included on the email with the allegations and I used to help prepare quarterly audit IA investigation files to him and City Attorney Heidi Brown and others. They are fully aware that my civil rights are being violated.

This has been coordinated civil rights violations and disparate treatment of a developmentally disabled employee with comorbid mental illness who followed rules and reported coordinated misconduct and possible federal fraud. My disabilities and my allegations cannot be separated, as they are why I could no longer work in Internal Affairs because there was no accountability and my professional, safety, and bias concerns were routinely ignored by the very same supervisors involved in the coordinated misconduct, liabilities, and possible federal fraud. My workplace was unhealthy because my supervisors denied me the same thing that Chief Day and others chose to do once I shared my allegations with FMLA/ADA protections.

Currently in the Chief's Office only Assistant Chief Dobson was not involved in some allegation or command structure involving IA with full knowledge of this misconduct or other allegations. This is a problem. Yes, extending Chief Day's tenure would be a mistake. So would promoting others again also involved, because you need to make sure who knows about the civil rights violations and is involved. The Chief's Office is not that big and has regular meetings, so I have no idea who is involved. This is why you conduct investigations.

I am taking a risk sharing this information, but I live here and care about Portland. I do not believe any new commissioners know about this, but if Dan Ryan was present in the Council testimony I gave, then you could see the conflict. I am not sure about Mayor Wilson or the City Manager Jordan, but I believe both most likely know as part of the Wheeler transition as you will see how Mayor Wheeler was informed about it Oct. 5, 2023.

These liabilities all exist without me being the whistleblower, only the civil rights violations and my safety concerns are unique to me. Anyone involved in what I believe to be a RICO level criminal conspiracy to cover up this police misconduct could and should have become a whistleblower. Be glad, someone with ethics did. All it takes is someone who is compromised that does a bad thing and tries to use this as a bargaining tool. This is why Internal Affairs is supposed to exist, not to create new and more serious liabilities.

You should ask about the terms of BHR Cathy Bless' retirement as well as if my allegations about DC Frome and AC Bell were reported to DPSST and since mine included ethics with DC Frome who was also a lawyer, did they report this to OSB? What were the terms of their separation?

All uninvestigated allegations must be reported to DPSST when a sworn member resigns or retires. I used to have to answer this question for Personnel when I worked in IA if a sworn member was leaving the bureau. If so, why has the complainant never been contacted (me), and why have I not received any allegation acknowledgment letters or been interviewed for a single professional standards investigation for a single allegation about any of the many PPB employees that US DoJ PPB Agreement guarantees me?

Chief Day, other City officials, and DoJ Geissler have denied me the very IA/IPR professional standards investigations I helped facilitate for anyone else who made a complaint, why is DPSST doing this too? Or BOLI and OSB? Why does the Governor's office not return voicemails about this? No one has followed up with me to make sure I could participate with my disabilities or when I asked for help and left voicemails at these agencies or departments. I do not believe this is unintentional, but who would investigate? Even the State AG refused to respond to my request for follow up about my concerns about the Governor's Office or often going nonverbal with my autism and wanting a non-phone option for the Bias hotline referral. Why?

There is no excuse. Not making processes accessible is one way to get the results you want by disenfranchising a disabled person so that you do not have to investigate. It's what the City did repeatedly by ignoring my accommodations, like answering my questions in writing. Chief Day did the same thing when he separated me as well as being untruthful about my allegations being investigated by IPR through referral. The intimation was clear as well as the intimidation as a citizen, and the lack of investigations was coordinated and civil rights violation both as an employee and still today. I needed those files for my EEOC rebuttal and I will need them for my WC Appeals Court and any other future legal action should I ever find a lawyer. The Chief's Office knows who is being investigated and who is not, and he knows I have never received a single acknowledgment letter as such. This is who Mayor Wilson hopes to keep on?

This is and has been disparate treatment, a criminal conspiracy causing serious liabilities to police work, police accountability, and class civil lawsuits. They know it but have done nothing.

And here is the sad and scary truth, these are Henthorn/Giglio level bias and truthfulness issues with Chief Day and others in PPB. Yet the DoJ employee overseeing our compliance with the DoJ agreement is enabling and facilitating these offenses and continuing to allow for any Henthorn/Giglio letters to US Attorney prosecutions calling upon PPB members as witnesses for any joint federal/PPB police actions to be tainted.

I am not working, PPB Chief Day helped make this a reality, but PPB members and City staff all involved in this are still working, often receiving promotions like AC Amanda McMillan. So, these are the questions City Commissioner's should be asking. I'll share Chief Day's response to my emails and an email to IPR Director Caldwell/IPR, also involved, that they refused to respond. They should not have contacted me for a family member who was over 18, they had their contact information that was a violation of his civil rights. Yes, it is that bad. And yes it has been a nightmare for me and my family that continues today.

I did file a federal whistleblower complaint with Senator Wyden, although his office has refused to contact me as requested when I followed up by phone a week agi. And yes, this is exactly why we need an independent IG for whistleblowers because most likely it was Trump's AG in his first term that called all Governors to tell them they would not enforce mask violations. That doesn't change civil liabilities for people who got sick or brought it home and someone contracted long Covid or even died.

In Portland, everyone in PPB, from IA to the Chief's Office, IPR, City Attorney's Office all knew that the federal DoJ Agreement meant that we had to follow mask ordinances by our state, county, city, or employer. It's why I had to send out IA investigations into mask noncompliance. Yet, IA supervisors coordinated with an untold number of IA Investigators with an unknow number of PPB Officers to start an unknown number of IA investigations not wearing maskings (it would have been a disciplinable offense for not reporting each of the other two PPB members - all IA investigators knew this plus the lack of mask of compliance if repeated). And like I told DoJ Jonas Geissler in the "Separation Process" email, since I handled interview recordings for transcripts, he has all the proof he needs because having worked with audio the sound signatures between someone wearing a mask and not wearing a mask are easy enough to prove and all of the files exist. Did he do anything? Yes, he chose to create liabilities for Portland and violate my civil rights.

Now consider the appeal rights for all victims and those arrested by PPB officers that should have been disciplined if IA was doing its job. Or the appeal rights for any IA investigations these IA investigators were involved in? It's why I reported this after seeing an investigator and two officers not wearing masks. I made an IPR investigator use another room because I actually care about the health of coworkers and liabilities to my employer and Bureau.

When I told IA Sergeant Russell, she told me "oh yeah, some investigators don't like wearing masks" (same Sergeant who did nothing after reporting other mask violations to her and other bias concerns). And so I walked to IA Captain Pashley and told him that I would not be part of any conspiracy. I told him my concerns about federal fraud and that we live in a city with a 100 days of civil rights protests about policing... and this is happening?

I followed the US DoJ mandated PPB Directives and reported it because I knew exactly how serious this was. He sent two emails and posted a sign. You can see what HR Marquis Fudge did with my ethics concerns, by including Captain Pashley to chum the waters on his response to my email when I returned to work to make my workplace go from unhealthy intentionally to hostile. HR intentionally denied me and all Portlanders due process for this investigation by sharing my ethics concerns with an involved member. This was intentional. And it was an intentional abuse of my disability information, not for the reasons it was provided, over and over again and disparate treatment. And yes, Cheif Day is at the center of this as you can see in the "Separation Process" emails.

There was no exception to following PPB Directives and DoJ agreement expectations unless you went to court and asked for it. I certainly was never informed and this is why Chief Day and others continue to violate my civil rights and compound the liabilities they created for all Portland and Federal taxpayers.

Law enforcement agencies across the country had mask compliance issues, those with a DoJ agreement like PPB, didn't have the luxury to do what other agencies did by infecting coworkers, others, and their families. Yes, this is most likely a national problem but in particular it is a Portland one with grave consequences for all who live here, like me who will be denied police accountability with any bad experience with a PPB officer.

Watch "Portland City Council Meeting PM Session 05/02/24" on YouTube
https://www.youtube.com/live/KU7elJmT9s4?si=avpdFmH9eWEk-MYw

My testimony is around 01:02:00

Thanks for reporting.

I've Cc-ed my three City Commissioners. I'm sure any lawyer would tell me not to do this, but I just don't see how anything will change unless people know what is happening. Plus, maybe this will help with some budget decisions. I do not envy their jobs, but I believe Commissioner Novick is best suited to understand how bad the old system was with Mayor Wheeler as Police Commissioner and HR Commissioner (only HR can investigate IA - how'd that work out for me?) a direct conflict which is why I mentioned it in my testimony. I truly believe this new system will be better and now is the time to address these issues. Thank you for your public service. It matters, just as fourth estate. So thanks to you Maxine and Zaeem.

--
Justin Callaway
503.477.7298
justincallaway@gmail.com

--
Justin Callaway
503.477.7298
justincallaway@gmail.com

--
Justin Callaway
503.477.7298
justincallaway@gmail.com

---------- Forwarded message ----------
From: justin callaway <justincallaway@gmail.com>
To: AttorneyGeneral@doj.oregon.gov
Cc:
Bcc:
Date: Wed, 29 Jan 2025 12:05:10 -0800
Subject: OR AG: Fwd: Judge Simon: Fwd: Query about Portland 911 service by Multco SO instead of PPB - Fwd: Proposed Separation
Hello,

I need help. Many state agencies have not been accessible because of my disabilities. I am autistic and receive Developmental Disability Services. I believe I have been financially abused by my union. Unfortunately, as you read below you will find exactly why I would not be able to report this to my local law enforcement agency.

I have no been able to find a lawyer because my issues are incredibly complex and the City of Portland/Portland Police Bureau are daunting defendants. It does not help that the Oregon State Bar told me there are not attorneys in Portland. With my debilitating cPTSD/OCD I will go back to a resource that has failed me. This has direct relevance to my Workers Comp Appeals Court date on February 19th. It is my belief that the City of Portland did not keep this process independent and should lose their ability to self-insure. As you will see below there are serious conflicts and cover-ups related to my denied WC claim process.

I believe my civil rights have been violated as a protected class on many levels as an employee and continue to be as a vulnerable adult who lives in Portland. I do have an open EEOC complaint, but the legal aspects of my experiences and that of my family are far beyond that scope and include many state agencies with unique, independent roles to play in their piece of accountability.

When I've tried to contact BOLI they did not respond to my email did not return my voicemail from their Civil Rights division. When I called to get information about any state statutes to interpret what it means when an ex-employer sends you a check that indicates it is not paid leave/wages and says you are on the payroll weeks after they terminated what that means for unemployment, the employee told me to talk to a lawyer I told him I do not have or have not been able to find because of the Oregon State Bar. He hung up on me. None of this okay.

I cannot tell you how difficult this time has been and how scary it continues to be.

