---------- Forwarded message ---------
From: **justin callaway** <justincallaway@gmail.com>
Date: Wed, Jun 11, 2025 at 8:42 AM
Subject: PPB Lt Scott Konczal lied in sworn testimony 6/10/25 --> Fwd: Federal whistleblower former PPB IA employee retaliated against - Chief Day and DoJ Geissler are involved
To: <ombudsman@portlandoregon.gov>, <AttorneyGeneral@doj.oregon.gov>, COMPLAINTS DPSST * DPSST <DPSST.Complaints@dpsst.oregon.gov>, Mult. Co. District Attorney's Office MCDA <damailbox@mcda.us>, Nootenboom, Karen (Wyden) <Karen_Nootenboom@wyden.senate.gov>, <christina.stephenson@boli.oregon.gov>, Rep Nosse <rep.robnosse@oregonlegislature.gov>, <simon_crd@ord.uscourts.gov>, Independent Monitor <info@portlandpolicemonitor.com>, <sameer.kanal@portlandoregon.gov>, <councilor.kanal@portlandoregon.gov>

Hello,

I was in a WCB hearing yesterday and Lt. Scott Konczal repeatedly lied during sworn testimony as witnessed by City Attorney Lihn Vu. This included about when he spoke with Risk Analyst Vicki Bigsby (he said 2024, she said Oct 2023 - perhaps both are lying?), that I have a metal plate in my head from being previously assaulted (what?) (I assume this was to intimate I had TBI or am unstable, along with other mischaracterizations of my professional contributions as an ethical employee that has been and continues to be retaliated against which has been part of a larger intentional bias by the City (including attorneys)/PPB to try and discredit me as an employee with disabilities when they have refused to send me acknowledment or declination letters (for instance, if I am not credible then I would have these) from IPR or IA for allegations I have raised during my FMLA/ADA, separation process and as a citizen), and fabricated testimony about what I reported to him with regards to my Workers Comp claim as used as basis for its denial as well as reporting events that never occurred. This is incredibly serious and troubling, given the scale and coordination involved, including Risk Management as a self-insured entity intentionally to not get recorded statements from me or those they shared as credible.

His false testimony proves that a RICO conspiracy exists (to cover up coordinated police misconduct and federal Covid relief fraud) at City of Portland/PPB involving Chief Bob Day, DC Chris Gjovik, AC Chuck Lovell, and AC Amanda McMillan. Please be advised in your handling of this claim as Lt. Konczal said that all mask violations in IA were properly handled. The evidence, such as Case Status sheets that were created by software that was programmed as out-of-class work with no vendor tech support option by AFSCME IA Sr. PASS Tyson Estes proved this was false. Just as his false testimony that mask violations were only reported by members of the public, versus other city employees, like me. In fact, he intentionally misled the judge by not explaining the discipline matrix as it related to SIs and why we were compelled under the federal US DoJ/PPB agreement to follow all state rules and employer expectations, where the two sworn members would not have been eligible for SIs because they violated the failure to report misconduct of the IA investigator and the other PPB sworn member like the incident I reported. These would have been ineligible for SIs if properly handled and as full investigations with disciplinable consequences by IA or IPR. They were not. He knew this as has everyone involved in this cover-up and retaliation.

Unfortunately, IPR is also involved in the RICO cover-up. This includes IPR Director Caldwell and anyone involved on the attached transcript or mishandling of the attached email as no allegations were investigated for sworn members (IPR/IA) or were referred to IA (non-sworn) for me or my son when they should have contacted him directly as he is over 18 and have his contact information with their REGIN access.

The fact I was never given a case number shows this was mishandled and given "special handling". How does the City handle these claims without continuing to violate my civil rights under the federal US DoJ/PPB agreement without involving people with a conflict of interest such as Mayor Wilson and City Manager Michael Jordan (emailed on 4/21/25) and my three district commissioners (see below) know this is happening?

**I am sending this email to all parties, because the last time I properly reported misconduct through channels to Chief Bob Day, he was involved making sure those allegations were not properly handled and allowing DC Michael Frome and AC Jeff Bell to retire before being investigated rather than placed immediately on paid administrative leave as required so that their testimony could be compelled.** This is well documented and violates state law. In theory emailing the Mayor or my Commissioners should have sufficed last time to address the fact that "through channels" for reporting such a serious truthfulness charge should officially be able to be handled through the PPB Chief's Office, IPR, or Internal Affairs, but as you have the evidence to see none of them can handle this complaint without conflict because they are involved. I did not create this situation; unethical employees and elected officials did so and in doing so are creating serious liabilities for the City of Portland, Multnomah County, and the State of Oregon.

**Please do not let this happen again with Lt. Konczal.** I am considered a vulnerable adult by the State of Oregon, I receive Developmental Disability Services, and I need a dedicated disability accommodations contact to participate fully in any complaint process. Please provide this person in your response. Also, please consider, that I live in Portland with my son and the local law enforcement agency that will respond if we call 911 is involved in this, including the Chief of Police, and as Lt.

Konczal demonstrated, are willing to commit perjury to try and cover up this RICO conspiracy. I do not feel safe and this is so unfair and needs to stop.

Thank you,

Justin Callaway

---------- Forwarded message ---------

From: **justin callaway** <justincallaway@gmail.com>
Date: Wed, Feb 19, 2025 at 10:54 AM
Subject: Fwd: Federal whistleblower former PPB IA employee retaliated against - Chief Day and DoJ Geissler are involved
To: <councilor.koyamalane@portlandoregon.gov>
Cc: <Councilor.Novick@portlandoregon.gov>, <councilor.morillo@portlandoregon.gov>, <mbernstein@oregonian.com>, <zshaikh@oregonian.com>

Hello Councilor Koyama Lane,

I thought I included you. Please check in with your fellow District 3 councilors. All Portlanders, including me, need a council that cares and addresses these liabilities now before they become worse.

Thanks for your service and for what all of you do.

Best regards,

Justin

---------- Forwarded message ---------
From: **justin callaway** <justincallaway@gmail.com>
Date: Tue, Feb 18, 2025 at 10:41 PM
Subject: Federal whistleblower former PPB IA employee retaliated against - Chief Day and DoJ Geissler are involved
To: <mbernstein@oregonian.com>, <zshaikh@oregonian.com>
Cc: <Councilor.Novick@portlandoregon.gov>, <councilor.morillo@portlandoregon.gov>

Hello everyone,

If you could please not include my name or contact information I would appreciate it. I receive Developmental Disability Services and am considered a vulnerable adult. Please keep this in consideration. There will be typos, I apologize in advance but I will not be able to edit this and still send it.

I live in Portland and if I call 911 Chief Day has ensured I will be denied police accountability no matter what happens. I know because he did it before and after he terminated my employment as an administrative assistant in IA and refused to grant reassignment as I had requested with my ADA accommodations. He and other City, Federal, and I believe state employees are covering up and compounding liabilities all Portlanders should know.

I've been unable to find an attorney and this has been going on for a long time. I believe this involves state officials (Governor/Attorney General/BOLI Commissioner/agencies (DPPST, BOLI, OSB) in denying me the investigations that all taxpayers need and that PPB Chief Day and others at the City also have done by violating my civil rights as an employee and as a citizen. This is being done in coordination with DoJ Jonas Geissler who oversees the DoJ agreement and City

attorney Heidi Brown (in attendance at City Council YouTube link), both involved in crafting the future of police accountability in Portland while actively violating my civil rights and covering up serious liabilities that only grow as such. I believe this to be a national issue with direct relevance to the current Supreme Court case about independent IGs as the issues began in the first Trump administration.

The constitutional crisis has been happening here already with Mayor Wheeler and so many others covering up police misconduct and possible federal fraud because we are under the DoJ agreement. Any exclusions would have needed to be made in court, so all coordination has been extrajudicial (meaning they are ignoring the federal judge's order intentionally together and will most likely bankrupt Portland as I testified to Mayor Wheeler).

This involves Covid. I was infected at work and the contact tracing Sergeant told me it didn't matter when I told him who I thought infected me. I knew who it was and she was not wearing a mask and she had just been home because he kid had Covid and was at work. I still have long Covid symptoms today.

Despite knowing that I am considered a vulnerable adult, PPB Chief Day terminated my employment after refusing to answer any of my questions in an "interactive" ADA process, like whether he had a conflict, which was directly relevant to DC Michael Frome in my separation process (and Assistant Chief Jeff Bell in another issue involving civil rights of my family). Both were terminated after information and allegations I shared, yet I have never received any notification acknowledging my allegations and investigative updates (the letters I used to send to anyone who made a complaint about a PPB member), much less was I interviewed as all Professional Standards investigations into sworn members start with the complainant. DoJ Geissler knows this because he was included on the email with the allegations and I used to help prepare quarterly audit IA investigation files to him and City Attorney Heidi Brown and others. They are fully aware that my civil rights are being violated.

This has been coordinated civil rights violations and disparate treatment of a developmentally disabled employee with comorbid mental illness who followed rules and reported coordinated misconduct and possible federal fraud. My disabilities and my allegations cannot be separated, as they are why I could no longer work in Internal Affairs because there was no accountability and my professional, safety, and bias concerns were routinely ignored by the very same supervisors involved in the coordinated misconduct, liabilities, and possible federal fraud. My workplace was unhealthy because my supervisors denied me the same thing that Chief Day and others chose to do once I shared my allegations with FMLA/ADA protections.

Currently in the Chief's Office only Assistant Chief Dobson was not involved in some allegation or command structure involving IA with full knowledge of this misconduct or other allegations. This is a problem. Yes, extending Chief Day's tenure would be a mistake. So would promoting others again also involved, because you need to make sure who knows about the civil rights violations and is involved. The Chief's Office is not that big and has regular meetings, so I have no idea who is involved. This is why you conduct investigations.

I am taking a risk sharing this information, but I live here and care about Portland. I do not believe any new commissioners know about this, but if Dan Ryan was present in the Council testimony I gave, then you could see the conflict. I am not sure about Mayor Wilson or the City Manager Jordan, but I believe both most likely know as part of the Wheeler transition as you will see how Mayor Wheeler was informed about it Oct. 5, 2023.

