Anne Milligan, OSB No. 111615
Senior Deputy City Attorney
anne.milligan@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| JUSTIN CALLAWAY, | 3:25-cv-1286-SB |
| **PLAINTIFF,** | **STIPULATED ORDER OF DISMISSAL** |
| v. | |
| CITY OF PORTLAND AND PORTLAND POLICE BUREAU | |
| **DEFENDANTS.** | |

UPON APPROVAL OF THE COURT, *Pro Se* Plaintiff Justin Callaway and Defendants

City of Portland and Portland Police Bureau, by and through its attorney Anne Milligan,

(hereinafter, collectively "the Parties) hereby agree and stipulate, pursuant to Fed. R. Civ. P.

41(a)(1)(ii), that the above-captioned matter be dismissed without prejudice, and without costs

and fees to any party for the reasons articulated by the Parties in the attached Exhibit 1.

SO STIPULATED:

| | |
|---|---|
| */s/ Justin Callaway* [authorized signature] | */s/ Anne Milligan* |
| Justin Callaway | Anne Milligan |
| Plaintiff *Pro Se* | Attorney for Defendants |
| Dated: May 7, 2026 | Dated: May 7, 2026 |

///

Page  1  –    STIPULATED ORDER OF DISMISSAL

Based upon the stipulation of the parties, and the Court being duly advised, IT IS HEREBY APPROVED AND ORDERED that this matter is dismissed without prejudice, and without costs and fees, as to all parties.

DATED: _____

_____
Honorable Stacie F. Beckerman

Page 2 –   STIPULATED ORDER OF DISMISSAL

## Kehoe, Katherine

| | |
|---|---|
| **From:** | justin callaway <justincallaway@gmail.com> |
| **Sent:** | Thursday, May 7, 2026 3:20 PM |
| **To:** | Kehoe, Katherine |
| **Cc:** | Milligan, Anne |
| **Subject:** | Re: Callaway v. City of Portland, et al., Case No. 3:25-cv-1286-SB - City of Portland's First Request for Production of Documents to Plaintiff |

I approve. Thanks to you both.

Best regards,

Justin

On Thu, May 7, 2026 at 1:37 PM Kehoe, Katherine <Katherine.Kehoe@portlandoregon.gov> wrote:

Justin,

Please approve the attached Stipulated Order of Dismissal and your authorized signature for filing with the Court. This correspondence and your response to this email will be marked as Exhibit 1 and attached to the stipulation.

Thank you for your courtesies,

KATHERINE KEHOE | Legal Assistant

Portland Office of the City Attorney

1221 SW Fourth Avenue, Room 430

Portland, OR 97204

Voice: 503-823-4487

katherine.kehoe@portlandoregon.gov

*Legal Assistant for Ryan Bailey,*

*Anne Milligan & Marc Rodriguez*

Exhibit 1
Pg. 1 of 6

**Equal Access Notice:** The City of Portland is committed to providing meaningful access and will provide translation, interpretation, accommodations, or other aids and services. Please ask me, call 311, or email cityattorneysoffice@portlandoregon.gov for assistance.

---

**From:** Milligan, Anne <Anne.Milligan@portlandoregon.gov>
**Sent:** Thursday, May 7, 2026 12:59 PM
**To:** justin callaway <justincallaway@gmail.com>
**Cc:** Kehoe, Katherine <Katherine.Kehoe@portlandoregon.gov>
**Subject:** Re: Callaway v. City of Portland, et al., Case No. 3:25-cv-1286-SB - City of Portland's First Request for Production of Documents to Plaintiff

Katherine will circulate a form for your final approval.

**Anne Milligan | Senior Deputy Attorney** (She/Her)
**Portland Office of the City Attorney**
1221 SW Fourth Avenue, Room 430
Portland, OR 97204
Voice: 503-823-4947
anne.milligan@portlandoregon.gov

**Equal Access Notice:** The City will provide translation, interpretation, and reasonable disability access.  Please ask me, call 311, or email cityattorneysoffice@portlandoregon.govfor assistance.

---

**From:** justin callaway <justincallaway@gmail.com>
**Sent:** Thursday, May 7, 2026 12:53:49 PM
**To:** Milligan, Anne <Anne.Milligan@portlandoregon.gov>
**Cc:** Kehoe, Katherine <Katherine.Kehoe@portlandoregon.gov>
**Subject:** Re: Callaway v. City of Portland, et al., Case No. 3:25-cv-1286-SB - City of Portland's First Request for Production of Documents to Plaintiff

Yes please and thank you.

