IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


JUSTIN CALLAWAY,                          3:25-cv-01286-SB

           PLAINTIFF,                    STIPULATED ORDER OF DISMISSAL

   v.

CITY OF PORTLAND AND PORTLAND
POLICE BUREAU

           DEFENDANTS.

UPON APPROVAL OF THE COURT, *Pro Se* Plaintiff Justin Callaway and Defendants City of Portland and Portland Police Bureau, by and through its attorney Anne Milligan, (hereinafter, collectively "the Parties) hereby agree and stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that the above-captioned matter be dismissed without prejudice, and without costs and fees to any party for the reasons articulated by the Parties in Exhibit 1 of ECF No. 51.

SO STIPULATED:

*/s/ Justin Callaway* [authorized signature]       */s/ Anne Milligan*
Justin Callaway                                    Anne Milligan
Plaintiff *Pro Se*                                 Attorney for Defendants

Dated: May 7, 2026                                 Dated: May 7, 2026


///

Page  1  –    STIPULATED ORDER OF DISMISSAL

Based upon the stipulation of the parties, and the Court being duly advised, IT IS HEREBY APPROVED AND ORDERED that this matter is dismissed without prejudice, and without costs and fees, as to all parties.

DATED: May 7, 2026

_Stacie F. Beckerman_
HON. STACIE F. BECKERMAN
U.S. Magistrate Judge

Page 2 –    STIPULATED ORDER OF DISMISSAL