I need my State Attorney General to help me. These issues are serious and involve a vulnerable adult and people with badges and guns that have already violated my civil rights.

If people have acted criminally or with bad intentions and abused my civil rights, that matters and I need your assistance holding them to account because it could have implications for other vulnerable adults or bias with future criminal justice work when they are sworn. When it comes to state agencies that need to better, I am open to conversations about how to make those processes more inclusive. Right now they are inaccessible and the very non-profits like Disability Rights Oregon and Legal Aid have serious accessibility issues and have already failed me as well. This is why I am emailing you.

I need help, please.

Thank you,

Justin

---------- Forwarded message ----------
From: **justin callaway** <justincallaway@gmail.com>
Date: Wed, Jan 29, 2025 at 10:59 AM
Subject: Judge Simon: Fwd: Query about Portland 911 service by Multco SO instead of PPB - Fwd: Proposed Separation
To: <simon_crd@ord.uscourts.gov>


Hello,

I just left VM for chambers. I am autistic and receive Developmental Disability Services. I do not have support worker assistance today and am trying to contact you on my own.

I hope it is ok to email this to you, your website was unclear to me as I don't know what a court deputy is or chambers, etc. My situation is incredibly complex and includes information I believe Judge Simon needs to know with regards to people negotiating about the US DoJ Agreement and the future police accountability in Portland. I do apologize if this information is inconveniently timed, I'd hoped to have legal advice before sending, but am unable to find an attorney.

I live in Portland and if I call 911 my ex-employer, PPB, will respond. This means a sworn member under the command of Chief Day will respond. As you will see below, I believe participated in disability discrimination, a cover-up of possible federal fraud and liabilities to our police accountability and criminal justice work I reported during FMLA/ADA accommodations, and my eventual what I believe to be my wrongful termination (with assistance from my union).

I do have an open EEOC investigation but all state agencies so far have not been accessible and provided no way for me to participate in their complaint process and provide the accountability they need to provide. You have the very email requesting this assistance.

This includes the Oregon DPSST, OR State Bar (yes many City lawyers I believe acted unethically including Deputy Chief Frome (see correspondence below) who no longer works for PPB after my allegations), and BOLI. Similarly, this includes DoJ Jonas Geissler as you can see below and even the Mult. Cty DA, as I shared Giglio/Henthorn level concerns about many sworn members. They told me they could not help. This is a problem. Jonas never confirmed receipt and never had anyone contact me. Do you think that is acceptable? I had to receive confirmation from COCL.

I used to work in Internal Affairs as a Police Administrative Support Specialist. I have been in meeting with Jonas and sent weekly emails often. He knows that I should have received letters and as I was part of team that fulfilled COCL/DoJ quarterly audit file requests with coordination with the City Attorney's Office (yes Heidi Brown). All of these people, and the Chief's Office, are all fully aware that my civil rights have been violated because I have received no acknowledgment letters from IA or IPR for a single allegation/complaint. Why? They are my right both as for when I was a PPB employee and also as a citizen for the Youtube City Council testimony I gave after being terminated. Yet, I have received no letters. This means I am developmentally disabled citizen with mental illness that is being disparately treated against whose mental illness is compounded because I know exactly what I am being denied. It's horrible and has direct relevance to the US DoJ agreement, not in use of force, but in police accountability. This is how the City stakeholders and Jonas Geissler think police accountability should look for me?

While I know nothing about criminal law, I believe this is a RICO level of cover-up, and sadly it includes the current Police Chief Bob Day. These conflicts have serious implications to my mental health and my family members.

I live in a City where my former PSD Commander who had full knowledge of many complaints had given me a Christmas card telling me all PPB Officers are appointed by a Christian god then oversaw a criminal investigation of my Jewish son who also has autism while I was actively being discriminated against in a coordinated effort between PPB Chief's Office, Mayor's Office, HR, IPR, and the City Attorney's Office.

Oddly, Assistant Chief Bell no longer works there yet I received no letter for my allegations. Was the OR DPSST made aware that both DC Frome and AC Jeff Bell had uninvestigated allegations that the CAO and Chief's Office and IPR refused to send me a letter to acknowledge? I had to verify this information for Personnel when any sworn PPB member left the bureau for DPSST. If DPSST does not know these things, it is criminal level cover-up if this was not reported - including people with badges and guns all because it was shared as part of my ADA process. You have the documentation below to verify this and whether people, including Jonas Geissler, contributed to this cover up.

I have many more emails and records. This matters because there are endemic institutional issues that need to be addressed, liabilities for all Portlanders, and many of the very people involved in your work that should possibly be disbarred or under criminal investigation potentially invalidating all of the work you are doing. Worst, they are all directly involved in violating my civil rights. Below you will see that, I know and now you will know that the current Police Chief is aware I've been denied police accountability and also knows about my disabilities as a developmentally disabled vulnerable adult citizen. I have been inappropriately contacted by City staff involved in my EEOC complaint and PPB since being terminated. This is NOT ok and has been hugely disruptive to me.

If I call 911 PPB officers will show up under his command and he has ensured that I know that I will be denied access to police accountability. This is all not ok.

I have never been interviewed for any professional standards investigation when my allegations involve many different current and past sworn members in supervisory roles. An outside agency should have been immediately called in. HR intentionally did not conduct professional standards level investigations into my allegations because not once was I interviewed for the allegations that they had oversight (IA employees only) and they did not have that authority for the ones where IPR and IA had jurisdiction (depending on sworn or nonsworn and IPR's selection). It does not help as you will see below that IPR Director Caldwell also was well aware of the coordinated misconduct and possible federal fraud involving an untold number of sworn members and management.

I have no attorney. As I shared in my voicemail to chambers the Oregon State Bar told me there are no attorneys in Portland. It is incredibly hard for me to keep advocating for myself with my cPTSD/OCD and when a resource like the OR State Bar is not accessible I will not go back because of my mental illness. None of these agencies with direct accountability roles have made their processes accessible to me. This fails not only me, but institutions like your court that needed those investigations to make sure you have had stakeholders without conflicts of interest, or worst yet, possibly involved in a criminal activity or civil rights abuses.

I apologize if this email is rambling, there are typos, or it is unwelcome surprise so far along in your work. I am not able to proofread/edit this. It's a sad reality with the extreme stress and mental illness complications along with my developmental disability challenges.

I do have a WC Appeals Court date on Feb. 19. I believe that the City denied my claim in a coordinated effort with the Mayor's Office, PPB. CAO, and HR (because Risk Management is in HR). That process is supposed to be independent, but involves City employees under people with conflicts of interest. This is and continues to be a problem.

I also believe the City attorney committed perjury in the hearing to give me a final extension to find a lawyer. I mention this because I need the court to understand how complex these issues are and I think your court would be the one to request additional extension since it is all very much related.

As you will see, in the link below, where Deputy Attorney Heidi Brown and Mayor Wheeler were in attendance, I actually care about public service and liabilities to all Portland taxpayers. I followed the very PPB directives I was required to follow to keep my job. The only people who were accommodated in my ADA process were those who broke multiple directives and possibly committed federal fraud or have been trying to cover it up.

My ethics are intrinsically tied to my neurodivergence in trying to navigate a confusing world with my monotropic, literal interpretation of language where most people have a different cognitive flexibility and awareness that hidden cultures and hierarchies with an elastic sense of morals often exist with dire consequences in the very departments or roles when my brain thought they should not as it was not what taxpayers were paying us to do.

https://www.youtube.com/live/KU7elJmT9s4?si=avpdFmH9eWEk-MYw

I thank you for caring about the work you do. I apologize for the long email (and supporting materials). It's a byproduct of the extensive trauma I endured and still endure since Portland is my home and I am fully aware that my civil rights were violated as an employee and now as a citizen.

Sincerely,

Justin

---------- Forwarded message ----------
From: **justin callaway** <justincallaway@gmail.com>
Date: Tue, Apr 16, 2024 at 2:03 PM
Subject: Query about Portland 911 service by Multco SO instead of PPB - Fwd: Proposed Separation
To: <DA@mcda.us>

Hello District Attorney Mike Schmidt,

There is quite a bit of correspondence below. As you will see, quite a few other oversight agencies were included. I am forwarding the email I sent to COCL as the most efficient way to share.

As a developmentally disabled adult with mental illness recognized as eligible for Developmental Disability Services by MultCo/State of Oregon, I have been trying my best to advocate for myself with no attorney. I believe there are national implications for the discrimination I have experienced as an autistic, vulnerable citizen/employee and could have some bearing for you in your position as to how we as a community learn from my experiences as different agencies investigate as it applies to criminal justice and workplace concerns for autistic individuals.

Please accept my apology, I am only now realizing that many of the allegations raised might have relevance to the important work your office does for the residents of Multnomah County insofar as bias/credibility of possible sworn members and perhaps the implications regarding PPB's police accountability system that would help investigate such allegations.

I'm reaching out because I feel incredibly vulnerable as a Portland resident. I recognize you and your family may have experienced some of this yourself based on headlines in recent years. So, I think you can appreciate that when all I did was what was asked as a disabled PPB employee with a neurodiversity that lends to an inflexible ethical standard and just wanted to work in a healthy department where this would not be a problem, this seems like a rather high burden to pay when I am the type of adult mandatory reporters would have to report any suspected abuse. Yet, I no longer have a job per yesterday's Certified letter from PPB Chief Day.

When I asked my coworker why PPB was not a culture that supported whistleblowing, he replied "You never heard that snitches get stitches?" So, if you have the time and patience to read the emails below, I ask you how I might feel with that response to my very autistic question.

I am supposed to get my belongings returned to me on Saturday morning. I will request a Civil standby with Multco SO. The reality is I do not trust PPB any longer. It's not that I do not believe there are many fine, professional officers and sworn supervisors. It is because this is a command-driven environment where the discriminatory handling of my employee concerns and ADA process involved the Mayor, the Director of BHR, City Attorney's Office, and PPB Chief's Office. If there is no accountability at any level, much less professional police accountability for whistle-blower concerns about our police accountability and bias allegations as an employee, please tell me how I am to trust I will be safe when those in charge act accordingly and give the orders to those on the ground should I require police assistance.

I hope you do not play Wordle. Spoiler Alert: If you do, my email attachments include today's answer. When I am not stressed out dealing with disparate treatment in the workplace or having my safety, professional, bias concerns ignored by supervisors, my brain thinks about things like, "I wonder what an analysis of Wordle word choices indicates about a person's mental illness or neurodiversity?" Perhaps you will read my answers today and appreciate my brain subconsciously saying, "Justin, I think you should email the DA and ask if it is possible when I call 911 as a Portland resident to have a Multnomah County sheriff respond instead of PPB?"