These liabilities all exist without me being the whistleblower, only the civil rights violations and my safety concerns are unique to me. Anyone involved in what I believe to be a RICO level criminal conspiracy to cover up this police misconduct could and should have become a whistleblower. Be glad, someone with ethics did. All it takes is someone who is compromised that does a bad thing and tries to use this as a bargaining tool. This is why Internal Affairs is supposed to exist, not to create new and more serious liabilities.

You should ask about the terms of BHR Cathy Bless' retirement as well as if my allegations about DC Frome and AC Bell were reported to DPSST and since mine included ethics with DC Frome who was also a lawyer, did they report this to OSB? What were the terms of their separation?

All uninvestigated allegations must be reported to DPSST when a sworn member resigns or retires. I used to have to answer this question for Personnel when I worked in IA if a sworn member was leaving the bureau. If so, why has the complainant

never been contacted (me), and why have I not received any allegation acknowledgment letters or been interviewed for a single professional standards investigation for a single allegation about any of the many PPB employees that US DoJ PPB Agreement guarantees me?

Chief Day, other City officials, and DoJ Geissler have denied me the very IA/IPR professional standards investigations I helped facilitate for anyone else who made a complaint, why is DPSST doing this too? Or BOLI and OSB? Why does the Governor's office not return voicemails about this? No one has followed up with me to make sure I could participate with my disabilities or when I asked for help and left voicemails at these agencies or departments. I do not believe this is unintentional, but who would investigate? Even the State AG refused to respond to my request for follow up about my concerns about the Governor's Office or often going nonverbal with my autism and wanting a non-phone option for the Bias hotline referral. Why?

There is no excuse. Not making processes accessible is one way to get the results you want by disenfranchising a disabled person so that you do not have to investigate. It's what the City did repeatedly by ignoring my accommodations, like answering my questions in writing. Chief Day did the same thing when he separated me as well as being untruthful about my allegations being investigated by IPR through referral. The intimation was clear as well as the intimidation as a citizen, and the lack of investigations was coordinated and civil rights violation both as an employee and still today. I needed those files for my EEOC rebuttal and I will need them for my WC Appeals Court and any other future legal action should I ever find a lawyer. The Chief's Office knows who is being investigated and who is not, and he knows I have never received a single acknowledgment letter as such. This is who Mayor Wilson hopes to keep on?

This is and has been disparate treatment, a criminal conspiracy causing serious liabilities to police work, police accountability, and class civil lawsuits. They know it but have done nothing.

And here is the sad and scary truth, these are Henthorn/Giglio level bias and truthfulness issues with Chief Day and others in PPB. Yet the DoJ employee overseeing our compliance with the DoJ agreement is enabling and facilitating these offenses and continuing to allow for any Henthorn/Giglio letters to US Attorney prosecutions calling upon PPB members as witnesses for any joint federal/PPB police actions to be tainted.

I am not working, PPB Chief Day helped make this a reality, but PPB members and City staff all involved in this are still working, often receiving promotions like AC Amanda McMillan. So, these are the questions City Commissioner's should be asking. I'll share Chief Day's response to my emails and an email to IPR Director Caldwell/IPR, also involved, that they refused to respond. They should not have contacted me for a family member who was over 18, they had their contact information that was a violation of his civil rights. Yes, it is that bad. And yes it has been a nightmare for me and my family that continues today.

I did file a federal whistleblower complaint with Senator Wyden, although his office has refused to contact me as requested when I followed up by phone a week agi. And yes, this is exactly why we need an independent IG for whistleblowers because most likely it was Trump's AG in his first term that called all Governors to tell them they would not enforce mask violations. That doesn't change civil liabilities for people who got sick or brought it home and someone contracted long Covid or even died.

In Portland, everyone in PPB, from IA to the Chief's Office, IPR, City Attorney's Office all knew that the federal DoJ Agreement meant that we had to follow mask ordinances by our state, county, city, or employer. It's why I had to send out IA investigations into mask noncompliance. Yet, IA supervisors coordinated with an untold number of IA Investigators with an unknow number of PPB Officers to start an unknown number of IA investigations not wearing maskings (it would have been a disciplinable offense for not reporting each of the other two PPB members - all IA investigators knew this plus the lack of mask of compliance if repeated). And like I told DoJ Jonas Geissler in the "Separation Process" email, since I handled interview recordings for transcripts, he has all the proof he needs because having worked with audio the sound signatures between someone wearing a mask and not wearing a mask are easy enough to prove and all of the files exist. Did he do anything? Yes, he chose to create liabilities for Portland and violate my civil rights.

Now consider the appeal rights for all victims and those arrested by PPB officers that should have been disciplined if IA was doing its job. Or the appeal rights for any IA investigations these IA investigators were involved in? It's why I reported this after

seeing an investigator and two officers not wearing masks. I made an IPR investigator use another room because I actually care about the health of coworkers and liabilities to my employer and Bureau.

When I told IA Sergeant Russell, she told me "oh yeah, some investigators don't like wearing masks" (same Sergeant who did nothing after reporting other mask violations to her and other bias concerns). And so I walked to IA Captain Pashley and told him that I would not be part of any conspiracy. I told him my concerns about federal fraud and that we live in a city with a 100 days of civil rights protests about policing... and this is happening?

I followed the US DoJ mandated PPB Directives and reported it because I knew exactly how serious this was. He sent two emails and posted a sign. You can see what HR Marquis Fudge did with my ethics concerns, by including Captain Pashley to chum the waters on his response to my email when I returned to work to make my workplace go from unhealthy intentionally to hostile. HR intentionally denied me and all Portlanders due process for this investigation by sharing my ethics concerns with an involved member. This was intentional. And it was an intentional abuse of my disability information, not for the reasons it was provided, over and over again and disparate treatment. And yes, Cheif Day is at the center of this as you can see in the "Separation Process" emails.

There was no exception to following PPB Directives and DoJ agreement expectations unless you went to court and asked for it. I certainly was never informed and this is why Chief Day and others continue to violate my civil rights and compound the liabilities they created for all Portland and Federal taxpayers.

Law enforcement agencies across the country had mask compliance issues, those with a DoJ agreement like PPB, didn't have the luxury to do what other agencies did by infecting coworkers, others, and their families. Yes, this is most likely a national problem but in particular it is a Portland one with grave consequences for all who live here, like me who will be denied police accountability with any bad experience with a PPB officer.

Watch "Portland City Council Meeting PM Session 05/02/24" on YouTube

https://www.youtube.com/live/KU7elJmT9s4?si=avpdFmH9eWEk-MYw

My testimony is around 01:02:00

Thanks for reporting.

I've Cc-ed my three City Commissioners. I'm sure any lawyer would tell me not to do this, but I just don't see how anything will change unless people know what is happening. Plus, maybe this will help with some budget decisions. I do not envy their jobs, but I believe Commissioner Novick is best suited to understand how bad the old system was with Mayor Wheeler as Police Commissioner and HR Commissioner (only HR can investigate IA - how'd that work out for me?) a direct conflict which is why I mentioned it in my testimony. I truly believe this new system will be better and now is the time to address these issues. Thank you for your public service. It matters, just as fourth estate. So thanks to you Maxine and Zaeem.

--

Justin Callaway
503.477.7298
justincallaway@gmail.com

--

Justin Callaway
503.477.7298
justincallaway@gmail.com

--

Justin Callaway
503.477.7298
justincallaway@gmail.com

--

Justin Callaway
503.477.7298
justincallaway@gmail.com

---

**MUL JuryDuty** <MUL.JuryDuty@ojd.state.or.us>                    Thu, Jul 17, 2025 at 2:47 PM
To: justin callaway <justincallaway@gmail.com>

Hello Justin,

Thank you for your email. The court has confirmed your intention to participate in jury duty on 8/13/2025. You will have an opportunity to bring up your concerns regarding civil rights with the judge if you are called to a courtroom for jury selection.

We look forward to seeing you on 8/13/2025. Jury Duty is a two-day service. Thank you for your willingness to serve.

Please check our schedule the business day before your service date for current reporting instructions: Oregon Judicial Department : Jury Schedule : Jury Duty : State of Oregon

Juror ID: 0003220973

**Mel Severn (They/Them/Theirs)**

Lead, Jury Room

**Central Courthouse**

**Multnomah County Circuit Court**

**1200 SW First Avenue**

**Portland, Oregon 97204**

**From:** justin callaway <justincallaway@gmail.com>
**Sent:** Wednesday, July 16, 2025 11:27 AM
**To:** MUL JuryDuty <MUL.JuryDuty@ojd.state.or.us>; AttorneyGeneral@doj.oregon.gov; Nootenboom, Karen (Wyden) <Karen_Nootenboom@wyden.senate.gov>; simon_crd@ord.uscourts.gov; Rep Nosse <rep.robnosse@oregonlegislature.gov>; gao.info@odhs.oregon.gov; Sen.KathleenTaylor@oregonlegislature.gov; mult.chair@multco.us; district1@multco.us; district2@multco.us; district3@multco.us; district4@multco.us; DRO Reception <frontdesk@droregon.org>; Tom Stenson <tstenson@droregon.org>
**Subject:** Re: How does jury duty work with Multco DA and PPB engaged in covering up fraud and misconduct? - Fwd: PPB Lt Scott Konczal lied in sworn testimony 6/10/25 --> Fwd: Federal whistleblower former PPB IA employee retaliated against - Chief Day and DoJ Gei...

**WARNING:** This email is from outside of the Oregon Judicial Department. If links or files in this email are unexpected, even if from an email address you trust, please call the sender on the phone and verify them before you click.

Thank you for the response Mel,

Email at this point is fine and eventually a dedicated disability contact by email - for instance BOLI, DPSST, and OSB have a history of refusing to provide a dedicated email disability contact when requested - it's why I was unable to file a BOLI whistleblower claim even with Senator Wyden's office trying to help . It is a pattern to deny accountability to disabled people with problematic investigations that started with PPB and the City of Portland. Your delayed response is better than the non-response I continue to receive from BOLI and DPSST for accommodations and the fact that nobody from the County has followed up with me yet, either.

I am happy to communicate with your ADA contact once you have addressed the explicit concern I have now shared twice.

You have emails showing:

1) **I would like to participate in jury duty.** So, asking if I want to be medically excused appears to be an effort at misdirection and intentionally disregarding my legitimate query.