On Thu, May 7, 2026 at 12:39 PM Milligan, Anne <Anne.Milligan@portlandoregon.gov> wrote:

Do you want me to draft that stipulated joint motion and file it with both our signatures? I would put a

Exhibit 1
Pg. 2 of 6

/s/ Anne Milligan

And a

/s/ Justin Callaway (authorized signature via email)

I would also attach these emails so the court would have transparency on the thought process.

Anne Milligan | Senior Deputy Attorney (She/Her)
Portland Office of the City Attorney
1221 SW Fourth Avenue, Room 430
Portland, OR 97204
Voice: 503-823-4947
anne.milligan@portlandoregon.gov

Equal Access Notice: The City will provide translation, interpretation, and reasonable disability access.  Please ask me, call 311, or email cityattorneysoffice@portlandoregon.govfor assistance.

From: justin callaway <justincallaway@gmail.com>
Sent: Thursday, May 7, 2026 11:12:38 AM
To: Milligan, Anne <Anne.Milligan@portlandoregon.gov>
Cc: Kehoe, Katherine <Katherine.Kehoe@portlandoregon.gov>
Subject: Re: Callaway v. City of Portland, et al., Case No. 3:25-cv-1286-SB - City of Portland's First Request for Production of Documents to Plaintiff

Hello Ms. Milligan,

Given the recent ruling by Judge Beckerman, I am not comfortable with discovery moving forward particularly given Commander Dobson as my Central Precinct Commander and Commander Bell as PSD Commander. Given where I worked, I understand very well the City Attorney's Office involvement in discipline decisions.

3

Exhibit 1
Pg. 3 of 6

My preference at this point is to explore a mutual Motion to Voluntary Dismissal without prejudice. I believe this offers me the most protections as someone who continues to live in Portland with his family. I believe this is also in the best interest of Portland, Multnomah County, and Oregon within the context of our existing national, political climate.

Would you/the City consider this?

If not, please propose an alternative solution.

Best regards,

Justin

On Wed, May 6, 2026 at 3:39 PM Milligan, Anne <Anne.Milligan@portlandoregon.gov> wrote:

The below discovery was served on you on March 9. Discovery is no longer stayed due to the Court's denial of your motion.

Please respond to the requests for production within the timeline required by the Federal Rules of Civil Procedure.

Anne Milligan | Senior Deputy Attorney (She/Her)

Portland Office of the City Attorney

1221 SW Fourth Avenue, Room 430

Portland, OR 97204

Voice: 503-823-4947

anne.milligan@portlandoregon.gov

4

Exhibit 1

Pg. 4 of 6

**Equal Access Notice:** The City will provide translation, interpretation, and reasonable disability access.  Please ask me, call 311, or email cityattorneysoffice@portlandoregon.gov for assistance.

---

**From:** Kehoe, Katherine <Katherine.Kehoe@portlandoregon.gov>
**Sent:** Monday, March 9, 2026 10:17 AM
**To:** justincallaway@gmail.com
**Cc:** Milligan, Anne <Anne.Milligan@portlandoregon.gov>; Bua, Amber <Amber.Bua@portlandoregon.gov>; Radich, Rosalia <Rosalia.Radich@portlandoregon.gov>
**Subject:** Callaway v. City of Portland, et al., Case No. 3:25-cv-1286-SB - City of Portland's First Request for Production of Documents to Plaintiff

Justin,

On behalf of Sr. Deputy City Attorney Anne Milligan, attached please find the City of Portland's First Request for Production of Documents to Plaintiff. A hard copy will be placed in the mail.

Thank you,

KATHERINE KEHOE | Legal Assistant

Portland Office of the City Attorney

1221 SW Fourth Avenue, Room 430

Portland, OR 97204

Voice: 503-823-4487

katherine.kehoe@portlandoregon.gov

*Legal Assistant for Ryan Bailey,*

*Anne Milligan & Marc Rodriguez*

**Equal Access Notice:** The City will provide translation, interpretation, and reasonable disability access.  Please ask me, call 311, or email cityattorneysoffice@portlandoregon.gov for assistance.

Exhibit 1
Pg. 5 of 6

--

Justin Callaway
503.477.7298
justincallaway@gmail.com

--

Justin Callaway
503.477.7298
justincallaway@gmail.com

Exhibit 1
Pg. 6 of 6