It's a real question for a rather extraordinary and protracted experience as an employee who happens to be a Portland resident. Please let me know.

Best regards,

Justin

---------- Forwarded message ----------
From: **justin callaway** <justincallaway@gmail.com>
Date: Tue, Apr 9, 2024 at 10:47 AM
Subject: Fwd: Proposed Separation
To: <portlandcocl@cna.org>

Hello COCL (Tom Christoff),

Please confirm that this is the correct USDoJ Jonas Geissler I included and that he received the message in its entirety. If there is someone else overseeing the PPB - DoJ agreement please let me know. The contents of the email have direct relevance to police accountability, liabilities to IA investigations and related appeal rights, and what I believe to be a coordinated effort to cover up and create more.

The City of Portland and PPB have ensured I do not have access to online City learning resources or my work email account since July, 27, 2023. Otherwise, I would be able to verify. I would consider an email confirmation of this verification as kindness and a disability accommodation request.

Best regards,

Justin


---------- Forwarded message ----------
From: **justin callaway** <justincallaway@gmail.com>
Date: Mon, Apr 8, 2024 at 4:43 PM
Subject: Re: Proposed Separation
To: Porreco, Kristina (Police) <Kristina.M.Porreco@police.portlandoregon.gov>, <robert.day@police.portlandoregon.gov>, <jonas.geissler@usdoj.gov>, <BOLI_help@boli.oregon.gov>, <DPSST.Complaints@dpsst.oregon.gov>, <info@eeoc.gov>, <cao@osbar.org>
Cc: cityattorneysoffice@portlandoregon.gov <cityattorneysoffice@portlandoregon.gov>, Geebs Rojas <grojas@oregonafscme.org>, auditor.rede@portlandoregon.gov <auditor.rede@portlandoregon.gov>


Portland Police Bureau Chief Robert Day,

Although we have never met, my name most likely has been an unpopular subject in your tenure. You probably don't know this, but I have a strong work ethic, dedication to inclusive public service, a rather inflexible moral code when it comes to transparent good governance, and when not dealing with oppressive circumstances, I will try and make people's day better by sprinkling in a few dad jokes while providing exceptional service to the best of my abilities.

The City of Portland/Portland Police Bureau has not valued these qualities. Instead, I have been interpreted as a threat and not as a disabled employee to be reasonably accommodated with associated rights. This makes me incredibly sad.

I will try to explain in additional detail why the PPB culture and actions/inactions of PPB Command/employees resulted in discriminatory handling of my concerns and reinforced in coordination with the Mayor/Bureau of Human Resources (BHR)/City Attorney's Office (CAO)/Independent Police Review (IPR). This has had a profound impact on my life but also creates serious liabilities for current criminal investigations and other police work beyond IA investigations. I believe that my son and I have had our civil rights violated with coordinated misconduct also involving PPB sworn members.

This has had a devasting impact on my life and my family. In particular, this has caused such extended distress and impacted my ability to function and communicate as a developmentally disabled person with mental illness. I apologize in advance for the length of this correspondence, any incoherence, typos, and my discursive communication style. This is what extended discrimination looks like for someone who is losing their agency to function as an adult and must advocate for himself. So, please, as annoying as my writing style may be and as long as the messages are I implore you to have some compassion and patience. Please make a pot of tea and read it all. I am someone who desperately needs help at this critical juncture and losing his ability to continue advocating for himself any longer. I have included you or your agency's intake email because I believe you can assist in some overdue oversight capacity. I thank everyone in advance for what you do.

And now, may I suggest that you and everyone else I've included in this email please read the emails below and return?

Welcome back everyone and happy Autism Acceptance Month! Before I resume an exhausting email that most likely will exhaust everyone as well, I ask you to please keep in mind just how exhausting it is to have my brain and to advocate for myself with everything that has happened and the considerable resources being used against me that should have been used public service/accommodations and not to discriminate against me in a horrific coordinated effort of disparate treatment against a developmentally disabled employee with mental illness. This is not a fair dynamic. This is what it means to be disabled in a world of privilege that protects that privilege.

I would encourage anyone who is not familiar with masking as it relates to autism to please look this up. It will explain how hard it is for me with my developmental disabilities and debilitating mental illness in an unhealthy environment to not only exist but how I must use an inordinate amount of energy trying to fit in with people who can effortlessly navigate a world where they make choices about my access to accountability or break directives with no consideration of how that impacts someone with my brain who wants to perform the job as it is defined, follow the rules expected to keep that job, and perform tasks to the best of his developmentally disabled abilities. When my bias, professional, and safety concerns are ignored by those with the power to do something this creates a brutal cognitive dissonance where I must show up to work and "pretend" to be normal but constantly self-censure myself about the inequities or disparate treatment I am receiving and somehow try to figure how to do my actual job without becoming ensnared in a web of misconduct.

On my first day in IA I was overjoyed that everyone ate lunch together and possibly a chance for me to fit in. During that lunch, swearing abounded with playful "ribbing" of coworkers. I was asked, "Justin, do you have a problem with cussing?" What's a developmentally disabled newly hired employee with mental illness who has struggled to fit in his whole life going to say? I believe I joked something to the extent: "My preference is not to swear, but listening to my kid game online means I probably have heard it all before." Haha, I was "sworn" into IA before I even had a chance to read the PPB directives to find out that I was now violating them by agreeing to allow my coworkers to swear. My autistic brain loves a good pun. That said, my autistic brain and cPTSD/OCD do not love being duped into being initiated into a conspiracy of coordinated directive violations without my consent. I remind everyone when I attended a CAO 2.02 Disparate Treatment Zoom meeting I was told intent and consent do not matter.

Yet that same day Lt. Gjovik told me "What's said in IA, stays in IA" to describe the NDA I signed as a new hire and made sure to collect from other new hires as an IA PASS. This is the same NDA Captain Hughes who did not escalate the directive violation by Captain Pashley that I shared, reminded me as if a threat to not violate my Professional Standards Division NDA.

So, how does that work? I studied mathematics and will often apply a logical math proof approach to resolving cognitive dissonance. That said, my brain is trying to figure this out - "what's said in IA stays in IA" and my coworkers are violating directives with what they are saying. Does this mean it is all ok? Chief Day, as part of this above-board, inclusive pre-determination process where I have been provided all the necessary documents to make my case with ample time to review them with my developmental disability before this new email deadline of 5pm today, please answer this question. I am still unclear on this.

This is my autistic brain not only trying to fit in as a new hire, but trying to navigate a minefield of conflicting information. I do not want to be part of any club, I just want to have a decent paying job with good benefits to care for my kids as a single parent with neurodiversity and mental illness and children with the same. So, when my immediate report, Sr. PASS Tyson Estes sees my brain constantly struggling and wanting clarification to do my job correctly, he says "Your first answer is the correct answer" in a command-driven environment. In other words, what is said in IA stays in IA after being sworn in involuntarily into this conspiracy to break directives (witnessing others breaking directives and not reporting them) in a department I had no choice in being assigned from the beginning and if I raise issues to my supervisors I must accept their decision.

Chief Day, according to the proposed separation letter this is the department where my employer and PPB have met all of my accommodations while never once interviewing me as part of any transparent police accountability process with a single complaint I have raised. As I read it, I am refusing to return to IA based on this carefully crafted discrimination correspondence with CAO/BHR guidance to intentionally omit everything that has happened to me as an employee before placing accommodations and upon placing them. Please answer my question, do feel like this sounds like a healthy department for me as a vulnerable developmentally disabled employee with mental illness who worked very hard to keep that position no matter what my coworkers, supervisors, and PPB command staff did and did not do on my behalf making in making it unhealthy for me? Please answer this question. This is your bureau.

I would encourage everyone to look up the difference between monotropism and polytropism to understand the privilege neurotypical employees have in the workplace and my inability to have the cognitive flexibility to behave as they do in breaking rules. My brain sees each directive as a single directive to be obeyed. All of my IA supervisors loved Sr. PASS Tyson Estes' epic profanity-laced doom-and-gloom responses to being asked how he was doing. My monotropic brain that I was born with is a developmental disability with how I process language and navigate the world with others who have the cognitive flexibility to choose what directives they want to follow and not follow when my brain says you must follow all of them. Yet, placing disability accommodations in PPB to get to a healthy department, say planting some trees for Parks Bureau or scanning documents for City Archives, my interactive, fully legitimate accommodations process as this proposed separation indicates says I must return to IA.

Chief Day, please explain this to all the others on this email why you believe that I have refused your generous accommodations and cannot return to IA and must be separated. I really I hope you have not been involved in the cover up and effort to deny me any police accountability and present this process as legitimate as you have now been included to do.

A question for those City decision-maker representatives of their respective bureaus/offices, does this email thread read as the City of Portland and PPB are inclusive of my autism or my son who has autism? Chief Day, as you've read, answering my questions is important to me as a genuine accommodation for my brain. Please tell me as part of this pre-determination process, does this sound like my intrinsic issues with processing language and following rules have been respected in a Police Bureau where Internal Affairs supervisors with full knowledge of my mental illness decide to repeatedly deny me any accountability of repeated concerns including bias when as is common with autistic individuals, people like me get abused or people subject them to bias? How do you feel my ADA accommodation process has been handled? How about even just this pre-determination process? I still don't know what this process is exactly, what my rights are, or have a union rep available as everyone reading this will now know... much less a lawyer.

I have not been provided any records I'd need to contribute meaningfully to this process and this generous revised deadline provided after my accommodations continue to be ignored. I am starting to believe this was the intent all along.

Dear EEOC, BOLI, Oregon DPSST, USDoJ, please know I require accommodations to participate in any investigations, this includes having an advocate and at some point a lawyer. Given my protracted, unfair employment situation, it's unclear how I will be able to participate in my current state (this correspondence should be a good indicator). That said, I am aware that timelines are important. I will need genuine assistance in filing complaints and ideally staff members familiar with autism.

Dear OR State Bar, I already tried to find a lawyer through your service and was told they could not find anyone in my area on Nov. 28, 2023. You must understand that with a history of cPTSD/OCD and trauma from asking people for assistance and having it not offered, the idea of re-contacting the same resource is not an easy process for me. Because of my mental illness/neurodiversity, I will avoid repeating these bad experiences, especially in my current state despite this being listed as the appropriate resource on my Worker's Comp court documentation.

This has impacted my ability to find timely legal counsel so I am forced to represent myself despite being eligible for Developmental Disability Services. At this point, I feel I will need an advocate to assist and that your referral service is woefully inadequate. I have included USDoJ to help you with this. That said, I encourage you to investigate all possible ethics violations by any lawyer involved in my experiences. Please.