2) **Please answer whether or not the court will ensure that my civil rights will not be violated?** I want to know that the court cares about the integrity of prosecutions for both victims and defendants by ensuring all eligible jurors are able to participate fully with or without disabilities, especially those whose ethics mirror those of taxpayer expectations and not the public employees (DA, City of Portland, or PPB employees) and elected officials that are covering up misconduct and fraud as violating my civil rights.

I do not think this is an unreasonable request. This should be a shared concern. The court has all the information and is able to request additional information from me or others, like the EEOC investigative files Senator Wyden's office helped me get. I am just trying to make sure that the court is ensuring it does not also become embroiled in this situation; that is to ensure due process is available to all plaintiffs and defendants as well as guaranteeing that the civil rights of jurors to perform their civic duty are not violated.

Please confirm this.

Thank you.

[Quoted text hidden]
[Quoted text hidden]

**justin callaway** <justincallaway@gmail.com>                                    Thu, Jul 17, 2025 at 4:44 PM
To: MUL JuryDuty <MUL.JuryDuty@ojd.state.or.us>, Ryan Petty <rpetty@inclusioninc.org>

Hello Mel,

Thanks for this update and elegant solution. **Please consider this sentence as a formal request for the ADA coordinator's email address now (nonverbal communication and email is best for me).**

For awareness, I will most likely want one of my Developmental Disability Services (DDS) support workers with me for the jury selection process, possibly other times based on court rules.

Mostly new, indoor environments and confusing instructions can become a little overwhelming/overstimulating. Also, it would be helpful for security checks. I screamed at a TSA agent last year who touched me from behind minutes after clearing security when I already put on headphones. My PTSD from my experiences at the police bureau are pretty bad. No repeats of that TSA experience please!

That said, once I get the cadence and know what to expect, I am generally fine. I might need to sit further away from others by a couple of feet. Also, I may need to use my AAC device app to speak if the environment becomes too stressful, but I don't imagine this will be the case.

I've included my DDS Personal Agent so he knows this will be happening (yay!) and that we might need to request additional support or coordinate with your ADA coordinator.

Sorry you had to be the one to handle this email stuff. Public records are the only way I feel safe anymore with no access to due process by people in authority that are supposed to provide it.

I really did not create this situation, but I would like to still be a citizen with constitutional rights even if other branches and levels of government want to violate my civil rights to cover up misconduct. I struggle to leave my house and neighborhood and home, so this is going to be an adventure, haha.

I am trying to do what I can to rebuild my life and to participate as fully as possible with accessibility requests, whether for PTSD or Autism, and not have it create new traumas with what I can control.

I have never participated in jury duty. Believe it or not, I am very excited for this opportunity!

So thank you for your remarkable patience and professionalism in stepping in and making sure I am able to participate.

Best regards,

Justin

[Quoted text hidden]

---

**MUL JuryDuty** <MUL.JuryDuty@ojd.state.or.us>                                    Fri, Jul 18, 2025 at 8:18 AM
To: justin callaway <justincallaway@gmail.com>
Cc: MUL ADA Coordinator <mul.ada.coordinator@ojd.state.or.us>

Good morning,

Please excuse my entry into this communication thread, however, Mel is out today, and I didn't want your reply to be delayed. I have copied in our ADA coordinator's email address in this response– MUL.ADA.coordinator@ojd.state.or.us to ensure your request is well received. We are glad you are excited to participate in your jury service and will do our best to ensure you have a positive experience on August 13, 2025. Mel, or our someone from our ADA coordinator team, will be in touch if we need any other information to fulfill your accommodation request.

Respectfully,

Rebecca Magallón

Records/Jury Supervisor

Multnomah County Central Courthouse

1200 SW 1st Avenue, Room 03313

Portland, Oregon 97204

Rebecca.R.Magallon@ojd.state.or.us

[Quoted text hidden]

---

**justin callaway** <justincallaway@gmail.com>                                     Wed, Aug 6, 2025 at 3:13 PM
To: MUL JuryDuty <MUL.JuryDuty@ojd.state.or.us>, Ryan Petty <rpetty@inclusioninc.org>


**Juror ID: 0003220973**

Good Afternoon Mel and Rebecca,

 I want to start by thanking you for your help navigating this process so far. At this time I do not believe it would be wise for me to attend as a juror. Due to the nature of my disabilities and my limited verbal communication capacity.

 I have included my Personal Agent, Ryan Petty, (non profit case manager for developmental disabilities services) in this email should you require medical proof for this exception.

 Please let me know if you need additional information to process this exception and thank you again for all your help.

 What I love is that I have an email to refer to that demonstrates the kindness and inclusion with the resources I can access should I be able to participate in the next round of jury summons.

Sincerely,

*-Justin Callaway*

**\*Written with the assistance of a PSW**
[Quoted text hidden]

---

**MUL JuryDuty** <MUL.JuryDuty@ojd.state.or.us>                                     Thu, Aug 7, 2025 at 8:19 AM
To: justin callaway <justincallaway@gmail.com>


Good morning, Justin,


Thank you for your thoughtful email.


You have been excused. You have no further obligation to this summons. Take care.

Juror ID: 0003220973

[Quoted text hidden]

---

**justin callaway** <justincallaway@gmail.com>                                     Thu, Aug 7, 2025 at 9:13 AM
To: Ryan Petty <rpetty@inclusioninc.org>, Pele warnock <pele.m.warnock@gmail.com>

This is resolved. Not a bad email to show an evolution in accessibility requests and how they can be handled at a time when one's civil rights are being violated by other levels and branches of government.

Thanks
[Quoted text hidden]

 Gmail

justin callaway <justincallaway@gmail.com>

## OR AG: Fwd: Judge Simon: Fwd: Query about Portland 911 service by Multco SO instead of PPB - Fwd: Proposed Separation

**justin callaway** <justincallaway@gmail.com>                                          Tue, Feb 4, 2025 at 4:39 PM
To: NELSON Niki J * DCBS <Niki.J.NELSON@wcb.oregon.gov>, AttorneyGeneral@doj.oregon.gov, receptionpdx.wcb@wcb.oregon.gov, simon_crd@ord.uscourts.gov

This is a problem. You have included what I intended as information only for the presiding judge to consider as it relates to my disabilities, my access to additional due process, representation, and the integrity of the court.

You included the very attorney I allege and believe committed perjury although judge Ilias did not have her or Viki Bigsby swear in so that I knew it had happened or I inform me that it did. This is why I do not know whether an intentional lie of omission and a refusal to correct the record and my reprimand by judge ilias was a problem.

I was provided Judge Jacobson's information for this very reason. It was my understanding a presiding judge had independence as to not be considered ex parte and therefore my concerns and records provided would be kept confidential as requested in the earlier part of the email chain.

Was this an intentional effort to compromise my access to full due process? It's the same thing HR Marquis Fudge did by sharing my ethical concerns with my supervisor.

Attorney General Rayfield please help, I have no attorney or person to help with this and WCB has shared all of concerns with City staff involved in the very concerns.

This is just not ok.

On Tue, Feb 4, 2025 at 2:47 PM NELSON Niki J * DCBS <Niki.J.NELSON@wcb.oregon.gov> wrote:

Good afternoon, Mr. Callaway and Ms. Vu,

Please see attached a letter from Presiding Administrative Law Judge Jacqueline M. Jacobson for your files.

Ms. Vu, please see attached and below correspondence received from Mr. Callaway.

Thank you,

Niki J. Nelson

Pronouns: She/Her

Judicial Assistant

Workers' Compensation Board – Hearings Division

16760 SW Upper Boones Ferry Road, Suite 220

Portland, OR 97224

Ph. (971) 673-0924    Fax (971) 673-0902

Confidentiality Notice: This e-mail, and any attachments thereto, are intended only for the use of the addressee(s) named herein and may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or reproduction of this e-mail and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please contact the sender by reply e-mail and delete the original and any attachments from your system. DSL 3

**From:** justin callaway <justincallaway@gmail.com>
**Sent:** Monday, February 3, 2025 4:00 PM
**To:** AttorneyGeneral@doj.oregon.gov; simon_crd@ord.uscourts.gov; DCBS WCB ReceptionPDX * DCBS <receptionpdx.wcb@wcb.oregon.gov>
**Subject:** Re: OR AG: Fwd: Judge Simon: Fwd: Query about Portland 911 service by Multco SO instead of PPB - Fwd: Proposed Separation

You don't often get email from justincallaway@gmail.com. Learn why this is important

Hello US Judge Simon, Oregon Attorney General Rayfield, and WC Appeals Court Presiding Administrative Judge Jacqueline Jacobson,

First let me thank you for what you do and your commitment to inclusive public service. This matters incredibly to me. In order to help you with this, it has dawned on me that I need to clearly communicate my limitations and communication needs.

Like Sarah's email, **it is imperative for my cPTSD/PTSD/OCD and Autism/ADHD to receive acknowledgement of receipt of my emails and when I can expect a response that honors the substance of the communication**, especially when it involves the manifold interagency, intergovernmental concerns and myriad legal realms and specialities. I do not know what it means when you do not respond or choose to not do so fully. I need patience, kindness, and a willingness to explain all aspects and options.

As you have seen in the original email, this is particularly traumatizing for me when it involved asking people/agencies who have a specific authority or role to play in due process related to my ADA process, but more importantly have knowledge of my very disabilities, and often choose to reactively abuse them (like PTSD by having an officer in Internal Affairs call me inappropriately as I told him and lied to me about not having my address to send me items related to my EEOC complaint right after my final EEOC extension - please see the emails (Yes I told him he could email not that I would respond) and he mailed me objects without my consent with full knowledge by my former employer what my address was when he called and communicated otherwise). I have experienced both lies of commission and lies of omission. I consider both to be a form of abuse of my autistic processing of language. I mention this because an unanswered email "feels" like this to me. I am reaching out because I need help desperately since I have no attorney, please consider that I understand how difficult and problematic my situation presents for both AG Rayfield and Judge Simon. I did not create this situation, but I have survived it to get to today and it has not been okay or anything anyone should have to endure. I need your kindness and assistance at this very moment in time because others did not do what they were supposed to do.