When I approached Legal Aid they said I earned too much. Out of desperation, I went to IPR last December to make a complaint since my HR representatives and PPB Command refused to provide any transparent police accountability for my concerns. This was particularly distressing at the time with the hiring process for a position that indicated I might have to list my supervisor IA Captain Greg Pashley who no one had investigated and certainly never interviewed me to get my story. I thought IPR would be able to help, they instead tried to cover up my visit and not send me a declination letter.

I recognize my legal search is outside of City of Portland/PPB concerns. I am sharing this so everyone understands I have been treated not as an adversely impacted disabled employee with rights but as someone who could handle the unbearable stressors, and complicated processes like this pre-determination with no accommodations being respected or clear communication of my rights, and I am supposed function and represent myself as if this is just another jolly day at the office at my oh so inclusive workplace.

The reality is far more brutal. The severity of the impacts of these discriminatory work processes on me has been crippling as a developmentally disabled employee with mental illness recognized by the state as vulnerable. This included losing the ability to speak for a week without extreme exertion - forcing words out in a halting and delayed manner when trying to find a lawyer to help me with my Worker's Comp appeal.

Please contact the WC Court Clerk, Justin, at the number on the letter - ask about when I told him about my inability to find legal assistance, so he requested an extension for me as an accommodation as the only thing he could offer. The WC Ombudsman also had no solutions other than to keep calling lawyers despite having communicated my difficulties or the reason re-contacting the Oregon State Bar is a problem for me. My unique disabilities and how they impact me in particular in this situation have made the current situation why I do not have legal representation today and the City/PPB have continued to discriminate against me by using overwhelming processes against me and coordinating to discriminate against me.

There is an implicit bias in how I've been treated as an employee beyond the disparate treatment I have been subjected to repeatedly and even within this process. All involved with my medical information understand that my brain shuts down with over-complicated processes or disingenuous/duplicitous actions.

I am attaching the revised WC court date letter I received this Saturday, April 6 (Exhibit #1).

As such I have no lawyer, but I would imagine the WC court "discovery" aspect of the letter should allow me access to all the records for the improper handling of all of my complaints. PPB Command and HR have made a point of providing no formal acknowledgment of any complaints like IA and IPR would with notification of investigations, with listed allegations, and then sharing written findings with me.

I find this so incredibly troubling especially since I was never interviewed once and did not have an opportunity to share additional details I would have shared. The only recorded interview was the one I chose to create by trying to do an IPR intake. I have requested the transcript from my IPR interview and still do not have it. Chief Day, this is why US DoJ, OR DPSST, and COCL have been included, I want you to have support in making sure real police accountability is occurring because as I will detail later there more serious implications for criminal police work liabilities as well as other uninvestigated bias against me and possibly my son's civil rights.

Once again, I am involved in a pre-determination process with no knowledge of my rights or documents despite being self-represented (not by choice) in my WC denial appeal and I believe this entitles me to all these records. I have no idea, but I think it is about time as an active City/PPB employee in this situation it's time people respect my disabilities and what is happening and quit this coordinated and devastating discrimination of me as a disabled

employee. Please, these agencies are going to have to investigate all of this, the new police accountability system that replaces IPR will need to figure out how to be inclusive, show them that the City can stop this madness and finally do the right thing and quit abusing tax payer funding to discriminate against an employee who embodies the virtues the espouses to embrace in concert with taxpayer expectations.

CAO, just like DC Frome, know exactly what documents do not exist that should exist and what I have not been provided as due process, They have helped advise Kristina and DC Frome on this pre-determination meeting letter and process. Once again, a developmentally disabled employee with mental illness who placed accommodations because his department was unhealthy and HR told him needed to do so is being discriminated against. When does it stop?

Should I have received these documents already? I'd imagine this would allow for a fair due process. I mention this again because I've never seen any of them, much less have I had questions answered as requested as an accommodation or have my other accommodations followed, like the request to include you, Chief Day, in responses to the earlier emails. Yet, no one provided me my medical record or list of any IPR/IA Case #s to date with the outcomes for all allegations for my pre-determination process for medical lay-off without a union rep. Perhaps other people with knowledge of their respective legal specialties will see a violation of some applicable law or noncompliance with the DoJ/DPSST standard/or Legal Ethic code, hence their inclusion. Chief Day, I want you to have their support. I certainly need it and I believe you will as well. This has to stop and this way of conducting business needs to change.

I'm just a developmentally disabled employee who wanted to work in a healthy department and my HR reps said I had to place accommodations to do so without even telling me how to use the form that did not indicate how to do so. I have submitted three different versions of accommodations and this is the third time I have been threatened with medical separation. Having never done ADA Accommodations, I revised them to assist in finding a position outside of the Police Bureau (yes, Rob, Marquis and Kristina know why I modified my accommodations and that it was NOT to return to IA or PPB when no documentation has been provided to me that it will be safe or that any previous bias and other complaints have been investigated).

So, I am told I must return to IA when I have no idea what police accountability has been done.
All shadow work by my employer who says they have looked into everything per Kristina.

My ADA accommodation process was a sham, HR covered up what happened and refused to provide adequate transparent police oversight of my complaints and investigate what happened when I returned to work, and PPB Command, the Mayor, BHR Director, Risk, IPR, and CAO all know this is the case. There is nowhere in the City at this point I would feel safe working with such coordinated discrimination. How do you accommodate this?

I do know that Marquis never read my accommodations prior to my returning to work as evidenced in his July 25, 2023 email. This was after submitting accommodations requesting reassignment on July 13, 2023 and he replied on July 17:
"Can I kindly ask you to begin to consider coming back to your same position/assignment, while we continue to look at options? We can commit to working with your management team to help foster an environment that provides you an opportunity to be successful in your role."

I had my dad read this as I could not believe this response. He had no idea either what to think. Askjan.org did not either.

I do know that Kristina lied to cover this up on Oct. 27 with her Public Safety HR manager Ron Zito's blessing. They did not correct the record (when he knew she lied from my Oct. 7 email) when they returned after being made to leave by Patricia Loving when Kristina lied. I do have the email Marquis provided from July 26, 2023 at 3:09 PM when he says:
       "Oh, you have two!!"

because I told DCTU and Marquis that I needed this as a gesture of good faith to show that I could trust him after the condoned lying with Kristina by her supervisor Ron Zito.

Yet, did he escalate the fact Kristina lied and Ron approved this handling of a developmentally disabled employee and both should have been disciplined. No because Kristina is involved in this process. Marquis knew this was the reason is quite problematic as a justification to ignore a direct accommodation request never to call me directly like she did on Jan. 26, 2024 to tell me I needed to return to IA, when I was actively working with her colleague. For DC Frome to try and sanitize this breach of accommodations in this letter I believe to be unethical behavior as a lawyer and PPB Command staff member, especially one that tacitly endorsed Sergeant Russell creating a public record accusing me of insubordination and possibly untruthfulness. Yet, when I provided this evidence to Captain Pashley no one informed me of the IA/IPR investigation as she is now a Lt. in the Training Division. This is just another example of PPB promoting sworn supervisors who mishandled my bias concerns and providing no records of my my complaints..

While I have no evidence of any real police accountability, PPB Command (via AC Bell and Captain Hughes) and HR were quite aware of my situation. As I imagine I will be entitled to this discovery this will show there was CAO/Mayor/BHR/PPB command support to bring in an outside law enforcement agency and instead share information with "involved" sworn members while intentionally never interviewing me in any professional standards police accountability investigation. It would be disparate treatment to provide me with anything other than what I would have been subjected to as a non-sworn PPB employee when as a disabled employee these complaints were shared only as a result of workplace discrimination concerns and experiences that were fundamental to why I placed accommodations. I find it incredibly disturbing and distressing when I have nothing to review as part of this pre-Determination process when I used to be the one who would help PPB members facing discipline with their union rep/president review their case files. Chief Day, do you see the irony in this discrimination and this being presented as a fair process?

Yet, I believe you are going to lay me off unless I return to IA where you most likely have listened to my IPR interview when I do not have a copy. I must write this email about how Captain Greg Pashley used his criminal justice training on me as a developmentally disabled employee with the very IA Investigator, Mike Smith, that I reported for violating at least two directives with two other PPB sworn members. They decided to conduct their own unofficial IA investigation with no official notice or union rep available to me as he referenced information he was not included on that was only shared to HR staff and as such he was fully aware of my disabilities and abused them in an effort to show I was untruthful. I will never be able to unsee his nodding his head to Mike that this when I'm going to ask Justin that question and you are going to be my witness, and Mike turns around to show how he's all for it.

Do you know how traumatizing this was? Do you know what kind of nightmares I have had since? My HR thinks doing the same kind of police accountability they conducted where there are never any notices and subject me to additional risk. A shadow form of police accountability intended to discriminate against me after I have been discriminated against over and over again and when I finally have the word autism to describe this developmental disability vulnerabilty and the equal ADA accommodation worthy comorbid cPTSD mental illness. Captain Pashley knew this, so did HR, and his idea to use his criminal justice training on me like I'm a criminal to try and create a record to get me fired. This is so freaking disgusting and horrifying. This is what CAO, BHR, PPB, IPR, and Risk Management have intentionally not wanted to investigate on any legitimate level and interview me to find out about despite raising issues to Marquis as it happened and appropriate leadership on Oct. 7.

Chief Day, you want me to return to this Captain and this department where City resources covered up liabilities/fraud and two of the main employees are using their law enforcement training on me trying to conduct a police investigation like I'm a criminal when I'm just a developmentally disabled employee who wants to work in a healthy department. All because I've raised serious liabilities this supervisor should have escalated and an outside

law enforcement agency should have been brought in. Forget that he should not have been allowed to be my supervisor again, he was provided access to my confidential medical and complaint information about him.

This is why you conduct real IA Investigations and let me know what is occurring. You don't taint my chance at real due process and enable an abuser who has covered up past coordinated misconduct with sworn members (many under his supervision) and IA investigators (all but one were previously law enforcement). Instead, you not only deny me timely due process you allow this shadow version of disparate treatment accountability to produce the results you received. Then DC Frome is allowed to be involved in my Pre-Determination with Kristina when CAO/BHR and most likely PPB Command know what Kristina and Ron did previously and present this proposed-separation letter as legitimate after Captain Pashley did what he has done before and during my return to work. Just like presenting I had a fair accommodations process when Marquis had been forwarded my concerns about Captain Pashley's integrity and it was clear he had been sharing way too much sensitive information with him.

I was fine that Monday working when he was not in the office. The next day he shows up and says, "We're going to have to work together, I hope that's not going to be a problem" as his first comment to me. No, "Glad to see you back from FMLA, hope things are better." A veiled threat that he has been given access to all of my complaints and medical information and "I hope that's not going to be a problem." Yes, it is and it was a problem!