**Similarly, please do not assume I understand your emails or that I have agency I do not.** It takes formidable energy for me to access language to write emails like this as a Level 2 autist. **Please always confirm that I understood your last email and do not have questions. Similarly, please ask if I have any accommodation requests with responding to the content or information provided.** What this does is keep the process inclusive. It tells me you care that I am able to fully participate in the communication process because I am doing this on my own. It is not easy to write and it is even harder to advocate for myself after what has happened. When it is not done in a way that recognizes the formidable challenges for my brain's developmental disability in communicating, this forces me to have to explain in an email like this how to please do this. It really is an unfair burden, especially with my experiences related to the very reasons and experiences I am emailing you. Please do this. It gives me permission by asking me to provide it because you care that I am fully included with all of the rights and privileges when they can access legal services or navigate complex neurotypical situations in real-time - I am unable to do either. This helps me no be retraumaitzed and repeat myself as I had to do with the City/PPB only to be ignored leading to these emails being sent now. Please make your process inclusive. My accommodations were intentionally ignored during an "inclusive" ADA process, my access to due process about complaints was both compromised at times but intentionally denied in a coordinated effort with direct bearing on why I scream when a police car shows up at my grocery store or must hid behind

a car when I see one (I have witnesses to both these things) because my disability information was misused and abused both as an employee and afterwards. This is not a trivial request, it is an essential request. Please do honor it.

When I have to write about traumatic topics, as these emails are about, then it takes even more energy. Autistic people struggle with energy related to communicating, having our needs included, in a confusing world that often discounts them, ignores them, or abuses them for nefarious, strategic purposes when uncomfortable truths are shared when we do not understand that people might not respond as they are expected to do or legally required to do. I am telling you this because I will actually lose my access to verbal language when this happens after writing complicated emails like the ones I wrote very intentionally to the Oregon Attorney General and to US Judge Simon. They were done in sequence and tailored to each of you. These were addressed to the individuals and not the supporting staff. While I understand that this may not be something they can respond to directly and may wish to direct staff, please communicate and acknowledge that I have communicated to these individuals and who is writing and in what capacity and with what direction. My autistic brain needs to know this. I did not write to the Consumer Hotline. I wrote the the State Attorney General because he has unique authority and supervisory duties directly relevant to a vulnerable adult developmentally disabled Oregonian when a DoJ federal employee that has coordinated in the potential cover up of federal fraud with employees, elected officials, and related agencies like the the City of Portland government, very possibly the Governor's Office since they did not respond, BOLI as they also did not respond, the Oregon State Bar, and OR DPSST. The fact that my allegations and experiences also include law enforcement and not addressing liabilities when they occurred creates more liabilities as such. The fact that the Multnomah County DA's office did not interview me about these, tells you that they are also okay with creating more liabilities just as the City of Portland/PPB/DoJ Jonas Geissler in any and all work conducted be it police accountability, legal, or criminal justice. This is a fraud in of itself on Portland/Multnomah County taxpayers, because these institutions will have to own those liabilities. It is why I followed rules and reported what I did when I did, but it also because of the very gravity of the situation, and horrific experiences I have experiences since, I waited until I had FMLA/ADA protections.

My monotropic brain does not know whether you are trustworthy or care about me, I have to look at the actions you take. I must always look at the context of what information was shared, when, and what actions were taken when received. And like lies of omission or commission, there are ways people will try to handle me with dismissive emails that do not address the full content and breadth of what was shared, but choose to be selective, redirect from their precise accountability roles, deny me the very transparent processes I am supposed to have access to as a citizen/employee, and even intentionally compromise my access to due process and my workplace safety as HR Marquis Fudge including IA Captain Greg Pashley on his response to my email with my questions about his integrity and these very liabilities he covered up with many other City employees: Chief's Office, Mayor's Office, HR Risk Management, IPR Director Caldwell and others, the City Auditor, etc. Each and everyone one of these people had the choice as mandatory reporters and City employees to report misconduct and abuses, just like DoJ Jonas Geissler or Multco DA employees, but instead have allowed these liabilities to compound at the very cost of me and my family's civil rights with a devasting impact on all of us, especially me and my son. It is not ok, it needs to stop.

I am aware that you both now have very difficult choices to make that impact your careers and the work you do. I am sorry. It is not my fault others chose to conspire, disenfranchise, look the other way, etc. They all had choice to make, like you, where perhaps like unethical lawyers and sworn members along with other City staff, decided there was an appropriate way of doing business and a cost that involves my civil rights. I worked in the very heart of the system in Internal Affairs. We received complaints from Commissioners, the Mayor, City Attorney's Office, DPSST, Chief's Office, Risk Management, other PPB and City employees, and the public etc. There is a process in place for all of those complaints and it was my job to scan torts, send out notices from IA and IPR for complaints, and answer the phone and email to provide inclusive public service to anyone else looking for police accountability. Yet, I have been denied it over and over again as an employee and as a citizen. You both know this is the case and that is happening now - I consider this abuse of an incredibly vulnerable adult receiving DDS services. Sadly, my Service Brokerage will not help me with my access to state agencies or the fact the Disability Rights Oregon only gave me a single pefunctory lawyer referral (a band-aid that didn't even stay one) and refused to address the fact that the Oregon State Bar says there are no attorneys in Portland as well as all of the other complex, legal accountability issues I needed help with (and this was after submitting my original request only to not receive a response and to try and call and leave VM but they do not give you an option and refused to answer the phone or provide an email address - this is accessible? I only found someone by randomly punching numbers on their mainline - it's disgusting and devasting).

Sorry, I am starting to repeat myself and lose access to language as the trauma takes over.

So, it matters how you respond to this email and help me navigate this time with all of the information thusfar provided, but ensure that you allow me to share more information - even the EEOC has no way of helping me do this. It is all so wrong that I have to keep asking for help over and over from agencies, institutions, providers, etc. when I struggle to communicate and require DDS support worker help now to shop and live after the impacts of everything while also trying to find employment. Please, understand ALL of this. This is who is writing this email.

I do not pretend to understand your specific positions/duties or how what I am sharing will relate to your processes or impact your staff. That said, now is the time to more than ever that I need inclusive and kind assistance to explain to me what my options are and how to no longer have my civil rights trampled. I live in fear of cops and afraid should I ever need to call 911 because I know that I will scream from my cPTSD/PTSD from what has happened and continues. The very DoJ agreement that is supposed to protect people like me has been weaponized against me and its protections denied to me. For awareness, the only sworn member visible on the Chief's Office staff bios that does not have an uninvestigated allegation is A/C Craig Dobson, as until all PSD/IA command staff has been investigated during my tenure you must assume there was a coordinated effort. This the state of affairs at PPB, much less other sworn and non-sworn staff.

While I offered mediation to A/C Jeff Bell and IPR Director Ross Caldwell, they both know, it is only available for non-disciplinable offenses and there is only one way to guarantee violations of less significant ineligible directives, say allegations regarding FORCE, is to ensure that multiple directives of the same kind were not violated within a year. This has never been done. What also matters is that Director Caldwell knew these allegations includes an unknown sworn staff not in IA, just like I shared in my IPR intake interview that I initiated, no one else, that was interrupted by IPR Eric Berry only do have him order me, with autism, "Look me in the eye." No case number was ever assigned, no IPR Declination letter ever sent. Nope, he chose to ignore the sworn allegations and focus only on the IA staff jurisdiction. If that the was the case, I should have even received a letter with a case number stating "IPR - Decline" for every allegation citing "No Jurisdiction". I sent these letter out to complainants. I also helped background investigators review IA histories of former, current PPB members they were looking to have on FBI special taskforces, for DPSST investigations, and for outside agencies looking to hire them. I have never received a single letter as required by PPB directives for any of my personal allegations. I did receive an inappropriate contact from IPR and Director Caldwell who had a direct conflict with his handling of my allegations. If I recall his response was, "Sorry you are dealing with that Justin. I know PPB had a problem with getting officers to wear masks." I'm sorry this was the IPR Director admitting that there was a known lack of compliance with DoJ agreement expectations with sworn members possibly compromising their criminal justice work and his staff member interrupted my interview, something I have never seen done ever in an IA or IPR investigation only to ignore a very real autistic need to close my eyes often to talk or listen.

They were contacting me about a complaint I made about police work into my son. He is over 18 and was when the Detectives Division under A/C Bell with a religious bias and conflict of interest was overseeing. IPR has access to REGIN and the Detective Reports and would have had his number and address to mail a letter as they should. It is a violation of his civil rights to contact me about his complaint. It is a violation of my Civil Rights to have someone directly involved in covering up my allegations about possible federal fraud and coordinated misconduct of sworn and nonsworn PPB staff to be contacting me. This was intentional and very much a coordinated response with the City Attorney's Office, PPB Chief's Office, and HR. All of these records need to be requested, and unethical behavior by those will law licenses investigated by the Oregse my due process yet again. Attorney General Rayfield, all records of when State staff received this information and contacts with City, Multco DA, or US DoJ like Jonas Geissler staff needs to be requested from all agencies. This ensures no one is not giving all records or disclosing additional channels like the ones between Mayor Wheeler and Governor Kotek, the former known to intentionally try to eschew public records requestable channels (please research court documents around iMessage).

Furthermore as my council testimony around 01:02:00 indicated I should have received a letter for A/C Bell and Sgt. Yakots. A/C Bell was in the Chief's office and Sgt. Yakots was in Personnel. I should have never been contacted by Kristina Porecco which cause me to break equipment at my seasonal job because the PTSD from received an email that opened automatically by accident with a finger stroke while at work  impacted my ability understand language. You have in your possession multiple instances where I asked for someone else to work with because she lied to me and my union Rep Patrica Loving which my union removed (possibly fired) in coordination with HR. This intentionally meant I could not request her notes as I have emails showing nor did they ever file any grievances I requested. Yet she contacted me on a "significant date" available through my background file in Personnel on a *Saturday* about concerns that were part of my active EEOC investigation which she is directly involved. Similarly, HR has no jurisdiction over my civil rights as a citizen and former employee. She absolutely has no right to contact me about police misconduct and present this as accountability much less contact me - this was an attempt at reactive abuse and it worked on making me break equipment. When told she did not have permission to contact me through my personal email and send a letter, she never sent one. The City chose to not explore channels I offered to return stolen or unreturned personal items they intentionally did not include me on retrieving after 8.5 months (yes food and vitamins were expired and I was deprived of clothes, shoes, etc during this time when I was intentionally cut off the computer network and not offered to retrieve my items, etc).