He should never have been allowed access. This was never investigated properly, nor did Worker's Comp do as they indicated they would, despite being fully aware of what occurred. I am autistic, if you say to place accommodations to get to healthy department, or indicate WC will investigate thoroughly, I am going to believe you and engage in good faith. This is why I am vulnerable, developmentally disabled employee. This fact has been abused over and over again to provided me disparate treatment and pretend I received fair processes.

Not only was it disparate treatment to not investigate adequately, this decision not to do so engineered the exact situation where I was emailing trying to tell my HR staff to please quit sharing information with him that he should not have, that this is triggering my cPTSD. And when I question his very integrity, HR includes him on their reply and he lets loose on me creating the absolute worst work week of my life reducing me to tears when HR said they would work with my management to succeed. Is this what was meant by success by Marquis? Chief Day, please answer this, because the success DC Frome wants to present of what he considers a fair Accommodations process is such a false narrative of all events that he and everyone else involved in this medical separation and my accommodations know exactly what occurred and have tried to cover this up.

I believe anyone involved with this letter and my treatment to date should be investigated for disparate treatment of me as a disabled employee and those with law degrees and badges should be investigated by their corresponding oversight agencies. This is so disgusting and it's just not even the worst of it.

This is the Mayor, PPB, CAO, BHR, Risk management holding the thin blue line against the developmentally disabled employee with mental illness who follows rules because of his brain that he has no control over. This is how Autism Acceptance Month is being celebrated for me as an autistic PPB employee who works for the City of Portland.

Was it okay to not professionally investigate why I could not be within 6 feet of Captain Pashley because I am so terrified of him after he abused my disability and complaint information recruiting another questionable IA coworker when he should have never been given access or allowed to be my supervisor. This is the department I am supposed to return to? Chief Day, please answer this.

No one has provided evidence any complaint that has been investigated adequately to a professional standard, one that would include interviewing me. Instead the City/PPB have shared information with people who should never have had access to it, abused it for reasons it was not shared, and compromised my ability or the City of Portland taxpayers to receive untainted, true police accountability. This has serious consequences not just for me.

This has had an incredibly disabling and traumatic impact on me while I continued to trust HR and engage in good faith. When Ron Zito called me to say I would be medically separated after a supposed interactive ADA accommodations process where not once was I contacted despite being available the whole time and Kristina having contacted my provider with a question where she referred HR back to me, I then escalated in an email on Oct. 7 to the Mayor, BHR Director, and Kristina's boss Ron Zito. The result was Viki Bigsby denying my worker's comp claim.

She was the one who put the May 25, 2023 injury date on my claim knowing I wanted to address all past leave and what occurred when I returned to work. Yet, after being told I had no workplace injuries and then denying my claim using all of my accommodations information against me to say I am damaged goods, why do I still have no answer from my HR/FMLA contacts to all of my unanswered questions when this was requested as a formal accommodation? When you ignore accommodations it is not trivial, it is discriminatory. For instance, when I was told to apply for Paid Leave Oregon I asked via email if I am eligible for Catastrophic Leave Donations? No one answered this question.

Chief Day, please answer this question as part of this pre-determination process. I received no answer at all. I have had no income since Jan. 24 and this is by design. This whole process is designed to engineer provide disparate treatment and present it as fair like in DC Frome's letter. If this is the case, please answer my question about Catastrophic leave. My understanding, the City Attorney's counseled that no workplace injuries have occurred, which when I read Catastrophic Leave means I should have become eligible for this program all other employees have access to but me, no? Chief Day, please answer this question.

It's highly relevant to why my insurance was cut off on Feb. 1 but I did not receive notice until March 2nd. This is coordinated disparate treatment of a disabled employee by PPB and HR staff and not only denying his accommodations to respond to questions but intentionally depriving him of City programs as an employee because the intention has been to discriminate against me and make my life so unbearably uncomfortable and unfair I'd quit and go away. And when I don't and keep trying to work with Marquis to help me find another job in another bureau I am presented IA as a legitimate option when absolutely no investigations were conducted properly in a transparent professional standard way to make believe this occurred.

So, now let's discuss Exhibit #2.

So I believe it was in January 2022, I received the following holiday card from Assistant Chief Bell. I'm sure he can provide more details. That's great he wants to spread some holiday cheer. This card from what I gather is his place of worship: Athey Creek Christian Fellowship. It says:

Dear Police Officer,

Merry Christmas! Thank you for your service! We appreciate your hard work in a failed city. You have been appointed by God it says in Romans 13. Praying for you! Love, Cailie

Now imagine you are developmentally disabled employee with mental illness where his sworn supervisors have used disparate treatment against him as an employee with mental illness and not never investigated bias in being able to access mental health services. And your EAP service provider denies you service because you are NOT an officer. What's it like to get a card addressed to you as an officer? Triggering.

I have a history of religious trauma from your childhood. I was raised by a mother who was raised Catholic but chose to bring her kids up to be allowed to decide whether or not to bring religion into their lives. She believed fervently in the separation of Church and State. In fact, I share this value.

This card does not represent my faith or my values. I find it highly inappropriate content to be shared by a supervisor in my workplace.

My last BOLI and only complaint I realize now was also because of my autism and not laughing with everyone else at OPB when my Manager Becky Chinn decided to say "Giving it over to Jesus is her new management strategy." I lost my job, BOLI inadequately investigated this claim despite statements I made the day I was laid off. It was devastating to me and my family to lose my job and career and this contributed to a bipolar misdiagnosis. I had worked hard to get that job and try to keep it, just like as I did as an IA PASS. This time I placed accommodations to address the underlying issues related to my disabilities.

So, please note, I do not like to file BOLI complaints or even to have to complain at all, but when people like Becky say things like this in the workplace I do not find them appropriate. This is intrinsic to me as an autistic person and my values which are supposedly aligned with my employer's values, but I lost my job from an inability to advocate for myself in an inappropriate work culture. Just like my direct supervisor, despite knowing OPB celebrated Holocaust Remembrance Month, thought it was appropriate to tell me he was not a Nazi manager when he knew my kids were Jewish and attended summer camp at PJA. He got to keep his job, I did not. So, I am finding this to be all too similar given my PPB experiences with another inappropriate work culture that was unhealthy to my disabilities especially when I was not engaged in any of the misconduct.

As such, I remain quite sensitive to the separation of church and state in the public sector and workplace. I believe my religious freedom should be respected in the workplace. When people want to conflate religion as a justification for authority, as my OPB supervisor knew full well, that is the type of Christian Nationalism that promulgates anti-Semitic rhetoric that fueled the Holocaust. This was so unacceptable to me at OPB and it is even more unacceptable at PPB when the implication is a Christian God authorizes an officer's ability to use lethal force of residents in a failed city. Really.

I am ADHD deadline-driven and PTSD conflict-averse, so I filed a complaint at the end of the one year time frame because BOLI did not tell me that they could only look back one year from the time of the complaint. I now understand this was a genuine accessibility issue denying me of my civil rights when my brain requires clear, direct communication as indicated at times in my accommodations process. I've been aware of this Civil Rights timeline as my employer/Bureau discriminated against me. The good news is I am pretty sure that the US DoJ and our Directives don't have this type of statute of limitation, so whenever a real law-enforcement investigation finally occurs into this document and all of my other improperly handled concerns, that will start a new timeline for all of these complaints for my employer to adequately all of my issues. It would be interesting to participate in actual police accountability that interviewed me for once rather than a coordinated effort to cover up misconduct, discrimination, possible fraud, and serious law enforcement misconduct.

Why am I sharing this now? Well, how were all of my other complaints handled? I'm pretty sure Commander Bell started after PPB promoted Captain Jay Bates to PSD Commander where he retired exactly one week later. I kid you not. Dear Auditor Rede, perhaps you'd like to look into this and what rules are in place for FPDR promotions and ensure that a PPB member be in the position for at least 6 months before you get a higher pay grade. I did not look into it, but I have paid property taxes in Portland and looked at the FPDR pension and this reeked of PPB taking care of their own at the taxpayer's expense, just like commuting on the City dime, and just like covering up for PPB IA employee misconduct. I am an autistic employee with mental illness, it is clear that I am on the wrong side of the thin blue line..

Having escalated numerous bias complaints to supervisors and PPB command staff, and even the Mayor's office, only to have them ignored. Why on earth would an employee with mental illness want to raise religious bias by his commander when all of my other complaints have been uninvestigated? Chief Day, do you see how when PPB staff discriminates against vulnerable non-sworn staff with mental illness and developmental disabilities, a culture that never investigates any bias for that employee doesn't make it likely other more significant bias will be reported? Yet, despite this, I raised concerns when PPB employees coordinated to create liabilities for PPB/CoP and possible fraud because I knew how serious this was. How was it handled? Please tell me.

Now imagine you are developmentally disabled employee with mental illness who has been discriminated against when he returned to work and his confidential health information and professional, bias, and ethical concerns are shared with a manager who truly does abuse this to the point you get sent home involuntarily, when he should have been placed on 10-2, and no one adequately investigates what happens but pretends everything is a fair accommodations process like DC Frome's letter. Then, let's imagine you've been home since the end of July trusting things will be investigated thoroughly and you'll get a fair accommodations process at last only to find out you are to be laid off. So, imagine what it is like when your son with autism watches his father try to fight for his livelihood while HR, PPB, CAO, the Mayor, IPR, and Risk Management intentionally use disparate treatment against him and he has to see the horrible impact that this has on father. So much so, that he has to step up and become a de facto Personal Support Worker and do certain errands with him as he descends from level 1 autism to level 2 with his OCD/cPTSD. To see how crippling and scary it is for his dad all because the police bureau and the City are discriminating against him and his dad can't even find a lawyer. Now imagine PPB launches a criminal investigation and investigates him as a suspect.

Just how does he and his dad feel when this coordinated discrimination allowed his Captain to abuse his disability info in a horrific work week enabled and condoned by PPB/HR staff and then to refuse to provide any police accountability? Do you think this family feels like their Civil Rights are going to be respected in a criminal procedure that very same police bureau?

Now imagine your son is trying to deal with this alone and he has cPTSD/OCD and Autism as well. His dad is struggling do basic things unable to pay bills or go shopping so he's trying to deal with traumatic stuff alone so that his father doesn't get overwhelmed.

So imagine my surprise when my son showed up at home during a school day being interviewed by phone by a PPB Detective. He went to his room and I only heard snippets of him talking to the Detective. Did the Detective ever ask if he had a neurodiversity that might need an accommodation like another non-lawyer person advocate to be present? Like my accommodations as a developmentally disabled employee that Risk Management discounted and Kristina Porecco ignored. I have no idea. Chief Day, please tell me.