Similarly, as I mentioned I was inappropriately called by an Officer who it appears works in Internal Affairs based on the return address PPB under Police Chief Day and the advice of HR and City Attorneys decided would be a good way to agitate me and upset me while I tried to complete my EEOC rebuttal by Dec. 12. It did cause serious disruptions and continues to strain my access to medical care from the events that happened when trying to get legal help from OHSU. There are plenty of records. An newly hired officer was ordered to call and lie to me in a call in a command driven environment to let me know when all parties know I have been denied police accountability that IA wants me to remember what they did to me and think about

them. These people are ruining careers before they even started. Yes, the DPSST and State Attorney General need to investigate the truthfulness allegation and ensure it does without Chief staff involved in my discrimination or in that contact.

As you can tell I can just keep going, it's not healthy for me or you. I need help.

1) First, I need know that police accountability will exist in Portland if I call the police and that my county DA's office does not also have compromised staff, like say Chief Day and other Chief staff, IPR staff, HR, City Attorney, and Auditor's office staff that have a motivation to deny me true due process and transparent police accountability again. This is an immediate need.

2) I need a victim's advocate who has DDS autism/ptsd/cptsd/OCD experience to find a lawyer and also participate fully in providing you additional information to fully investigate any crimes or civil rights abuses, and any and all other aspects related to what has happened at related agencies.

3) I need assistance in contacted WC Appeals Court Presiding Judge Jacqueline Jacobson to request an indefinite extension until all investigations are complete and I have access to due process that state, city, county, and federal staff denied me. I don't know if that is a reasonable request, but it seems like it is highly relevant as to how the integrity of the WC court has been compromised by a self-insured entity in a RICO level (my belief) coordinated effort to not only cover up the initial possible federal fraud (Covid relief funds) but

4) There are so many different legal abuses to me as an employee and a citizen, for instance I have not filed labor-only complaints that are relevant or focused on whistleblower protections which absolutely are relevant in my situation both on the federal, state and local level. I tried to stay focused on how my ethics were intrinsic to my disabilities because the only agency that was somewhat accessible when I needed it and did not take a "justice delayed is justice denied" approach and did not intentionally abuse my civil rights or unintentionally disenfranchise me (Things AG Rayfield must investigate) was the EEOC. There are other rights and I need to be informed of them, the appropriate agencies, and provided assistance to participate fully.

5) On this note, Sarah gave me a phone number for the Civil Rights division bias line. This is not accessible to me. I need you to please find the best and most appropriate contact and provide me with resources to participate with them by forwarding this complete email (not like Sarah's clipped version), because this needs to be an intact, extant record I can forward and appropriate parties can review. May I suggest a larger AG intake where you communicate processes, resources, and timelines?

Finally, I really am sorry I write long emails. I just want to live a simple life. I am having to rebuild my life from nothing save for the home where my son, a local college student with similar debilitating disabilities, must live because we can't afford to move, nor should we be expected to, in a state and city where disabilities and civil rights are seen as insignificant and acceptable casualties for certain people who raise inconvenient truths. Please read Asperger's Children to understand how a different country euthanized kids that like me did what they were asked to do to the best of their abilities, but because of the way their brain works were targeted.

I am trying to approach this with kindness because I need kindness and patience in turn to exist. I am doing all of this on my own (save for a little bit of help from one Personal Support Worker) and it is hugely disruptive to my life. Please talk to WC Court administrative support staff member, Lee, who answered my call @1:48 today to 1-866-880-2078 to understand how hard it was for me to get an email address to CC on this email - it was a painful 30 minute process that was probably traumatic to both of us even know we were both trying our best. She was trying to help me without any idea that when she interrupts me I will stutter and can go non-verbal. There is no non-USPS or non-telephone way to get an email address. It matters, It is a fresh lesson in lack of accessibility at the State of Oregon for a level 2 autist. I cannot call people and there are no other real-time accessible channels. It is exhausting and not fair to me after so many inaccessible and inexcusable things have happened because of my disabilities. Please do not have an unrelated staff member refer to things without making sure there is not a potential conflict or it is an inaccessible option for someone like me who loses the ability for verbal and cannot contact conversate or open mail with my OCD from PTSD of having my abilities abused during the ADA process NEEDS public records. I have to have others, like my son with autism, my dad or a support worker, open my mail for this stuff. I have to have them read it first and summarize it and then often read it out loud once.

I think my situation offers a unique opportunity for the State to model how to become inclusive at this juncture right now. My experience with Judge Ilias was traumatic. I can share more, but I believe the City attorney perjured herself and someone actively involved in my EEOC complaint as having lied to me with full knowledge of my literal processing of language told me they would conduct a full and impartial independent WC investigation, like SAIF conducts but the City does not when they are coordinating in a covering up fraud and abusing confidential medical and complaint information for reasons other than why it was shared. The fact that my claim was denied when I sent an email on Oct. 6 to Mayor Wheeler, BHR Director Cathy Bless, HR Manager Ron Zito and AFSCME 189 City employee and chapter president Rob Martineau, that should have been the catalyst for an outside law enforcement agency with no conflicts (like Portland, ME PD) to conduct full professional standards level investigations is hugely problematic as Mayor Wheeler was Police Commissioner and Commissoner of HR, a direct conflict given different aspects related to my complaints with IA employees vs non-IA employees as Judge Simon can explain.

The reality is I never once received a professional standard investigation for a single allegation where I was provided the opportunity for a recorded interview for all of my allegations. This was a coordinated effort to wrongfully terminate me or force me to quit. There are so many more details including not receiving my WC MCO letter for over 4 months. I can now no longer open mail related to medical information thanks to my OCD/cPTSD/PTSD from this or City Risk mail. For all I know this means that the City owes OHP money for things covered by my WC claim. There is no way I could trust anything from the City after what happened and continues to happen with inappropriate staff contact and denying my Civil Rights.

I apologize for the rambling nature, I would have shared emails to the EEOC but I have no way to know that would not jeopardize that possible investigation, as even the EEOC often is unable to answer my questions. I hope we can find a way that works for everyone. Please be kind and patient.

I have chosen to not approach a journalism entity with my story because: 1) I am a vulnerable adult; 2) I feel incredibly vulnerable with everything already and wish there was some witness protection option for me and my son to leave Portland; 3) I do not want to compromise my last efforts at due process with all of you by making your job that much harder with the serious, grave, and sensitive nature of all everything I have shared - and as you know, there are many class-action lawsuit potentialities that would only complicate your work (disabled citizens, disabled employees who raised concerned, criminals arrested by PPB or prosecuted by Multco DA). I cannot imagine the State ones. The only way to stem liabilities is to act with the urgency, transparency, and diligence this email requires. I did not create these liabilities, other public employees that are all mandatory reporters did. That sad reality of the world I live in as a developmentally disabled Level 2 autist with crippling cPTSD/PTSD/OCD after what happened. It's why I need your help.

I have added a few additional attachments. You do not have the City's responses to these emails. I am cutting and pasting Chief Day's response during a separation process where he refused to acknowledge whether he had a conflict earlier and also said he'd refer all of my allegations to IPR. Please ask Judge Simon why that this is longer than 180 days matters. Please ask me why when the first and only contact I received from BOLI was a letter informing of me of my rights to file a civil suit within 180 days of the action (termination) but they sent it right after that expired. Coincidence? When processes are illegitimate or your timely access to due process has been denied already, the chance for honest mistakes and odd coincidences no longer have relevance.

I will now attach zip file of additional emails and documents that are relevant to continued harassment of me as a vulnerable adult by people with knowledge of my disabilities, or under their direction, with direct conflicts of interest or history of abusing my disabililies or violating my civil rights as an employee or afterwards that are now well documented and you have in your possession.

I needed help last year, please, I implore you to help me know. Please do not give me homework to disenfranchise me, ensure that if you need something from me that I am able to participate in the process or that resources you assume work actually work for me with my disabilities.

I apologize again for not editing. If I try to edit this email it might make me write more and I will never be able to send it. I so need help.

Thank you so much,

Justin

――――

from:Consumer Hotline <ConsumerHotline@doj.oregon.gov>

to:"justincallaway@gmail.com" <justincallaway@gmail.com>
date:Jan 30, 2025, 10:26 AM
subject:RE: OR AG: Fwd: Judge Simon: Fwd: Query about Portland 911 service by Multco SO instead of PPB - Fwd:
Proposed Separation
mailed-by:doj.oregon.gov
signed-by:doj.oregon.gov
security: Standard encryption (TLS) Learn more
:Important according to Google magic.

Greetings,

I'm sorry you're going through this. Our office provides legal services to state agencies. You would want to report this to the
BIAS hotline, who may offer other resources. You may reach the BIAS hotline at: 1-844-924-2427.

You may also wish to complaint to the Governor's Advocacy Office. The Governor oversees all our state agencies. You may
file a complaint with their office here: https://www.oregon.gov/odhs/about/pages/gao.aspx.

Please let us know if you have any other questions or concerns.

Thank you,

**Sarah Foster**
Hotline Coordinator

Consumer Protection Section

Oregon Department of Justice

Telephone: 877-877-9392, help@oregonconsumer.gov

## Interested in volunteering with the Consumer Protection Hotline? Call: 877-877-9392, to learn more about volunteer opportunities with the DOJ!

On Wed, Jan 29, 2025 at 12:05 PM justin callaway <justincallaway@gmail.com> wrote:

> Hello,
>
> I need help. Many state agencies have not been accessible because of my disabilities. I am autistic and receive
> Developmental Disability Services. I believe I have been financially abused by my union. Unfortunately, as you read below
> you will find exactly why I would not be able to report this to my local law enforcement agency.

I have no been able to find a lawyer because my issues are incredibly complex and the City of Portland/Portland Police Bureau are daunting defendants. It does not help that the Oregon State Bar told me there are not attorneys in Portland. With my debilitating cPTSD/OCD I will go back to a resource that has failed me. This has direct relevance to my Workers Comp Appeals Court date on February 19th. It is my belief that the City of Portland did not keep this process independent and should lose their ability to self-insure. As you will see below there are serious conflicts and cover-ups related to my denied WC claim process.