If not, I would consider this discrimination against another autistic individual from an inclusive PPB experience when PPB/HR disrespect my autistic accommodations as has been my experience even with this pre-determination process.

Look my son knows I only want one thing from him as a parent, for him to be a good person. That's it. I want to send a good person into the world to provide joy and support. It's the only way I can live as an autistic person and how my mom, most likely autistic, raised me.

Is this the same standard my cohorts in PPB/IA follow? My son and I will try and follow directions with our autism and our cPTSD/OCD will make us try and please you to avoid conflict and get a quick resolution to an uncomfortable situation. This is not consent, it is us avoiding conflict and cooperating while we feel too overwhelmed to advocate "in the moment" with our brains and anxiety. We will remember when people abuse us, replay it over and over in our heads, and have nightmares and intrusive thoughts. Our autistic brains will trust your words intrinsically and we will at cost try to avoid conflict with our lived experiences of domestic abuse.

Did the Detective check to see if neurodiversity or mental illness could have been a factor in his investigation or his agency to participate in this interview? I am pretty sure my son reported details of an assault perpetrated on him by the accuser and her friend. Did the Detective inform him that he had rights as well? As Developmentally Disabled adult recognized by the state, I am vulnerable and the type of person mandatory reporters must report when I am abused. My son has not wanted to explore that state/county evaluation, but it does not mean he would not be eligible or applicable if you are conducting an inclusive criminal investigation. If my son was abused and considered developmentally disabled, that Detective, like all City employees is a mandatory reporter, and he

should have reported this. How do you know unless you have an inclusive process that asks or he has an advocate present to assist? Chief Day, please answer this.

I don't think this happened at all. My son did not want this incident to distress me further and tried to insulate me from it. Think about this. This is what happens when you deprive an autistic kid of a functional parent through workplace discrimination, denying him the support of the only parent/adult in his life he trusts to help him. How is this family to feel when it appears that a detective from the same police bureau discriminating against his father because of his neurodiversity/mental illness to the point of deteriorated functionality and exacerbated comorbid symptoms may be doing this to him in a criminal procedure? This is heart-wrenching. Yes, Chief Day, please consider this during Autism Awareness Month.

Now imagine you are his dad and you know his grandfather was a holocaust survivor. You already have serious questions about how PPB Command has handled your disability accommodations, bias complaints about other employees, and has been coordinating with other City Bureaus/Offices to discriminate against you to cover up misconduct and serious liabilities. Now imagine that you have already shared most of your bias complaints with an Assistant Chief who most likely improperly handled your information. Instead using it to facilitate the discrimination you have been enduring. Now imagine this same Assistant Chief is in charge of the Investigations Branch, including the Detectives Division.

You know this A/C thinks it's appropriate to share religious messages in your workplace that violate your civil rights that champion all PPB sworn members receive their authority from a Christian God based on scripture. A Christian God has appointed them. How am I to believe that my child is getting a fair criminal investigation? Did A/C Bell recuse himself immediately when he saw my son was being criminally investigated with knowledge of my past disparate treatment by IA supervisors as a protected class sex/gender and sexual abuse survivor? Chief Day, please answer this. This is a formal accommodation request.

When DCTU President Rob Martineau indicated I would have to probably do a gap background check before returning to work when in PPB when I have not once been unemployed in this process, this sent up such a huge red flag. After he refused to make sure I had access to police accountability when working with Marquis contributed directly to Captain Pashley's disparate treatment and horrific behavior. My stomach completely dropped.

Why? PPB member love to gossip about other member's problems. I do not enjoy this past-time, but I know my situation would spread like wildfire especially since I have been sent home involuntarily and isolated from work. Did Marquis know my son was being investigated? Did he share this with Rob Martineau? How would this not be violating me and my son's civil rights? This is beginning to feel like the very media darling PPB Hardesty fiasco, the one that I had to answer the phone when Tess Riski from the Willamette Week had a copy of her IA letter and tried to pull a gonzo call on me to disclose things I should not. Hmmm, at least Commisioner Hardesty had actual public records she could share like investigation notices, case updates, and findings notifications. What about me? Yet to see a single one. Is this ok, Chief Day? Is this transparent, comprehensive police accountability or disparate treatment to a disabled PPB employee? Please answer this question.

Chief Bell encouraged me to work with Marquis, that was the only thing he did when I shared my concerns. So when my union President tells me Marquis wanted to know if I could return to IA if I didn't have to report to Captain Pashley when they had never investigated anything that occurred, why is this feeling so inappropriate and coordinated from all levels? This was presented as some kind of informal accommodation validation of workplace trauma Marquis helped facilitate yet not investigate. Please, Chief Day, does this sound like I've been getting a fair accommodations process or any police accountability related to my disabilities and workplace contributions that have made IA unhealthy?

Let's see the last time I was alone in the office with Captain Pashley and only IA Investigator Mike Smith on Tuesday, July 25th (check the UDARS and computer log-ins) what happened? Listen to that IPR interview I have

not been provided for pre-determination. My proposed separation letter indicates this as a safe workplace for a developmentally disabled employee with a supervisor who abused that employee's confidential disability information and sworn member misconduct allegations. Chief Day, do you agree I am rejecting reasonable accommodations? Please answer this. This is why I was provided your email address rather than having my actual accommodation respected by Kristina. The very HR rep who lied to me to help cover up an unofficial truthfulness IA investigation by Captain Pashley and IA Inv Mike Smith in the worst kind of workplace disparate treatment possible in a police bureau where criminal justice training was used inappropriately on me as developmentally disabled employee who placed accommodations and had the courage to share liabilities with his employer. This person has been left as my contact for this process after completely ignoring real accommodation requests. This is so grossly inappropriate.

Chief Day, I would like to know who has been involved in my son's criminal investigation. Who has accessed the report? How many times has it been printed to pdf or paper? If physically copied or digitally, how many times and by whom? How many times and who accessed the file in any form. Was the file phyiscally copied or accessed on the network or to a thumbdrive and if accessed from there copied and by whom. Who has been talking about it and how would that impact my professional reputation or my son's civil rights? Chief Day, let's have the US DoJ and OR DPSST help you with this.

Do you see how incredibly troubling the choice to deny me real professional standards investigations impacts the PPB's criminal justice work and the civil rights of even your own employees and Portland residents? Please answer.

Maybe it's because so many PPB employees don't live in Portland and can't imagine the reality, that PPB thinks this is ok. Chief Day, do think this is ok? I don't.

Do you think an A/C who probably mishandled all of my complaint information and violated my Civil Rights with religious propaganda claiming a Christian God gives police the right to do whatever they want to anyone else including me and my Jewish son might just be problematic?

Chief Day, please tell me, is this okay? Is this going to make the CoP Autism Acceptance Month mention in a BHR email to all staff employees that I can't even receive because I have no network access? When I have no files to review for this pre-determination process, just like a compromised ADA accommodation process with a coordinated effort to discriminate against me, where HR staff act untruthfully and deny me police accountability yet remain involved in my employment decisions. It's unbelievable.

Perhaps this information needs to be part of my Worker's Comp discovery process since this abuse has been so well-coordinated with PPB Command and City staff. Please provide this. Thanks!

Chief Day, is there any reason you should recuse yourself at this point? What have you known and when? Please answer this question. Appalling conflicts of interest persist with uninvestigated bias and discrimination pertaining to my experiences, denying me of my civil rights with my continued mistreatment. Please tell me does this same culture of permitting access to sensitive information when there is a conflict by an employee extend to my son's criminal investigation and the Investigations branch? This is all so utterly disturbing.

Let me help you with something. Since the US DoJ and OR DPSST are on this email chain, I think you could easily determine which investigators and PPB sworn members were not wearing masks and just which directives have been violated how many times.

You have access to recordings of all IA interviews. Oddly, this includes interviews with the complainants for actual, real IA investigations when I have yet to be inter

...

[Message clipped] View entire message

**20 attachments**



**Exhibit 02 - Chief Bell card - officers appointed by God - January 2022 .jpg**
4098K



**Exhibit 04.jpg**
1440K



**Exhibit 05.jpg**
2377K



**IMG_6232.jpg**
83K

**Workday Attachment 01 - Callaway, Justin - Cover Letter - OR-ST - REQ-184870 - Judicial Assistant (Paralegal) - DCBS - Updated version 08-25-25 .pdf**
74K

**Workday Attachment 03 - Callaway, Justin - Cover Letter - OR-ST - REQ-184870 - Judicial Assistant (Paralegal) - DCBS.pdf**
59K

**Gmail - 7_24_23 - check in - confidential complaint info shared with IA captain - OR AG - Judge Simon - WC Court.pdf**
151K

**Gmail - PPB Internal Affairs Liabilities and CoP ADA Accommodation Issues - OR AG - Judge Simon - WC Court.pdf**
151K

**Gmail - 7_24_23 - check in - confidential complaint info shared with IA captain - OR AG - Judge Simon - WC Court copy.pdf**
151K

Gmail - PPB Internal Affairs Liabilities and CoP ADA Accommodation Issues.pdf
151K

Exhibit 01 - WC APPEAL COURT SECOND DATE.pdf
396K

Exhibit 03 - Flier and website.eml
3203K

Notice of Proposed Action Justin Callaway.pdf
150K

CALLAWAY, Justin - Non-disciplinary Separation Recv 4-15-24.pdf
1481K

OR AG_ Fwd_ Judge Simon_ Fwd_ Query about Portland 911 service by Multco SO instead of PPB - Fwd_ Proposed Separation.eml
17398K

Gmail - Proposed Separation - Chief Day response 04-10-24.pdf
138K

Gmail - Complaint - IPR - 06-17-24 copy.pdf
102K

IPR Transcript with typos - Justin Callaway 12-14-2023.docx
228K

IPR letter.pdf
178K

How does jury duty work with Multco DA and PPB engaged in covering up fraud and misconduct_ - Fwd_ PPB Lt Scott Konczal lied in sworn testimony 6_10_25 --_ Fwd_ Federal whistleblower former PPB IA employee retaliated against - Chief Day and.eml
18933K

**Justin Callaway**
2313 SE Yamhill ST
Portland, OR 97214
503 477-7298
justincallaway@gmail.com

August 25, 2025

To Whom It May Concern,

I am applying for Judicial Assistant (Paralegal) at DCBS (REQ-184870). I tried applying on August 18, but Workday said the job is "no longer posted." Please refer to my emails to the DCBS Recruiting team from that day.