I believe my civil rights have been violated as a protected class on many levels as an employee and continue to be as a vulnerable adult who lives in Portland. I do have an open EEOC complaint, but the legal aspects of my experiences and that of my family are far beyond that scope and include many state agencies with unique, independent roles to play in their piece of accountability.

When I've tried to contact BOLI they did not respond to my email did not return my voicemail from their Civil Rights division. When I called to get information about any state statutes to interpret what it means when an ex-employer sends you a check that indicates it is not paid leave/wages and says you are on the payroll weeks after they terminated what that means for unemployment, the employee told me to talk to a lawyer I told him I do not have or have not been able to find because of the Oregon State Bar. He hung up on me. None of this okay.

I cannot tell you how difficult this time has been and how scary it continues to be.

I need my State Attorney General to help me. These issues are serious and involve a vulnerable adult and people with badges and guns that have already violated my civil rights.

If people have acted criminally or with bad intentions and abused my civil rights, that matters and I need your assistance holding them to account because it could have implications for other vulnerable adults or bias with future criminal justice work when they are sworn. When it comes to state agencies that need to better, I am open to conversations about how to make those processes more inclusive. Right now they are inaccessible and the very non-profits like Disability Rights Oregon and Legal Aid have serious accessibility issues and have already failed me as well. This is why I am emailing you.

I need help, please.

Thank you,

Justin

---------- Forwarded message ---------
From: **justin callaway** <justincallaway@gmail.com>
Date: Wed, Jan 29, 2025 at 10:59 AM
Subject: Judge Simon: Fwd: Query about Portland 911 service by Multco SO instead of PPB - Fwd: Proposed Separation
To: <simon_crd@ord.uscourts.gov>

Hello,

I just left VM for chambers. I am autistic and receive Developmental Disability Services. I do not have support worker assistance today and am trying to contact you on my own.

I hope it is ok to email this to you, your website was unclear to me as I don't know what a court deputy is or chambers, etc. My situation is incredibly complex and includes information I believe Judge Simon needs to know with regards to people negotiating about the US DoJ Agreement and the future police accountability in Portland. I do apologize if this information is inconveniently timed, I'd hoped to have legal advice before sending, but am unable to find an attorney.

I live in Portland and if I call 911 my ex-employer, PPB, will respond. This means a sworn member under the command of Chief Day will respond. As you will see below, I believe participated in disability discrimination, a cover-up of possible federal fraud and liabilities to our police accountability and criminal justice work I reported during FMLA/ADA accommodations, and my eventual what I believe to be my wrongful termination (with assistance from my union).

I do have an open EEOC investigation but all state agencies so far have not been accessible and provided no way for me to participate in their complaint process and provide the accountability they need to provide. You have the very email requesting this assistance.

This includes the Oregon DPSST, OR State Bar (yes many City lawyers I believe acted unethically including Deputy Chief Frome (see correspondence below) who no longer works for PPB after my allegations), and BOLI. Similarly, this includes DoJ Jonas Geissler as you can see below and even the Mult. Cty DA, as I shared Giglio/Henthorn level concerns about many sworn members. They told me they could not help. This is a problem. Jonas never confirmed receipt and never had anyone contact me. Do you think that is acceptable? I had to receive confirmation from COCL.

I used to work in Internal Affairs as a Police Administrative Support Specialist. I have been in meeting with Jonas and sent weekly emails often. He knows that I should have received letters and as I was part of team that fulfilled COCL/DoJ quarterly audit file requests with coordination with the City Attorney's Office (yes Heidi Brown). All of these people, and the Chief's Office, are all fully aware that my civil rights have been violated because I have received no acknowledgment letters from IA or IPR for a single allegation/complaint. Why? They are my right both as for when I was a PPB employee and also as a citizen for the Youtube City Council testimony I gave after being terminated. Yet, I have received no letters. This means I am developmentally disabled citizen with mental illness that is being disparately treated against whose mental illness is compounded because I know exactly what I am being denied. It's horrible and has direct relevance to the US DoJ agreement, not in use of force, but in police accountability. This is how the City stakeholders and Jonas Geissler think police accountability should look for me?

While I know nothing about criminal law, I believe this is a RICO level of cover-up, and sadly it includes the current Police Chief Bob Day. These conflicts have serious implications to my mental health and my family members.

I live in a City where my former PSD Commander who had full knowledge of many complaints had given me a Christmas card telling me all PPB Officers are appointed by a Christian god then oversaw a criminal investigation of my Jewish son who also has autism while I was actively being discriminated against in a coordinated effort between PPB Chief's Office, Mayor's Office, HR, IPR, and the City Attorney's Office.

Oddly, Assistant Chief Bell no longer works there yet I received no letter for my allegations. Was the OR DPSST made aware that both DC Frome and AC Jeff Bell had uninvestigated allegations that the CAO and Chief's Office and IPR refused to send me a letter to acknowledge? I had to verify this information for Personnel when any sworn PPB member left the bureau for DPSST. If DPSST does not know these things, it is criminal level cover-up if this was not reported - including people with badges and guns all because it was shared as part of my ADA process. You have the documentation below to verify this and whether people, including Jonas Geissler, contributed to this cover up.

I have many more emails and records. This matters because there are endemic institutional issues that need to be addressed, liabilities for all Portlanders, and many of the very people involved in your work that should possibly be disbarred or under criminal investigation potentially invalidating all of the work you are doing. Worst, they are all directly involved in violating my civil rights. Below you will see that, I know and now you will know that the current Police Chief is aware I've been denied police accountability and also knows about my disabilities as a developmentally disabled vulnerable adult citizen. I have been inappropriately contacted by City staff involved in my EEOC complaint and PPB since being terminated. This is NOT ok and has been hugely disruptive to me.

If I call 911 PPB officers will show up under his command and he has ensured that I know that I will be denied access to police accountability. This is all not ok.

I have never been interviewed for any professional standards investigation when my allegations involve many different current and past sworn members in supervisory roles. An outside agency should have been immediately called in. HR intentionally did not conduct professional standards level investigations into my allegations because not once was I interviewed for the allegations that they had oversight (IA employees only) and they did not have that authority for the ones where IPR and IA had jurisdiction (depending on sworn or nonsworn and IPR's selection). It does not help as you will see below that IPR Director Caldwell also was well aware of the coordinated misconduct and possible federal fraud involving an untold number of sworn members and management.

I have no attorney. As I shared in my voicemail to chambers the Oregon State Bar told me there are no attorneys in Portland. It is incredibly hard for me to keep advocating for myself with my cPTSD/OCD and when a resource like the OR State Bar is not accessible I will not go back because of my mental illness. None of these agencies with direct accountability roles have made their processes accessible to me. This fails not only me, but institutions like your court that needed those investigations to make sure you have had stakeholders without conflicts of interest, or worst yet, possibly involved in a criminal activity or civil rights abuses.

I apologize if this email is rambling, there are typos, or it is unwelcome surprise so far along in your work. I am not able to proofread/edit this. It's a sad reality with the extreme stress and mental illness complications along with my developmental disability challenges.

I do have a WC Appeals Court date on Feb. 19. I believe that the City denied my claim in a coordinated effort with the Mayor's Office, PPB. CAO, and HR (because Risk Management is in HR). That process is supposed to be independent, but involves City employees under people with conflicts of interest. This is and continues to be a problem.

I also believe the City attorney committed perjury in the hearing to give me a final extension to find a lawyer. I mention this because I need the court to understand how complex these issues are and I think your court would be the one to request additional extension since it is all very much related.

As you will see, in the link below, where Deputy Attorney Heidi Brown and Mayor Wheeler were in attendance, I actually care about public service and liabilities to all Portland taxpayers. I followed the very PPB directives I was required to follow to keep my job. The only people who were accommodated in my ADA process were those who broke multiple directives and possibly committed federal fraud or have been trying to cover it up.

My ethics are intrinsically tied to my neurodivergence in trying to navigate a confusing world with my monotropic, literal interpretation of language where most people have a different cognitive flexibility and awareness that hidden cultures and hierarchies with an elastic sense of morals often exist with dire consequences in the very departments or roles when my brain thought they should not as it was not what taxpayers were paying us to do.

https://www.youtube.com/live/KU7elJmT9s4?si=avpdFmH9eWEk-MYw

I thank you for caring about the work you do. I apologize for the long email (and supporting materials). It's a byproduct of the extensive trauma I endured and still endure since Portland is my home and I am fully aware that my civil rights were violated as an employee and now as a citizen.

Sincerely,

Justin

---------- Forwarded message ----------
From: **justin callaway** <justincallaway@gmail.com>
Date: Tue, Apr 16, 2024 at 2:03 PM

Subject: Query about Portland 911 service by Multco SO instead of PPB - Fwd: Proposed Separation
To: <DA@mcda.us>

Hello District Attorney Mike Schmidt,

There is quite a bit of correspondence below. As you will see, quite a few other oversight agencies were included. I am forwarding the email I sent to COCL as the most efficient way to share.

As a developmentally disabled adult with mental illness recognized as eligible for Developmental Disability Services by MultCo/State of Oregon, I have been trying my best to advocate for myself with no attorney. I believe there are national implications for the discrimination I have experienced as an autistic, vulnerable citizen/employee and could have some bearing for you in your position as to how we as a community learn from my experiences as different agencies investigate as it applies to criminal justice and workplace concerns for autistic individuals.

Please accept my apology, I am only now realizing that many of the allegations raised might have relevance to the important work your office does for the residents of Multnomah County insofar as bias/credibility of possible sworn members and perhaps the implications regarding PPB's police accountability system that would help investigate such allegations.

I'm reaching out because I feel incredibly vulnerable as a Portland resident. I recognize you and your family may have experienced some of this yourself based on headlines in recent years. So, I think you can appreciate that when all I did was what was asked as a disabled PPB employee with a neurodiversity that lends to an inflexible ethical standard and just wanted to work in a healthy department where this would not be a problem, this seems like a rather high burden to pay when I am the type of adult mandatory reporters would have to report any suspected abuse. Yet, I no longer have a job per yesterday's Certified letter from PPB Chief Day.

When I asked my coworker why PPB was not a culture that supported whistleblowing, he replied "You never heard that snitches get stitches?" So, if you have the time and patience to read the emails below, I ask you how I might feel with that response to my very autistic question.