I have included my original cover letter as well. I have also decided there is an opportunity for a different approach to this recruitment with a second cover letter that may outline additional strengths I bring as a candidate, my personal experience with this WCB Portland court, and clarify why I believe I am eligible and should be considered for this position as written.

First, I do have recent experience before this WCB court. If I may be so bold as to suggest, you may wish to consider asking this as one of your candidate questions for these positions. Why? Because sometimes when there are issues with WCB court employees or recent experiences that may involve civil rights abuses or unethical behavior, like a presiding judge and deputy presiding judge forwarding criminal misconduct allegations to a suspect to share with co-conspirators without investigating, well, this could be problematic, no? Or, for instance, after the WC Ombuds Office told me to just make more calls to find an attorney when I can go nonverbal with my autism and I had shared the Oregon State Bar intentionally ignores requests for disability accommodations, I tried calling the mediation part of the Court of Appeals for help as the only contact on my WC appeal letter that might have a less inappropriate response to disability accommodations. And then I find out later that it is very possible that the person who answered the call when I disclosed this criminal conspiracy that involved the City and unethical attorneys could have actually been the spouse of the opposing counsel but never disclosed the conflict. Or, this court is so familiar and comfortable with this possible, inappropriate dynamic that an appearance of nepotism and such conflicts of interests are no longer a consideration for concern with the liabilities they introduce. This is so wrong.

Absolutely, I believe my case should have been transferred to a different, regional WCB court. This creates more than just the liabilities I tried to address in my email that I shared with the Presiding Judge. I was told this is who was my designated disability contact when I had questions that very much relate to my disabilities related to my WC claim, about the City's standing in their court as a self-insured entity where Risk Management is involved in a RICO conspiracy with other departments to cover up federal Covid Relief fraud related to leave that should have been covered by Workers Comp - like my very inadequately investigated workplace Covid exposure resulting in Long Covid (check testimony).

My email demonstrates I cared about the integrity of their court and was bringing up issues that could create liabilities and appeal rights if not properly handled. Per the written response, both judges adjudicated on the decision to forward this information to a criminal suspect and compromise the very integrity of their court and all subsequent hearings they've overseen since and prior should they involve the City of Portland without investigating. Similarly, while I did not find out about this inappropriate relationship of a fellow State employee with a conflict of interest and a spousal relationship with my opposing counsel at the court mediation department until just before my final

hearing, I will say that there is nothing acceptable about such a dynamic, especially with the sequence of communications and actions/inactions as it relates to my specific disabilities and case.

I have included the email correspondence as an attachment on Workday, because I believe it demonstrates the ethical challenges this court faces in hiring a paralegal that is willing to do the right thing when Judges or other staff are not. I will do the right thing at risk of my career. You have the evidence. All WCB/DCBS employees aware of potential conflicts, especially for a disabled vulnerable adult like myself with a denied WC claim appeal when this court was informed of unethical City attorneys (the evidence was there), had a duty to report and investigate the information I shared. The judges had a duty to address this immediately and did not. It's possible since I do not have a law degree I may have an inaccurate grasp on their legal responsibilities, but I am pretty sure there are exceptions for criminal allegations they know should have occurred with the information in their possession as it related to my case before the court and subsequent liabilities. At the very least the expectation is this court, both presiding judges and ALJ Ilias know the contents that were shared and did not handle them appropriately - and yes, supporting staff that were aware of this as well.

Decision-makers with law degrees, judicial oversight and managerial input into the content of the email chain that then was crafted perhaps by an unethical paralegal that did not report this sequence of events to appropriate authorities created this email. I was an ethical, self-represented vulnerable adult exploring accommodations and the legal process. Now, the judges could have addressed this head on, transferred my case to another WCB court, but did not. Instead, the handling of my WC appeal was presented as all above board, not compromised, or with any conflicts for this venue. This compromises everything touched by anyone that mishandled this situation and remains employed by this court. That's how it works when you do not own "mistakes" or when it's possible they intentionally coordinated with other parties like the City of Portland Attorney's office or even possibly the State AG. I have no idea, this is why investigations matter to ensure no liabilities and appeal rights exist for anything they've touched, including possible criminal charges or abdication of legal duty.

I am well aware that the State AG has not done the very minimum as a mandatory reporter of a vulnerable adult and shared evidence of financial abuse by my union which endorsed him. The duty was on this court to protect its own integrity as I tried to assist in doing with my emails. While I may not have court experience outside of my hearings with this court I do think my WCB experience is highly relevant. You may also consider trying to have my 82 year old dad serve a civil tort as my de facto support worker when the City Attorney Office's paralegal told us to go to City Hall and the doors were locked during business hours - at least they were consistent with ADA violations as the records show - although as an ethical paralegal, I would have refused to participate in what they did.

Are you aware that my Developmental Disability support worker had to play a banjo and was not allowed to speak during my first hearing when I had no attorney? It's true. While that was traumatic, it paled to Judge Ilias allowing PPB Lt. to lie under oath for almost two hours and ensured an unethical City attorney did not correct his testimony which the attorney, this judge, and this court cannot deny because the presiding judges forwarded the very records to her that prove her knowledge of perjury. There is a recording of Attorney Vu and ALJ Ilias listening to his perjury. Sadly, I even have a court experience in a court that never investigated a self-insured entity with criminal allegations and an Administrative Judge that had the audacity to rub it that there would be no due process by asking when the pesky charade of a hearing might wrap up because she wanted to pick up her kid early from childcare. Putting aside the conflicts and liabilities introduced by this WCB Court staff, please listen to the recordings of both hearings, especially the 6/10/25 one when ALJ Ilias scheduled an all-day hearing and then communicates to a vulnerable adult with a WC appeal that she is more interested in having State taxpayers pay for her and her PERS contribution to pick up her kid early from childcare on her full-day shift than to provide accessible due process and administrative judicial services when she knows my disabilities and the lack of accountability that led to my appeal. Seriously, this is okay

behavior for an administrative judge? That alone, should have been grounds for a mistrial. As an ethical paralegal, I would have mentioned something about this to my Presiding Judge, or Deputy Presiding Judge, but when those two were involved in creating this very dynamic, I would have reported to the next appropriate chain of command in oversight or a different, regional WCB Court Presiding judge. Was this done for me? I think we know the answer.

Should this be adequately investigated as all taxpayers deserve, I believe there will be appeal rights for hundreds, if not thousands of WC cases at this WCB court and a few judges may be disbarred and legal staff terminated. It's just a hunch. I did work in an administrative police accountability office under a federal court-ordered US DoJ settlement and I know that you can toll for criminal investigations when you need to ensure that something is investigated by law enforcement. You can satisfy an ORS while also providing due process, even with notifying. This did not occur.

Similarly, there are clear expectations for conflicts of interest like in the very email that they forwarded to the spousal friend of the court, City Attorney Linh Vu and her friends at the City Attorney's Office, which showed that DC Michael Frome (with a badge and gun and a law degree who lied in a letter about my disability accommodations) had to recuse himself from my "Separation Process" only after I pointed it out. I am pretty sure if I review my EEOC investigation files that this court could have requested, that I'll see that DC Frome was allowed to "retire" illegally (state law) without having reported uninvestigated allegations to DPSST as my email indicated should be ascertained by contacting U.S. Judge Simon to ensure everything was handled properly - like the lack of timely acknowledgment or declination letters I never received as required by the US DoJ Settlement like for this very allegation of unethical conduct by DC Frome. There is no excuse for this.

It was all there, yet this court couldn't even pretend that they hadn't compromised due process for all Oregon, Multnomah County, and Portland taxpayers by ensuring full investigations to stem liabilities in their court. Of course, the State AG has his part in this, but for Administrative Judges and law staff to do this, too? There was no reason to introduce these liabilities into this court's docket. This is exactly what the City of Portland did intentionally by having HR Marquis Fudge Cc PPB IA Captain Greg Pashley on his 7/26/23 reply to my email that included an ethics complaint about him when I returned to work in July, 2023. Oddly, "2023" was the year Attorney Linh Vu refused to state under oath in her lie of omission during my traumatic "banjo" autism disability accommodation hearing that this WCB court engineered. If I recall, Judge Ilias reprimanded me for interrupting Attorney Vu. That was my disability experience in this court.

If this WCB court wants an ethical paralegal, I am still looking for work after being wrongfully terminated which this court had the emails to show. I hope you will consider the value I bring as an ethical, public employee that is a steward of the taxpayer's resources who believes creating liabilities for taxpayers or prioritizing childcare costs over due process on your all-day court shift is not appropriate. It's why I reported the coordinated misconduct and possible federal fraud at PPB which has turned into a RICO conspiracy. I tried to protect the integrity of this court because compromising due process matters to me and should have to them. Disability accessibility also matters. I care deeply about inclusive public service and not abusing disabled citizens when you have access to that information. I do believe I bring the values and ethics this court sorely needs.

Thank you for your consideration as an applicant.

Sincerely,

Justin Callaway

**Justin Callaway**
2313 SE Yamhill ST
Portland, OR 97214
503 477-7298
justincallaway@gmail.com

August 18, 2025

To Whom It May Concern,

I am applying for Judicial Assistant (Paralegal) at DCBS (REQ-184870) .

I have four years of experience assisting with administrative investigations at Portland Police Bureau's Internal Affairs as a Police Administrative Support Specialist (PASS). I supported a staff of eight investigators and four sworn supervisors by facilitating all aspects of investigations as we shifted from paper to SharePoint so they could work remotely during the pandemic. As PPB is under a US DoJ agreement, I have worked at the level of detail you seek in a candidate with direct experience involving time-sensitive, highly confidential work subject to quarterly federal audits for professional standards compliance beyond the quality of most police departments of comparable size or larger.

This position is a great match for my detail-oriented strengths in reviewing documents, accurate data entry into databases, and dedication to quality control at all steps. From reviewing reports, creating organized records, archiving, or updating databases (AIM (IA investigative software), SAP templates for reports, custom Excel and Access databases for DoJ), I have experience supplying investigative case management support, providing light technical assistance for Office 365 and Adobe Acrobat as a proficient user, SharePoint/network issues, researching and running LEDS (CJIS/REGIN) reports/CAD calls to review for key supportive details and locating related documents.