I am supposed to get my belongings returned to me on Saturday morning. I will request a Civil standby with Multco SO. The reality is I do not trust PPB any longer. It's not that I do not believe there are many fine, professional officers and sworn supervisors. It is because this is a command-driven environment where the discriminatory handling of my employee concerns and ADA process involved the Mayor, the Director of BHR, City Attorney's Office, and PPB Chief's Office. If there is no accountability at any level, much less professional police accountability for whistle-blower concerns about our police accountability and bias allegations as an employee, please tell me how I am to trust I will be safe when those in charge act accordingly and give the orders to those on the ground should I require police assistance.

I hope you do not play Wordle. Spoiler Alert: If you do, my email attachments include today's answer. When I am not stressed out dealing with disparate treatment in the workplace or having my safety, professional, bias concerns ignored by supervisors, my brain thinks about things like, "I wonder what an analysis of Wordle word choices indicates about a person's mental illness or neurodiversity?" Perhaps you will read my answers today and appreciate my brain subconsciously saying, "Justin, I think you should email the DA and ask if it is possible when I call 911 as a Portland resident to have a Multnomah County sheriff respond instead of PPB?"

It's a real question for a rather extraordinary and protracted experience as an employee who happens to be a Portland resident. Please let me know.

Best regards,

Justin

---------- Forwarded message ----------
From: **justin callaway** <justincallaway@gmail.com>
Date: Tue, Apr 9, 2024 at 10:47 AM
Subject: Fwd: Proposed Separation
To: <portlandcocl@cna.org>

Hello COCL (Tom Christoff),

Please confirm that this is the correct USDoJ Jonas Geissler I included and that he received the message in its entirety. If there is someone else overseeing the PPB - DoJ agreement please let me know. The contents of the email have direct relevance to police accountability, liabilities to IA investigations and related appeal rights, and what I believe to be a coordinated effort to cover up and create more.

The City of Portland and PPB have ensured I do not have access to online City learning resources or my work email account since July, 27, 2023. Otherwise, I would be able to verify. I would consider an email confirmation of this verification as kindness and a disability accommodation request.

Best regards,

Justin

---------- Forwarded message ----------
From: **justin callaway** <justincallaway@gmail.com>
Date: Mon, Apr 8, 2024 at 4:43 PM
Subject: Re: Proposed Separation
To: Porreco, Kristina (Police) <Kristina.M.Porreco@police.portlandoregon.gov>, <robert.day@police.portlandoregon.gov>, <jonas.geissler@usdoj.gov>, <BOLI_help@boli.oregon.gov>, <DPSST.Complaints@dpsst.oregon.gov>, <info@eeoc.gov>, <cao@osbar.org>
Cc: cityattorneysoffice@portlandoregon.gov <cityattorneysoffice@portlandoregon.gov>, Geebs Rojas <grojas@oregonafscme.org>, auditor.rede@portlandoregon.gov <auditor.rede@portlandoregon.gov>

Portland Police Bureau Chief Robert Day,

Although we have never met, my name most likely has been an unpopular subject in your tenure. You probably don't know this, but I have a strong work ethic, dedication to inclusive public service, a rather inflexible moral code when it comes to transparent good governance, and when not dealing with oppressive circumstances, I will try and make people's day better by sprinkling in a few dad jokes while providing exceptional service to the best of my abilities.

The City of Portland/Portland Police Bureau has not valued these qualities. Instead, I have been interpreted as a threat and not as a disabled employee to be reasonably accommodated with associated rights. This makes me incredibly sad.

I will try to explain in additional detail why the PPB culture and actions/inactions of PPB Command/employees resulted in discriminatory handling of my concerns and reinforced in coordination with the Mayor/Bureau of Human Resources (BHR)/City Attorney's Office (CAO)/Independent Police Review (IPR). This has had a profound impact on my life but also creates serious liabilities for current criminal investigations and other police work beyond IA investigations. I believe that my son and I have had our civil rights violated with coordinated misconduct also involving PPB sworn members.

This has had a devasting impact on my life and my family. In particular, this has caused such extended distress and impacted my ability to function and communicate as a developmentally disabled person with mental illness. I apologize in advance for the length of this correspondence, any incoherence, typos, and my discursive communication style. This is what extended discrimination looks like for someone who is losing their agency to function as an adult and must advocate for himself. So, please, as annoying as my writing style may be and as long as the messages are I implore you to have some compassion and patience. Please make a pot of tea and read it all. I am someone who desperately needs help at this critical juncture and losing his ability to continue advocating for himself any longer. I have included you or your agency's intake email because I believe you can assist in some overdue oversight capacity. I thank everyone in advance for what you do.

And now, may I suggest that you and everyone else I've included in this email please read the emails below and return?

Welcome back everyone and happy Autism Acceptance Month! Before I resume an exhausting email that most likely will exhaust everyone as well, I ask you to please keep in mind just how exhausting it is to have my brain and to advocate for myself with everything that has happened and the considerable resources being used against me that should have been used public service/accommodations and not to discriminate against me in a horrific coordinated effort of disparate treatment against a developmentally disabled employee with mental illness. This is not a fair dynamic. This is what it means to be disabled in a world of privilege that protects that privilege.

I would encourage anyone who is not familiar with masking as it relates to autism to please look this up. It will explain how hard it is for me with my developmental disabilities and debilitating mental illness in an unhealthy environment to not only exist but how I must use an inordinate amount of energy trying to fit in with people who can effortlessly navigate a world where they make choices about my access to accountability or break directives with no consideration of how that impacts someone with my brain who wants to perform the job as it is defined, follow the rules expected to keep that job, and perform tasks to the best of his developmentally disabled abilities. When my bias, professional, and safety concerns are ignored by those with the power to do something this creates a brutal cognitive dissonance where I must show up to work and "pretend" to be normal but constantly self-censure myself about the inequities or disparate treatment I am receiving and somehow try to figure how to do my actual job without becoming ensnared in a web of misconduct.

On my first day in IA I was overjoyed that everyone ate lunch together and possibly a chance for me to fit in. During that lunch, swearing abounded with playful "ribbing" of coworkers. I was asked, "Justin, do you have a problem with cussing?" What's a developmentally disabled newly hired employee with mental illness who has struggled to fit in his whole life going to say? I believe I joked something to the extent: "My preference is not to swear, but listening to my kid game online means I probably have heard it all before." Haha, I was "sworn" into IA before I even had a chance to read the PPB directives to find out that I was now violating them by agreeing to allow my coworkers to swear. My autistic brain loves a good pun. That said, my autistic brain and cPTSD/OCD do not love being duped into being initiated into a conspiracy of coordinated directive violations without my consent. I remind everyone when I attended a CAO 2.02 Disparate Treatment Zoom meeting I was told intent and consent do not matter.

Yet that same day Lt. Gjovik told me "What's said in IA, stays in IA" to describe the NDA I signed as a new hire and made sure to collect from other new hires as an IA PASS. This is the same NDA Captain Hughes

who did not escalate the directive violation by Captain Pashley that I shared, reminded me as if a threat to not violate my Professional Standards Division NDA.

So, how does that work? I studied mathematics and will often apply a logical math proof approach to resolving cognitive dissonance. That said, my brain is trying to figure this out - "what's said in IA stays in IA" and my coworkers are violating directives with what they are saying. Does this mean it is all ok? Chief Day, as part of this above-board, inclusive pre-determination process where I have been provided all the necessary documents to make my case with ample time to review them with my developmental disability before this new email deadline of 5pm today, please answer this question. I am still unclear on this.

This is my autistic brain not only trying to fit in as a new hire, but trying to navigate a minefield of conflicting information. I do not want to be part of any club, I just want to have a decent paying job with good benefits to care for my kids as a single parent with neurodiversity and mental illness and children with the same. So, when my immediate report, Sr. PASS Tyson Estes sees my brain constantly struggling and wanting clarification to do my job correctly, he says "Your first answer is the correct answer" in a command-driven environment. In other words, what is said in IA stays in IA after being sworn in involuntarily into this conspiracy to break directives (witnessing others breaking directives and not reporting them) in a department I had no choice in being assigned from the beginning and if I raise issues to my supervisors I must accept their decision.

Chief Day, according to the proposed separation letter this is the department where my employer and PPB have met all of my accommodations while never once interviewing me as part of any transparent police accountability process with a single complaint I have raised. As I read it, I am refusing to return to IA based on this carefully crafted discrimination correspondence with CAO/BHR guidance to intentionally omit everything that has happened to me as an employee before placing accommodations and upon placing them. Please answer my question, do feel like this sounds like a healthy department for me as a vulnerable developmentally disabled employee with mental illness who worked very hard to keep that position no matter what my coworkers, supervisors, and PPB command staff did and did not do on my behalf making in making it unhealthy for me? Please answer this question. This is your bureau.

I would encourage everyone to look up the difference between monotropism and polytropism to understand the privilege neurotypical employees have in the workplace and my inability to have the cognitive flexibility to behave as they do in breaking rules. My brain sees each directive as a single directive to be obeyed. All of my IA supervisors loved Sr. PASS Tyson Estes' epic profanity-laced doom-and-gloom responses to being asked how he was doing. My monotropic brain that I was born with is a developmental disability with how I process language and navigate the world with others who have the cognitive flexibility to choose what directives they want to follow and not follow when my brain says you must follow all of them. Yet, placing disability accommodations in PPB to get to a healthy department, say planting some trees for Parks Bureau or scanning documents for City Archives, my interactive, fully legitimate accommodations process as this proposed separation indicates says I must return to IA.

Chief Day, please explain this to all the others on this email why you believe that I have refused your generous accommodations and cannot return to IA and must be separated. I really I hope you have not been involved in the cover up and effort to deny me any police accountability and present this process as legitimate as you have now been included to do.

A question for those City decision-maker representatives of their respective bureaus/offices, does this email thread read as the City of Portland and PPB are inclusive of my autism or my son who has autism? Chief Day, as you've read, answering my questions is important to me as a genuine accommodation for my brain. Please tell me as part of this pre-determination process, does this sound like my intrinsic issues with processing language and following rules have been respected in a Police Bureau where Internal Affairs supervisors with full knowledge of my mental illness decide to repeatedly deny me any accountability of repeated concerns including bias when as is common with autistic individuals, people like me get abused or people subject them to bias? How do you feel my ADA accommodation process has been handled? How about even just this pre-

determination process? I still don't know what this process is exactly, what my rights are, or have a union rep available as everyone reading this will now know… much less a lawyer.