Similarly, I have experience with the more analog aspects of legal support like requesting forensic file conversion requests, scanning documents, mailing certified notices, answering public calls, facilitating transcriptions, providing general clerical support including the updating of letterhead and document templates with frequent command changes, ordering business cards and office supplies, and coordinating printer vendor, facilities, or IT repairs. Furthermore, I was the lead contact for all outside agency background investigators requiring signed releases (many notarized), the prepping of documents, and the coordinating of visits with other departments. I also researched police reports for fulfilling LEMLA requests and helped with DPSST/FBI file reviews. Because of my level of detail work, I was the primary administrative assistant to research and review IA files for US DoJ Henthorn/Giglio for potential PPB witness requests. Also applicable to this position, I fielded calls from the public with a wide range of backgrounds and emotional states looking to file a complaint about a police interaction. I used my NAMI Peer Support training extensively during these calls and always treated callers with the dignity they deserved. I always made sure they knew I would help them with the complaint process while also being willing to connect them with the right department if they had an ongoing, unresolved police matter.

In my role as IA PASS, I was responsible for all aspects of Supervisory Investigations (SIs). These were for non-disciplinable allegations and had a three-week turnaround per DoJ. These were sent to the RU (Regimental Unit) for a Lieutenant or Sergeant to conduct interviews and write a report. I provided all administrative support from collating all relevant documents, running reports/CAD calls, extracting key database details, downloading partner police accountability agency documents and audio files, resolving inconsistencies from the intake investigations in the shared AIM database, and creating and maintaining the investigative tracking from opening the case until full closure, making

sure all investigative files were complete with all necessary documents, notifications, reports, approvals, and signatures. These needed to be ready for archiving and for upcoming audits.

My role in Internal Affairs involved providing and receiving extremely sensitive information with the City Attorney's Office, Mayor's Office, Chief's Office, Risk Management, and many other agencies. Aside from normal LEDS confidentiality requirements, my work at IA involved a higher level of confidentiality, where I could not discuss the content of our work outside of our office. If you read about a PPB member in the news, I probably already knew about it 6 months beforehand. This is the level of trust I bring to a position in which I handle sensitive information. As a candidate, passing a background investigation should not be an issue.

I also have experience with medical provider recredentialing and medical data entry at Corvel/Symbeo (Corvel is Workers Comp company). Confidentiality and HIPAA compliance applied to this work as well. While it's been some time, I am familiar with gathering documents with primary source verification of all key records, credentials, and related state and national databases for the type of providers. Corvel created custom data-entry, documentation, and tracking software for this process. I spent a considerable time doing key-from-image of scanned images for scanned documents with their custom batch document processing software. We were routinely audited for accuracy and productivity. These detail-oriented, well-documented processes prepared me well for working at PPB-IA.

I care deeply about inclusive public service, the quality of work I perform as an employee, and I enjoy collaborating by sharing my expertise and technical skills to improve the experiences of my coworkers and others. I bring an earnestness and a sincerity to your mission. I have direct experience and understand the importance of this work. As someone who received a late autism diagnosis within the past two years who also now receives Developmental Disability Services, I will share that I am working with OVRS to find a position just like this one that celebrates my neurodiverse strengths and professional experiences in an inclusive work environment while also providing meaningful public service for all, and especially for those the State considers vulnerable, like me, when we are often our most vulnerable and need assistance. This work matters.

Thank you for what you do and for your consideration as an applicant.

Sincerely,

Justin Callaway

 **Gmail**

justin callaway <justincallaway@gmail.com>

**RE: How does jury duty work with Multco DA and PPB engaged in covering up fraud and misconduct? - Fwd: PPB Lt Scott Konczal lied in sworn testimony 6/10/25 --> Fwd: Federal whistleblower former PPB IA employee retaliated against - Chief Day and DoJ Gei...**

7 messages

**MUL JuryDuty** <MUL.JuryDuty@ojd.state.or.us>                                      Wed, Jul 16, 2025 at 11:01 AM
To: justin callaway <justincallaway@gmail.com>

Hello Justin,

Are you seeking excusal from your jury summons or accommodations to be able to serve? If you would like to be excused for medical hardship, please let us know. If you need accommodations, please let us know what those would be and we can connect you with our ADA coordinator. Thank you.

Juror ID: 0003220973

**Mel Severn (They/Them/Theirs)**

Lead, Jury Room

**Central Courthouse**

**Multnomah County Circuit Court**

**1200 SW First Avenue**

**Portland, Oregon 97204**

**From:** justin callaway <justincallaway@gmail.com>
**Sent:** Wednesday, July 16, 2025 10:54 AM
**To:** MUL JuryDuty <MUL.JuryDuty@ojd.state.or.us>; AttorneyGeneral@doj.oregon.gov; Nootenboom, Karen (Wyden) <Karen_Nootenboom@wyden.senate.gov>; simon_crd@ord.uscourts.gov; Rep Nosse <rep.robnosse@ oregonlegislature.gov>; gao.info@odhs.oregon.gov; Sen.KathleenTaylor@oregonlegislature.gov; mult.chair@multco.us; district1@multco.us; district2@multco.us; district3@multco.us; district4@multco.us; DRO Reception <frontdesk@droregon.org>; Tom Stenson <tstenson@droregon.org>
**Subject:** Re: How does jury duty work with Multco DA and PPB engaged in covering up fraud and misconduct? - Fwd: PPB Lt Scott Konczal lied in sworn testimony 6/10/25 --> Fwd: Federal whistleblower former PPB IA employee retaliated against - Chief Day and DoJ Gei...

**WARNING:** This email is from outside of the Oregon Judicial Department. If links or files in this email are unexpected, even

if from an email address you trust, please call the sender on the phone and verify them before you click.

Hello Multnomah County OJD,

I did not include the front of the postcard, but the jury summons requires me to respond within 10 days. This is the only nonverbal option provided to navigate my unique situation that I did not create as outlined in my previous email but does include very real disability accessibility concerns with a nonverbal option to have my questions answered. My acknowledged Developmental Disability (I receive DDS as a level 2 autist) and history of my previous employer and union intentionally abusing my verbal processing of language (and the related PTSD) means I need a nonverbal option like email.

So, I appreciate you providing the email address I emailed on 7/9/25. That said, I have yet to receive a response and it has been a week. The civil rights abuses and criminal misconduct of others I reported are beyond my control just as the involuntary 10-day deadline to respond to jury summons. Not responding is creating an additional stressor to an already horrific dynamic as a vulnerable adult Oregonian, who is a Multnomah County and Portland resident.

Would you please advise on how to handle my situation so that my civil rights are not violated and I may perform my civic duty?

Thank you,

Justin

On Wed, Jul 9, 2025 at 11:27 AM justin callaway <justincallaway@gmail.com> wrote:

Hello,

I am hoping you could explain how my civil rights will not be violated as a vulnerable adult resident of Multnomah County who would like to participate in his civic duty when the last DA and this current DA are aware of criminal conduct at PPB from the Chief's office as it relates to coordinated misconduct and fraud I reported.

It does not help that IPR Director Ross Caldwell who was a former Multnomah Cty prosecutor is also involved in violating my civil rights. I have the records to prove perjury, just as he could have ordered, and he denied my credibility when he should not have even been involved based in the handling of my complaint based on the evidence below (you can check the PPB Organizational chart from June 2025 to see that Assistant Chief Jeff Bell was demoted to PSD Commander (I guess so he only introduces religious bias into administrative investigations and not criminal justice work?) after my complaint was received but never investigated just like Chief Lovell when I emailed Mayor Wheeler on 10/5/23). Yet I have never been interviewed for a single Internal Affairs or IPR investigation as required under the federal court-ordered DoJ agreement?

This is serious. When a RICO level conspiracy involves your previous and current county DA and your local law enforcement agency, as well as the coordinated violation of my civil rights as a disabled Portland resident, how does this not impact my ability to participate without being disqualified from the jury selection without violating my civil rights? Please advise.

As a prospective juror doing due diligence and ensuring due process to any defendant, I would need to know whether any PPB officers or PPB chain of command that have not been investigated for misconduct and fraud and disciplined/terminated as such were not involved in the handling of any charges or police work, just as the prosecution of this case does not include any DA employees of this criminal misconduct and the DA's mishandling of the prosecutorial liabilities the public records below demonstrate they have known about for over a year. Does this make sense?

These public records and liabilities are well documented across public servers as well as reside on private servers. Please address this situation so that I may perform my civic duty without having my civil rights violated or any criminal defendants having obvious appeal rights.

JURY SERVICE INSTRUCTIONS

**Step 1**
**Respond to Summons**

Using your computer or smartphone, complete the questionnaire at the Jury Duty website:

www.courts.oregon.gov/multnomahresponse

**Juror ID:** 0003220973



To use your smartphone, open the camera app, hold your device so that the QR code appears on the screen. Click the link.

If you are unable to complete the questionnaire online, please email or call:

**EMAIL:** mul.juryduty@ojd.state.or.us
**PHONE:** (971) 274-0575

Visit the Jury Duty website for information on:

- The time commitment for Regular Jury Duty
- Parking, security, and payment questions
- Reporting instructions and next steps

**Step 2**
**Check Reporting Status**

View the jury schedule on our Jury Duty website for service updates.

View the jury schedule, or **call** our recorded message, the day before your jury service **after 5:00PM.** Follow the instructions on when to report to the Central Courthouse downtown.

**(971) 274-0575**

| | |
|---|---|
| **Start Date** | 06/13/2025 |
| **Term of Service** | 2 days or 1 trial |
| **Juror NR** | 00568 |

**Reporting Location**
Multnomah County Central Courthouse
3rd floor, Jury Room
1200 SW 1st Ave.
Portland, OR 97204

**BRING THIS POSTCARD WHEN YOU APPEAR**

As an ethical public servant that is now unemployed for doing what all taxpayers expected of me in my role as a Police Administrative Support Specialist in PPB/Internal Affairs who has and knows (as you have the records to show) he will be denied police accountability no matter what happens by IPR/IA if I call 911 when/if my local law enforcement agency responds as a vulnerable adult Portlander that receives Developmental Disability Services, please resolve this matter. I believe I am the type of juror any Multnomah County resident should want.

You have a DA's office that knows that our state's largest municipal police force, a paramilitary organization that is command-driven believes it okay to send a Lieutenant to lie under oath because a former Multnomah County DA is willing to also cover up this misconduct since he, too, is involved in the same RICO conspiracy.

I would like to live in a City where my constitutional rights are respected and very serious liabilities for all Portlanders, Multnomah County residents, and Oregonians are addressed before the appeal rights for all impacted bankrupt all levels of state and local government.

I thank you for your proper handling of this information. Please excuse any typos, I do not have a DDS support worker assisting me with this email. It has been incredibly disheartening and disruptive in my life to experience this and have to write emails like this just so that I can serve on my jury duty. Apparently, this is what happens when people forget that we serve the public and being a steward of the public resources and providing basic services means we are not hired to abuse our stations to cover up misconduct, but very much must contain liabilities so situations like this do not occur.

Thanks to all of those who are ethical public servants and handle this appropriately.

Sincerely,

Justin Callaway

Justin