I have not been provided any records I'd need to contribute meaningfully to this process and this generous revised deadline provided after my accommodations continue to be ignored. I am starting to believe this was the intent all along.

Dear EEOC, BOLI, Oregon DPSST, USDoJ, please know I require accommodations to participate in any investigations, this includes having an advocate and at some point a lawyer.  Given my protracted, unfair employment situation, it's unclear how I will be able to participate in my current state (this correspondence should be a good indicator). That said, I am aware that timelines are important. I will need genuine assistance in filing complaints and ideally staff members familiar with autism.

Dear OR State Bar, I already tried to find a lawyer through your service and was told they could not find anyone in my area on Nov. 28, 2023. You must understand that with a history of cPTSD/OCD and trauma from asking people for assistance and having it not offered, the idea of re-contacting the same resource is not an easy process for me. Because of my mental illness/neurodiversity, I will avoid repeating these bad experiences, especially in my current state despite this being listed as the appropriate resource on my Worker's Comp court documentation. This has impacted my ability to find timely legal counsel so I am forced to represent myself despite being eligible for Developmental Disability Services. At this point, I feel I will need an advocate to assist and that your referral service is woefully inadequate. I have included USDoJ to help you with this. That said, I encourage you to investigate all possible ethics violations by any lawyer involved in my experiences. Please.

When I approached Legal Aid they said I earned too much. Out of desperation, I went to IPR last December to make a complaint since my HR representatives and PPB Command refused to provide any transparent police accountability for my concerns. This was particularly distressing at the time with the hiring process for a position that indicated I might have to list my supervisor IA Captain Greg Pashley who no one had investigated and certainly never interviewed me to get my story. I thought IPR would be able to help, they instead tried to cover up my visit and not send me a declination letter.

I recognize my legal search is outside of City of Portland/PPB concerns. I am sharing this so everyone understands I have been treated not as an adversely impacted disabled employee with rights but as someone who could handle the unbearable stressors, and complicated processes like this pre-determination with no accommodations being respected or clear communication of my rights, and I am supposed function and represent myself as if this is just another jolly day at the office at my oh so inclusive workplace.

The reality is far more brutal. The severity of the impacts of these discriminatory work processes on me has been crippling as a developmentally disabled employee with mental illness recognized by the state as vulnerable. This included losing the ability to speak for a week without extreme exertion - forcing words out in a halting and delayed manner when trying to find a lawyer to help me with my Worker's Comp appeal.

Please contact the WC Court Clerk, Justin, at the number on the letter - ask about when I told him about my inability to find legal assistance, so he requested an extension for me as an accommodation as the only thing he could offer. The WC Ombudsman also had no solutions other than to keep calling lawyers despite having communicated my difficulties or the reason re-contacting the Oregon State Bar is a problem for me. My unique disabilities and how they impact me in particular in this situation have made the current situation why I do not have legal representation today and the City/PPB have continued to discriminate against me by using overwhelming processes against me and coordinating to discriminate against me.

There is an implicit bias in how I've been treated as an employee beyond the disparate treatment I have been subjected to repeatedly and even within this process. All involved with my medical information understand

that my brain shuts down with over-complicated processes or disingenuous/duplicitous actions.

I am attaching the revised WC court date letter I received this Saturday, April 6 (Exhibit #1).

As such I have no lawyer, but I would imagine the WC court "discovery" aspect of the letter should allow me access to all the records for the improper handling of all of my complaints. PPB Command and HR have made a point of providing no formal acknowledgment of any complaints like IA and IPR would with notification of investigations, with listed allegations, and then sharing written findings with me.

I find this so incredibly troubling especially since I was never interviewed once and did not have an opportunity to share additional details I would have shared. The only recorded interview was the one I chose to create by trying to do an IPR intake. I have requested the transcript from my IPR interview and still do not have it. Chief Day, this is why US DoJ, OR DPSST, and COCL have been included, I want you to have support in making sure real police accountability is occurring because as I will detail later there more serious implications for criminal police work liabilities as well as other uninvestigated bias against me and possibly my son's civil rights.

Once again, I am involved in a pre-determination process with no knowledge of my rights or documents despite being self-represented (not by choice) in my WC denial appeal and I believe this entitles me to all these records. I have no idea, but I think it is about time as an active City/PPB employee in this situation it's time people respect my disabilities and what is happening and quit this coordinated and devastating discrimination of me as a disabled employee. Please, these agencies are going to have to investigate all of this, the new police accountability system that replaces IPR will need to figure out how to be inclusive, show them that the City can stop this madness and finally do the right thing and quit abusing tax payer funding to discriminate against an employee who embodies the virtues the espouses to embrace in concert with taxpayer expectations.

CAO, just like DC Frome, know exactly what documents do not exist that should exist and what I have not been provided as due process, They have helped advise Kristina and DC Frome on this pre-determination meeting letter and process. Once again, a developmentally disabled employee with mental illness who placed accommodations because his department was unhealthy and HR told him needed to do so is being discriminated against. When does it stop?

Should I have received these documents already? I'd imagine this would allow for a fair due process. I mention this again because I've never seen any of them, much less have I had questions answered as requested as an accommodation or have my other accommodations followed, like the request to include you, Chief Day, in responses to the earlier emails. Yet, no one provided me my medical record or list of any IPR/IA Case #s to date with the outcomes for all allegations for my pre-determination process for medical lay-off without a union rep. Perhaps other people with knowledge of their respective legal specialties will see a violation of some applicable law or noncompliance with the DoJ/DPSST standard/or Legal Ethic code, hence their inclusion. Chief Day, I want you to have their support. I certainly need it and I believe you will as well. This has to stop and this way of conducting business needs to change.

I'm just a developmentally disabled employee who wanted to work in a healthy department and my HR reps said I had to place accommodations to do so without even telling me how to use the form that did not indicate how to do so. I have submitted three different versions of accommodations and this is the third time I have been threatened with medical separation. Having never done ADA Accommodations, I revised them to assist in finding a position outside of the Police Bureau (yes, Rob, Marquis and Kristina know why I modified my accommodations and that it was NOT to return to IA or PPB when no documentation has been provided to me that it will be safe or that any previous bias and other complaints have been investigated).

So, I am told I must return to IA when I have no idea what police accountability has been done.

All shadow work by my employer who says they have looked into everything per Kristina.

My ADA accommodation process was a sham, HR covered up what happened and refused to provide adequate transparent police oversight of my complaints and investigate what happened when I returned to work, and PPB Command, the Mayor, BHR Director, Risk, IPR, and CAO all know this is the case. There is nowhere in the City at this point I would feel safe working with such coordinated discrimination. How do you accommodate this?

I do know that Marquis never read my accommodations prior to my returning to work as evidenced in his July 25, 2023 email. This was after submitting accommodations requesting reassignment on July 13, 2023 and he replied on July 17:

"Can I kindly ask you to begin to consider coming back to your same position/assignment, while we continue to look at options? We can commit to working with your management team to help foster an environment that provides you an opportunity to be successful in your role."

I had my dad read this as I could not believe this response. He had no idea either what to think. Askjan.org did not either.

I do know that Kristina lied to cover this up on Oct. 27 with her Public Safety HR manager Ron Zito's blessing. They did not correct the record (when he knew she lied from my Oct. 7 email) when they returned after being made to leave by Patricia Loving when Kristina lied. I do have the email Marquis provided from July 26, 2023 at 3:09 PM when he says:

"Oh, you have two!!"

because I told DCTU and Marquis that I needed this as a gesture of good faith to show that I could trust him after the condoned lying with Kristina by her supervisor Ron Zito.

Yet, did he escalate the fact Kristina lied and Ron approved this handling of a developmentally disabled employee and both should have been disciplined. No because Kristina is involved in this process. Marquis knew this was the reason is quite problematic as a justification to ignore a direct accommodation request never to call me directly like she did on Jan. 26, 2024 to tell me I needed to return to IA, when I was actively working with her colleague. For DC Frome to try and sanitize this breach of accommodations in this letter I believe to be unethical behavior as a lawyer and PPB Command staff member, especially one that tacitly endorsed Sergeant Russell creating a public record accusing me of insubordination and possibly untruthfulness. Yet, when I provided this evidence to Captain Pashley no one informed me of the IA/IPR investigation as she is now a Lt. in the Training Division. This is just another example of PPB promoting sworn supervisors who mishandled my bias concerns and providing no records of my my complaints..

While I have no evidence of any real police accountability, PPB Command (via AC Bell and Captain Hughes) and HR were quite aware of my situation. As I imagine I will be entitled to this discovery this will show there was CAO/Mayor/BHR/PPB command support to bring in an outside law enforcement agency and instead share information with "involved" sworn members while intentionally never interviewing me in any professional standards police accountability investigation. It would be disparate treatment to provide me with anything other than what I would have been subjected to as a non-sworn PPB employee when as a disabled employee these complaints were shared only as a result of workplace discrimination concerns and experiences that were fundamental to why I placed accommodations. I find it incredibly disturbing and distressing when I have nothing to review as part of this pre-Determination process when I used to be the one who would help PPB members facing discipline with their union rep/president review their case files. Chief Day, do you see the irony in this discrimination and this being presented as a fair process?

Yet, I believe you are going to lay me off unless I return to IA where you most likely have listened to my IPR interview when I do not have a copy. I must write this email about how Captain Greg Pashley used his criminal justice training on me as a developmentally disabled employee with the very IA Investigator, Mike Smith, that I reported for violating at least two directives with two other PPB sworn members. They decided to conduct their own unofficial IA investigation with no official notice or union rep available to me as he referenced information he was not included on that was only shared to HR staff and as such he was fully aware of my disabilities and abused them in an effort to show I was untruthful. I will never be able to unsee his nodding his head to Mike that this when I'm going to ask Justin that question and you are going to be my witness, and Mike turns around to show how he's all for it.≤

**4 attachments** — Download all attachments View all images



**image004.png**
10K View Download



**image003.jpg**
45K View Download

**image001.png**
1K View Download

**WCB Case No. 23-05510 - Letter 10-24-24.pdf**
672K View as HTML Download